# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CASE NO. 6:19-CV-00196**

CLIFTON PICTON,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

GREENWAY CHRYSLER-JEEP-DODGE,
INC d/b/a GREENWAY DODGE CHRYSLER
JEEP,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## DECLARATION OF IGNACIO J. HIRALDO REGARDING CLASS DATA

I, Ignacio J. Hiraldo, under penalty of perjury, state as follows:

1. The undersigned provides this declaration as a Summary to Prove Content pursuant to Federal Rule of Evidence 1006.

2. I am co-counsel representing Plaintiff Clifton Picton and the Class Members in this case.

3. In response to Plaintiff's request for production, Defendant Voicelogic produced three spreadsheets in native Microsoft Excel format that identify the ringless voicemails ("RVMs") that were transmitted to Plaintiff and the putative class on behalf of Defendant Greenway (herein "Campaign Reports"). These documents were Bates labeled VOICELOGIC000006, VOICELOGIC000020, and VOICELOGIC000021. Defendant Greenway is also in possession of these documents.

4. The Campaign Reports contain identifying information such as (1) the targets' Telephone Numbers, (2) the Date and Time an RVMs were transmitted; (3) the targets' full name; (4) the targets' addresses, including zip codes; (4) for some individuals, the targets' email address, (5) a column labeled "Response" which contains a designation for whether the RVM was successfully transmitted, and (6) the targets' vehicles' make, model, year, and vin number. *See* Redacted Sample of Campaign Report file VOICELOGIC000006, attached as **Exhibit A**.[1] The Campaign Reports also contain a summary of each campaign, titled "Voicelogic Ringless Report." *See* Ringless Reports from VOICELOGIC000006, VOICELOGIC000020, and VOICELOGIC000021, attached as **Exhibit B**. Plaintiff is in possession of unredacted versions of the Campaign Reports. Defendant is also in possession of these unredacted documents.

5. The Campaign Reports also contain a column labeled "SALEDATE." According to Defendant Greenway's employee Jean Demers, the sale date column is the date that an individual purchased a vehicle. *See* Excerpts of Deposition Transcript of Jean Demers ("Demers Depo."), attached to Plaintiff's Motion for Class Certification at **Exhibit F**, at 20:23-25. According to Ms. Demers, if a date appears in the sale date column, the individual purchased a vehicle from Defendant Greenway. *Id*. 28:19-25. If a date does not appear in that column (in other words, that column is blank), then that individual is a "service customer". *Id.* A service customer is an individual who went to Defendant Greenway's service department to have repair work done on their vehicle. *Id.* at 11:2-5. Plaintiff is a service customer.

6. The Campaign Reports also contain a column labeled "CELLNUMBER". *See* **Exhibit A** at pg. 3. For some of the entries, the CELLNUMBER column is populated with the

individual's cell phone number. For other entries, the CELLNUMBER is blank, meaning the individual did not provide a cell phone number.

7. The Campaign Reports' "Response" column can be used to determine whether an RVM was successfully sent to that individual. When an RVM is successfully delivered, the Response column is marked with the designation "Voicemail." See Voicelogic Result Definitions, VOICELOGIC0000006, attached as **Exhibit C,** at pg. 1 (stating that a result of "Voicemail" means "Message was delivered successfully.").

8. Using Microsoft Excel, I was able to combine the three Campaign Reports into one file. In total, Defendant attempted to transmit 61,519 RVMs. This amount is confirmed by adding the "Total" attempts in the Voicelogic Ringless Reports. See Exhibit B (showing "Total" attempts for each campaign).

9. I was then able to use Microsoft Excel's filter function to filter for entries that:

(1) contained a "Voicemail" designation in the "Response" column (i.e. an RVM was successfully transmitted);

(2) contained a telephone number in the CELLNUMBER column (i.e. the RVM was sent to that individual's cell number); and

(3) were for service only customers who did not purchase a vehicle (i.e. the "SALEDATE" column was blank).

In total, there are 7,122 entries meeting the above parameters, i.e. where an RVM was successfully sent to the cell phone number of a service only customer.

10. Using Microsoft Excel's remove duplicates functions, I was able to remove any duplicates for the same telephone number. In total, out of the 7,122 entries, there are 2,935 unique telephone numbers to which RVMs were successfully transmitted.

11. Using the "Date" column, I was able to determine that the above RVMs were all transmitted on three dates: February 21, 2018, February 26, 2018, and February 28, 2018. The Voicelogic Ringless Reports confirm these dates. *See* **Exhibit B** (showing "Job Date[s]" for each campaign).

12. According to the Campaign Reports, Plaintiff Picton, was a service customer, and was successfully sent three RVMs to his cell phone number: (1) one on February 21, 2018 at 16:12:49, (2) one on February 26, 2018 at 19:05:53, and (3) one on February 28, 2018 at 12:57:13.

13. Plaintiff will provide the full documents to the Court upon request and has not done so due to their large size.

I declare under penalty of perjury that the facts stated herein are true and correct.

Executed on: September 30, 2019

*/s/ Ignacio J. Hiraldo*
Ignacio J. Hiraldo, Esq.

# EXHIBIT A

| Telephone Number | Response | Date | Time (ET) | Seconds | TEL | OTEL |
|---|---|---|---|---|---|---|
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:04:37 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:04:39 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:04:56 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:04:56 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:04:57 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:02 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:05:04 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:05:06 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:07 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:09 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:13 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:05:22 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:24 | 0 | 1407▮ | 407▮ |
| 1407▮ | Auto Operator | 2018/02/21 | 16:05:31 | 30 | 1407▮ | 407▮ |
| 1407▮ | Voicemail | 2018/02/21 | 16:05:32 | 45 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:32 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:36 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:05:36 | 0 | 1407▮ | 407▮ |
| 1407▮ | Automated Phone Menu | 2018/02/21 | 16:05:37 | 45 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:38 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:39 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:39 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:39 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:41 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:05:44 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:52 | 0 | 1407▮ | 407▮ |
| 1407▮ | Not Compatible | 2018/02/21 | 16:05:52 | 0 | 1407▮ | 407▮ |
| 1407▮ | Voicemail N/A | 2018/02/21 | 16:05:53 | 0 | 1407▮ | 407▮ |

| NAME | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| RO■ | 8■ | ORLANDO | FL | 3■ |
| NE■ | 5■ | ORLANDO | FL | 3■ |
| DU■ | 1■ | ORLANDO | FL | 3■ |
| HO■ | 5■ | OVIEDO | FL | 3■ |
| VA■ | 6■ | ORLANDO | FL | 3■ |
| KH■ | 5■ | KISSIMMEE | FL | 3■ |
| CH■ | 9■ | ORLANDO | FL | 3■ |
| MC■ | 1■ | ORLANDO | FL | 3■ |
| SA■ | 1■ | WINTER PARK | FL | 3■ |
| DU■ | 5■ | ORLANDO | FL | 3■ |
| RO■ | 2■ | ORLANDO | FL | 3■ |
| CR■ | 1■ | SAINT CLOUD | FL | 3■ |
| HO■ | 1■ | WINTER SPRINGS | FL | 3■ |
| MC■ | 6■ | SAINT CLOUD | FL | 3■ |
| MA■ | 1■ | ORLANDO | FL | 3■ |
| MU■ | 8■ | ORLANDO | FL | 3■ |
| He■ | 6■ | ORLANDO | FL | 3■ |
| BA■ | 9■ | WINTER SPRINGS | FL | 3■ |
| YE■ | 1■ | ORLANDO | FL | 3■ |
| CA■ | 1■ | KISSIMMEE | FL | 3■ |
| AP■ | 8■ | ORLANDO | FL | 3■ |
| HA■ | 1■ | KISSIMMEE | FL | 3■ |
| JO■ | 1■ | OVIEDO | FL | 3■ |
| PE■ | 2■ | OVIEDO | FL | 3■ |
| MA■ | 1■ | ORLANDO | FL | 3■ |
| MC■ | 9■ | ORLANDO | FL | 3■ |
| FU■ | 1■ | ORLANDO | FL | 3■ |
| FE■ | 4■ | ORLANDO | FL | 3■ |

| CRRT | HOMENUMBER | WORKNUMBER | CELLNUMBER | MAINEMAILA | SALEDATE |
|---|---|---|---|---|---|
| | (407) | | (407) | ro | |
| | (407) | (407 | | S | 20171228 |
| | (407) | | (407) | P | |
| | (407) | (407 | | O | 20111119 |
| | (407) | | | le | |
| | (407) | (407 | | | 20111209 |
| | (407) | (407 | | | |
| | (407) | (407 | | | 20150504 |
| | (407) | | (407) | FL | |
| | (407) | (407 | | lin | 20171228 |
| | (407) | (407 | | ro | |
| | (407) | (407 | | | 20150509 |
| | (407) | | (407) | gi | 20110219 |
| | (407) | (407 | | | 20150829 |
| | (407) | (407 | | | |
| | (407) | (407 | (407) | | 20171104 |
| | (407) | | (407) | | |
| | (407) | (407 | | tb | 20170310 |
| | (407) | (407 | | V | 20140624 |
| | (407) | | | ca | |
| | (407) | (407 | | | |
| | (407) | (407 | | A | 20170314 |
| | (407) | | | | |
| | (407) | (407 | (407) | m | 20160409 |
| | (321) | (321 | (407) | G | 20150328 |
| | (407) | (407 | (407) | | |
| | (321) | | (407) | BE | |
| | (407) | (407 | (407) | | 20041218 |

| YEAR | MAKE | MODEL | VINNUMBER | DISTANCE |
|---|---|---|---|---|
| 2015 | ■ | ■ | 1■ | 2.806322 |
| 2014 | ■ | ■ | 2■ | 2.760976 |
| 2008 | ■ | ■ | 1■ | 13.44476 |
| 2012 | ■ | ■ | 1■ | 3.303875 |
| 2014 | ■ | ■ | 3■ | 8.610487 |
| 2005 | ■ | ■ | J■ | 22.243486 |
| 2011 | ■ | ■ | K■ | 0.430621 |
| 2004 | ■ | ■ | 1■ | 4.551038 |
| 2005 | ■ | ■ | 1■ | 5.272647 |
| 2018 | ■ | ■ | 2■ | 14.597911 |
| 2012 | ■ | ■ | 1■ | 8.275056 |
| 2014 | ■ | ■ | 1■ | 22.859082 |
| 2011 | ■ | ■ | 2■ | 7.336473 |
| 2014 | ■ | ■ | 1■ | 21.878222 |
| 2002 | ■ | ■ | 1■ | 8.908999 |
| 2016 | ■ | ■ | 1■ | 5.339179 |
| 2015 | ■ | ■ | 2■ | 4.382447 |
| 2017 | ■ | ■ | 2■ | 7.327349 |
| 2014 | ■ | ■ | 1■ | 3.937262 |
| 2016 | ■ | ■ | 3■ | 17.967657 |
| 2015 | ■ | ■ | 1■ | 13.281685 |
| 2017 | ■ | ■ | 2■ | 24.978461 |
| 2015 | ■ | ■ | 2■ | 6.985559 |
| 2016 | ■ | ■ | 1■ | 7.157894 |
| 2012 | ■ | ■ | 2■ | 4.759079 |
| 2004 | ■ | ■ | 1■ | 1.771096 |
| 2004 | ■ | ■ | 1■ | 2.761771 |
| 2005 | ■ | ■ | 1■ | 4.358232 |

# EXHIBIT B

# Voicelogic
# Ringless Report

| | | | |
|---:|:---:|---:|:---:|
| **Company Name:** | BDC PROMOTIONS INC. | **Job Name:** | BDCP9809 |
| **Contact Name:** | JUSTIN SPECHT | **Web Reference:** | 85857 |
| **Name/PO:** | BDC- Greenway DCJ-Feb 21 | **Job Date:** | 2/21/2018 |
| **Total Records:** | 29908 | **Sent For:** | BDC PROMOTIONS |
| **Contract:** | 122159U | **Voice File:** | 106401 |

| | |
|---:|:---:|
| **Last Paid Invoice #:** | 122159U |
| **# of Minutes Purchased:** | 110,000 |
| **Minutes Remaining:** | 30,981 |

| SUCCESSFUL | Response | Percentage | Time Per (Minutes) |
|---:|:---:|:---:|:---:|
| Voicemail | 21611 | 72.26% | 34178.75 |
| **Successful Total:** | 21611 | 72.26% | 34178.75 |

| UNSUCCESSFUL | Response | Percentage | Time Per (Minutes) |
|---:|:---:|:---:|:---:|
| Voicemail N/A | 3660 | 12.24% | 0 |
| Not Compatible | 3324 | 11.11% | 0 |
| Auto Operator | 792 | 2.65% | 396 |
| Automated Phone Menu | 508 | 1.70% | 537.5 |
| Fax | 12 | 0.04% | 6 |
| NoToneCadncbrk | 1 | 0.00% | 0.5 |
| **Unsuccessful Total:** | 8297 | 27.74% | 940 |

| | | | |
|---:|:---:|:---:|:---:|
| **Total:** | 29908 | 100.00% | 35118.75 |

# Voicelogic
# Ringless Report

| Company Name: | BDC PROMOTIONS INC. | Job Name: | BDCP9926 |
|---|---|---|---|
| Contact Name: | JUSTIN SPECHT | Web Reference: | 86008 |
| Name/PO: | BDC- Greenway DCJ-Feb 26 | Job Date: | 2/26/2018 |
| Total Records: | 15399 | Sent For: | JUSTIN SPECHT |
| Contract: | 122292U | Voice File: | 106401 |

| Last Paid Invoice #: | 122292U |
|---|---|
| # of Minutes Purchased: | 20,000 |
| Minutes Remaining: | 0 |

| SUCCESSFUL | Response | Percentage | Time Per (Minutes) |
|---|---|---|---|
| Voicemail | 14182 | 92.10% | 19339.25 |
| Successful Total: | 14182 | 92.10% | 19339.25 |

| UNSUCCESSFUL | Response | Percentage | Time Per (Minutes) |
|---|---|---|---|
| Not Compatible | 567 | 3.68% | 0 |
| Voicemail N/A | 517 | 3.36% | 0 |
| Automated Phone Menu | 118 | 0.77% | 131.5 |
| Auto Operator | 14 | 0.09% | 7 |
| Fax | 1 | 0.01% | 0.5 |
| Unsuccessful Total: | 1217 | 7.90% | 139 |

| Total: | 15399 | 100.00% | 19478.25 |

# Voicelogic
# Ringless Report

| | | | |
|---:|:---:|---:|:---:|
| **Company Name:** | BDC PROMOTIONS INC. | **Job Name:** | BDCP9955 |
| **Contact Name:** | JUSTIN SPECHT | **Web Reference:** | 86049 |
| **Name/PO:** | BDC- Greenway DCJ-Feb 21 | **Job Date:** | 2/28/2018 |
| **Total Records:** | 16212 | **Sent For:** | BDC PROMOTIONS |
| **Contract:** | 122319U | **Voice File:** | 106401 |

| | |
|---:|:---:|
| **Last Paid Invoice #:** | 122319U |
| **# of Minutes Purchased:** | 20,000 |
| **Minutes Remaining:** | **-150** |

| SUCCESSFUL | Response | Percentage | Time Per (Minutes) |
|---:|:---:|:---:|:---:|
| Voicemail | 14659 | 90.42% | 19931.75 |
| **Successful Total:** | 14659 | 90.42% | 19931.75 |

| UNSUCCESSFUL | Response | Percentage | Time Per (Minutes) |
|---:|:---:|:---:|:---:|
| Not Compatible | 788 | 4.86% | 0 |
| Voicemail N/A | 613 | 3.78% | 0 |
| Automated Phone Menu | 113 | 0.70% | 107.5 |
| Auto Operator | 36 | 0.22% | 18 |
| Fax | 2 | 0.01% | 1 |
| NoToneCadncbrk | 1 | 0.01% | 0.5 |
| **Unsuccessful Total:** | 1553 | 9.58% | 127 |

| | | | |
|---:|:---:|:---:|:---:|
| **Total:** | 16212 | 100.00% | 20058.75 |

# EXHIBIT C

# Voicelogic
# Result Definitions

| | |
|---|---|
| **Voicemail** | System detected a voicemail tone. Message was delivered successfully. |
| **Live Answer** | Call was answered by a live person. Message was delivered successfully. |
| **Transferred** | Recipient pressed 1 and call was transferred. Message was delivered successfully. |
| **Auto Operator** | Automated operator message/recording. Message delivery was unsuccessful. |
| **Automated Phone Menu** | System detected an automated phone menu. Message delivery was unsuccessful. |
| **Busy** | System detected a busy line/tone. Message delivery was unsuccessful. |
| **Fax** | System detected a fax machine tone. Message delivery was unsuccessful. |
| **Line Noise** | Too much line noise to begin or continue the call. Message delivery was unsuccessful. |
| **No Answer** | The call was never answered by the recipient. Message delivery was unsuccessful. |
| **No Dial Tone** | No dial tone detected inorder to begin dialing. Message delivery was unsuccessful. |
| **No Ring Back** | A temporary compatibility issue. Message delivery was unsuccessful. |
| **Not Compatible** | Compatibility issue with service provider. Message delivery was unsuccessful. |

| | |
|---|---|
| **Not In Service** | Detected an operator message "number not in service". Message delivery was unsuccessful. |
| **NoToneCadncbrk** | No tone cadence momentarily not able to access. Message delivery was unsuccessful. |
| **Too Much Noise** | Too much line noise to proceed. Message delivery was unsuccessful. |
| **Voicemail N/A** | Voicemail box was not available at the time. Message delivery was unsuccessful. |