Page 1

1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                   ORLANDO DIVISION
3
4           Case No. 6:19-CV-00196-GAP-DCI
5
6    CLIFTON PICTON, individually and
     on behalf of all others
7    similarly situated,
8           Plaintiff,
9    vs.
10   GREENWAY CHRYSLER-JEEP-DODGE,
     INC., d/b/a GREENWAY DODGE
11   CHRYSLER JEEP,
12          Defendant.
     _____/
13
14
15            DEPOSITION OF:  JUSTIN SPECHT
16
17

            Taken by:          Plaintiff
18
            Date:              June 25, 2019
19
            Time:              1:15 p.m. to 4:10 p.m.
20
            Location:          814 E Silver Springs Blvd.
21                               Suite A
                               Ocala, Florida
22
            Reported by:       Amy J. Schreck, RPR
23
24
25

```
                                                    Page 2
 1   APPEARANCES:
 2   Igancia Hiraldo, Esquire (by Veritext Virtual)
     Of:       Eisenband Law
 3             515 East Las Olas Boulevard
                  Suite 120
 4             Fort Lauderdale, Florida 33301
 5             (954)533-4092
               MEisenband@EisenbandLaw.com
 6
               Appearing on behalf of the Plaintiff
 7
 8   Ernest H. Kohlmyer, Esquire
     Of:       Shepard, Smith, Kohlmyer & Hand
 9             2300 Maitland Center Parkway
                  Suite 100
10             Maitland, Florida
11             (407)622-1772
               SKohlmyer@ShepardFirm.com
12
               Appearing on behalf of the Witness
13
14   Brock Magruder, Esquire
     Of:       Gray Robinson
15             301 East Pine Street
                  Suite 1400
16             Orlando, Florida 32801
17             (407)843-8880
               Brock.Magruder@Gray-Robinson.com
18
               Appearing on behalf of the Defendant
19
20
21
22
23
24
25
```

Page 3

1                            INDEX

2   Justin Specht                                        Page

3         Direct Examination by Mr. Hiraldo               4

4         Cross-Examination by Mr. Kohlmyer               94

5         Redirect Examination by Mr. Hiraldo            98

6   Reporter's Deposition Certificate                    100

7   Certificate of Oath                                  101

8

9

10

11

12   _____

     _____

13

14                          EXHIBITS

15   Number    Description                               Page

16

17                          -NONE-

18

19

20

21

22

23

24

25

Page 4

1              S T I P U L A T I O N S

2              It was stipulated by and between counsel for the

3    respective parties that the reading and signing of the

4    deposition be waived.

5              THE REPORTER:  Would you raise your right hand,

6         please.

7              Do you swear or affirm that the testimony you

8         are about to give in this cause will be the truth,

9         the whole truth and nothing but the truth?

10             THE WITNESS:  Yes.

11             THE REPORTER:  Thank you.

12   THEREUPON,

13                       JUSTIN SPECHT,

14   was examined and gave the following answers to the

15   questions propounded:

16                  DIRECT EXAMINATION

17   BY MR. HIRALDO:

18        Q    Could you kindly state and spell your name for

19   the record?

20        A    William Justin Specht, W-i-l-l-i-a-m

21   J-u-s-t-i-n  S-p-e-c-h-t.

22        Q    Mr. Specht, as you may recall, my name is Manuel

23   Hiraldo.  I represent the Plaintiff in this case.

24             Do you recall a few weeks ago I took your

25   deposition in another case?

1      A    Yes.

2      Q    Have you given any deposition testimony since

3  that time?

4      A    No.

5      Q    Do you recall the rules that I gave you prior to

6  commencing that prior deposition?

7      A    Yes.

8      Q    Unlike the prior deposition, I am attending this

9  one by video conference.

10          Are you able to see and hear me okay?

11     A    Yes.

12     Q    If that changes at any point along the way, just

13  let me know.

14          Okay?

15     A    Okay.

16     Q    I'm going to ask you initially some very similar

17  questions as I did during the prior deposition.  Bear with

18  me because this is a different case and I need to go over

19  all that information again.

20          Is that understood?

21     A    Yes.

22     Q    What is your business address?

23     A    2729 SE 48th Avenue, Ocala, Florida 34480.

24     Q    What business is located at that address?

25     A    BDC Promotions.  Boy, David, Charles.

Page 6

1      Q    Say again.

2      A    BDC Promotions.

3      Q    When we refer to "BDC" throughout the day, do

4  you understand that I'm referring to BDC Promotions?

5      A    Yes.

6      Q    And at the last deposition, you are here as the

7  corporate designee of BDC?

8      A    Sorry.  I didn't hear your question.

9      Q    Do you understand that like the last deposition

10  you are appearing today as the corporate designee for BDC?

11      A    Yes.

12      Q    And that your testimony is binding upon the

13  corporation?

14      A    Yes.

15      Q    How many people are employed by BDC?

16      A    I don't know exactly.  Almost a couple dozen.

17      Q    Are they all located at the address that you

18  provided me?

19      A    No.

20      Q    Does BDC have another business address or

21  business location rather?

22      A    No.

23      Q    The individuals that are employed by BDC, do

24  they work from home?

25      A    Most of them.

Page 7

1          Q     How many people are located at the business
2     address that you provided me?
3          A     Three.
4          Q     What does BDC do?
5          A     We provide direct mail services, digital
6     marketing services and call center services.
7          Q     Does BDC provide services for a specific
8     industry?
9          A     Yes.
10          Q     What industry is that?
11          A     Automotive.
12          Q     Meaning car dealerships?
13          A     Yes.
14          Q     For how long has BDC been in business?
15          A     Two and a half years.
16          Q     When you say "call center services," what does
17     that mean?
18          A     We provide live dialing services and we also
19     provide text messaging services over Facebook Messenger.
20          Q     What about the ringless voice mail services?
21          A     That was a prior service that we offered.
22          Q     During what period of time did BDC offer -- I'll
23     refer to them as "RBMs."
24               Is that understood that when I say RBMs I'm
25     referring to ringless voice mails?

Page 8

1        A     Yes.

2        Q     During that period of time, did BDC offer RBMs

3    to the car industry?

4        A     February of 2017 through November of 2018.

5        Q     BDC no longer offers those services; is that

6    correct?

7        A     No.

8        Q     No, it's not correct or yes, it is correct?

9        A     That is correct, yes.

10       Q     Why did BDC stop offering RBM services to the

11   client?

12       A     Because of the client's potential liability.

13       Q     When you say "potential liability," what do you

14   mean?

15       A     Because of their potential exposure.

16       Q     Under the Telephone Consumer Protection Act?

17       A     Yes.

18       Q     When I say TCPA, do you understand I'm referring

19   to the Telephone Consumer Protection Act?

20       A     Yes.

21       Q     In addition to the Defendants in this case and

22   the Defendants in the case for which I took your

23   deposition a few weeks ago, have any other clients of BDC

24   been sued under the TCPA in connection with ringless voice

25   mail?

Page 9

1      A     Not that I'm aware of.

2      Q     Now if you would just give me as you did in the

3   prior deposition a quick summary of your education and

4   employment history, please.

5      A     I completed four years of high school here in

6   Ocala, Florida; one year of college here in Ocala,

7   Florida; and then I started working at the Ocoee -- in the

8   Ocoee area in the car business at the age of 19.

9            Came back to Ocala.  Two years later at the age

10  of 21 worked in retail here at a Toyota dealership and

11  went into advertising at age 26 which was in 2011.

12     Q     Then you opened BDC when?

13     A     It was January of 2017.

14     Q     Now the services that BDC provides, are those --

15  would you consider those services to be marketing or

16  promotional services?

17     A     Yes.

18     Q     Does BDC offer its customers anything but

19  marketing or promotional services?

20     A     We offer them staffing and training services as

21  well.

22     Q     What does that encompass?

23     A     We work inside the dealership.

24     Q     Doing what?

25     A     We help train the staff, we help sell the cars,

1   we help sell the people that come into the dealership.

2        Q    Besides that, does BDC offer anything else to

3   its customers?

4        A    No.

5        Q    How many accounts does BDC presently service?

6        A    Approximately 40.

7        Q    Are those all located in the central Florida

8   area?

9        A    No.

10        Q    Where are they located?

11        A    Throughout the nation.  Not the entire nation

12   but Texas, Wisconsin, Illinois.  We have some

13   relationships in various regions and various states.

14        Q    Does BDC only offer services to car dealerships

15   or does it also offer services to, for example, auto

16   manufacturers?

17        A    We have conducted services and we offer our

18   services to new car franchise dealers, independent used

19   car dealers, RV dealers and we've even helped out an

20   apartment complex before.

21        Q    What about auto manufacturers.  For example,

22   Fiat Chrysler?

23        A    We don't service them directly.  We service

24   their dealers.

25        Q    Do you know an individual by the name of Robert

1    Williams?

2         A    Yes.

3         Q    Who is he?

4         A    He's a manager or district manager executive

5    with FCA, Fiat Chrysler automobiles.

6         Q    And how is it that you know Mr. Williams?

7         A    We met the day that he asked us to come to the

8    Southeastern Business Center.

9         Q    The Southeastern Business Center for FCA?

10        A    Yes.

11        Q    Where is that located?

12        A    In Orlando.

13        Q    Has BDC ever provided any type of service to

14   FCA?

15        A    We've never provided any type of service to FCA

16   directly, no.

17        Q    How about indirectly?

18        A    Yes.

19        Q    And provide me some more specific information if

20   you would.

21             How did that occur?

22        A    The dealers have complete autonomy as to who

23   they want to do business with.  It's not decided by FCA.

24        Q    Has BDC been approved as a marketing company for

25   FCA dealerships?

1      A     No, but we've been endorsed.

2      Q     What does that mean?

3      A     Well, my understanding is you have to have done

4   business in all 50 states to be an FCA approved vendor

5   which we haven't yet.  So, they have recommended our

6   products and services to some of their dealers and their

7   dealers have used our products and services because of

8   that.

9      Q     Is that how Greenway came about?  When I say

10  "Greenway," do you understand I'm referring to the

11  Defendants in this case?

12     A     Yes.

13     Q     Greenway automotive.  Is that how Greenway came

14  about to retain BDC's services?

15     A     I don't recall.

16     Q     Do you know if FCA recommended BDC to Greenway?

17     A     I don't know.

18     Q     Have you ever seen any communications in which

19  FCA -- in which Mr. Williams suggested to someone at

20  Greenway that Greenway contact BDC?

21            MR. MAGRUDER:  Object to form.

22            THE WITNESS:  No.

23  BY MR. HIRALDO:

24     Q     Now, you testified earlier that one of the

25  services that BDC offers its clients are ringless voice

Page 13

1  mail services; is that correct?

2       A    Yes, in the past.

3       Q    Now in the past during the time period during

4  which BDC provided ringless voice mail services to its

5  customers, did BDC always use the same ringless voice mail

6  as the platform for the transmission of those messages?

7       A    Yes.

8       Q    What was the name of the platform used by BDC

9  during that time period?

10      A    Voicelogic.

11      Q    Do you know the full name for Voicelogic?

12      A    No.

13      Q    Where is Voicelogic located?

14      A    Toronto, Canada.

15      Q    How many campaigns has BDC launched using the

16  Voicelogic ringless voice mail platform?

17      A    I don't know.

18      Q    More than 20?

19      A    Yes.

20      Q    More than 100?

21      A    I don't know.

22      Q    When was the last time that BDC used Voicelogic

23  for the transmission of the ringless voice mail?

24      A    In November of 2018.

25      Q    How is it that BDC came to know about Voicelogic

1    and use their services?

2        A    I had a business manager that helped me when I

3    first formulated and first started my company and he found

4    them.

5        Q    Do you know how he found them?

6        A    He found them on the internet.

7        Q    Let's take a step back.  If you would, tell me

8    what you did, if anything, to prepare for today's

9    deposition.

10            MR. MAGRUDER:  Subject to any conversations you

11        had with counsel in this case in preparation for the

12        deposition, I instruct you not to answer.  If you've

13        conducted any other independent review of any

14        documents or consultation, you may answer.

15   BY MR. HIRALDO:

16       Q    Just like the last deposition we did, I don't

17   want to know about anything that is privileged that you

18   discussed with your attorney, so keep that in mind when

19   you answer my question.

20            Is that understood?

21       A    Yes.

22       Q    So let's break it down a little bit more.  Did

23   you review any documents in order to prepare for today's

24   deposition?

25       A    No.

1    Q    Did you speak with anyone besides your attorney

2    in order to prepare for today's deposition?

3    A    No.

4    Q    Besides your attorney, have you spoken with

5    anyone at any point in time regarding this lawsuit?

6    A    I've mentioned it to my girlfriend.

7    Q    Anybody else?

8    A    No.

9    Q    What about Robert Williams?

10   A    No.

11   Q    What about Shaun Allen?

12   A    No.

13   Q    Who is Shaun Alan?

14   A    He's the general manager or general sales

15   manager of Greenway Dodge.

16   Q    Do you know the spelling of his name?  I think

17   I've seen it a couple different spellings.

18   A    I think it's S-h-a-u-n  A-l-l-e-n.

19   Q    His position again is what at Greenway?

20   A    I think he's the general sales manager.

21   Q    Your testimony is that you've never spoken to

22   Mr. Allen about this lawsuit?

23   A    No.

24   Q    Is there anyone else that you may have spoken

25   with about this lawsuit in any way at any other time that

1    you can recall?

2            MR. MAGRUDER:  Except for counsel you can

3        answer.

4            THE WITNESS:  No.

5    BY MR. HIRALDO:

6        Q    Do you recall the subpoena for documents that

7    was served on BDC in connection with this lawsuit?

8        A    No, not really.

9        Q    Do you have an understanding that at some point

10   we sent a subpoena to BDC asking for documents?

11       A    Yes.

12       Q    Who at BDC was tasked with compiling documents

13   responsive to that subpoena?

14       A    I was.

15       Q    Tell me exactly what you did in order to locate

16   documents responsive to the subpoena we issued.

17           MR. MAGRUDER:  Subject to any conversations or

18       at the direction of counsel in order to prepare the

19       response to the discovery and to the subpoena, I

20       instruct you not to answer.

21           To the extent that it doesn't call for any

22       direction of counsel or any conversations that you

23       had with counsel, you can answer.

24           THE WITNESS:  I just forwarded every email

25       communication between Shaun Allen and myself and with

1      Voicelogic and myself regarding this campaign in

2      February of 2018.

3    BY MR. HIRALDO:

4      Q    Where are those emails located?  What type of

5    email service do you use?

6      A    I think it's Outlook.

7      Q    The Outlook that you used for your emails, how

8    do you access it?

9      A    With a user name and password.

10     Q    That user name and password is inputted into the

11   desk top or laptop or both?

12     A    Both.

13     Q    Do you have a desk top at your office location?

14     A    Yes.

15     Q    Do you also have a laptop for your work?

16     A    No.

17     Q    Did you access your desk top email -- did you

18   access your Outlook on your desk top in order to search

19   for the emails responsive to the subpoena?

20     A    Yes.

21     Q    Sorry.  Did you answer?

22     A    Yes.

23     Q    What was the answer?

24     A    The answer was yes.

25     Q    My question was when did that occur?

1        A      I don't recall.

2        Q      When you accessed your Outlook search for emails

3   responsive to the subpoena, where within Outlook did you

4   look in?

5        A      In all my folders.

6        Q      You have a folder specific for Greenway?

7        A      No.  I'm talking about all of my folders:  My

8   inbox, my sent items, my deleted items.

9        Q      Did you do a word search?

10       A      Sorry.  I couldn't hear the question.

11       Q      Did you do a word search?

12       A      A word search.  What do you mean by that?

13       Q      I'm trying to figure out how you went about

14   locating the emails that were responsive.

15       A      I input Shaun's email, I input my contacted

16   Voicelogic's email so every email from those individuals

17   would show.

18       Q      How do you know that?

19       A      Because my Outlook email, if you input the

20   person's entire email, it pulls up every email from that

21   person.  If you do a word search, you wouldn't have every

22   email included.

23       Q      The reason I'm asking these questions is because

24   when I reviewed the documents produced in response to the

25   subpoena and I reviewed the documents produced by Greenway

1   in response to our discovery request, I noted emails in

2   the Greenway production that were not in the BDC subpoena

3   response.

4           Do you know why that is?

5       A    It's probably because they are no longer in

6   Outlook.

7       Q    What is BDC's document retention policy, if any?

8       A    There's no document retention policy.  I don't

9   delete anything.  That's our document retention policy.

10      Q    Go ahead.

11      A    I'll rephrase it.  I don't delete anything.

12  That is our document retention policy.  That way I can go

13  back and find things as needed.

14      Q    Do you know why there are emails in the Greenway

15  production between you and Mr. Allen that don't appear in

16  the BDC production?

17          MR. MAGRUDER:  Objection to form.  You can

18          answer if you know.

19          THE WITNESS:  I don't know.  Maybe it's

20          something that I missed or failed to send.  But to my

21          knowledge, I've sent every email communication

22          between January of 2018 and March 1st of 2018 between

23          Shaun Allen and myself and my vendor Voicelogic and

24          myself.

25  BY MR. HIRALDO:

1      Q    Besides searching your email for emails between

2   you and Mr. Allen and emails between you and Voicelogic,

3   did you do anything else to search for documents

4   responsive to our subpoena?

5           MR MAGRUDER:  Subject to any conversations

6        you've had with counsel or at the direction of

7        counsel, I instruct you to not answer.

8           Other than that, you can answer the best you

9        can.

10          THE WITNESS:  I've searched in DocuSign which is

11       what we use for electronic signature and I've also

12       searched in my file Explorer to find the originating

13       order forms.

14   BY MR. HIRALDO:

15      Q    Did you request for Voicelogic to produce any

16   documents responsive to the subpoena?

17      A    Yes, I did.

18      Q    And how did you do that?  Meaning, did you send

19   an email or did you pick up the phone and make a phone

20   call?

21      A    I don't recall.

22      Q    When did your request to Voicelogic occur?

23      A    Within the last 30 days.

24      Q    What did you ask Voicelogic to produce to you?

25      A    I asked them to produce the clean data files

Page 21

1    that were used during the time frame and any reports that

2    they have but they don't keep reports back that far.

3         Q    When you say "clean data files," what do you

4    mean by that?

5         A    They scrub the data.  They scrub the customer

6    data so it eliminates people that have moved out of the

7    area, it eliminates people that are on the Do Not Call

8    Registry.  They have a scrubbing process.

9         Q    We'll get into more detail later on.  But to get

10   an idea of what you're discussing now, are you saying that

11   you provided information to Voicelogic and then they

12   performed some type of scrubbing on that lead information?

13        A    Yes.

14        Q    Besides asking for the clean lead files, you

15   said asked for the reports; is that correct?

16        A    Yes.

17        Q    When you say "reports," you mean disposition

18   reports?

19        A    Yes.

20        Q    Meaning reports similar to what we reviewed

21   during your last deposition of the outcome of each

22   attempted ringless voice mail; is that correct?

23        A    Yes.

24        Q    And Voicelogic told you that they no longer have

25   those reports?

Page 22

1      A     Correct.

2      Q     Who told you that at Voicelogic?

3      A     Derrick Watt.

4      Q     Did he tell you that in an email or over the

5  phone?

6      A     I don't recall.

7      Q     What did Mr. Watt tell you in terms of how long

8  Voicelogic keeps disposition reports?

9      A     He said they keep them for about a year.

10      Q     And the campaign that occurred in this case

11  occurred when?

12      A     February of 2018.

13      Q     So based on Mr. Watts' representations, the

14  disposition reports existed at least up to February of

15  2019; is that correct?

16      A     I believe so.

17      Q     When did BDC first become aware of this lawsuit?

18      A     I don't recall.

19      Q     Do you recall that in the prior deposition you

20  testified that after each ringless voice mail transmission

21  Voicelogic sent you disposition reports?

22      A     No.

23      Q     Did Voicelogic send you disposition reports in

24  connection with the campaign -- the ringless voice mail

25  campaign that you conducted for Regal Automotive?

Page 23

1      A    Yes, they did.

2      Q    Did Voicelogic send you disposition reports in

3    connection with the ringless voice mail campaign that you

4    conducted for Greenway?

5      A    No.

6      Q    Do you know why not?

7           MR. MAGRUDER:  Object to form.  You can answer.

8           THE WITNESS:  It wasn't something that we

9           requested on a normal basis.  It wasn't a standard

10          procedure.

11   BY MR. HIRALDO:

12     Q    Sorry.  Were you finished?

13     A    We only requested ringless voice mail reports on

14   a rare basis.  It wasn't a standard procedure.

15     Q    Why is it that BDC requested ringless voice mail

16   reports in connection with the campaign it conducted for

17   Regional Automotive?

18     A    Because the dealer requested them.

19     Q    Did Greenway Automotive ever request disposition

20   reports from BDC in connection with the ringless voice

21   mail campaigns that are at issue in the case?

22     A    No.

23     Q    Has BDC discussed with Voicelogic whether

24   Voicelogic had the ability to recreate or some how

25   reproduce the disposition logs for the campaign that it

1    conducted for Greenway?

2        A    No.

3        Q    Do you know if Voicelogic has any operations

4    here in the United States?

5        A    No.

6        Q    Let's talk a little bit about Greenway.  When is

7    the first time that someone from Greenway communicated

8    with someone from BDC?

9        A    I don't recall.

10       Q    Well, can you give me a rough estimate of at

11   least a year when that might have occurred?

12       A    Yeah.  Probably some time between November of

13   2017 and January of 2018.

14       Q    Now during that time period, did someone from

15   BDC reach out to Greenway or did Greenway reach out to

16   BDC?

17       A    I don't recall.

18       Q    What is the first type of service that BDC ever

19   provided for Greenway?

20       A    Direct mail for sure, live dialing for sure and

21   probably ringless voice mail.  The three services

22   combined.

23       Q    When did that occur?

24       A    I believe it was January of 2018.

25       Q    So how many RBM campaigns has BDC done for

1    Greenway?

2        A    I don't know.

3        Q    I'm aware of at least two ringless voice mail

4    messages that were sent to our client.

5            Were there any other ones sent to consumers by

6    BDC on behalf of Greenway?

7        A    Yes.

8        Q    How many?

9        A    I don't know exactly.

10       Q    Does BDC have a record of the other ringless

11   voice mail campaigns?

12       A    No.

13       Q    If BDC wanted to know the other campaigns that

14   it conducted for Greenway, how would we go about finding

15   them?

16       A    Well, if I wanted to see if they ordered

17   ringless voice mails, I would look at my past order forms

18   and if I wanted to find out if one was conducted, I would

19   ask my vendor.

20       Q    Your vendor meaning Voicelogic?

21       A    Yes.

22       Q    The first ringless voice mail that our client,

23   the Plaintiff in this case, received was on February 21 of

24   2018.

25           Had BDC sent ringless voice mails on behalf of

Page 26

1    Greenway prior to that date?

2        A    I believe so.

3        Q    How many prior campaigns?

4        A    Just one.

5        Q    That occurred -- when -- in January or February

6    of 2018?

7        A    In January.

8        Q    Do you recall the date?

9        A    It was the end of January.

10       Q    Do you recall the content of that message?

11       A    No.

12       Q    Was it a marketing message?

13       A    Yes.

14       Q    Were all the ringless voice mails sent by BDC on

15   behalf of Greenway marketing messaging?

16           MR. KOHLMYER:  Manny, we can fight about this

17       letter but can I have a standing objection to the

18       extent that that question calls for Justin to reach

19       some legal conclusion about the meaning of marketing

20       messages under the TCPA as opposed to what he thinks.

21           MR. HIRALDO:  I'm not using it in the sense of

22       how it was used under the TCPA.  I'm using it

23       strictly in how he defines marketing.

24           MR. KOHLMYER:  Perfect.

25   BY MR. HIRALDO:

Page 27

1      Q    Mr. Specht, how do you define "marketing"?

2      A    As a solicitation.

3      Q    The messages that were sent by BDC -- the

4  ringless voice mail messages that were sent by BDC on

5  behalf of Greenway, were they all solicitations, the

6  purpose of which was to get customers to come into the

7  Greenway dealership?

8      A    Yes.

9      Q    Did BDC discuss with Greenway at any point in

10  time the purpose of the ringless voice mail messages that

11  were to be sent to consumers?

12     A    Yes.

13     Q    Who at BDC spoke with somebody at Greenway?

14     A    I did.

15     Q    Did you speak with Mr. Allen?

16     A    Yes.

17     Q    Did you, Mr. Specht, deal with anyone at

18  Greenway other than Mr. Allen?

19     A    No.

20     Q    So when you discussed the purpose of these

21  messages with Mr. Allen, what is it that you discussed?

22     A    I don't recall.

23     Q    Did you discuss with Mr. Allen that the purpose

24  of these messages was to get customers through the door at

25  the Greenway dealership?

Page 28

1      A    Yes.

2      Q    Did you discuss with Mr. Allen that the purpose

3   of these prerecorded messages was to ultimately sell cars

4   to those people?

5      A    Yes.

6      Q    Now, the January 2018 campaign then was a

7   solicitation, the purpose of which was to get customers

8   into the Greenway dealership so Greenway could sell them

9   cars.  Correct?

10     A    Yes.

11          MR. KOHLMYER:  Objection; leading.

12   BY MR. HIRALDO:

13     Q    The January 2018 campaign, how many messages

14   were sent in connection with that campaign?

15     A    I don't recall.

16     Q    Was it more than 20,000?

17     A    No.

18     Q    Was it more than 10,000?

19     A    I don't recall.

20     Q    The lead information for the consumers to whom

21   those ringless voice mails were sent in January of 2018,

22   where did that come from?

23     A    From the dealer.

24     Q    What did Greenway provide to BDC in terms of the

25   information?

1      A     They provided us their entire sales and service

2   data base.

3      Q     Did they provide BDC access to that data base or

4   did they provide it to you in some other form?

5      A     No.  They provided it in another form.

6      Q     What form did they provide the data base to BDC?

7      A     It was either an Excel spreadsheet or a CSV

8   file.

9      Q     How many individuals were on that list?

10     A     I don't recall.

11     Q     What type of information was on that list?

12     A     Name, address, home phone, work phone, cell

13   phone, year, make and model of the vehicle.

14     Q     The campaigns that the ringless voice mail

15   campaign that was sent by BDC on behalf of Greenway, were

16   those messages only sent to cellular telephone numbers?

17     A     I don't know the answer to that question.

18     Q     Were there any ringless voice mails that were

19   sent to residential telephone numbers?

20     A     I'm not sure.

21     Q     What would you need to look at in order to

22   answer that question?

23     A     I would have to look at a disposition report.

24     Q     Did BDC provide Voicelogic anything about

25   cellular telephone numbers in connection with the ringless

1  voice mail campaigns that were conducted on behalf of

2  Greenway?

3       A    Yeah.  The entire data file was provided.

4       Q    Was Voicelogic instructed to do something with

5  that data file?

6       A    Yes.

7       Q    Were they instructed to scrub that file in any

8  way?

9       A    Yes.

10      Q    What were the instructions that were given by

11 BDC to Voicelogic with respect to the scrubbing of that

12 data base?

13      A    So the standard was we would scrub it against

14 the Do Not Call list, we would remove any numbers that

15 have been changed, disconnected or no longer in service

16 and any numbers or any people who had moved out of the

17 area.

18      Q    That's it?

19      A    Yes.

20      Q    Did BDC instruct Voicelogic to remove

21 residential or land line telephone numbers?

22      A    I don't believe so.

23      Q    Has BDC ever sent ringless voice mails to

24 landline telephone numbers?

25      A    I believe we have.

Page 31

1      Q    How many times?

2      A    I don't know.

3      Q    Does BDC know if ringless voice mails can be

4    sent to landline telephone numbers?

5      A    No.

6      Q    No, they don't know or, no, they can't be sent?

7      A    No, I'm not sure.

8      Q    So going back to the January 2018 campaign, was

9    that campaign sent to anybody other than the telephone

10   numbers provided by Greenway?

11     A    No.

12     Q    Just bear with me for one second.  I'm going to

13   play you a recording and let me know if you can't hear it.

14

15          Good afternoon.  This is Matt Bishop with

16   Greenway Dodge, Chrysler, Jeep, Ram.  I'm sorry I missed

17   you.  I was calling to personally invite you to extend our

18   benefit Friday, Saturday and Sunday with (inaudible)

19   Chrysler Corporation RV $150,000 in additional (inaudible)

20   incentives this weekend only.  Every vehicle will be

21   discounted up to $11,000, zero percent financing for up to

22   72 months or retail for your trade.

23          Only the first hundred purchasers will be able

24   to take advantage of this incredible opportunity.  If

25   you've been thinking about a new car or are unhappy with

Page 32

1    your current vehicle.  Don't miss this opportunity to

2    save.

3            My name is Stan Bishop at Greenway Chrysler

4    Dodge Jeep and Ram.  Call me to make (inaudible) sales the

5    biggest sale of the year at (407)704-2962.  The number

6    again is (407)704-2962.  Thank you.

7

8            MR. KOHLMYER:  Madam Court Reporter, I can get

9        you the text.

10   BY MR. HIRALDO:

11       Q    Did you hear that message?

12       A    Yes.

13       Q    Do you recognize that message?

14       A    Yes.

15       Q    And how is it that you recognize that message?

16       A    I recorded it.

17       Q    Is that your voice in the recording?

18       A    Yes.

19       Q    Who is Matt Bishop?

20       A    A new car director at Greenway Dodge.

21       Q    That is not Matt Bishop's voice?

22       A    No.

23       Q    How is it that you recorded this message?

24       A    Through an audio recording.

25       Q    Did Voicelogic provide you the telephone number

1   to call in order to record this message?

2       A    Yes.

3       Q    Do you recall when you recorded that message?

4       A    In February of '18 some time.

5       Q    Who wrote the script for that message?

6       A    I did.

7       Q    Did you run the script by anyone at Greenway

8   before recording it?

9       A    Yes.

10      Q    Who approved -- strike that.  Who did you send

11  the script of the message to before recording it?

12      A    Shaun Allen.

13      Q    Did Mr. Allen approve that script before you

14  recorded it?

15      A    Yes.

16      Q    Did he make any changes to it before you

17  recorded it?

18      A    I don't recall.

19      Q    Had Mr. Allen asked to you make a change to that

20  recording to the script of the recording, would you have

21  followed his instruction?

22      A    Yes.

23      Q    Had Mr. Allen told you not to send the

24  recording, would you have followed his instruction?

25      A    Yes.

Page 34

1      Q    Did Mr. Allen authorize you to use the Greenway

2   name in the recording?

3      A    Yes.

4      Q    The telephone number that is identified in the

5   recording was (407)704-2962.

6           What number is that?

7      A    I'm not sure.  Is it the dealership's number?

8      Q    I don't know.  I'm asking.

9      A    I don't know.

10      Q    Was there a caller ID number associated with

11   this message?

12      A    I don't recall.

13      Q    Now, was this message ultimately transmitted to

14   the consumers?

15      A    Yes.

16      Q    To whom was the message sent on February 21,

17   2018?

18      A    To the dealer's data base and to a separate list

19   as well.

20      Q    The dealer data base, was that the same data

21   base for the message that was sent in January of 2018?

22      A    Yes.

23      Q    You don't know how many people are on that list;

24   is that correct?

25      A    No.

1      Q    Now when you sent the data base to Voicelogic in

2  January of 2018, you instructed Voicelogic to remove

3  individuals that were on the Do Not Call.  Correct?

4      A    Yes.

5      Q    You instructed Voicelogic -- strike that.  Did

6  you instruct Voicelogic to remove any other telephone

7  numbers?

8      A    Just any number that would be a waste of our

9  time and money.  Any number that may have changed,

10  disconnected, no longer in service, any number that had

11  moved more than an hour outside of the area.

12      Q    After the scrubbing was completed by Voicelogic,

13  was the instruction to Voicelogic to then send a message

14  to every single one of the remaining telephone numbers?

15      A    Yes.

16      Q    Now, is that what happened with respect to the

17  February 21, 2018 campaign?

18      A    Yes.

19      Q    Meaning BDC told Voicelogic, remove the DNC

20  numbers, remove the disconnected numbers, remove the

21  changed numbers, remove the numbers of individuals who had

22  moved outside of the area and then send this message to

23  each one of the remaining telephone numbers.  Correct?

24      A    Yes.

25      Q    Now, the list of other individuals to whom this

Page 36

1   message was sent on February 21 of 2018, where did that

2   come from?

3        A     From List Service Direct.

4        Q     What is List Service Direct?

5        A     They are a vendor that provides third party

6   data.

7        Q     And when BDC requested for List Service Direct

8   to provide a list a telephone numbers, did BDC give List

9   Service Direct any parameters?

10       A     Yes.

11       Q     What were the parameters?

12       A     We requested within a certain distance of their

13  zip code numbers that are not listed on the Do Not Call

14  Registry who have a minimum household reported income.

15       Q     When you say their zip code, are you referring

16  to Greenway?

17       A     Yes.

18       Q     So you wanted people that were close to the

19  dealership.  Correct?

20       A     Yes.

21       Q     With a certain household income.  Correct?

22       A     Correct.

23       Q     What was the household income?

24       A     I don't recall.  It was either 40 or 50 thousand

25  minimum.

1       Q    Why include a household income as part of the

2    parameters that were sent to List Service Direct?

3       A    Because we don't want the message going to

4    someone who doesn't make enough money to qualify.

5       Q    Qualify for the purchase of a vehicle.  Correct?

6       A    Correct.

7       Q    You wanted BDC and Greenway wanted people with

8    purchasing power.  Correct?

9       A    Correct.

10      Q    Now, did BDC request only cellular telephone

11   numbers when requesting telephone numbers from List

12   Service Direct in February of 2018?

13      A    I think so but I don't really recall.

14      Q    Did List Service Direct provide BDC with a list

15   of consumer lead information?

16      A    Yes.

17      Q    Does BDC know how List Service obtains that

18   information?

19      A    No.

20      Q    Do you recall we spoke about express written

21   consent in your prior deposition?

22      A    Yes.

23      Q    What is BDC's understanding of what express

24   written consent means?

25           MR. MAGRUDER:  Object to form.  You can answer

1        if you know.

2             THE WITNESS:  What we understand now is that a

3        customer needs to have provided a signed service RO

4        or a signed PO with the customer's phone number on

5        it.

6   BY MR. HIRALDO:

7        Q    When you say "RO" and "PO," what do you mean by

8   that?

9        A    Repair order or purchase order.

10       Q    Is it BDC's understanding that the consumer must

11  have given some kind of specific permission for the

12  transmission of a prerecorded message to his or her

13  cellular phone?

14            MR. KOHLMYER:  Object; calls for a legal

15       conclusion.

16            MR. MAGRUDER:  Join.

17  BY MR. HIRALDO:

18       Q    You can answer.

19       A    What is the question again?

20       Q    Is it BDC's understanding that express written

21  consent requires the consumer to have given written

22  permission for the transmission of the prerecorded message

23  to his or her cellular phone number?

24            MR. KOHLMYER:  Same objection.

25            THE WITNESS:  Yes.

Page 39

1    BY MR. HIRALDO:

2        Q    Does BDC know whether any of the individuals in

3    the list provided by List Service Direct gave their

4    express written consent?

5             MR. KOHLMYER:   Same objection.

6    BY MR. HIRALDO:

7        Q    Transmission of pre-recorded messages to their

8    cellular telephone?

9        A    No.

10       Q    No, you don't know or, no, they did not?

11       A    I would say, no, I don't know.

12       Q    BDC doesn't know where those telephone numbers

13   came from.   Correct?

14       A    No.   They came from List Service Direct.

15       Q    Right.   But beyond that, does BDC know how List

16   Service Direct obtained those telephone numbers?

17       A    No.

18       Q    Does BDC know if -- strike that.   The list that

19   was provided to BDC by List Service Direct in February of

20   2018, what type of information did it contain?

21       A    It contained cell phone numbers for sure and it

22   may have contained some home phone numbers as well as

23   first name and last name.

24       Q    What about home address?

25       A    I don't recall.

Page 40

1    Q    What about distance from the dealership?

2    A    It may have included that but I don't recall.

3    Q    How many consumer telephone numbers were in the

4  list that were provided to BDC by List Service Direct in

5  February of 2018?

6    A    I don't recall.

7    Q    How many prerecorded messages were sent by

8  Voicelogic in connection with the February 21, 2018

9  campaign that was sent on behalf of Greenway?

10   A    I don't recall.

11   Q    Was it 20,000?

12   A    Sorry.  I couldn't hear you.

13   Q    Was it more than 20,000?

14   A    I don't think so.

15   Q    Was it more than 10,000?

16   A    I believe so.

17   Q    Was it more than 15,000?

18   A    I'm not sure.

19   Q    Now, about a week later I'll represent to you

20  that our client received another message and the date was

21  February 28, 2018.

22        Did BDC send another prerecorded message about a

23  week after the February 21, 2018 message?

24   A    Yes.

25   Q    I don't have an audio of that one.  I'll read

Page 41

1    you the message.

2           The message is, "Hi.  This is Shaun Allen,

3    General Sales Manager here at Greenway Dodge.

4           "I just wanted to make sure that you're taking

5    advantage of our inventory elimination event that started

6    on Friday.  It was a huge success this past weekend and we

7    decided to extend it through Wednesday, February 28.  We

8    still have all the additional discounts and promotions.

9           "If you're able to stop by, we need

10   approximately 24 more deals to get our incentive and I

11   have instructed my management team to accept any offers.

12   With discounts over 11,000 in trade-in value to the

13   highest peak, I'm sure we can make you happy.

14          "You can reach me at (407)605-5908.  Please

15   don't miss this opportunity and I look forward to hearing

16   from you.

17          "Thank you."

18          This second recording that occurred on

19   February 28, 2018 that I've just read to you, who recorded

20   that message?

21       A    I believe Shaun Allen recorded that message but

22   I really don't recall.

23       Q    Do you know why Mr. Allen recorded it and not

24   you?

25       A    No.

Page 42

1      Q     Who prepared the script for that message?

2      A     I don't believe there was a script prepared for

3   that message.

4      Q     What did Mr. Allen read off of before recording

5   this message?

6      A     I don't believe he read off of anything.

7      Q     You just spoke into the phone and recorded this?

8      A     Yeah.  You just called a recorded message.

9      Q     Was the purpose of the February 28, 2018 message

10  to get customers into the Greenway dealership in order to

11  sell them a vehicle?

12     A     I assume so.

13     Q     How many messages were sent on February 28, 2018

14  on behalf of Greenway?

15     A     I don't recall but I believe it was around the

16  same as the previous week.

17     Q     From 18,000?

18     A     Some where between 10 and 20 thousand.

19     Q     How did BDC know that?

20     A     Just during that time, that's kind of how many

21  we would send.

22     Q     The numbers -- strike that.  On February 28,

23  2018, to whom was this message sent?

24     A     To the same list as the week before.

25     Q     The purchase and service list that was received

Page 43

1    from Greenway.  Correct?

2        A    Correct.

3        Q    And then the individuals who were provided in

4    the list from List Service Direct.  Correct?

5        A    Correct.

6        Q    Do you know how many people were in those raw

7    lists before they were sent over to Voicelogic?

8        A    No.

9        Q    Did Voicelogic ever report back to BDC the

10   number of ringless voice mails that were transmitted on

11   each of those dates -- February 21st and February 28th?

12       A    I'm sure they did.

13       Q    Is that how BDC knows the count of outbound

14   messages on those dates?

15       A    Yes.

16       Q    When Voicelogic reported those counts, how did

17   it report the accounts to BDC?

18       A    Just verbally over the telephone.

19       Q    Who at Voicelogic provided BDC with this verbal

20   report?

21       A    Derrick Watt.

22       Q    After February 28, 2018, did BDC conduct any

23   other ringless voice mail campaigns on behalf of Greenway?

24       A    I think so but I don't recall.

25       Q    I saw some documentation and we'll get into some

1    of these documents later on that make reference to a March

2    campaign.

3              Was there a campaign -- a ringless voice mail

4    campaign conducted on behalf of Greenway March of 2018?

5         A    I think there was.

6         Q    To whom was that message sent?

7         A    I know it was sent to the customer service sales

8    and data base again.  I don't believe we sent it to any of

9    the customers on the list purchased from List Service

10   Direct.

11        Q    The message that was sent in March of 2018, was

12   that a message similar to the ones that we just reviewed

13   the purpose of which was to get customers into the

14   Greenway dealership in order to sell them vehicles?

15             MR. MAGRUDER:  Object to form.

16             MR. KOHLMYER:  Object to form and calling for a

17        legal conclusion.

18             THE WITNESS:  Yes.

19   BY MR. HIRALDO:

20        Q    Now, we've spoken about the List Service Direct

21   List and the fact that it was used in at least two of the

22   campaigns on February 21st and February 28th.

23             Was that list used in connection with any other

24   campaign conducted on behalf of Greenway?

25        A    I don't think so.

Page 45

1              MR. HIRALDO:  Let's take a five minute break.

2                     (There was a short break.)

3    BY MR. HIRALDO:

4         Q    Now, I believe your testimony from earlier was

5    that BDC doesn't know if these messages that were sent on

6    behalf of Greenway were sent only to cellular telephones;

7    is that correct?

8         A    Correct.

9         Q    Was it the intent that these messages only be

10   sent to cellular telephones?

11        A    That's our first choice.

12        Q    What does that mean?

13        A    Depends on, you know, what's available.

14        Q    Does BDC know whether a ringless voice mail

15   could be sent to a land line?

16             MR. MAGRUDER:  Object to form; asked and

17        answered.

18             You can answer if you know.

19             THE WITNESS:  I believe it can be done.

20   BY MR. HIRALDO:

21        Q    Have you, Mr. Specht, ever personally tested the

22   ringless voice mail to a land line transmission?

23        A    Not personally, no.

24        Q    Has BDC ever done ringless voice mail campaigns

25   to residential telephone numbers?

1      A    I believe so.

2      Q    Does BDC know if those messages were

3  successfully transmitted?

4      A    I believe they were.

5      Q    Had you ever reviewed a disposition report from

6  Voicelogic that shows the successful transmission of a

7  ringless voice mail to a residential telephone number?

8      A    No.

9      Q    Now for the Greenway campaign, was there ever an

10  instruction given to Voicelogic that the messages be sent

11  only to cellular telephone numbers?

12      A    I don't recall.

13      Q    Would that have been reflected in any document

14  or email between BDC and Voicelogic?

15      A    No.

16      Q    Would that have occurred in a telephone call

17  between you and Mr. Watt?

18      A    Yes.

19      Q    As you sit here today, do you know, Mr. Specht,

20  if you ever instructed Mr. Watt to only send the messages

21  to cellular telephones?

22      A    I don't recall.

23      Q    The ringless voice mail campaigns that were

24  conducted by BDC on behalf of Greenway, were they all done

25  through Voicelogic?

Page 47

1      A    Yes.

2      Q    Did each one of those campaigns follow the same

3   steps?  Meaning BDC provided the recording or the content

4   of the message to Voicelogic along with a list of target

5   individuals.

6      A    Yes.

7      Q    Was there any differences in any of the

8   campaigns in terms of how they were conducted that you can

9   recall?

10      A    No.

11      Q    Does Voicelogic offer call logs and disposition

12   reports through its website?

13           MR. MAGRUDER:  Object to form.  You can answer

14      if you know.

15           THE WITNESS:  I'm not aware of that.

16   BY MR. HIRALDO:

17      Q    Has BDC ever accessed the Voicelogic website for

18   any reason?

19      A    Yes.

20      Q    For what purpose has BDC accessed the Voicelogic

21   website?

22      A    To place orders.

23      Q    Anything else?

24      A    No.  Just to place orders, pay invoices.

25      Q    Anything else?

Page 48

1      A     That's it.

2      Q     So BDC has never accessed the Voicelogic website

3   to review any disposition report; is that correct?

4      A     Correct.

5      Q     The list of service and sales individuals that

6   is provided to BDC by Greenway, was that always the same

7   list?

8      A     They provided active customers as well.  We

9   would ask for the last 30 days of active customers, active

10  leads, internet leads and we would -- it was our best

11  practice to call those people with a live agent because

12  those are people who are actively in the market for a

13  vehicle.

14     Q     The list of sales and service individuals that

15  was first provided to BDC by Greenway in January of 2018

16  and was then sent by BDC to Voicelogic, do you recall

17  that?

18     A     Yes.

19     Q     Did that list for purposes of the three ringless

20  voice mail campaigns -- rather four ringless voice mail

21  campaigns that occurred beginning of 2018, was that always

22  the same list?

23     A     I believe so.

24     Q     Did Greenway ever provide for purposes of the

25  ringless voice mail campaign any updated sales and service

Page 49

1   lists?

2         A     No.

3         Q     So as I understand it, that list was given to

4   BDC in January of 2018 then forwarded to Voicelogic by

5   BDC; is that correct?

6         A     Correct.

7         Q     Voicelogic then scrubbed that list.  Correct?

8         A     Correct.

9         Q     And then used it for ringless voice mail

10  campaigns in January, February and March of 2018.

11  Correct?

12        A     I believe so.

13        Q     For a total of four ringless voice mail

14  campaigns.  Correct?

15        A     I believe so.

16        Q     Then for the February campaign that list was

17  supplemented, if you will, with additional leads that were

18  purchased through List Service Direct.  Correct?

19        A     Yes.

20        Q     So the March 2018 campaign and the January 2018

21  campaign were campaigns that were only sent to the service

22  and purchase individuals provided by Greenway.  Correct?

23        A     Correct.

24        Q     After March of 2018 did BDC conduct any other

25  ringless voice mail campaign on behalf of Greenway?

Page 50

1      A      We may have but I don't recall.

2      Q      Do you know if any of those campaigns occurred

3  in 2018?

4      A      I don't recall.

5      Q      Do you know if it was more than one potential

6  campaign?

7      A      I don't recall.  We do a lot of campaigns.

8      Q      In addition to the ringless voice mails that

9  were sent on these four dates in early 2018, did BDC

10  provide any other type of marketing services in connection

11  with those campaigns?

12      A      Direct mail and live outbound sales calls made

13  by a live agent.

14      Q      The direct mail, was that sent to the same

15  individuals that were targeted using the ringless voice

16  mails?

17      A      We kind of alternated.  One month we would mail

18  it to the sales and service data base, the next month we

19  would mail it to a conquest list of customer and then we

20  would flip back and mail the sales and service data base

21  again.

22      Q      When you say "conquest list," what do you mean

23  by that?

24      A      Just a list of conquest customers who own a

25  competitive vehicle to a Chrysler, Dodge, Jeep or Ram.

Page 51

1      Q    Was the list that was obtained from List Service

2    Direct a conquest list?

3      A    You could call it that.

4      Q    Was one of the parameters for the List Service

5    Direct list that the individual consumer own a competitive

6    vehicle?

7      A    The data we were purchasing, we did not know

8    what type of vehicle that they owned.

9      Q    So was there a different list that was used for

10    the conquest direct mail campaign?

11      A    Yes.

12      Q    Let's look at some documents here.  If you

13    would, we're going to look first at BDC's response to the

14    subpoena.  The file name is Non-Party BDC Response to

15    PLSubpoena_0001-2122.pdf.

16          Do you have that in front of you, Mr. Specht?

17      A    No, sir.  We got it up in front of us.

18      Q    Thank you.  So for the record, this is the

19    complete production that was made by BDC in response to

20    Plaintiff's subpoena.

21          It consists of Bates labeled BDC subpoena

22    RESP_0001 through Bates 2122.

23          The witness has been presented with the

24    production on the computer because of the volume of the

25    production.

Page 52

1          So, Mr. Specht, throughout my questioning I'll

2     be referring to the Bates label meaning that number on the

3     bottom right-hand corner of the production.

4          Do you see that?

5          MR. MAGRUDER:  Is should correspond with the

6          page number.  If you go through and stuff, he should

7          be able to put that in.

8     BY MR. HIRALDO:

9     Q    Right.  So let's look at the first page which is

10    Bates 1.  This is an email chain between you, Mr. Specht;

11    is that correct?

12    A    Yes.

13    Q    Meaning that is your email address

14    Justin@BDC-Promotions.com.  Correct?

15    A    Yes.

16    Q    Derrick Watt is the individual that works for

17    Voicelogic.  Correct?

18    A    Yes.

19    Q    The date of this email is February 20, 2018; is

20    that right?

21    A    Yes.

22    Q    This is the day prior to the first February 2018

23    ringless voice mail campaign.  Correct?

24    A    Correct.

25    Q    In it at 1:42 p.m. you state to Mr. Watt, in

1    part, Greenway DCJR, Wednesday, February 21st between 1

2    and 4 p.m. 40,000.

3              Do you see that there?

4         A    Yes.

5         Q    What does that mean?

6         A    It means I'm giving him a schedule to get 40,000

7    voice mails through.

8         Q    On February 21st?

9         A    Yes.

10        Q    So were 40,000 ringless voice mails transmitted

11   in connection with the February 21st campaign?

12        A    I don't know the answer to that question.

13        Q    Is there any reason why Voicelogic would not

14   have sent 40,000 ringless voice mails on February 21st

15   pursuant to your instruction?

16        A    Well, sending them and getting them through are

17   two different things.

18        Q    I understand that.  I'm not asking for you to

19   give me an answer with respect to how many of them were

20   successfully transmitted but rather how many attempts were

21   made on February 21st.

22             Do you understand the difference?

23        A    Yes.

24        Q    Was Voicelogic instructed to attempt 40,000

25   ringless voice mails on February 21st of 2018 on behalf of

Page 54

1   Greenway?

2       A    Yes.

3       Q    Do you know out of those 40,000 how many were

4   successfully transmitted?

5       A    No.

6       Q    Now, do you see Mr. Watts' response at the top

7   of that page where he says "I don't believe we have a list

8   for Greenway, please send it over"?

9       A    Yes.

10      Q    What does he mean by that?

11           MR. MAGRUDER:  Object to form.  Answer if you

12       know.

13           THE WITNESS:  Maybe we hadn't forwarded him the

14       data yet.

15  BY MR. HIRALDO:

16      Q    Well, my understanding of your testimony was

17  that by this date BDC had sent Voicelogic the sales and

18  service list; is that correct?

19      A    Yes.

20      Q    So when he is requesting for the list, is he

21  asking for the leads list for List Service Direct?

22      A    No.  I think we were probably -- I think we

23  probably just didn't forward the data to him when we

24  initially got it and he was looking for the data so he

25  could scrub it and conduct the campaign the next day.

Page 55

1       Q    Let's turn over to Bates Number 3.  Are we

2    there, Mr. Specht?

3       A    Yes.

4       Q    Bates Number 3 is a portion of your email that

5    actually starts on Bates 2.

6            Do you see that?

7       A    Yes.

8       Q    That's an email from you to Mr. Watts dated

9    February 5, 2018.  Correct?

10      A    Yes.

11      Q    Do you see where you say Greenway DCJR, Orlando,

12   deployment to hold or sell, date February 21st at 1 p.m.,

13   20,000 total?

14      A    Yes.

15      Q    What did you mean by "deployment to hold or

16   sell"?

17      A    Deployment of RVMs to Homer Sales.

18      Q    "Home" meaning residential telephone numbers?

19      A    Yes.

20      Q    "Cell" being cellular telephone numbers.

21   Correct?

22      A    Yes.

23      Q    On February 5th, your instruction for the

24   February 21st campaign was for a total of 20,000 attempts.

25   Correct?

Page 56

1     A    Yes.

2     Q    Why does that number increase to 40,000 by

3  February 20th?

4     A    I believe because the dealer wanted to send

5  more.

6     Q    Who at the dealership instructed you to send

7  more?

8     A    Well, let me back up for a minute.  It was

9  either my call to send more.  It may have been my call or

10  it may have been the dealer ordering more.  I don't

11  recall.

12     Q    If Greenway had instructed BDC to send more

13  messages, would BDC have followed that instruction?

14     A    Yes.

15     Q    If Greenway had instructed BDC to send a lower

16  number of messages, would BDC have followed that

17  instruction?

18     A    Yes.

19     Q    Below your instruction regarding the

20  February 21st campaign on Bates Number 3, you stated,

21  "Please de-dup the list when I send."

22          Was that in connection with the Greenway list or

23  this other deployment that is referenced here for

24  February 26?

25     A    No.  That means that we need to remove duplicate

Page 57

1    phone numbers so that the customers don't receive two or

2    three or four messages.

3        Q    That applied to the Greenway transmission as

4    well?

5        A    Yes.

6        Q    So did Voicelogic also de-dupe the list that

7    were provided to it by BDC?

8        A    Yes.

9        Q    For the Greenway campaign.

10       A    Yes.

11       Q    Let's look over at Bates 4, an email from you to

12   Mr. Watt dated February 21, 2018.  In it you say I need to

13   push the RBM deployment start at 3 p.m. today.

14            Do you see that there?

15       A    Yes.

16       Q    Is this in reference to the Greenway ringless

17   voice mail campaign that was conducted on February 21st of

18   2018?

19       A    I believe so but it doesn't say here.  Yeah, I

20   believe so.

21       Q    Why was the deployment moved to 3 p.m. on

22   February 21st?

23       A    I don't know.

24       Q    Did someone at Greenway instruct BDC to move the

25   transmission time to 3 p.m. on February 21st?

1      A    I don't recall.

2      Q    If someone at Greenway had instructed BDC to

3  move the transmission time on February 21st, would BDC

4  have followed that instruction?

5      A    Yes.

6      Q    Let's look at Bates Number 6.  It's an email at

7  the bottom from you to Mr. Watt again dated February 23,

8  2018.  The subject is Greenway RBM deployment.

9           In it you say, Can you get those 20,000 out to

10 the conquest list ASAP?

11          What does that mean?

12     A    It means can you deploy 20,000 to the list

13 purchased from List Service Direct.

14     Q    Did this transmission take place?

15     A    I believe so.

16     Q    When did that occur?

17     A    I don't recall.

18     Q    So we've established that there was a ringless

19 voice mail campaign on February 21st and February 28th.

20 Correct?

21     A    Uh-huh.  Yes.

22     Q    Yes.  Was there another campaign in between

23 those two dates?

24     A    I don't recall.

25     Q    Looking at the emails, you don't know?

Page 59

1      A    I thought the deployment to the conquest list

2  took place at the same time as the other two deployments

3  but it may have been done in between.

4      Q    Do you see the following page, Bates 7?  There's

5  an invoice that was sent to you by Mr. Watt on

6  February 26th.

7      A    Yes.

8      Q    Was that an invoice in connection with this

9  deployment that occurred some time around February 23rd?

10     A    It could have been.  We had several campaigns

11 running that weekend.

12     Q    It's BDC's testimony that it never received any

13 type of report from Voicelogic in connection with any of

14 these campaigns; is that correct?

15     A    That's correct.

16     Q    Let's look at Bates Number 11.  Let me know when

17 you're there, please.

18     A    I'm there.

19     Q    Can you tell me what this document is?

20     A    It's an invoice for Voicelogic.

21     Q    What is the date of the invoice?

22     A    February 26, 2018.

23     Q    Is this an invoice for ringless voice mails?

24     A    Yes.

25     Q    Is this an invoice for ringless voice mails

Page 60

1    transmitted on behalf of Greenway?

2        A    I believe so.

3        Q    What is the quantity -- meaning the number of

4    voice mails associated with this invoice?

5        A    20,000.

6        Q    So looking at this document, can you tell me if

7    there was another campaign of 20,000 ringless voice mails

8    that occurred between February 21st and February 28th?

9        A    I don't recall.  This might have been an invoice

10   purchased for the February 28th deployment.

11       Q    Was it Voicelogic's practice to send you

12   invoices before transmissions occurred?

13            MR. MAGRUDER:  Object to form.

14            THE WITNESS:  Yes.

15   BY MR. HIRALDO:

16       Q    So meaning before the February 21st campaign you

17   received an invoice from Voicelogic for that campaign; is

18   that right?

19       A    Yes.

20       Q    Then before the February 28th campaign you

21   received an invoice from Voicelogic.  Correct?

22       A    Yes.

23       Q    That is potentially what we're looking at here

24   that is reflected in Bates Number 11.  Correct?

25       A    Yes.

1      Q    Is there a transmission date reflected any where

2    on this invoice?

3      A    No.

4      Q    Let's look at the next page, Bates Number 11.

5    It's an email from you to Mr. Watt dated February 27, 2018

6    and it's titled Greenway March Event.  The three dealers

7    below need to schedule 40,000 RBMs to deploy March 8

8    between 1 and 4 p.m.

9           Do you see that?

10     A    Yes.

11     Q    What did you mean by that?

12     A    Just what it says.

13          MR. KOHLMYER:  Just for the record, Manny, we're

14       looking at Bates 12.  11 was the invoice.

15          MR. HIRALDO:  Looking at Bates 12?

16          MR. KOHLMYER:  I just wanted to clarify.  I may

17       have misheard.  I thought you directed him to 11.

18   BY MR. HIRALDO:

19     Q    Right.  So for the record, we're looking at

20   Bates Number 12 now.

21          Did BDC instruct Voicelogic to send 40,000

22   ringless voice mails on behalf of Greenway on March 8 of

23   2018?

24     A    Yes.

25     Q    Did Voicelogic follow those instructions?

Page 62

1      A      I believe so.

2      Q      To whom were the messages sent on March 8th of

3  2018?

4      A      To the sales and service data base and to the

5  list that we purchased through List Service Direct.

6      Q      Same list from List Service Direct that was used

7  in February for the February campaign?

8      A      Yes.

9      Q      So then to be clear for the record -- because I

10 think this is not consistent with your prior testimony --

11 there was campaigns that occurred in January of 2018,

12 February of 2018 at least two and then another one in

13 March of 2018.  Correct?

14     A      Yes.

15     Q      For at least the February 21st and 28th

16 campaigns and the March campaign, the sales and service

17 list and the List Service Direct list were used for each

18 one of those campaigns.  Correct?

19     A      I believe so.

20     Q      The instruction is for each the February 21st,

21 February 28th and March 8th campaigns for Voicelogic to

22 transmit 40,000 ringless voice mails for each one of those

23 campaigns.

24     A      I think the February 21st one they were only

25 instructed to do 20,000.

Page 63

1        Q    20,000 to the sales and service people?

2        A    Correct.  Yeah, that's on Page 9.

3        Q    If you look at Page 1, remember we spoke about

4    there was an increase.

5        A    Yeah.  I think they ended up ordering more at a

6    later date.  That's what happened.

7        Q    So on February 21st did you send out 40,000 or

8    20,000?

9        A    I instructed Voicelogic on the 5th to send

10   20,000, on the 20th I instructed them to send 40,000 but I

11   don't know if they sent 40,000 on that date because I

12   don't think they had the data.  That's why I think there

13   might have been a campaign in between.

14       Q    That's why Mr. Watts said we don't have the

15   list, please send it over?

16       A    There is some confusion because there were so

17   many changes in the order that was placed.

18       Q    Does BDC know how many messages were attempted

19   on February 21st?

20       A    I don't recall but based on the emails, I would

21   assume that they attempted 40,000 on February 21st.

22       Q    February 21, 40,000; February 28, 40,000?

23       A    I believe so.

24       Q    Then March 8, 40,000?

25       A    I believe so.

                                                              Page 64

1          Q     Then the January 2018 campaign was 20,000?

2          A     Yes.

3          Q     Let's look at Bates Number 15, please.  Are you

4     there?

5          A     Yes.

6          Q     Can you tell me what this is?

7          A     It's another ringless voice mail invoice.

8          Q     Is it for a campaign conducted on behalf of

9     Greenway?

10         A     I don't recall.

11         Q     The date on this is February 27, 2018.  Do you

12    see that?

13         A     Yes.  This is a smaller one.  It might have been

14    for another dealership.

15         Q     This is not Greenway-related?

16         A     I don't recall.

17         Q     What is the quantity reflected on this one?

18         A     This one is 2,013.

19         Q     So it's unlikely that it's related to Greenway;

20    is that correct?

21         A     Yes.

22         Q     Let's look at Bates Number 16, an email at the

23    bottom from you, Mr. Specht, dated February 27, 2018 to

24    AShapiro@ListServiceDirect.com with a cc to Mr. Watt from

25    Voicelogic.

Page 65

1          Who is AShapiro@ListServiceDirect?

2     A    Alan Shapiro was my sales rep or my contact

3  there.

4     Q    Where is Mr. Shapiro located?

5     A    I believe they're in New Jersey.

6     Q    The subject line is Greenway DCJR Orlando.

7  Greenway is the Defendant in this case.  Correct?

8     A    Yes.

9     Q    In it you state the dealer wants to drop another

10  40,000 RBMs for tonight.  Alan, will you please send me a

11  list of 20,000 unique cell numbers.

12          We're going to hit the conquest list you sent

13  last week for them again plus the new list of 20,000.

14  Thanks.

15          Do you see that there?

16     A    Yes.

17     Q    Did List Service Direct send you a list of

18  20,000 unique cell numbers on or around February 27, 2018

19  per your request?

20     A    I don't think they did.

21     Q    They never did?

22     A    No, I don't believe so.

23     Q    Why not?

24     A    Because I'm pretty sure I recall that we did the

25  same data again and again and again.

1    Q    So the conquest list -- here you're saying we

2    are going to hit the conquest list you sent last week

3    meaning the first list that you got from List Service.

4    Correct?

5    A    Correct.

6    Q    The one that was used for the February 21st

7    campaign?

8    A    Correct.

9    Q    And then it looks like you wanted a new list but

10   they never provided it to you.

11        Is that what you're saying?

12   A    Yeah, I think so.  I think I reached Alan after

13   hours.  He gets off at five and I don't think he ever got

14   back to me in response to this email.

15   Q    On February 28th you ended up sending 40,000

16   RBMs to the service and sales folks and the list that you

17   had previously received from List Service; is that

18   correct?

19   A    Correct.

20   Q    So now we're looking at Bates Number 17, please.

21   A    We're there.

22   Q    Can you tell me what this is?

23   A    It's a ringless voice mail invoice.

24   Q    For which campaign date?

25   A    This is more than likely for the February 28th

Page 67

1   campaign.

2          Q    The quantity is 40,000.  Correct?

3          A    Yes.

4          Q    Can you tell me then looking back at Bates

5   Number 11 which is an invoice from the day prior to the

6   invoice that you're looking at now if this invoice

7   reflected in Bates Number 11 is for another campaign we

8   have not discussed yet?

9          A    It may have been for another dealership.

10         Q    You don't know?

11         A    Well, looking back at the previous email, there

12   were instructions that I gave to Voicelogic to send voice

13   mails for other dealerships that you've redacted.  So, it

14   may have been a voice -- it may have been an invoice for

15   Greenway, it may have been an invoice for one of my other

16   dealerships.

17         Q    Just for the record, these redactions were not

18   made by us.  They were made by your attorneys.

19         A    Okay.  But the 40,000 quantity, that one more

20   than likely was in relation to the campaign that was

21   conducted on February 28th for Greenway.

22         Q    Now, let's look at the following page, Bates

23   Number 18.

24              It's an email from you dated February 28, 2018

25   to Mr. Watt.  In it you say we need to send 20,000 for

Page 68

1   Greenway.

2          What is this in reference to?

3      A    (The witness reviewed the document.)  It's in

4   reference to ringless voice mail.

5      Q    I'll be more specific.  Is in this reference to

6   the February 28th campaign, the March 8th campaign or

7   something else?

8      A    This is in reference to the February 28th

9   campaign.

10     Q    Why is it that you're saying only 20,000 when my

11  understanding of your testimony is that 40,000 were sent

12  on the 28th?

13     A    Again, I don't really recall the exact quantity

14  that was sent that day because we have a lot of different

15  campaigns running between direct mail, live dialing,

16  ringless voice mail and the multiple dealerships but it

17  was either 20,000 or 40,000 that was sent that day on

18  February 28th.

19     Q    Understood.  Did BDC ever communicate to

20  Greenway the vendor that BDC was using for the

21  transmission of ringless voice mails for the various

22  campaigns?

23     A    No.

24     Q    Was the name Voicelogic ever mentioned to

25  Greenway by BDC?

1     A    No.

2     Q    Were any documents or communications from

3  Voicelogic ever forwarded or sent to Greenway?

4     A    No.

5     Q    When this lawsuit was filed, did anyone from

6  Greenway reach out to BDC and request that BDC preserves

7  all documents related to the various campaigns?

8     A    I don't recall.

9     Q    Do you know if anybody from Greenway or any of

10  Greenway's attorneys ever send an email to you or anyone

11  at BDC requesting the preservation of documents?

12     A    They may have sent an email to my attorney.

13     Q    Was that after the filing of this lawsuit?

14     A    I don't recall.

15     Q    Let's look next at Bates Number 21, please.

16     A    I'm there.

17     Q    This is an email from you to Derrick Watt dated

18  February 28, 2018.  In part you say 20,000 RBMs for

19  Greenway.

20         Do you see that there?

21     A    Yes.

22     Q    Is this regarding the February 28 campaign?

23     A    Yes.

24     Q    If you look at Bates 23, there's an invoice

25  dated February 28, 2018 with a quantity of 20,000.

Page 70

1        Is that invoice for the February 28th campaign?

2        A    I think what might have happened here is I

3    placed an order with Voicelogic for 20,000 and maybe

4    needed more and some of these invoices are duplicates.

5        One of these invoice didn't get paid.  I called

6    Voicelogic and said, Hey, make the invoice for 40,000

7    instead of 20,000 or vice versa.  Maybe we only decided to

8    send 20,000 so he replaced -- he sent me a second invoice

9    is what he's done.  Only one of these got paid, I believe.

10       Q    So would a later number of invoice had been --

11       A    Probably the accurate one.

12       Q    -- the accurate one?

13       A    Yeah.

14       Q    So looking at these various invoices, can you

15   tell me how many ringless voice mail attempts were made on

16   February 28th?

17       A    Either 20,000 or 40,000.  I don't recall.

18       Q    You don't know which one?

19       A    No.

20       Q    If you look at -- let's compare Bates 23 with

21   Bates 17.  Can you tell me which one is the later number

22   invoice between the two?

23       A    The February 28th invoice with a quantity of

24   20,000.

25       Q    Would that have been the actual quantity of

Page 71

1    voice mails that were sent on February 28?

2        A    Again, I don't recall.

3        Q    Would BDC's operating bank account reflect which

4    one of these invoices is actually paid by BDC?

5        A    Possibly.

6        Q    What did BDC use to pay these invoices?

7        A    I either used my Master Card which is my debit

8    card or my American Express.

9        Q    The Mastercard debit card is connected to which

10   account?

11       A    My SunTrust business checking.

12       Q    The other card that you reference is the credit

13   card connected to the business?

14       A    Yes.

15       Q    If you were to review the statements for the

16   dates for the invoices, would those statements reflect

17   which one of these invoices you paid?

18       A    Quite possibly.

19       Q    Let's look at Bates 24, please.  It's an email

20   date March 7, 2018 from you to Mr. Watt and you say,

21   Greenway just called.  He wants us to split the 20,000

22   drop for the customer list over two days and the other

23   half tomorrow.  I guess they're getting over ran with

24   calls.

25           Do you see that?

1    A    Yes.

2    Q    What does that mean?

3    A    Just what it says.

4    Q    Did that split occur?

5    A    I don't recall.

6    Q    When you say "split," are you talking about

7    splitting the 20,000 dropped or the 40,000 dropped?

8    A    I don't recall.  It says 20,000.  There's some

9    confusion and I don't recall what actually happened.

10    Q    When you say, I guess you're getting over ran

11    with calls, what does that mean?

12    A    It means that they're getting more calls than

13    their staff can answer.

14    Q    Calls from recipients of the ringless voice

15    mails?

16    A    Yes.

17    Q    Did BDC keep any type of record regarding the

18    individuals who contacted the dealership as a result of

19    receiving one of these various prerecorded message

20    campaign?

21    A    No.

22    Q    Did Greenway keep any such record?

23        MR. MAGRUDER:  Object to form.

24        THE WITNESS:  I don't know.

25    BY MR. HIRALDO:

Page 73

1    Q    Do you know if Greenway sold any vehicles as a

2    result of any of the prerecorded message campaigns that we

3    have discussed today?

4    A    I don't know.

5    Q    Let's look at Bates Number 26, please.  It's an

6    email from you, Mr. Specht, to Derrick Watt.  Subject line

7    is RBM Greenway dated March 7, 2018.

8         These appear to be instructions for the

9    March 8th ringless voice mail campaign; is that correct?

10   A    Yes.

11   Q    In it you state 45,000 total.  Were 45,000

12   ringless voice mail attempts made on March 8 of 2018?

13   A    No.  They were split over two days.

14   Q    What dates were those?

15   A    March 7th and 8th.

16   Q    Over March 7th and 8th, were 45,000 ringless

17   voice mail attempts made?

18   A    I believe so.

19   Q    The conquest list that you reference here, is

20   that the same list that we discussed from List Service

21   Direct?

22   A    Yes.

23   Q    And then the 20,000 customer list, that's the

24   list that we discussed previously that was used in the

25   first drop in January of 2018 and the subsequent drops.

Page 74

1    Correct?

2         A    Yes.

3         Q    Then there's a new list in here.  5,000 active

4    leads, 6,670 to new conquest list.

5              Are those new lists?

6         A    I suppose so.

7         Q    The 5,000 active leads list, where did that come

8    from?

9         A    That was provided by the dealer.

10        Q    The 6,670 new conquest list from Allen, that

11   came from List Service Direct?

12        A    Yes.

13        Q    Let's look at Bates Number 29, please.  It's an

14   email from you, Mr. Specht, to Mr. Watt dated March 7,

15   2018.

16             You say, Here is the conquest list, 6,670 per

17   day for the next three days.

18             Which list is being referenced in this email?

19        A    One of the conquest lists.

20        Q    The original conquest list or the new conquest

21   list?

22        A    I'm not sure but based on how these emails have

23   gone, I would imagine this is probably a new conquest

24   list.

25        Q    The new conquest list from Allen that is

Page 75

1  referenced in Bates Number 26 in your March 7, 2018,

2  1:30 p.m. email?

3       A    Yes.

4       Q    If you look at the next page, Bates Number 30,

5  it's an email from you to Alan Shapiro requesting 20,000

6  leads and then he reports back saying file attached,

7  20,000 records.

8            Do you see that?

9       A    Yes.

10      Q    Is that the new conquest list?

11      A    I believe so.

12      Q    So List Service provided a conquest list of

13  potential leads in February of 2018.  Correct?

14      A    Yes.

15      Q    Then provided you another conquest list in March

16  of 2018.  Correct?

17      A    Yes.

18      Q    If you look over at Bates Number 31, it's an

19  email exchange between you and Mr. Shapiro discussing the

20  new conquest list; is that correct?

21      A    Yes.

22      Q    When I say "new conquest list," do you

23  understand that I'm referring to the conquest list that

24  was requested by BDC in March of 2018?

25      A    Yes.

Page 76

1      Q    Are these parameters that are being discussed

2   here for the new conquest list similar to the parameters

3   that were provided for the original conquest list?

4      A    Yes.

5      Q    Do you understand when I say the original

6   conquest list I'm referring to the February 2018 list

7   provided by List Service to BDC?

8      A    Yes.

9      Q    And the parameters here are in connection with

10  home value and household income.  Correct?

11     A    Yes.

12     Q    The purpose for the parameters were to ensure

13  that the consumers that were targeted would have the

14  ability to actually make a purchase from Greenway.

15  Correct?

16     A    Yes.

17     Q    Would you like to take a break?

18     A    No.

19     Q    Let's look at Bates 35.  It's an email from you

20  to Alan Shapiro with a CC to Derrick Watt.

21          Is this in reference to what we have been or I

22  have been referring to as the original conquest list?

23     A    I think so.

24     Q    In this you're requesting -- the original

25  request for the conquest lift was for 20,000 leads.

Page 77

1    Correct?

2         A    20,000?

3         Q    20,000?

4         A    Yes.

5         Q    Again, you have household income and household

6    value.  Correct?

7         A    Yes.

8         Q    Parameters.  The purpose of which is to ensure

9    that the individuals are targeted have the ability to make

10   a purchase from Greenway.  Correct?

11        A    Yes.

12        Q    Next like for you to look at the list that

13   begins on Bates 41.

14        A    I'm there.

15        Q    Can you tell me what this is?

16        A    This is probably a conquest data file provided

17   by List Service Direct.

18        Q    Is this what I've been referring to as the new

19   conquest list that was provided in February of 2018 -- or

20   start over.

21             Is this in reference to the original conquest

22   list that was provided in February of 2018 or the new

23   conquest list that was provided in March of 2018?

24        A    I'm not sure.

25        Q    How many leads are reflected in this list?

Page 78

1      A     Probably 20,000.

2      Q     The end of the list is Bates 449; is that

3  correct?

4      A     I don't know.  I can't scroll that fast.  Okay.

5  We're there.

6      Q     Do you see the first column is 20,001?

7      A     Yes.

8      Q     Does that reflect a total number of leads in

9  this list?

10     A     Yes.

11     Q     In the list that was provided contains first and

12 last name.  Correct?

13     A     Yes.

14     Q     Home address?

15     A     Yes.

16     Q     Do you see where it says -- I know you can't

17 scroll back and forth too quickly but the column with the

18 telephone number says telephone number.

19           What type of telephone numbers are these?  Cell

20 phones?  Residential or both?

21     A     Cell phone.

22     Q     How do you know that?

23     A     I don't know for sure but I believe it's cell

24 phone numbers.

25     Q     What is your belief based on?

1      A     Because that's what we would have originally

2    requested unless there wasn't enough data, then we would

3    defer to home phones.

4      Q     So the request as far as you can recall to List

5    Service was for cellular telephone numbers.  Correct?

6      A     Yes.

7      Q     Was this list that we're looking at used in the

8    transmission of ringless voice mails on behalf of

9    Greenway?

10     A     I believe so.

11     Q     Meaning BDC obtained this information from List

12   Service Direct.  Correct?

13     A     Yes.

14     Q     And forwarded the list to Voicelogic.  Correct?

15     A     Yes.

16     Q     And instructed Voicelogic to place ringless

17   voice mails to each of these telephone numbers.  Correct?

18     A     Yes.

19     Q     But you don't know which of the campaigns this

20   list was used for; is that correct?

21     A     Correct.

22     Q     This list could have either been used for the

23   two February 2018 campaigns or the March 2018 campaign.

24   Correct?

25     A     Correct.

Page 80

1           MR. MAGRUDER:  Object to form.

2    BY MR. HIRALDO:

3        Q    How would BDC be able to determine which of the

4    conquest lists this is?

5        A    At this point we can't make that determination.

6        Q    Why not?

7        A    Because the vendor doesn't have the record.

8        Q    The list was attached in an email from you to

9    Mr. Shapiro -- correct -- at least the new conquest list.

10           We saw that in one of the emails; is that

11   correct?

12       A    Yes.

13       Q    If you were to open that email and open that

14   attachment, would you be able to determine which of the

15   two lists this is?

16       A    Yes, based on the timing of the email.

17       Q    Now if you look at page Bates 450, this is part

18   of the conquest list that we've been looking at.  Correct?

19       A    I believe so.

20       Q    This is the piece of the list that apparently

21   got cut off when it was produced; is that correct?

22       A    I don't know.

23       Q    Would the conquest list typically contain a

24   column showing the distance from the provided zip code of

25   where the lead resides?

Page 81

1        A     You know, I don't recall.  I really didn't look

2    at the list.  I just focused on the quality of the data,

3    the home value, then I just forwarded it on to the vendor

4    to conduct the ringless voice mail campaign.  I really

5    didn't open them up.

6        Q     If you look at the remainder of the production,

7    there's another list that begins on Page 59 -- 859.

8        A     Okay.

9        Q     Can you tell me what this is?

10       A     This looks like something the dealer provided.

11       Q     Is one of the differences between the conquest

12   list and the sales and service list that was provided by

13   the dealer the inclusion of email addresses?

14              MR. MAGRUDER:  Object to form.

15              THE WITNESS:  No.  This looks like an internet

16         lead list, an active lead list.  The sales and

17         service lead list would have a lot more information

18         in it.

19   BY MR. HIRALDO:

20       Q     So this is the active lead list that was

21   provided for the March campaign.  Correct?

22       A     I don't recall when this -- what campaign this

23   was provided for.

24       Q     Well, if you remember the email -- one of the

25   emails that we covered which makes reference to a lead

Page 82

1    list, I believe that's the only time meaning March when

2    active leads were being solicited.

3            Do you recall that?

4    A    No, but a lot of these emails are helping to

5    refresh my memory.

6    Q    Were active leads solicited as part of the March

7    campaign?

8    A    I believe so.

9    Q    Were active leads solicited as part of the

10   January 2018 campaign?

11   A    I believe so.

12   Q    Were active leads listed as part of either of

13   the February campaigns?

14   A    I believe so.

15   Q    So the active leads list are reflected by a

16   column that states lead dates as we see on Page 859; is

17   that correct?

18           MR. KOHLMYER:  Form.

19           THE WITNESS:  I don't recall.

20   BY MR. HIRALDO:

21   Q    You don't know?

22   A    I don't recall.

23   Q    Was the list that is reflected on Page 859

24   provided to BDC by Greenway?

25   A    Yes.

Page 83

1       Q    Now, turn over to Bates 937, please.

2       A    I'm there.

3       Q    Is this another leads list that was provided to

4   BDC by Greenway?

5       A    Yes.

6       Q    Was this leads list used in connection with any

7   of the ringless voice mail campaigns conducted by BDC on

8   behalf of Greenway?

9            MR. KOHLMYER:  Object to form.

10           THE WITNESS:  I believe so but I don't recall.

11       Like I mentioned before, we live dialed most of the

12       active leads.

13  BY MR. HIRALDO:

14       Q    Then I just wanted to make sure because I think

15  we're not on the same page.

16           The active leads that were provided to BDC that

17  is reflected in these documents that we've been reviewing

18  which contain email addresses, were those used for

19  ringless voice mail campaigns?

20       A    I don't recall.

21       Q    Were they used for live campaigns?

22       A    Yes.

23       Q    You don't know if they were used for the

24  ringless campaign?

25       A    No.

Page 84

1      Q    Are the leads lists that were provided to BDC by
2    Greenway -- strike that.
3           Do the leads lists that were provided to be
4    received by Greenway contain a column that say lead date?
5           MR. KOHLMYER:  Object to form.
6           THE WITNESS:  Yes.
7    BY MR. HIRALDO:
8      Q    Do they contain a column that says email
9    address?
10     A    Yes.
11     Q    Do they contain a column that says model?
12     A    Yes.
13     Q    "Model" being the vehicle in which this
14   potential lead was interested in; is that correct?
15     A    Correct.
16     Q    Let's please turn over to Bates 1,291.
17     A    We're there.
18     Q    Is this another active leads list that was
19   provided by BDC to Greenway?
20     A    Yes.
21     Q    Was this list used for any ringless voice mail
22   campaigns?
23     A    I don't recall.
24     Q    Was this list used for live calls?
25     A    Yes.

Page 85

1      Q    If you would please turn to Bates Number 1,389.

2      A    We're there.

3      Q    Is this another active leads list that was

4  provided to BDC by Greenway?

5      A    Yes.

6      Q    Was this list used for a ringless voice mail

7  campaign?

8      A    I don't recall.

9      Q    Please turn to Bates 1,487.

10      A    Okay.  I'm there.

11      Q    Is this another active leads list?

12      A    Yes.

13      Q    Bates 1,569, please.

14      A    Okay.  I'm there.

15      Q    Is this another active leads list provided to

16  BDC by Greenway?

17      A    Yes.

18      Q    Bates 1,657, please.

19      A    Say the number again.

20      Q    1,657.

21      A    I'm there.

22      Q    Same question.  Is this an active leads list

23  that was provided to BDC by Greenway?

24      A    Yes.

25      Q    Bates 1,745.  1,745, same question.  Is this an

1    active leads list provided to BDC by Greenway?

2        A    Yes.

3        Q    Just to speed up this process, if you scroll

4    through the remainder of this production, can you confirm

5    whether these remaining lists in the production are active

6    leads list provided to BDC by Greenway?

7        A    Can you provide the page numbers to the

8    beginning of the list like you've been doing?

9        Q    You want to do it that way, that's fine.  What

10   is the last page that I gave you?

11           MR. KOHLMYER:  1,745.

12   BY MR. HIRALDO:

13       Q    Thank you.

14       A    If the list is in this format, it's an active

15   leads list.

16       Q    That's what I'm trying to just get on the

17   record.  I was trying not to have you go through each

18   single one but if you want me to refer you to the

19   beginning of each list to confirm.

20       A    If Page 2,122 looks like the rest of these

21   pages, if it's in the same format, then it's an active

22   leads list.

23       Q    An active leads list contains a column for lead

24   date.  Correct?

25       A    Correct.

1      Q    A column for customer name?

2      A    Correct.

3      Q    An email address?

4      A    Yes.

5      Q    A work phone and then the model of the vehicle

6    they're interested in.  Correct?

7      A    Yes.

8      Q    Thank you.  The next -- if you need a break,

9    just let me know or we can keep going.

10     A    No.  Let's keep going.

11          MR. HIRALDO:  If you want a break, we can take a

12     break.

13                    (There was a short break.)

14   BY MR. HIRALDO:

15     Q    The next document I would like you to open is

16   the file titled Greenway 0013 to Greenway 0743.

17          Do you see that on the computer?  It's Greenway

18   13 through 743.

19     A    Okay.  Yeah, we're there.

20     Q    So for the record we're looking at Greenway

21   production which is Bates labeled 13 through 743.  You'll

22   see, Mr. Specht, at the bottom right-hand corner the Bates

23   labeling starts with Greenway followed by a number.

24          I would like to direct your attention to Bates

25   Page 38.  Let me know when you're there.

1        A     Okay.  We're there.

2        Q     Can you tell me what this document is?

3        A     Looks like a customer list.

4        Q     A customer list or a conquest list?

5        A     This looks more like a customer data list.

6        Q     Can you tell me then why there's a radius

7   column?  Do you see the last column?

8        A     Uh-huh.  I mean, this could be a conquest list.

9   It doesn't have the year, make and model of the vehicle

10  the customer may have bought or purchased.  It doesn't

11  have the retail date.  It doesn't have the customer's

12  email.

13       Q     So the conquest list.  Correct?

14       A     I'm assuming so but I don't know.  I don't know

15  what this is.

16             Is this related to Greenway Chrysler, Dodge,

17  Jeep and Ram?

18       Q     Yes.  This was produced to us by Greenway.  I

19  would like to know if you know what this is.

20             MR. MAGRUDER:  Object to form.

21             THE WITNESS:  I don't know.  It's a customer

22       list of some sort but I don't know what it is.

23  BY MR. HIRALDO:

24       Q     Would a customer list -- would the customer list

25  that Greenway was typically provided to you have a radius

Page 89

1    column associated with it?

2            MR. MAGRUDER:  Object to form.  You can answer

3        if you know.

4            THE WITNESS:  Typically the dealers sales and

5        service data bases don't have a radius added to them.

6        I have a vendor I send lists out to have radius

7        appended to the lists.  So, this looks more like

8        something they may have purchased or that we

9        purchased and sent to them.

10   BY MR. HIRALDO:

11       Q    Did the conquest list that BDC purchased from

12   List Service Direct, were those provided to Greenway?

13       A    No, I don't think they were.  No.

14       Q    How is it that Greenway obtained this list; do

15   you know?

16           MR. KOHLMYER:  Object to form.

17           MR. MAGRUDER:  Object to form.

18           THE WITNESS:  I don't know.

19   BY MR. HIRALDO:

20       Q    If you flip over to Bates 271, please.  Do you

21   know what this is?

22       A    No.

23       Q    Is this a sales and service list?

24           MR. MAGRUDER:  Object to form.

25           THE WITNESS:  It looks like it.

Page 90

1   BY MR. HIRALDO:

2       Q    Why does it look to you like a sales and service

3   list?

4       A    It has the sale date, year, make, model, VIN

5   number, email.

6       Q    Of the vehicle that the consumer purchased from

7   Greenway.  Correct?

8       A    Yes.

9       Q    Does BDC know whether the information contained

10  within this list was used for the purposes of transmitting

11  ringless voice mails?

12           MR. MAGRUDER:  Object to form.

13           THE WITNESS:  No.

14  BY MR. HIRALDO:

15      Q    No it wasn't or, no, it doesn't know?

16      A    I don't know.

17      Q    If you would open up the file titled Greenway

18  emails.

19      A    Okay.  We're there.

20      Q    For the record, this is another Greenway

21  production Bates labeled Number 744 through 862.

22           Now if you would, please, turn to Bates Number

23  746.

24      A    I've only got 119 pages here.

25      Q    That's right.  There's only 119 pages but I'm

Page 91

1   talking about the Bates labeling.

2          MR. MAGRUDER:  Hang on a second.

3          THE WITNESS:  Okay.  I'm there.

4   BY MR. HIRALDO:

5      Q    This is an email from you to Shaun Allen at

6   Greenway.  Correct?

7      A    Yes.

8      Q    Dated February 5, 2018?

9      A    Yes.

10     Q    And in it you're discussing the ringless voice

11  mail campaign that Greenway has requested for BDC to

12  perform; is that correct?

13     A    Let's see.  No doesn't looks like that is

14  discussed in this email.

15     Q    What is this email about?

16     A    This is a needs list.  To get a campaign

17  started, we need this following data, a signed order form,

18  a check, they need to buy the customer premiums which is

19  the customer gifts and we need their CRM email -- internet

20  manager's email.  This doesn't say anything about RBMs.

21     Q    Is this in any way related to the RBM campaign?

22     A    Yes.

23     Q    How is it related to the RBM campaign?

24     A    Because the customer data being requested on

25  Number 1 is the list we're going to send the ringless

Page 92

1    voice mails to.

2        Q    Did Greenway comply with this request and

3    provide BDC a list of the name, address, home phone, work

4    phone, cell phone, email, retail date, year, make, model

5    and VIN?

6        A    Yes.

7        Q    That's the service and customer list.  Correct?

8             MR. MAGRUDER:  Object to form.

9             THE WITNESS:  Yes.

10   BY MR. HIRALDO:

11       Q    If you would please turn over to Bates 752.

12       A    Okay.

13       Q    Can you tell me what this is?

14       A    This is an order form/invoice rolled into one.

15       Q    Does this -- is this invoice that was provided

16   by BDC to Greenway?

17       A    Yes.

18       Q    What is the date of the invoice?

19       A    There's no date on the invoice but the sales

20   dates were February 22nd to the 25th.

21       Q    2018?

22       A    Yes.

23       Q    Are ringless voice mails reflected in this

24   invoice?

25       A    Yes.

Page 93

1     Q    What is the quantity?

2     A    15,000.

3     Q    Can you tell me why there's only 15,000

4  reflected in this invoice?

5     A    That was the original intent to send 15,000.

6     Q    You ultimately sent more.  Correct?

7     A    Yes.

8     Q    That additional amount, was that separately

9  invoiced?

10     A    No.  No additional charge was required of the

11  dealer.

12     Q    So you invoice them for 15,000 but ended up

13  sending more at no additional charge?

14     A    Yes.

15     Q    Do you see where it says co-op website

16  FCAPAP.com?

17     A    Yes.

18     Q    What does that mean?

19     A    The compliance website, it stands for Fiat

20  Chrysler Automobiles Promotional Allowance Program.

21     Q    Did BDC use promotional materials provided by

22  FCA in connection with the direct mailing campaign?

23     A    Yeah.  We are required to use certain logos at

24  certain times of the year to coincide with their national

25  sales event themes.

Page 94

1      Q    Was FCA involved in any way in terms of

2  reviewing or approving the ringless voice mail campaign?

3      A    No.

4           MR. HIRALDO:  Just bear with me.  I think we're

5           almost finished.  I just want to consult with my

6           co-counsel.

7                     (There was a pause.)

8           MR. HIRALDO:  Mr. Specht, subject to any

9           follow-up questions in the event that Greenway's

10          counsel has questions for you, I'm done.  Thank you

11          for your time today.

12          MR. KOHLMYER:  I have a very few questions.

13

14                     CROSS-EXAMINATION

15  BY MR. KOHLMYER:

16     Q    So we talked a lot about lists and I think we

17  used the word scrubbed and I don't want to get into too

18  much detail about that but the lists that we reviewed

19  today in terms of what we call Greenway's customer lists

20  and a conquest list or a purchase list from List Serve,

21  those were lists that you transmitted to Voicelogic at

22  some point.  Correct?

23     A    Correct.

24     Q    We can agree that the direction and your typical

25  direction to Voicelogic is to reduce numbers and phone

1   numbers from that list based on certain criteria like

2   somebody has moved away or we know it's a bad phone number

3   or they are on a Do Not Call list or something like that.

4          Correct?

5      A   Correct.

6      Q   Is it safe to assume that the actual numbers of

7   ringless voice mails that were initiated is less than the

8   number of numbers -- the number of people on those lists?

9      A   Yes.

10         MR. HIRALDO:  Object to form.

11  BY MR. KOHLMYER:

12     Q   Does every ringless voice mail that is initiated

13  by Voicelogic actually result in a ringless voice mail on

14  a person's cell?

15     A   No.

16     Q   Why is it not a one-for-one ratio?

17     A   For a lot of reasons.  There's compatibility

18  issues, there's numbers that have been changed,

19  disconnected or no longer in service, there's people whose

20  voice mails are full.  I could give you more reasons.

21     Q   Is there any way without the disposition form

22  that we've been talking about of determining (a) -- I'll

23  break this up into two questions.

24         Is there any way for us to determine without the

25  disposition form how many people on those lists that you

```
 1    sent to Voicelogic how many of those numbers there was an
 2    attempt actually made to deliver a ringless voice number
 3    to that phone number?
 4              MR. HIRALDO:  Objection.
 5              THE WITNESS:  No.
 6    BY MR. KOHLMYER:
 7         Q    And then set from there in the next subset, is
 8    there any way for us to determine right now without the
 9    disposition forms how many of those initiated Greenway
10    voice mails were actually delivered to a cell phone?
11         A    No.
12              MR. HIRALDO:  Object to the form.
13    BY MR. KOHLMYER:
14         Q    Is there any way that you can think of as you
15    sit here right now based on your experience in this
16    industry and having performed a lot of it sounds like
17    ringless voice mail campaigns that you can think of
18    without those disposition forms of us actually identifying
19    who on those lists received ringless voice mails?
20              MR. HIRALDO:  Object to form.
21              THE WITNESS:  Rephrase the question for me.
22    BY MR. KOHLMYER:
23         Q    Is there any way for us to determine who on the
24    list that we've been discussing today actually received a
25    ringless voice mail?
```

1       A     No.

2       Q     On the invoices -- the invoices from Voicelogic

3   to BDC -- I think we looked at three of them -- I believe

4   your testimony was that you think they are duplicative of

5   each other but I think there's two for 20,000, one for

6   40,000 and some combination or part of those is what you

7   were actually charged for.

8             Is it true that what you actually -- let's say

9   it's 40,000.   That's for initiated ringless voice mails.

10  Correct?

11      A     Correct.

12      Q     So you would have paid for 40,000 even if half

13  of them failed and didn't result in anything?

14      A     Correct.

15      Q     Then just a couple more questions.   We spent a

16  lot of time going through what Plaintiff's counsel was

17  referring to as active leads list and we jumped through

18  that production at starting pages.

19            You know what I'm talking about.   Correct?

20      A     Yes.

21      Q     Those are lists that are compiled after some

22  initial marketing campaign or customer contact has

23  occurred.   Correct?

24      A     Correct.

25      Q     So do you remember ever sending one of those

1    active lists to Voicelogic for the purposes of initiating

2    a ringless voice mail campaign?

3        A    No.

4        Q    If you had done that, there would be an email

5    record of it.  Correct?

6        A    Correct.

7        Q    Was there any other way that you delivered a

8    list of phone numbers to Voicelogic for the purposes of

9    initiating the ringless voice mail campaign other than

10   transmitting an Excel spread sheet or CBS file or

11   something like that?

12       A    No.

13            MR. KOHLMYER:  I don't have any more questions.

14            MR. HIRALDO:  A couple of follow-ups.

15

16                    REDIRECT EXAMINATION

17   BY MR. HIRALDO:

18       Q    Mr. Specht, when BDC paid Voicelogic for

19   ringless voice mails, were those for attempted ringless

20   voice mails?

21       A    Yes.  They are actually -- excuse me.  They

22   are -- strike that.  They are for minutes.

23       Q    What does that mean?

24       A    So a voice mail has a greeting which normally

25   you have to count for about 20 seconds for.  Then you have

Page 99

1   a recording.  If the greeting and the recording exceeded

2   60 seconds, you would actually only be able to transmit

3   20,000 attempts with 40,000 minutes purchased.

4        Q    I understand.  I guess my question is a little

5   bit different.

6            Did Greenway ever pay BDC -- strike that.  Did

7   BDC ever pay Voicelogic for ringless voice mails that were

8   not attempted?

9        A    No.

10           MR. HIRALDO:  That's all I have.  Thank you.

11           MR. MAGRUDER:  Do you want to read or waive your

12       transcript if it's ordered?  He'll waive.

13           MR. HIRALDO:  We're going to order it, please.

14       No paper.  Just an e-transcript.

15           MR. KOHLMYER:  Us too, please.  Same.

16           MR. MAGRUDER:  We don't need it.

17

18                    (The deposition concluded at 4:10

19                    p.m.)

20

21

22

23

24

25

Page 100

1                REPORTER'S DEPOSITION CERTIFICATE

2    STATE OF FLORIDA )

3    COUNTY OF MARION )

4             I, AMY J. SCHRECK, Registered Professional

5    Reporter, certify that I was authorized to and did

6    stenographically report the foregoing deposition of Justin

7    Specht, Pages 1 through 99; that a review of the

8    transcript was not requested; and that the transcript is a

9    true and complete record of my stenographic notes.

10            I further certify I am not a relative, employee,

11   attorney or counsel of any of the parties, nor am I a

12   relative or employee of any other parties' attorney or

13   counsel with said action, nor am I financially interested

14   in the action.

15            DATED this 1st day of July, 2018 at Ocala,

16   Marion County, Florida.

17                           _____

                             AMY J. SCHRECK, RPR

18

19

20

21

22

23

24

25

Page 101

1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA )

3    COUNTY OF MARION )

4         I, Amy J. Schreck, Notary Public for the State

5    of Florida, do hereby certify that Justin Specht

6    personally appeared before me on June 25, 2019 at 814 E.

7    Silver Springs Boulevard, Suite A, Ocala, Florida and was

8    duly sworn by me to tell the truth.

9              WITNESS MY HAND AND SEAL in the City of Ocala,

10   County of Marion, State of Florida this 1st day of July,

11   2019.

12                    _____

                     Amy J. Schreck

13                   Notary Public, State of Florida

                     Commission: GG249193

14                   Expires: August 15, 2022

15

16        Personally known ____ or produced identification

17   _X__.  Type of identification produced: driver's license.

18

19

20

21

22

23

24

25

**&**

**&**   2:8

**0**

**0001**   51:22
**0001-2122.pdf.**
   51:15
**0013**   87:16
**00196**   1:4
**0743**   87:16

**1**

**1**   52:10 53:1 55:12
   61:8 63:3 91:25
   100:7
**1,291**   84:16
**1,389**   85:1
**1,487**   85:9
**1,569**   85:13
**1,657**   85:18,20
**1,745**   85:25,25
   86:11
**10**   42:18
**10,000**   28:18 40:15
**100**   2:9 3:6 13:20
**101**   3:7
**11**   59:16 60:24 61:4
   61:14,17 67:5,7
**11,000**   31:21 41:12
**119**   90:24,25
**12**   61:14,15,20
**120**   2:3
**13**   87:18,21
**1400**   2:15
**15**   64:3 101:14
**15,000**   40:17 93:2,3
   93:5,12
**150,000**   31:19
**16**   64:22
**17**   66:20 70:21
**18**   33:4 67:23

**18,000**   42:17
**19**   9:8
**1:15**   1:19
**1:30**   75:2
**1:42**   52:25
**1st**   19:22 100:15
   101:10

**2**

**2**   55:5
**2,013**   64:18
**2,122**   86:20
**20**   13:18 42:18
   52:19 98:25
**20,000**   28:16 40:11
   40:13 55:13,24
   58:9,12 60:5,7
   62:25 63:1,8,10
   64:1 65:11,13,18
   67:25 68:10,17
   69:18,25 70:3,7,8
   70:17,24 71:21
   72:7,8 73:23 75:5,7
   76:25 77:2,3 78:1
   97:5 99:3
**20,001**   78:6
**2011**   9:11
**2017**   8:4 9:13 24:13
**2018**   8:4 13:24 17:2
   19:22,22 22:12
   24:13,24 25:24
   26:6 28:6,13,21
   31:8 34:17,21 35:2
   35:17 36:1 37:12
   39:20 40:5,8,21,23
   41:19 42:9,13,23
   43:22 44:4,11
   48:15,21 49:4,10
   49:20,20,24 50:3,9
   52:19,22 53:25
   55:9 57:12,18 58:8
   59:22 61:5,23 62:3

   62:11,12,13 64:1
   64:11,23 65:18
   67:24 69:18,25
   71:20 73:7,12,25
   74:15 75:1,13,16
   75:24 76:6 77:19
   77:22,23 79:23,23
   82:10 91:8 92:21
   100:15
**2019**   1:18 22:15
   101:6,11
**2022**   101:14
**20th**   56:3 63:10
**21**   9:10 25:23 34:16
   35:17 36:1 40:8,23
   57:12 63:22 69:15
**2122**   51:22
**21st**   43:11 44:22
   53:1,8,11,14,21,25
   55:12,24 56:20
   57:17,22,25 58:3
   58:19 60:8,16
   62:15,20,24 63:7
   63:19,21 66:6
**22nd**   92:20
**23**   58:7 69:24 70:20
**2300**   2:9
**23rd**   59:9
**24**   41:10 71:19
**25**   1:18 101:6
**25th**   92:20
**26**   9:11 56:24 59:22
   73:5 75:1
**26th**   59:6
**27**   61:5 64:11,23
   65:18
**271**   89:20
**2729**   5:23
**28**   40:21 41:7,19
   42:9,13,22 43:22
   63:22 67:24 69:18

   69:22,25 71:1
**28th**   43:11 44:22
   58:19 60:8,10,20
   62:15,21 66:15,25
   67:21 68:6,8,12,18
   70:1,16,23
**29**   74:13

**3**

**3**   55:1,4 56:20
   57:13,21,25
**30**   20:23 48:9 75:4
**301**   2:15
**31**   75:18
**32801**   2:16
**33301**   2:4
**34480**   5:23
**35**   76:19
**38**   87:25

**4**

**4**   3:3 53:2 57:11
   61:8
**40**   10:6 36:24
**40,000**   53:2,6,10,14
   53:24 54:3 56:2
   61:7,21 62:22 63:7
   63:10,11,21,22,22
   63:24 65:10 66:15
   67:2,19 68:11,17
   70:6,17 72:7 97:6,9
   97:12 99:3
**407**   2:11,17 32:5,6
   34:5 41:14
**41**   77:13
**449**   78:2
**45,000**   73:11,11,16
**450**   80:17
**48th**   5:23

| **5** |
| --- |

**5** 55:9 91:8
**5,000** 74:3,7
**50** 12:4 36:24
**515** 2:3
**533-4092** 2:5
**59** 81:7
**5th** 55:23 63:9

| **6** |
| --- |

**6** 58:6
**6,670** 74:4,10,16
**60** 99:2
**605-5908** 41:14
**622-1772** 2:11
**6:19** 1:4

| **7** |
| --- |

**7** 59:4 71:20 73:7
74:14 75:1
**704-2962** 32:5,6
34:5
**72** 31:22
**743** 87:18,21
**744** 90:21
**746** 90:23
**752** 92:11
**7th** 73:15,16

| **8** |
| --- |

**8** 61:7,22 63:24
73:12
**814** 1:20 101:6
**843-8880** 2:17
**859** 81:7 82:16,23
**862** 90:21
**8th** 62:2,21 68:6
73:9,15,16

| **9** |
| --- |

**9** 63:2
**937** 83:1

**94** 3:4
**954** 2:5
**98** 3:5
**99** 100:7

| **a** |
| --- |

**ability** 23:24 76:14
77:9
**able** 5:10 31:23
41:9 52:7 80:3,14
99:2
**accept** 41:11
**access** 17:8,17,18
29:3
**accessed** 18:2
47:17,20 48:2
**account** 71:3,10
**accounts** 10:5
43:17
**accurate** 70:11,12
**act** 8:16,19
**action** 100:13,14
**active** 48:8,9,9 74:3
74:7 81:16,20 82:2
82:6,9,12,15 83:12
83:16 84:18 85:3
85:11,15,22 86:1,5
86:14,21,23 97:17
98:1
**actively** 48:12
**actual** 70:25 95:6
**added** 89:5
**addition** 8:21 50:8
**additional** 31:19
41:8 49:17 93:8,10
93:13
**address** 5:22,24
6:17,20 7:2 29:12
39:24 52:13 78:14
84:9 87:3 92:3
**addresses** 81:13
83:18

**advantage** 31:24
41:5
**advertising** 9:11
**affirm** 4:7
**afternoon** 31:15
**age** 9:8,9,11
**agent** 48:11 50:13
**ago** 4:24 8:23
**agree** 94:24
**ahead** 19:10
**alan** 15:13 65:2,10
66:12 75:5 76:20
**allen** 15:11,22
16:25 19:15,23
20:2 27:15,18,21
27:23 28:2 33:12
33:13,19,23 34:1
41:2,21,23 42:4
74:10,25 91:5
**allowance** 93:20
**alternated** 50:17
**american** 71:8
**amount** 93:8
**amy** 1:22 100:4,17
101:4,12
**answer** 14:12,14,19
16:3,20,23 17:21
17:23,24 19:18
20:7,8 23:7 29:17
29:22 37:25 38:18
45:18 47:13 53:12
53:19 54:11 72:13
89:2
**answered** 45:17
**answers** 4:14
**anybody** 15:7 31:9
69:9
**apartment** 10:20
**apparently** 80:20
**appear** 19:15 73:8

**advantage** (cont.)
**appearances** 2:1
**appeared** 101:6
**appearing** 2:6,12
2:18 6:10
**appended** 89:7
**applied** 57:3
**approve** 33:13
**approved** 11:24
12:4 33:10
**approving** 94:2
**approximately**
10:6 41:10
**area** 9:8 10:8 21:7
30:17 35:11,22
**asap** 58:10
**ashapiro** 64:24
65:1
**asked** 11:7 20:25
21:15 33:19 45:16
**asking** 16:10 18:23
21:14 34:8 53:18
54:21
**associated** 34:10
60:4 89:1
**assume** 42:12 63:21
95:6
**assuming** 88:14
**attached** 75:6 80:8
**attachment** 80:14
**attempt** 53:24 96:2
**attempted** 21:22
63:18,21 98:19
99:8
**attempts** 53:20
55:24 70:15 73:12
73:17 99:3
**attending** 5:8
**attention** 87:24
**attorney** 14:18
15:1,4 69:12
100:11,12

**attorneys** 67:18
69:10
**audio** 32:24 40:25
**august** 101:14
**authorize** 34:1
**authorized** 100:5
**auto** 10:15,21
**automobiles** 11:5
93:20
**automotive** 7:11
12:13 22:25 23:17
23:19
**autonomy** 11:22
**available** 45:13
**avenue** 5:23
**aware** 9:1 22:17
25:3 47:15

**b**

**b** 1:10
**back** 9:9 14:7 19:13
21:2 31:8 43:9
50:20 56:8 66:14
67:4,11 75:6 78:17
**bad** 95:2
**bank** 71:3
**base** 29:2,3,6 30:12
34:18,20,21 35:1
44:8 50:18,20 62:4
**based** 22:13 63:20
74:22 78:25 80:16
95:1 96:15
**bases** 89:5
**basis** 23:9,14
**bates** 51:21,22 52:2
52:10 55:1,4,5
56:20 57:11 58:6
59:4,16 60:24 61:4
61:14,15,20 64:3
64:22 66:20 67:4,7
67:22 69:15,24
70:20,21 71:19

73:5 74:13 75:1,4
75:18 76:19 77:13
78:2 80:17 83:1
84:16 85:1,9,13,18
85:25 87:21,22,24
89:20 90:21,22
91:1 92:11
**bdc** 5:25 6:2,3,4,7
6:10,15,20,23 7:4,7
7:14,22 8:2,5,10,23
9:12,14,18 10:2,5
10:14 11:13,24
12:16,20,25 13:4,5
13:8,15,22,25 16:7
16:10,12 19:2,16
22:17 23:15,20,23
24:8,15,16,18,25
25:6,10,13,25
26:14 27:3,4,9,13
28:24 29:3,6,15,24
30:11,20,23 31:3
35:19 36:7,8 37:7
37:10,14,17 39:2
39:12,15,18,19
40:4,22 42:19 43:9
43:13,17,19,22
45:5,14,24 46:2,14
46:24 47:3,17,20
48:2,6,15,16 49:4,5
49:24 50:9 51:14
51:19,21 52:14
54:17 56:12,13,15
56:16 57:7,24 58:2
58:3 61:21 63:18
68:19,20,25 69:6,6
69:11 71:4,6 72:17
75:24 76:7 79:11
80:3 82:24 83:4,7
83:16 84:1,19 85:4
85:16,23 86:1,6
89:11 90:9 91:11

92:3,16 93:21 97:3
98:18 99:6,7
**bdc's** 12:14 19:7
37:23 38:10,20
51:13 59:12 71:3
**bear** 5:17 31:12
94:4
**beginning** 48:21
86:8,19
**begins** 77:13 81:7
**behalf** 1:6 2:6,12
2:18 25:6,25 26:15
27:5 29:15 30:1
40:9 42:14 43:23
44:4,24 45:6 46:24
49:25 53:25 60:1
61:22 64:8 79:8
83:8
**belief** 78:25
**believe** 22:16 24:24
26:2 30:22,25
40:16 41:21 42:2,6
42:15 44:8 45:4,19
46:1,4 48:23 49:12
49:15 54:7 56:4
57:19,20 58:15
60:2 62:1,19 63:23
63:25 65:5,22 70:9
73:18 75:11 78:23
79:10 80:19 82:1,8
82:11,14 83:10
97:3
**benefit** 31:18
**best** 20:8 48:10
**beyond** 39:15
**biggest** 32:5
**binding** 6:12
**bishop** 31:15 32:3
32:19
**bishop's** 32:21

**bit** 14:22 24:6 99:5
**blvd** 1:20
**bottom** 52:3 58:7
64:23 87:22
**bought** 88:10
**boulevard** 2:3
101:7
**boy** 5:25
**break** 14:22 45:1,2
76:17 87:8,11,12
87:13 95:23
**brock** 2:14
**brock.magruder**
2:17
**business** 5:22,24
6:20,21 7:1,14 9:8
11:8,9,23 12:4 14:2
71:11,13
**buy** 91:18

**c**

**c** 4:21
**call** 7:6,16 16:21
20:20 21:7 30:14
32:4 33:1 35:3
36:13 46:16 47:11
48:11 51:3 56:9,9
94:19 95:3
**called** 42:8 70:5
71:21
**caller** 34:10
**calling** 31:17 44:16
**calls** 26:18 38:14
50:12 71:24 72:11
72:12,14 84:24
**campaign** 17:1
22:10,24,25 23:3
23:16,25 28:6,13
28:14 29:15 31:8,9
35:17 40:9 44:2,3,4
44:24 46:9 48:25
49:16,20,21,25

50:6 51:10 52:23
53:11 54:25 55:24
56:20 57:9,17
58:19,22 60:7,16
60:17,20 62:7,16
63:13 64:1,8 66:7
66:24 67:1,7,20
68:6,6,9 69:22 70:1
72:20 73:9 79:23
81:4,21,22 82:7,10
83:24 85:7 91:11
91:16,21,23 93:22
94:2 97:22 98:2,9
**campaigns** 13:15
23:21 24:25 25:11
25:13 26:3 29:14
30:1 43:23 44:22
45:24 46:23 47:2,8
48:20,21 49:10,14
49:21 50:2,7,11
59:10,14 62:11,16
62:18,21,23 68:15
68:22 69:7 73:2
79:19,23 82:13
83:7,19,21 84:22
96:17
**canada** 13:14
**car** 7:12 8:3 9:8
10:14,18,19 31:25
32:20
**card** 71:7,8,9,12,13
**cars** 9:25 28:3,9
**case** 1:4 4:23,25
5:18 8:21,22 12:11
14:11 22:10 23:21
25:23 65:7
**cause** 4:8
**cbs** 98:10
**cc** 64:24 76:20
**cell** 29:12 39:21
55:20 65:11,18

78:19,21,23 92:4
95:14 96:10
**cellular** 29:16,25
37:10 38:13,23
39:8 45:6,10 46:11
46:21 55:20 79:5
**center** 2:9 7:6,16
11:8,9
**central** 10:7
**certain** 36:12,21
93:23,24 95:1
**certificate** 3:6,7
100:1 101:1
**certify** 100:5,10
101:5
**chain** 52:10
**change** 33:19
**changed** 30:15 35:9
35:21 95:18
**changes** 5:12 33:16
63:17
**charge** 93:10,13
**charged** 97:7
**charles** 5:25
**check** 91:18
**checking** 71:11
**choice** 45:11
**chrysler** 1:10,11
10:22 11:5 31:16
31:19 32:3 50:25
88:16 93:20
**city** 101:9
**clarify** 61:16
**clean** 20:25 21:3,14
**clear** 62:9
**client** 8:11 25:4,22
40:20
**client's** 8:12
**clients** 8:23 12:25
**clifton** 1:6

**close** 36:18
**code** 36:13,15
80:24
**coincide** 93:24
**college** 9:6
**column** 78:6,17
80:24 82:16 84:4,8
84:11 86:23 87:1
88:7,7 89:1
**combination** 97:6
**combined** 24:22
**come** 10:1 11:7
27:6 28:22 36:2
74:7
**commencing** 5:6
**commission** 101:13
**communicate**
68:19
**communicated**
24:7
**communication**
16:25 19:21
**communications**
12:18 69:2
**company** 11:24
14:3
**compare** 70:20
**compatibility**
95:17
**competitive** 50:25
51:5
**compiled** 97:21
**compiling** 16:12
**complete** 11:22
51:19 100:9
**completed** 9:5
35:12
**complex** 10:20
**compliance** 93:19
**comply** 92:2

**computer** 51:24
87:17
**concluded** 99:18
**conclusion** 26:19
38:15 44:17
**conduct** 43:22
49:24 54:25 81:4
**conducted** 10:17
14:13 22:25 23:4
23:16 24:1 25:14
25:18 30:1 44:4,24
46:24 47:8 57:17
64:8 67:21 83:7
**conference** 5:9
**confirm** 86:4,19
**confusion** 63:16
72:9
**connected** 71:9,13
**connection** 8:24
16:7 22:24 23:3,16
23:20 28:14 29:25
40:8 44:23 50:10
53:11 56:22 59:8
59:13 76:9 83:6
93:22
**conquest** 50:19,22
50:24 51:2,10
58:10 59:1 65:12
66:1,2 73:19 74:4
74:10,16,19,20,20
74:23,25 75:10,12
75:15,20,22,23
76:2,3,6,22,25
77:16,19,21,23
80:4,9,18,23 81:11
88:4,8,13 89:11
94:20
**consent** 37:21,24
38:21 39:4
**consider** 9:15

**consistent** 62:10
**consists** 51:21
**consult** 94:5
**consultation** 14:14
**consumer** 8:16,19
  37:15 38:10,21
  40:3 51:5 90:6
**consumers** 25:5
  27:11 28:20 34:14
  76:13
**contact** 12:20 65:2
  97:22
**contacted** 18:15
  72:18
**contain** 39:20
  80:23 83:18 84:4,8
  84:11
**contained** 39:21,22
  90:9
**contains** 78:11
  86:23
**content** 26:10 47:3
**conversations**
  14:10 16:17,22
  20:5
**corner** 52:3 87:22
**corporate** 6:7,10
**corporation** 6:13
  31:19
**correct** 8:6,8,8,9
  13:1 21:15,22 22:1
  22:15 28:9 34:24
  35:3,23 36:19,21
  36:22 37:5,6,8,9
  39:13 43:1,2,4,5
  45:7,8 48:3,4 49:5
  49:6,7,8,11,14,18
  49:22,23 52:11,14
  52:17,23,24 54:18
  55:9,21,25 58:20
  59:14,15 60:21,24

62:13,18 63:2
64:20 65:7 66:4,5,8
66:18,19 67:2 73:9
74:1 75:13,16,20
76:10,15 77:1,6,10
78:3,12 79:5,12,14
79:17,20,21,24,25
80:9,11,18,21
81:21 82:17 84:14
84:15 86:24,25
87:2,6 88:13 90:7
91:6,12 92:7 93:6
94:22,23 95:4,5
97:10,11,14,19,23
97:24 98:5,6
**correspond** 52:5
**counsel** 4:2 14:11
  16:2,18,22,23 20:6
  20:7 94:6,10 97:16
  100:11,13
**count** 43:13 98:25
**counts** 43:16
**county** 100:3,16
  101:3,10
**couple** 6:16 15:17
  97:15 98:14
**court** 1:1 32:8
**covered** 81:25
**credit** 71:12
**criteria** 95:1
**crm** 91:19
**cross** 3:4 94:14
**csv** 29:7
**current** 32:1
**customer** 21:5 38:3
  44:7 50:19 71:22
  73:23 87:1 88:3,4,5
  88:10,21,24,24
  91:18,19,24 92:7
  94:19 97:22

**customer's** 38:4
  88:11
**customers** 9:18
  10:3 13:5 27:6,24
  28:7 42:10 44:9,13
  48:8,9 50:24 57:1
**cut** 80:21
**cv** 1:4

### d

**d** 1:10
**data** 20:25 21:3,5,6
  29:2,3,6 30:3,5,12
  34:18,20,20 35:1
  36:6 44:8 50:18,20
  51:7 54:14,23,24
  62:4 63:12 65:25
  77:16 79:2 81:2
  88:5 89:5 91:17,24
**date** 1:18 26:1,8
  40:20 52:19 54:17
  55:12 59:21 61:1
  63:6,11 64:11
  66:24 71:20 84:4
  86:24 88:11 90:4
  92:4,18,19
**dated** 55:8 57:12
  58:7 61:5 64:23
  67:24 69:17,25
  73:7 74:14 91:8
  100:15
**dates** 43:11,14 50:9
  58:23 71:16 73:14
  82:16 92:20
**david** 5:25
**day** 6:3 11:7 52:22
  54:25 67:5 68:14
  68:17 74:17 100:15
  101:10
**days** 20:23 48:9
  71:22 73:13 74:17

**dci** 1:4
**dcjr** 53:1 55:11
  65:6
**de** 56:21 57:6
**deal** 27:17
**dealer** 23:18 28:23
  34:20 56:4,10 65:9
  74:9 81:10,13
  93:11
**dealer's** 34:18
**dealers** 10:18,19,19
  10:24 11:22 12:6,7
  61:6 89:4
**dealership** 9:10,23
  10:1 27:7,25 28:8
  36:19 40:1 42:10
  44:14 56:6 64:14
  67:9 72:18
**dealership's** 34:7
**dealerships** 7:12
  10:14 11:25 67:13
  67:16 68:16
**deals** 41:10
**debit** 71:7,9
**decided** 11:23 41:7
  70:7
**defendant** 1:12
  2:18 65:7
**defendants** 8:21,22
  12:11
**defer** 79:3
**define** 27:1
**defines** 26:23
**delete** 19:9,11
**deleted** 18:8
**deliver** 96:2
**delivered** 96:10
  98:7
**depends** 45:13
**deploy** 58:12 61:7

**deployment**  55:12
    55:15,17 56:23
    57:13,21 58:8 59:1
    59:9 60:10
**deployments**  59:2
**deposition**  1:15 3:6
    4:4,25 5:2,6,8,17
    6:6,9 8:23 9:3 14:9
    14:12,16,24 15:2
    21:21 22:19 37:21
    99:18 100:1,6
**derrick**  22:3 43:21
    52:16 69:17 73:6
    76:20
**description**  3:15
**designee**  6:7,10
**desk**  17:11,13,17
    17:18
**detail**  21:9 94:18
**determination**  80:5
**determine**  80:3,14
    95:24 96:8,23
**determining**  95:22
**dialed**  83:11
**dialing**  7:18 24:20
    68:15
**difference**  53:22
**differences**  47:7
    81:11
**different**  5:18
    15:17 51:9 53:17
    68:14 99:5
**digital**  7:5
**direct**  3:3 4:16 7:5
    24:20 36:3,4,7,9
    37:2,12,14 39:3,14
    39:16,19 40:4 43:4
    44:10,20 49:18
    50:12,14 51:2,5,10
    54:21 58:13 62:5,6
    62:17 65:17 68:15

**73**:21 74:11 77:17
    79:12 87:24 89:12
    93:22
**directed**  61:17
**direction**  16:18,22
    20:6 94:24,25
**directly**  10:23
    11:16
**director**  32:20
**disconnected**  30:15
    35:10,20 95:19
**discounted**  31:21
**discounts**  41:8,12
**discovery**  16:19
    19:1
**discuss**  27:9,23
    28:2
**discussed**  14:18
    23:23 27:20,21
    67:8 73:3,20,24
    76:1 91:14
**discussing**  21:10
    75:19 91:10 96:24
**disposition**  21:17
    22:8,14,21,23 23:2
    23:19,25 29:23
    46:5 47:11 48:3
    95:21,25 96:9,18
**distance**  36:12 40:1
    80:24
**district**  1:1,1 11:4
**division**  1:2
**dnc**  35:19
**document**  19:7,8,9
    19:12 46:13 59:19
    60:6 68:3 87:15
    88:2
**documentation**
    43:25
**documents**  14:14
    14:23 16:6,10,12

**16**:16 18:24,25
    20:3,16 44:1 51:12
    69:2,7,11 83:17
**docusign**  20:10
**dodge**  1:10,10
    15:15 31:16 32:4
    32:20 41:3 50:25
    88:16
**doing**  9:24 86:8
**door**  27:24
**dozen**  6:16
**driver's**  101:17
**drop**  65:9 71:22
    73:25
**dropped**  72:7,7
**drops**  73:25
**duly**  101:8
**dup**  56:21
**dupe**  57:6
**duplicate**  56:25
**duplicates**  70:4
**duplicative**  97:4

**e**

**e**  1:20 4:21 15:18
    99:14 101:6
**earlier**  12:24 45:4
**early**  50:9
**east**  2:3,15
**education**  9:3
**eisenband**  2:2
**eisenbandlaw.com**
    2:5
**either**  29:7 36:24
    56:9 68:17 70:17
    71:7 79:22 82:12
**electronic**  20:11
**eliminates**  21:6,7
**elimination**  41:5
**email**  16:24 17:5,17
    18:15,16,16,19,20
    18:20,22 19:21

**20**:1,19 22:4 46:14
    52:10,13,19 55:4,8
    57:11 58:6 61:5
    64:22 66:14 67:11
    67:24 69:10,12,17
    71:19 73:6 74:14
    74:18 75:2,5,19
    76:19 80:8,13,16
    81:13,24 83:18
    84:8 87:3 88:12
    90:5 91:5,14,15,19
    91:20 92:4 98:4
**emails**  17:4,7,19
    18:2,14 19:1,14
    20:1,2 58:25 63:20
    74:22 80:10 81:25
    82:4 90:18
**employed**  6:15,23
**employee**  100:10
    100:12
**employment**  9:4
**encompass**  9:22
**ended**  63:5 66:15
    93:12
**endorsed**  12:1
**ensure**  76:12 77:8
**entire**  10:11 18:20
    29:1 30:3
**ernest**  2:8
**esquire**  2:2,8,14
**established**  58:18
**estimate**  24:10
**event**  41:5 61:6
    93:25 94:9
**exact**  68:13
**exactly**  6:16 16:15
    25:9
**examination**  3:3,4
    3:5 4:16 94:14
    98:16

examined   4:14
example   10:15,21
exceeded   99:1
excel   29:7 98:10
exchange   75:19
excuse   98:21
executive   11:4
exhibits   3:14
existed   22:14
experience   96:15
expires   101:14
explorer   20:12
exposure   8:15
express   37:20,23
  38:20 39:4 71:8
extend   31:17 41:7
extent   16:21 26:18

**f**

facebook   7:19
fact   44:21
failed   19:20 97:13
far   21:2 79:4
fast   78:4
fca   11:5,9,14,15,23
  11:25 12:4,16,19
  93:22 94:1
fcapap.com   93:16
february   8:4 17:2
  22:12,14 25:23
  26:5 33:4 34:16
  35:17 36:1 37:12
  39:19 40:5,8,21,23
  41:7,19 42:9,13,22
  43:11,11,22 44:22
  44:22 49:10,16
  52:19,22 53:1,8,11
  53:14,21,25 55:9
  55:12,23,24 56:3
  56:20,24 57:12,17
  57:22,25 58:3,7,19
  58:19 59:6,9,22

60:8,8,10,16,20
61:5 62:7,7,12,15
62:20,21,24 63:7
63:19,21,22,22
64:11,23 65:18
66:6,15,25 67:21
67:24 68:6,8,18
69:18,22,25 70:1
70:16,23 71:1
75:13 76:6 77:19
77:22 79:23 82:13
91:8 92:20
fiat   10:22 11:5
  93:19
fight   26:16
figure   18:13
file   20:12 29:8 30:3
  30:5,7 51:14 75:6
  77:16 87:16 90:17
  98:10
filed   69:5
files   20:25 21:3,14
filing   69:13
financially   100:13
financing   31:21
find   19:13 20:12
  25:18
finding   25:14
fine   86:9
finished   23:12 94:5
first   14:3,3 22:17
  24:7,18 25:22
  31:23 39:23 45:11
  48:15 51:13 52:9
  52:22 66:3 73:25
  78:6,11
five   45:1 66:13
flip   50:20 89:20
florida   1:1,21 2:4
  2:10,16 5:23 9:6,7
  10:7 100:2,16

101:2,5,7,10,13
focused   81:2
folder   18:6
folders   18:5,7
folks   66:16
follow   47:2 61:25
  94:9 98:14
followed   33:21,24
  56:13,16 58:4
  87:23
following   4:14 59:4
  67:22 91:17
foregoing   100:6
form   12:21 19:17
  23:7 29:4,5,6 37:25
  44:15,16 45:16
  47:13 54:11 60:13
  72:23 80:1 81:14
  82:18 83:9 84:5
  88:20 89:2,16,17
  89:24 90:12 91:17
  92:8,14 95:10,21
  95:25 96:12,20
format   86:14,21
forms   20:13 25:17
  96:9,18
formulated   14:3
fort   2:4
forth   78:17
forward   41:15
  54:23
forwarded   16:24
  49:4 54:13 69:3
  79:14 81:3
found   14:3,5,6
four   9:5 48:20
  49:13 50:9 57:2
frame   21:1
franchise   10:18
friday   31:18 41:6

front   51:16,17
full   13:11 95:20
further   100:10

**g**

gap   1:4
general   15:14,14
  15:20 41:3
getting   53:16 71:23
  72:10,12
gg249193   101:13
gifts   91:19
girlfriend   15:6
give   4:8 9:2 24:10
  36:8 53:19 95:20
given   5:2 30:10
  38:11,21 46:10
  49:3
giving   53:6
go   5:18 19:10,12
  25:14 52:6 86:17
going   5:16 31:8,12
  37:3 51:13 65:12
  66:2 87:9,10 91:25
  97:16 99:13
good   31:15
gray   2:14,17
greenway   1:10,10
  12:9,10,13,13,16
  12:20,20 15:15,19
  18:6,25 19:2,14
  23:4,19 24:1,6,7,15
  24:15,19 25:1,6,14
  26:1,15 27:5,7,9,13
  27:18,25 28:8,8,24
  29:15 30:2 31:10
  31:16 32:3,20 33:7
  34:1 36:16 37:7
  40:9 41:3 42:10,14
  43:1,23 44:4,14,24
  45:6 46:9,24 48:6
  48:15,24 49:22,25

53:1 54:1,8 55:11
56:12,15,22 57:3,9
57:16,24 58:2,8
60:1 61:6,22 64:9
64:15,19 65:6,7
67:15,21 68:1,20
68:25 69:3,6,9,19
71:21 72:22 73:1,7
76:14 77:10 79:9
82:24 83:4,8 84:2,4
84:19 85:4,16,23
86:1,6 87:16,16,17
87:20,23 88:16,18
88:25 89:12,14
90:7,17,20 91:6,11
92:2,16 96:9 99:6
**greenway's** 69:10
94:9,19
**greeting** 98:24 99:1
**guess** 71:23 72:10
99:4

### h

**h** 2:8 4:21 15:18
**half** 7:15 71:23
97:12
**hand** 2:8 4:5 52:3
87:22 101:9
**hang** 91:2
**happened** 35:16
63:6 70:2 72:9
**happy** 41:13
**he'll** 99:12
**hear** 5:10 6:8 18:10
31:13 32:11 40:12
**hearing** 41:15
**help** 9:25,25 10:1
**helped** 10:19 14:2
**helping** 82:4
**hey** 70:6
**hi** 41:2

**high** 9:5
**highest** 41:13
**hiraldo** 2:2 3:3,5
4:17,23 12:23
14:15 16:5 17:3
19:25 20:14 23:11
26:21,25 28:12
32:10 38:6,17 39:1
39:6 44:19 45:1,3
45:20 47:16 52:8
54:15 60:15 61:15
61:18 72:25 80:2
81:19 82:20 83:13
84:7 86:12 87:11
87:14 88:23 89:10
89:19 90:1,14 91:4
92:10 94:4,8 95:10
96:4,12,20 98:14
98:17 99:10,13
**history** 9:4
**hit** 65:12 66:2
**hold** 55:12,15
**home** 6:24 29:12
39:22,24 55:18
76:10 78:14 79:3
81:3 92:3
**homer** 55:17
**hour** 35:11
**hours** 66:13
**household** 36:14,21
36:23 37:1 76:10
77:5,5
**huge** 41:6
**huh** 58:21 88:8
**hundred** 31:23

### i

**idea** 21:10
**identification**
101:16,17
**identified** 34:4

**identifying** 96:18
**igancia** 2:2
**illinois** 10:12
**imagine** 74:23
**inaudible** 31:18,19
32:4
**inbox** 18:8
**incentive** 41:10
**incentives** 31:20
**include** 37:1
**included** 18:22
40:2
**inclusion** 81:13
**income** 36:14,21,23
37:1 76:10 77:5
**increase** 56:2 63:4
**incredible** 31:24
**independent** 10:18
14:13
**index** 3:1
**indirectly** 11:17
**individual** 10:25
51:5 52:16
**individually** 1:6
**individuals** 6:23
18:16 29:9 35:3,21
35:25 39:2 43:3
47:5 48:5,14 49:22
50:15 72:18 77:9
**industry** 7:8,10 8:3
96:16
**information** 5:19
11:19 21:11,12
28:20,25 29:11
37:15,18 39:20
79:11 81:17 90:9
**initial** 97:22
**initially** 5:16 54:24
**initiated** 95:7,12
96:9 97:9

**initiating** 98:1,9
**input** 18:15,15,19
**inputted** 17:10
**inside** 9:23
**instruct** 14:12
16:20 20:7 30:20
35:6 57:24 61:21
**instructed** 30:4,7
35:2,5 41:11 46:20
53:24 56:6,12,15
58:2 62:25 63:9,10
79:16
**instruction** 33:21
33:24 35:13 46:10
53:15 55:23 56:13
56:17,19 58:4
62:20
**instructions** 30:10
61:25 67:12 73:8
**intent** 45:9 93:5
**interested** 84:14
87:6 100:13
**internet** 14:6 48:10
81:15 91:19
**inventory** 41:5
**invite** 31:17
**invoice** 59:5,8,20
59:21,23,25 60:4,9
60:17,21 61:2,14
64:7 66:23 67:5,6,6
67:14,15 69:24
70:1,5,6,8,10,22,23
92:14,15,18,19,24
93:4,12
**invoiced** 93:9
**invoices** 47:24
60:12 70:4,14 71:4
71:6,16,17 97:2,2
**involved** 94:1
**issue** 23:21

**issued** 16:16
**issues** 95:18
**items** 18:8,8

**j**

**j** 1:22 4:21 100:4
  100:17 101:4,12
**january** 9:13 19:22
  24:13,24 26:5,7,9
  28:6,13,21 31:8
  34:21 35:2 48:15
  49:4,10,20 62:11
  64:1 73:25 82:10
**jeep** 1:10,11 31:16
  32:4 50:25 88:17
**jersey** 65:5
**join** 38:16
**july** 100:15 101:10
**jumped** 97:17
**june** 1:18 101:6
**justin** 1:15 3:2 4:13
  4:20 26:18 52:14
  100:6 101:5

**k**

**keep** 14:18 21:2
  22:9 72:17,22 87:9
  87:10
**keeps** 22:8
**kind** 38:11 42:20
  50:17
**kindly** 4:18
**know** 5:13 6:16
  10:25 11:6 12:16
  12:17 13:11,17,21
  13:25 14:5,17
  15:16 18:18 19:4
  19:14,18,19 23:6
  24:3 25:2,9,13
  29:17 31:2,3,6,13
  34:8,9,23 37:17
  38:1 39:2,10,11,12

39:15,18 41:23
42:19 43:6 44:7
45:5,13,14,18 46:2
46:19 47:14 50:2,5
51:7 53:12 54:3,12
57:23 58:25 59:16
63:11,18 67:10
69:9 70:18 72:24
73:1,4 78:4,16,22
78:23 79:19 80:22
81:1 82:21 83:23
87:9,25 88:14,14
88:19,19,21,22
89:3,15,18,21 90:9
90:15,16 95:2
97:19
**knowledge** 19:21
**known** 101:16
**knows** 43:13
**kohlmyer** 2:8,8 3:4
  26:16,24 28:11
  32:8 38:14,24 39:5
  44:16 61:13,16
  82:18 83:9 84:5
  86:11 89:16 94:12
  94:15 95:11 96:6
  96:13,22 98:13
  99:15

**l**

**l** 4:1,20,20 15:18,18
**label** 52:2
**labeled** 51:21 87:21
  90:21
**labeling** 87:23 91:1
**land** 30:21 45:15
  45:22
**landline** 30:24 31:4
**laptop** 17:11,15
**las** 2:3
**lauderdale** 2:4

**launched** 13:15
**law** 2:2
**lawsuit** 15:5,22,25
  16:7 22:17 69:5,13
**lead** 21:12,14 28:20
  37:15 80:25 81:16
  81:16,17,20,25
  82:16 84:4,14
  86:23
**leading** 28:11
**leads** 48:10,10
  49:17 54:21 74:4,7
  75:6,13 76:25
  77:25 78:8 82:2,6,9
  82:12,15 83:3,6,12
  83:16 84:1,3,18
  85:3,11,15,22 86:1
  86:6,15,22,23
  97:17
**legal** 26:19 38:14
  44:17
**letter** 26:17
**liability** 8:12,13
**license** 101:17
**lift** 76:25
**line** 30:21 45:15,22
  65:6 73:6
**list** 29:9,11 30:14
  34:18,23 35:25
  36:3,4,7,8,8 37:2
  37:11,14,14,17
  39:3,3,14,15,18,19
  40:4,4 42:24,25
  43:4,4 44:9,9,20,21
  44:23 47:4 48:5,7
  48:14,19,22 49:3,7
  49:16,18 50:19,22
  50:24 51:1,1,2,4,5
  51:9 54:7,18,20,21
  54:21 56:21,22
  57:6 58:10,12,13

59:1 62:5,5,6,6,17
62:17,17 63:15
65:11,12,13,17,17
66:1,2,3,3,9,16,17
71:22 73:19,20,20
73:23,24 74:3,4,7
74:10,11,16,18,20
74:21,24,25 75:10
75:12,12,15,20,22
75:23 76:2,3,6,6,7
76:22 77:12,17,19
77:22,23,25 78:2,9
78:11 79:4,7,11,14
79:20,22 80:8,9,18
80:20,23 81:2,7,12
81:12,16,16,17,20
82:1,15,23 83:3,6
84:18,21,24 85:3,6
85:11,15,22 86:1,6
86:8,14,15,19,22
86:23 88:3,4,4,5,8
88:13,22,24,24
89:11,12,14,23
90:3,10 91:16,25
92:3,7 94:20,20,20
95:1,3 96:24 97:17
98:8
**listed** 36:13 82:12
**lists** 43:7 49:1 74:5
  74:19 80:4,15 84:1
  84:3 86:5 89:6,7
  94:16,18,19,21
  95:8,25 96:19
  97:21 98:1
**listservicedirect**
  65:1
**listservicedirect.c...**
  64:24
**little** 14:22 24:6
  99:4

**live** 7:18 24:20
48:11 50:12,13
68:15 83:11,21
84:24
**locate** 16:15
**located** 5:24 6:17
7:1 10:7,10 11:11
13:13 17:4 65:4
**locating** 18:14
**location** 1:20 6:21
17:13
**logos** 93:23
**logs** 23:25 47:11
**long** 7:14 22:7
**longer** 8:5 19:5
21:24 30:15 35:10
95:19
**look** 18:4 25:17
29:21,23 41:15
51:12,13 52:9
57:11 58:6 59:16
61:4 63:3 64:3,22
67:22 69:15,24
70:20 71:19 73:5
74:13 75:4,18
76:19 77:12 80:17
81:1,6 90:2
**looked** 97:3
**looking** 54:24
58:25 60:6,23
61:14,15,19 66:20
67:4,6,11 70:14
79:7 80:18 87:20
**looks** 66:9 81:10,15
86:20 88:3,5 89:7
89:25 91:13
**lot** 50:7 68:14
81:17 82:4 94:16
95:17 96:16 97:16
**lower** 56:15

**m**

**m** 4:20
**madam** 32:8
**magruder** 2:14
12:21 14:10 16:2
16:17 19:17 20:5
23:7 37:25 38:16
44:15 45:16 47:13
52:5 54:11 60:13
72:23 80:1 81:14
88:20 89:2,17,24
90:12 91:2 92:8
99:11,16
**mail** 7:5,20 8:25
13:1,4,5,16,23
21:22 22:20,24
23:3,13,15,21
24:20,21 25:3,11
25:22 27:4,10
29:14 30:1 43:23
44:3 45:14,22,24
46:7,23 48:20,20
48:25 49:9,13,25
50:12,14,17,19,20
51:10 52:23 57:17
58:19 64:7 66:23
68:4,15,16 70:15
73:9,12,17 81:4
83:7,19 84:21 85:6
91:11 94:2 95:12
95:13 96:17,25
98:2,9,24
**mailing** 93:22
**mails** 7:25 25:17,25
26:14 28:21 29:18
30:23 31:3 43:10
50:8,16 53:7,10,14
53:25 59:23,25
60:4,7 61:22 62:22
67:13 68:21 71:1
72:15 79:8,17

90:11 92:1,23 95:7
95:20 96:10,19
97:9 98:19,20 99:7
**maitland** 2:9,10
**management** 41:11
**manager** 11:4,4
14:2 15:14,15,20
41:3
**manager's** 91:20
**manny** 26:16 61:13
**manuel** 4:22
**manufacturers**
10:16,21
**march** 19:22 44:1,4
44:11 49:10,20,24
61:6,7,22 62:2,13
62:16,21 63:24
68:6 71:20 73:7,9
73:12,15,16 74:14
75:1,15,24 77:23
79:23 81:21 82:1,6
**marion** 100:3,16
101:3,10
**market** 48:12
**marketing** 7:6 9:15
9:19 11:24 26:12
26:15,19,23 27:1
50:10 97:22
**master** 71:7
**mastercard** 71:9
**materials** 93:21
**matt** 31:15 32:19
32:21
**mean** 7:17 8:14
12:2 18:12 21:4,17
38:7 45:12 50:22
53:5 54:10 55:15
58:11 61:11 72:2
72:11 88:8 93:18
98:23

**meaning** 7:12
20:18 21:20 25:20
26:19 35:19 47:3
52:2,13 55:18 60:3
60:16 66:3 79:11
82:1
**means** 37:24 53:6
56:25 58:12 72:12
**meisenband** 2:5
**memory** 82:5
**mentioned** 15:6
68:24 83:11
**message** 26:10,12
32:11,13,15,23
33:1,3,5,11 34:11
34:13,16,21 35:13
35:22 36:1 37:3
38:12,22 40:20,22
40:23 41:1,2,20,21
42:1,3,5,8,9,23
44:6,11,12 47:4
72:19 73:2
**messages** 13:6 25:4
26:20 27:3,4,10,21
27:24 28:3,13
29:16 39:7 40:7
42:13 43:14 45:5,9
46:2,10,20 56:13
56:16 57:2 62:2
63:18
**messaging** 7:19
26:15
**messenger** 7:19
**met** 11:7
**middle** 1:1
**mind** 14:18
**minimum** 36:14,25
**minute** 45:1 56:8
**minutes** 98:22 99:3
**misheard** 61:17

**missed** 19:20 31:16
**model** 29:13 84:11
  84:13 87:5 88:9
  90:4 92:4
**money** 35:9 37:4
**month** 50:17,18
**months** 31:22
**move** 57:24 58:3
**moved** 21:6 30:16
  35:11,22 57:21
  95:2
**multiple** 68:16

**n**

**n** 4:1,21 15:18,18
**name** 4:18,22 10:25
  13:8,11 15:16 17:9
  17:10 29:12 32:3
  34:2 39:23,23
  51:14 68:24 78:12
  87:1 92:3
**nation** 10:11,11
**national** 93:24
**need** 5:18 29:21
  41:9 56:25 57:12
  61:7 67:25 87:8
  91:17,18,19 99:16
**needed** 19:13 70:4
**needs** 38:3 91:16
**never** 11:15 15:21
  48:2 59:12 65:21
  66:10
**new** 10:18 31:25
  32:20 65:5,13 66:9
  74:3,4,5,10,20,23
  74:25 75:10,20,22
  76:2 77:18,22 80:9
**non** 51:14
**normal** 23:9
**normally** 98:24
**notary** 101:4,13

**noted** 19:1
**notes** 100:9
**november** 8:4
  13:24 24:12
**number** 3:15 32:5
  32:25 34:4,6,7,10
  35:8,9,10 38:4,23
  43:10 46:7 52:2,6
  55:1,4 56:2,16,20
  58:6 59:16 60:3,24
  61:4,20 64:3,22
  66:20 67:5,7,23
  69:15 70:10,21
  73:5 74:13 75:1,4
  75:18 78:8,18,18
  85:1,19 87:23 90:5
  90:21,22 91:25
  95:2,8,8 96:2,3
**numbers** 29:16,19
  29:25 30:14,16,21
  30:24 31:4,10 35:7
  35:14,20,20,21,21
  35:23 36:8,13
  37:11,11 39:12,16
  39:21,22 40:3
  42:22 45:25 46:11
  55:18,20 57:1
  65:11,18 78:19,24
  79:5,17 86:7 94:25
  95:1,6,8,18 96:1
  98:8

**o**

**o** 4:1
**oath** 3:7 101:1
**object** 12:21 23:7
  37:25 38:14 44:15
  44:16 45:16 47:13
  54:11 60:13 72:23
  80:1 81:14 83:9
  84:5 88:20 89:2,16
  89:17,24 90:12

92:8 95:10 96:12
  96:20
**objection** 19:17
  26:17 28:11 38:24
  39:5 96:4
**obtained** 39:16
  51:1 79:11 89:14
**obtains** 37:17
**ocala** 1:21 5:23 9:6
  9:6,9 100:15 101:7
  101:9
**occur** 11:21 17:25
  20:22 24:23 58:16
  72:4
**occurred** 22:10,11
  24:11 26:5 41:18
  46:16 48:21 50:2
  59:9 60:8,12 62:11
  97:23
**ocoee** 9:7,8
**offer** 7:22 8:2 9:18
  9:20 10:2,14,15,17
  47:11
**offered** 7:21
**offering** 8:10
**offers** 8:5 12:25
  41:11
**office** 17:13
**okay** 5:10,14,15
  67:19 78:4 81:8
  85:10,14 87:19
  88:1 90:19 91:3
  92:12
**olas** 2:3
**ones** 25:5 44:12
**op** 93:15
**open** 80:13,13 81:5
  87:15 90:17
**opened** 9:12
**operating** 71:3

**operations** 24:3
**opportunity** 31:24
  32:1 41:15
**opposed** 26:20
**order** 14:23 15:2
  16:15,18 17:18
  20:13 25:17 29:21
  33:1 38:9,9 42:10
  44:14 63:17 70:3
  91:17 92:14 99:13
**ordered** 25:16
  99:12
**ordering** 56:10
  63:5
**orders** 47:22,24
**original** 74:20 76:3
  76:5,22,24 77:21
  93:5
**originally** 79:1
**originating** 20:12
**orlando** 1:2 2:16
  11:12 55:11 65:6
**outbound** 43:13
  50:12
**outcome** 21:21
**outlook** 17:6,7,18
  18:2,3,19 19:6
**outside** 35:11,22
**owned** 51:8

**p**

**p** 4:1,21
**p.m.** 1:19,19 52:25
  53:2 55:12 57:13
  57:21,25 61:8 75:2
  99:19
**page** 3:2,15 52:6,9
  54:7 59:4 61:4 63:2
  63:3 67:22 75:4
  80:17 81:7 82:16
  82:23 83:15 86:7
  86:10,20 87:25

pages 86:21 90:24 90:25 97:18 100:7
paid 70:5,9 71:4,17 97:12 98:18
paper 99:14
parameters 36:9,11 37:2 51:4 76:1,2,9 76:12 77:8
parkway 2:9
part 37:1 53:1 69:18 80:17 82:6,9 82:12 97:6
parties 4:3 100:11 100:12
party 36:5 51:14
password 17:9,10
pause 94:7
pay 47:24 71:6 99:6 99:7
peak 41:13
people 6:15 7:1 10:1 21:6,7 28:4 30:16 34:23 36:18 37:7 43:6 48:11,12 63:1 95:8,19,25
percent 31:21
perfect 26:24
perform 91:12
performed 21:12 96:16
period 7:22 8:2 13:3,9 24:14
permission 38:11 38:22
person 18:21
person's 18:20 95:14
personally 31:17 45:21,23 101:6,16
phone 20:19,19 22:5 29:12,12,13

38:4,13,23 39:21 39:22 42:7 57:1 78:21,24 87:5 92:3 92:4,4 94:25 95:2 96:3,10 98:8
phones 78:20 79:3
pick 20:19
picton 1:6
piece 80:20
pine 2:15
place 47:22,24 58:14 59:2 79:16
placed 63:17 70:3
plaintiff 1:8,17 2:6 4:23 25:23
plaintiff's 51:20 97:16
platform 13:6,8,16
play 31:13
please 4:6 9:4 41:14 54:8 56:21 59:17 63:15 64:3 65:10 66:20 69:15 71:19 73:5 74:13 83:1 84:16 85:1,9 85:13,18 89:20 90:22 92:11 99:13 99:15
plsubpoena 51:15
plus 65:13
po 38:4,7
point 5:12 15:5 16:9 27:9 80:5 94:22
policy 19:7,8,9,12
portion 55:4
position 15:19
possibly 71:5,18
potential 8:12,13 8:15 50:5 75:13 84:14

potentially 60:23
power 37:8
practice 48:11 60:11
pre 39:7
premiums 91:18
preparation 14:11
prepare 14:8,23 15:2 16:18
prepared 42:1,2
prerecorded 28:3 38:12,22 40:7,22 72:19 73:2
presented 51:23
presently 10:5
preservation 69:11
preserves 69:6
pretty 65:24
previous 42:16 67:11
previously 66:17 73:24
prior 5:5,6,8,17 7:21 9:3 22:19 26:1 26:3 37:21 52:22 62:10 67:5
privileged 14:17
probably 19:5 24:12,21 54:22,23 70:11 74:23 77:16 78:1
procedure 23:10 23:14
process 21:8 86:3
produce 20:15,24 20:25
produced 18:24,25 80:21 88:18 101:16 101:17
production 19:2,15 19:16 51:19,24,25

52:3 81:6 86:4,5 87:21 90:21 97:18
products 12:6,7
professional 100:4
program 93:20
promotional 9:16 9:19 93:20,21
promotions 5:25 6:2,4 41:8
promotions.com. 52:14
propounded 4:15
protection 8:16,19
provide 7:5,7,18,19 11:19 28:24 29:3,4 29:6,24 32:25 36:8 37:14 48:24 50:10 86:7 92:3
provided 6:18 7:2 11:13,15 13:4 21:11 24:19 29:1,5 30:3 31:10 38:3 39:3,19 40:4 43:3 43:19 47:3 48:6,8 48:15 49:22 57:7 66:10 74:9 75:12 75:15 76:3,7 77:16 77:19,22,23 78:11 80:24 81:10,12,21 81:23 82:24 83:3 83:16 84:1,3,19 85:4,15,23 86:1,6 88:25 89:12 92:15 93:21
provides 9:14 36:5
public 101:4,13
pulls 18:20
purchase 37:5 38:9 42:25 49:22 76:14 77:10 94:20

**purchased** 44:9 49:18 58:13 60:10 62:5 88:10 89:8,9 89:11 90:6 99:3
**purchasers** 31:23
**purchasing** 37:8 51:7
**purpose** 27:6,10,20 27:23 28:2,7 42:9 44:13 47:20 76:12 77:8
**purposes** 48:19,24 90:10 98:1,8
**pursuant** 53:15
**push** 57:13
**put** 52:7

**q**

**qualify** 37:4,5
**quality** 81:2
**quantity** 60:3 64:17 67:2,19 68:13 69:25 70:23 70:25 93:1
**question** 6:8 14:19 17:25 18:10 26:18 29:17,22 38:19 53:12 85:22,25 96:21 99:4
**questioning** 52:1
**questions** 4:15 5:17 18:23 94:9,10,12 95:23 97:15 98:13
**quick** 9:3
**quickly** 78:17
**quite** 71:18

**r**

**radius** 88:6,25 89:5 89:6
**raise** 4:5

**ram** 31:16 32:4 50:25 88:17
**ran** 71:23 72:10
**rare** 23:14
**ratio** 95:16
**raw** 43:6
**rbm** 8:10 24:25 57:13 58:8 73:7 91:21,23
**rbms** 7:23,24 8:2 61:7 65:10 66:16 69:18 91:20
**reach** 24:15,15 26:18 41:14 69:6
**reached** 66:12
**read** 40:25 41:19 42:4,6 99:11
**reading** 4:3
**really** 16:8 37:13 41:22 68:13 81:1,4
**reason** 18:23 47:18 53:13
**reasons** 95:17,20
**recall** 4:22,24 5:5 12:15 16:1,6 18:1 20:21 22:6,18,19 24:9,17 26:8,10 27:22 28:15,19 29:10 33:3,18 34:12 36:24 37:13 37:20 39:25 40:2,6 40:10 41:22 42:15 43:24 46:12,22 47:9 48:16 50:1,4,7 56:11 58:1,17,24 60:9 63:20 64:10 64:16 65:24 68:13 69:8,14 70:17 71:2 72:5,8,9 79:4 81:1 81:22 82:3,19,22 83:10,20 84:23

85:8
**receive** 57:1
**received** 25:23 40:20 42:25 59:12 60:17,21 66:17 84:4 96:19,24
**receiving** 72:19
**recipients** 72:14
**recognize** 32:13,15
**recommended** 12:5 12:16
**record** 4:19 25:10 33:1 51:18 61:13 61:19 62:9 67:17 72:17,22 80:7 86:17 87:20 90:20 98:5 100:9
**recorded** 32:16,23 33:3,14,17 39:7 41:19,21,23 42:7,8
**recording** 31:13 32:17,24 33:8,11 33:20,20,24 34:2,5 41:18 42:4 47:3 99:1,1
**records** 75:7
**recreate** 23:24
**redacted** 67:13
**redactions** 67:17
**redirect** 3:5 98:16
**reduce** 94:25
**refer** 6:3 7:23 86:18
**reference** 44:1 57:16 68:2,4,5,8 71:12 73:19 76:21 77:21 81:25
**referenced** 56:23 74:18 75:1
**referring** 6:4 7:25 8:18 12:10 36:15

52:2 75:23 76:6,22 77:18 97:17
**reflect** 71:3,16 78:8
**reflected** 46:13 60:24 61:1 64:17 67:7 77:25 82:15 82:23 83:17 92:23 93:4
**refresh** 82:5
**regal** 22:25
**regarding** 15:5 17:1 56:19 69:22 72:17
**regional** 23:17
**regions** 10:13
**registered** 100:4
**registry** 21:8 36:14
**related** 64:15,19 69:7 88:16 91:21 91:23
**relation** 67:20
**relationships** 10:13
**relative** 100:10,12
**remainder** 81:6 86:4
**remaining** 35:14,23 86:5
**remember** 63:3 81:24 97:25
**remove** 30:14,20 35:2,6,19,20,20,21 56:25
**rep** 65:2
**repair** 38:9
**rephrase** 19:11 96:21
**replaced** 70:8
**report** 29:23 43:9 43:17,20 46:5 48:3 59:13 100:6

**reported** 1:22
36:14 43:16
**reporter** 4:5,11
32:8 100:5
**reporter's** 3:6
100:1
**reports** 21:1,2,15
21:17,18,20,25
22:8,14,21,23 23:2
23:13,16,20 47:12
75:6
**represent** 4:23
40:19
**representations**
22:13
**reproduce** 23:25
**request** 19:1 20:15
20:22 23:19 37:10
65:19 69:6 76:25
79:4 92:2
**requested** 23:9,13
23:15,18 36:7,12
75:24 79:2 91:11
91:24 100:8
**requesting** 37:11
54:20 69:11 75:5
76:24
**required** 93:10,23
**requires** 38:21
**residential** 29:19
30:21 45:25 46:7
55:18 78:20
**resides** 80:25
**resp** 51:22
**respect** 30:11 35:16
53:19
**respective** 4:3
**response** 16:19
18:24 19:1,3 51:13
51:14,19 54:6
66:14

**responsive** 16:13
16:16 17:19 18:3
18:14 20:4,16
**rest** 86:20
**result** 72:18 73:2
95:13 97:13
**retail** 9:10 31:22
88:11 92:4
**retain** 12:14
**retention** 19:7,8,9
19:12
**review** 14:13,23
48:3 71:15 100:7
**reviewed** 18:24,25
21:20 44:12 46:5
68:3 94:18
**reviewing** 83:17
94:2
**right** 4:5 39:15
52:3,9,20 60:18
61:19 87:22 90:25
96:8,15
**ringless** 7:20,25
8:24 12:25 13:4,5
13:16,23 21:22
22:20,24 23:3,13
23:15,20 24:21
25:3,10,17,22,25
26:14 27:4,10
28:21 29:14,18,25
30:23 31:3 43:10
43:23 44:3 45:14
45:22,24 46:7,23
48:19,20,25 49:9
49:13,25 50:8,15
52:23 53:10,14,25
57:16 58:18 59:23
59:25 60:7 61:22
62:22 64:7 66:23
68:4,16,21 70:15
72:14 73:9,12,16

79:8,16 81:4 83:7
83:19,24 84:21
85:6 90:11 91:10
91:25 92:23 94:2
95:7,12,13 96:2,17
96:19,25 97:9 98:2
98:9,19,19 99:7
**ro** 38:3,7
**robert** 10:25 15:9
**robinson** 2:14
**robinson.com** 2:17
**rolled** 92:14
**rough** 24:10
**rpr** 1:22 100:17
**rules** 5:5
**run** 33:7
**running** 59:11
68:15
**rv** 10:19 31:19
**rvms** 55:17

**s**

**s** 4:1,1,21,21 15:18
**safe** 95:6
**sale** 32:5 90:4
**sales** 15:14,20 29:1
32:4 41:3 44:7 48:5
48:14,25 50:12,18
50:20 54:17 55:17
62:4,16 63:1 65:2
66:16 81:12,16
89:4,23 90:2 92:19
93:25
**saturday** 31:18
**save** 32:2
**saw** 43:25 80:10
**saying** 21:10 66:1
66:11 68:10 75:6
**says** 54:7 61:12
72:3,8 78:16,18
84:8,11 93:15

**schedule** 53:6 61:7
**school** 9:5
**schreck** 1:22 100:4
100:17 101:4,12
**script** 33:5,7,11,13
33:20 42:1,2
**scroll** 78:4,17 86:3
**scrub** 21:5,5 30:7
30:13 54:25
**scrubbed** 49:7
94:17
**scrubbing** 21:8,12
30:11 35:12
**se** 5:23
**seal** 101:9
**search** 17:18 18:2,9
18:11,12,21 20:3
**searched** 20:10,12
**searching** 20:1
**second** 31:12 41:18
70:8 91:2
**seconds** 98:25 99:2
**see** 5:10 25:16 52:4
53:3 54:6 55:6,11
57:14 59:4 61:9
64:12 65:15 69:20
71:25 75:8 78:6,16
82:16 87:17,22
88:7 91:13 93:15
**seen** 12:18 15:17
**sell** 9:25 10:1 28:3
28:8 42:11 44:14
55:12,16
**send** 19:20 20:18
22:23 23:2 33:10
33:23 35:13,22
40:22 42:21 46:20
54:8 56:4,6,9,12,15
56:21 60:11 61:21
63:7,9,10,15 65:10
65:17 67:12,25

69:10 70:8 89:6
91:25 93:5
**sending** 53:16
66:15 93:13 97:25
**sense** 26:21
**sent** 16:10 18:8
19:21 22:21 25:4,5
25:25 26:14 27:3,4
27:11 28:14,21
29:15,16,19 30:23
31:4,6,9 34:16,21
35:1 36:1 37:2 40:7
40:9 42:13,23 43:7
44:6,7,8,11 45:5,6
45:10,15 46:10
48:16 49:21 50:9
50:14 53:14 54:17
59:5 62:2 63:11
65:12 66:2 68:11
68:14,17 69:3,12
70:8 71:1 89:9 93:6
96:1
**separate** 34:18
**separately** 93:8
**serve** 94:20
**served** 16:7
**service** 7:21 10:5
10:23,23 11:13,15
17:5 24:18 29:1
30:15 35:10 36:3,4
36:7,9 37:2,12,14
37:17 38:3 39:3,14
39:16,19 40:4
42:25 43:4 44:7,9
44:20 48:5,14,25
49:18,21 50:18,20
51:1,4 54:18,21
58:13 62:4,5,6,16
62:17 63:1 65:17
66:3,16,17 73:20
74:11 75:12 76:7

77:17 79:5,12
81:12,17 89:5,12
89:23 90:2 92:7
95:19
**services** 7:5,6,6,7
7:16,18,19,20 8:5
8:10 9:14,15,16,19
9:20 10:14,15,17
10:18 12:6,7,14,25
13:1,4 14:1 24:21
50:10
**set** 96:7
**shapiro** 65:2,4 75:5
75:19 76:20 80:9
**shaun** 15:11,13
16:25 19:23 33:12
41:2,21 91:5
**shaun's** 18:15
**sheet** 98:10
**shepard** 2:8
**shepardfirm.com**
2:11
**short** 45:2 87:13
**show** 18:17
**showing** 80:24
**shows** 46:6
**signature** 20:11
**signed** 38:3,4 91:17
**signing** 4:3
**silver** 1:20 101:7
**similar** 5:16 21:20
44:12 76:2
**similarly** 1:7
**single** 35:14 86:18
**sir** 51:17
**sit** 46:19 96:15
**situated** 1:7
**skohlmyer** 2:11
**smaller** 64:13
**smith** 2:8

**sold** 73:1
**solicitation** 27:2
28:7
**solicitations** 27:5
**solicited** 82:2,6,9
**somebody** 27:13
95:2
**sorry** 6:8 17:21
18:10 23:12 31:16
40:12
**sort** 88:22
**sounds** 96:16
**southeastern** 11:8
11:9
**speak** 15:1 27:15
**specht** 1:15 3:2
4:13,20,22 27:1,17
45:21 46:19 51:16
52:1,10 55:2 64:23
73:6 74:14 87:22
94:8 98:18 100:7
101:5
**specific** 7:7 11:19
18:6 38:11 68:5
**speed** 86:3
**spell** 4:18
**spelling** 15:16
**spellings** 15:17
**spent** 97:15
**split** 71:21 72:4,6
73:13
**splitting** 72:7
**spoke** 27:13 37:20
42:7 63:3
**spoken** 15:4,21,24
44:20
**spread** 98:10
**spreadsheet** 29:7
**springs** 1:20 101:7
**staff** 9:25 72:13

**staffing** 9:20
**stan** 32:3
**standard** 23:9,14
30:13
**standing** 26:17
**stands** 93:19
**start** 57:13 77:20
**started** 9:7 14:3
41:5 91:17
**starting** 97:18
**starts** 55:5 87:23
**state** 4:18 52:25
65:9 73:11 100:2
101:2,4,10,13
**stated** 56:20
**statements** 71:15
71:16
**states** 1:1 10:13
12:4 24:4 82:16
**stenographic** 100:9
**stenographically**
100:6
**step** 14:7
**steps** 47:3
**stipulated** 4:2
**stop** 8:10 41:9
**street** 2:15
**strictly** 26:23
**strike** 33:10 35:5
39:18 42:22 84:2
98:22 99:6
**stuff** 52:6
**subject** 14:10 16:17
20:5 58:8 65:6 73:6
94:8
**subpoena** 16:6,10
16:13,16,19 17:19
18:3,25 19:2 20:4
20:16 51:14,20,21
**subsequent** 73:25

**subset** 96:7
**success** 41:6
**successful** 46:6
**successfully** 46:3
  53:20 54:4
**sued** 8:24
**suggested** 12:19
**suite** 1:21 2:3,9,15
  101:7
**summary** 9:3
**sunday** 31:18
**suntrust** 71:11
**supplemented**
  49:17
**suppose** 74:6
**sure** 24:20,20 29:20
  31:7 34:7 39:21
  40:18 41:4,13
  43:12 65:24 74:22
  77:24 78:23 83:14
**swear** 4:7
**sworn** 101:8

**t**

**t** 4:1,1,21,21
**take** 14:7 31:24
  45:1 58:14 76:17
  87:11
**taken** 1:17
**talk** 24:6
**talked** 94:16
**talking** 18:7 72:6
  91:1 95:22 97:19
**target** 47:4
**targeted** 50:15
  76:13 77:9
**tasked** 16:12
**tcpa** 8:18,24 26:20
  26:22
**team** 41:11
**telephone** 8:16,19
  29:16,19,25 30:21

30:24 31:4,9 32:25
34:4 35:6,14,23
36:8 37:10,11 39:8
39:12,16 40:3
43:18 45:25 46:7
46:11,16 55:18,20
78:18,18,19 79:5
79:17
**telephones** 45:6,10
  46:21
**tell** 14:7 16:15 22:4
  22:7 59:19 60:6
  64:6 66:22 67:4
  70:15,21 77:15
  81:9 88:2,6 92:13
  93:3 101:8
**terms** 22:7 28:24
  47:8 94:1,19
**tested** 45:21
**testified** 12:24
  22:20
**testimony** 4:7 5:2
  6:12 15:21 45:4
  54:16 59:12 62:10
  68:11 97:4
**texas** 10:12
**text** 7:19 32:9
**thank** 4:11 32:6
  41:17 51:18 86:13
  87:8 94:10 99:10
**thanks** 65:14
**themes** 93:25
**things** 19:13 53:17
**think** 15:16,18,20
  17:6 37:13 40:14
  43:24 44:5,25
  54:22,22 62:10,24
  63:5,12,12 65:20
  66:12,12,13 70:2
  76:23 83:14 89:13
  94:4,16 96:14,17

97:3,4,5
**thinking** 31:25
**thinks** 26:20
**third** 36:5
**thought** 59:1 61:17
**thousand** 36:24
  42:18
**three** 7:3 24:21
  48:19 57:2 61:6
  74:17 97:3
**time** 1:19 5:3 7:22
  8:2 13:3,9,22 15:5
  15:25 21:1 24:7,12
  24:14 27:10 33:4
  35:9 42:20 57:25
  58:3 59:2,9 82:1
  94:11 97:16
**times** 31:1 93:24
**timing** 80:16
**titled** 61:6 87:16
  90:17
**today** 6:10 46:19
  57:13 73:3 94:11
  94:19 96:24
**today's** 14:8,23
  15:2
**told** 21:24 22:2
  33:23 35:19
**tomorrow** 71:23
**tonight** 65:10
**top** 17:11,13,17,18
  54:6
**toronto** 13:14
**total** 49:13 55:13
  55:24 73:11 78:8
**toyota** 9:10
**trade** 31:22 41:12
**train** 9:25
**training** 9:20
**transcript** 99:12,14
  100:8,8

**transmission** 13:6
  13:23 22:20 38:12
  38:22 39:7 45:22
  46:6 57:3,25 58:3
  58:14 61:1 68:21
  79:8
**transmissions**
  60:12
**transmit** 62:22
  99:2
**transmitted** 34:13
  43:10 46:3 53:10
  53:20 54:4 60:1
  94:21
**transmitting** 90:10
  98:10
**true** 97:8 100:9
**truth** 4:8,9,9 101:8
**trying** 18:13 86:16
  86:17
**turn** 55:1 83:1
  84:16 85:1,9 90:22
  92:11
**two** 7:15 9:9 25:3
  44:21 53:17 57:1
  58:23 59:2 62:12
  70:22 71:22 73:13
  79:23 80:15 95:23
  97:5
**type** 11:13,15 17:4
  21:12 24:18 29:11
  39:20 50:10 51:8
  59:13 72:17 78:19
  101:17
**typical** 94:24
**typically** 80:23
  88:25 89:4

**u**

**u** 4:1,21 15:18
**uh** 58:21 88:8

**ultimately** 28:3
  34:13 93:6
**understand** 6:4,9
  8:18 12:10 38:2
  49:3 53:18,22
  75:23 76:5 99:4
**understanding**
  12:3 16:9 37:23
  38:10,20 54:16
  68:11
**understood** 5:20
  7:24 14:20 68:19
**unhappy** 31:25
**unique** 65:11,18
**united** 1:1 24:4
**updated** 48:25
**ups** 98:14
**use** 13:5 14:1 17:5
  20:11 34:1 71:6
  93:21,23
**user** 17:9,10

**v**

**value** 41:12 76:10
  77:6 81:3
**various** 10:13,13
  68:21 69:7 70:14
  72:19
**vehicle** 29:13 31:20
  32:1 37:5 42:11
  48:13 50:25 51:6,8
  84:13 87:5 88:9
  90:6
**vehicles** 44:14 73:1
**vendor** 12:4 19:23
  25:19,20 36:5
  68:20 80:7 81:3
  89:6
**verbal** 43:19
**verbally** 43:18
**veritext** 2:2

**versa** 70:7
**vice** 70:7
**video** 5:9
**vin** 90:4 92:5
**virtual** 2:2
**voice** 7:20,25 8:24
  12:25 13:4,5,16,23
  21:22 22:20,24
  23:3,13,15,20
  24:21 25:3,11,17
  25:22,25 26:14
  27:4,10 28:21
  29:14,18 30:1,23
  31:3 32:17,21
  43:10,23 44:3
  45:14,22,24 46:7
  46:23 48:20,20,25
  49:9,13,25 50:8,15
  52:23 53:7,10,14
  53:25 57:17 58:19
  59:23,25 60:4,7
  61:22 62:22 64:7
  66:23 67:12,14
  68:4,16,21 70:15
  71:1 72:14 73:9,12
  73:17 79:8,17 81:4
  83:7,19 84:21 85:6
  90:11 91:10 92:1
  92:23 94:2 95:7,12
  95:13,20 96:2,10
  96:17,19,25 97:9
  98:2,9,19,20,24
  99:7
**voicelogic** 13:10,11
  13:13,16,22,25
  17:1 19:23 20:2,15
  20:22,24 21:11,24
  22:2,8,21,23 23:2
  23:23,24 24:3
  25:20 29:24 30:4
  30:11,20 32:25

35:1,2,5,6,12,13,19
  40:8 43:7,9,16,19
  46:6,10,14,25 47:4
  47:11,17,20 48:2
  48:16 49:4,7 52:17
  53:13,24 54:17
  57:6 59:13,20
  60:17,21 61:21,25
  62:21 63:9 64:25
  67:12 68:24 69:3
  70:3,6 79:14,16
  94:21,25 95:13
  96:1 97:2 98:1,8,18
  99:7
**voicelogic's** 18:16
  60:11
**volume** 51:24
**vs** 1:9

**w**

**w** 4:20
**waive** 99:11,12
**waived** 4:4
**want** 11:23 14:17
  37:3 86:9,18 87:11
  94:5,17 99:11
**wanted** 25:13,16,18
  36:18 37:7,7 41:4
  56:4 61:16 66:9
  83:14
**wants** 65:9 71:21
**waste** 35:8
**watt** 22:3,7 43:21
  46:17,20 52:16,25
  57:12 58:7 59:5
  61:5 64:24 67:25
  69:17 71:20 73:6
  74:14 76:20
**watts** 22:13 54:6
  55:8 63:14
**way** 5:12 15:25
  19:12 30:8 86:9

91:21 94:1 95:21
  95:24 96:8,14,23
  98:7
**we've** 10:19 11:15
  12:1 44:20 58:18
  80:18 83:17 95:22
  96:24
**website** 47:12,17
  47:21 48:2 93:15
  93:19
**wednesday** 41:7
  53:1
**week** 40:19,23
  42:16,24 65:13
  66:2
**weekend** 31:20
  41:6 59:11
**weeks** 4:24 8:23
**went** 9:11 18:13
**william** 4:20
**williams** 11:1,6
  12:19 15:9
**wisconsin** 10:12
**witness** 2:12 4:10
  12:22 16:4,24
  19:19 20:10 23:8
  38:2,25 44:18
  45:19 47:15 51:23
  54:13 60:14 68:3
  72:24 81:15 82:19
  83:10 84:6 88:21
  89:4,18,25 90:13
  91:3 92:9 96:5,21
  101:9
**word** 18:9,11,12,21
  94:17
**work** 6:24 9:23
  17:15 29:12 87:5
  92:3
**worked** 9:10

**working**   9:7
**works**   52:16
**written**   37:20,24
  38:20,21 39:4
**wrote**   33:5

**x**

**x**   101:17

**y**

**yeah**   24:12 30:3
  42:8 57:19 63:2,5
  66:12 70:13 87:19
  93:23
**year**   9:6 22:9 24:11
  29:13 32:5 88:9
  90:4 92:4 93:24
**years**   7:15 9:5,9

**z**

**zero**   31:21
**zip**   36:13,15 80:24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.