1           UNITED STATES DISTRICT COURT

2          MIDDLE DISTRICT OF FLORIDA

3        CASE NO.: 6:19-cv-196-Orl-31-DCI

4    ----------------------------

5    CLIFTON PICTON, Individually )

6    and on behalf of all Others  )

7    similarly situated           )

8              Plaintiff,  )

9    V.                           )

10   GREENWAY CHRYSLER-JEEP-DODGE,)

11   INC., d/b/a GREENWAY DODGE   )

12   CHRYSLER JEEP, BDC PROMOTIONS)

13   INC. and VOICELOGIC d/b/a    )

14   VOICELOGIC.COM               )

15             Defendants. )

16   ----------------------------

17

18   ---  This is the Videotaped Deposition of,

19   CESAR CORREIA, taken at the offices Neesons

20   Reporting, A Veritext Company, 77 King Street

21   West, Suite 2020, Toronto, Ontario, Canada, on

22   the 10th day of September, 2019.

23           ------------

24

25      REPORTED BY:  HELEN MARTINEAU,CSR

Page 2

```
 1   A P P E A R A N C E S:

 2   FOR THE PLAINTIFF:

 3   HIRALDO PA

 4   PER:  MANUEL HIRALDO, ESQ.

 5   & IGNACIO HIRALDO, ESQ.

 6   301 E. Las Olas Boulevard, Suite 1400

 7   Ft. Lauderdale, FL 33301

 8   Tel. 954.400.4713

 9   Email: mhiraldo@hiraldolaw.com

10

11   FOR THE DEFENDANT:

12   HILL WARD HENDERSON

13   PER:  WILLIAM J. JUDGE, JR., ESQ.,

14   101 E. Kennedy Blvd.

15   Tampa, FL 33602

16   Tel. 813.221.3900

17   Email: william.judge@hwhlaw.com

18

19   FOR THE DEFENDANT GREENWAY

20   GRAY ROBINSON, P.A.

21   PER:  BROCK MAGRUDER, ESQ.

22   301 East Pine Street, Suite 1400

23   Orlando, FL

24   Tel. 407.843.8880

25   Email: brock.magruder@gray-robinson.com
```

1                     I N D E X

2                                              PAGE

3    WITNESS:   CESAR CORREIA

4    Cross-examination by Mr. M. Hiraldo............5

5    Cross-Examinaton by Mr. Magruder .............44

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    INDEX OF EXHIBITS

2     NO./ DESCRIPTION                              PAGE

3     Exhibit 1     Bundle of documents containing      13

4                   e-mails and invoice agreements

5                   between Voicelogic and BDC

6                   Promotions.  Bates labeled

7                   VOICELOGIC000001 to

8                   VOICELOGIC000021.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    ---  Upon commencing at 2:03 p.m.
 2              CESAR CORREIA:  SWORN.
 3              CROSS-EXAMINATION BY MR. M. HIRALDO:
 4              Q.   Good afternoon, would you please
 5    state and spell your name.  Cesar, C-E-S-A-R,
 6    Correia, C-O-R-R-E-I-A.
 7              Q.   And that's Correia?
 8              A.   Yes.
 9              Q.   Okay.  Mr. Correia, my name is
10    Manuel Hiraldo, I represent the plaintiff in a
11    punitive, class-action case pending in Federal
12    Court in Florida.
13              Have you ever testified at a
14    deposition prior to today?
15              A.   Yes.
16              Q.   The when was that?
17              A.   Here in Canada?
18              Q.   Well, the reason I'm asking is
19    just how long it's been to see if you remember
20    the process.  I'll just give you a couple of
21    ground rules.
22              We're doing this deposition by video.
23    Everyone is attending by video, including your
24    attorney.  For that reason just take a moment,
25    I'm going to try and speak slowly, and if you
```

1   would just take a pause before you give me an

2   answer in case there are any objections by your

3   attorney or the attorney for the defendant.

4          Please make sure that you understand

5   my question before giving me an answer.  If at

6   any point our reception breaks down and you're

7   unable to hear me please let me know.  Is that

8   fair?

9          A.   Yes.

10         Q.   And then if you need a break for

11  any reason just let me know.

12         A.   Okay.

13         Q.   Do you understand that you are

14  here today as a witness, a corporate designee on

15  behalf of Voicelogic?

16         A.   Yes, I do.

17         Q.   Can you give me the full

18  corporate name of the Voicelogic entity?

19         A.    It's Infolink Communications

20  Ltd., doing business as Voicelogic.

21         Q.   And you understand when I say

22  "Voicelogic" I'm referring to the Infolink

23  corporation?

24         A.   That is correct.

25         Q.   And what is your position with

Page 7

1    Infolink, or Voicelogic rather?

2               A.    I'm the CEO.

3               Q.    How long has Voicelogic been in

4    business?

5               A.    Since 1995.

6               Q.    And where is Voicelogic's primary

7    place of business?  What's the business address?

8               A.    334 Munster Avenue, Toronto.

9               Q.    The I'll represent to you that at

10   issue in this case is a claim for the -- for

11   violation of the Telephone Consumer Protection

12   Act, and specifically it involves the

13   transmission of ringless voicemails on two

14   separate date to the plaintiff.  Do you know

15   what a ringless voicemail is?

16              A.    Yes.

17              Q.    Can you tell me just a general

18   description of what a ringless voicemail is?

19              A.    It's the method of delivering a

20   pre-recorded voice message into somebody's

21   voicemail box without ringing their phone.

22              Q.    Does Voicelogic provide ringless

23   voicemail technology to customers?

24              A.    Yes, we do.

25              Q.    Is Voicelogic familiar with an

Page 8

1    entity by the name of "B" as in boy, "D" as in

2    David, "C" as in Charlie, Promotions?

3              A.   Are you referring to BDC?

4              Q.   Yes.

5              A.   That's all I know them by just

6    "BDC", I don't really -- I don't communicate

7    with them directly.

8              Q.   Has Voicelogic ever provided

9    ringless voicemail services to BDC?

10             A.   Yes, we have.

11             Q.   Is Voicelogic familiar with an

12   entity by the name of Greenway

13   Chrysler-Jeep-Dodge Inc., doing business as

14   Greenway Dodge-Chrysler-Jeep?

15             A.   I have been as of recent only.

16             Q.   Does Voicelogic have an

17   understanding as to whether BDC requested for

18   Voicelogic to transmit ringless voice mails on

19   behalf of the Greenway Dodge-Chrysler-Jeep

20   entity?

21             MR. MAGRUDER:  Object to form.

22             BY MR. M. HIRALDO:

23             Q.   You can answer.

24             A.   Well, we deal with BDC directly

25   in this case, but we don't deal directly with

Page 9

1    the clients or the customers of BDC.  So when

2    they --

3              Q.    Understood --

4              A.    I was going to say, when BDC

5    comes forward with some request to use our

6    services we provide the services, as per BDC's

7    request.  So they'll give us a list, they'll

8    give us a voice message, pre-recorded, and then

9    we transmit it to that list.

10             So we don't really, you know, try to

11   distinguish who their particular client is

12   because we do business with BDC.

13             Q.    I see.  And has it always been

14   Voicelogic's practice to obtain a list from BDC,

15   along with a voice recording, and then

16   transmitting that recording using ringless

17   voicemail technology to the phone numbers that

18   have been provided by BDC?

19             A.    The process is we don't obtain

20   anything, they give to us what they want to

21   transmit; and so we receive from them whenever

22   they're ready to use our service.

23             It's a pay-as-you-go service.  And so

24   what they want to transmit we transmit for them.

25             Q.    And maybe I wasn't clear, but

1    that's what I was -- that's what I was getting

2    at.  The practice between Voicelogic and BDC has

3    always been BDC provides a list of telephone

4    numbers to Voicelogic, correct?

5             A.   That's the process with every

6    client.

7             Q.   Okay.  And then BDC provides a

8    recording to Voicelogic?

9             A.   Yeah.

10            Q.   And then BDC says to Voicelogic,

11   Send this recording to the numbers on this list.

12   Is that correct?

13            A.   Yeah, at this time and at this

14   date, yeah.

15            Q.   And BDC pays -- well, how is it

16   that the BDC compensates Voicelogic?

17            A.   They pay us.  They pay us for the

18   service.

19            Q.   Do they pay per minute?  Do they

20   pay a flat fee or in another way?

21            A.   The rate is negotiated with the

22   client and it's usually as a prepaid service.

23   And for the voice broadcasting service it's --

24   they purchase minutes; they purchase minutes or

25   sometimes they just purchase X number of records

```
 1   at a certain rate.  Sometimes clients like to
 2   purchase it by the minute, sometimes clients
 3   like to purchase it by the record.  So we give
 4   them a choice but it's all prepaid in advance.
 5             Q.   Understand.  Going back to the
 6   ringless voicemail technology, my understanding
 7   is sort of a -- from a broad perspective, is
 8   that there is a communication established
 9   between a computer and the ringless voicemail
10   service, or server, rather, of each telephone
11   carrier.  Is that -- is that how Voicelogic's
12   technology works, from a broad perspective?
13             MR. MAGRUDER:  Object to form.
14             MR. JUDGE:  Join.
15             THE DEPONENT:  Is that somebody  me to
16   object?
17             MR. JUDGE:  You may hear objections
18   from me, being Bill, or somebody else, but as
19   long as you just hear the word "object" just go
20   ahead and answer, unless I tell you not to.
21             THE DEPONENT:  Okay.
22             MR. JUDGE:  So you can answer.
23             THE DEPONENT:  I hold the technology
24   proprietary so I'm not going to get into much of
25   the basics, I don't feel comfortable about it,
```

Page 12

```
 1    but I will say it's a computer-to-computer

 2    communication.

 3              BY MR. M. HIRALDO:

 4              Q.   And that's fair, I'm not asking

 5    you to divulge anything that's proprietary.

 6              Are you familiar with an entity by the

 7    name of Stratux Network?

 8              A.   Yes.

 9              Q.   Does Voicelogic consider Stratux

10    a competitor?

11              A.   Yeah, they're a competitor.

12              Q.   And as far as Voicelogic knows is

13    there any difference between its technology and

14    Stratux Network's technology?  Ringless

15    voicemail technology?

16              MR. JUDGE:  Object to form.

17              THE DEPONENT:  I haven't, you know, I

18    haven't verified or analyzed their technology.

19    I don't know their platform.  I don't know.

20              BY MR. M. HIRALDO:

21              Q.   Just another broad question

22    regarding ringless voicemail technology.  Is the

23    technology able to deliver a voicemail to a land

24    line?

25              MR. JUDGE:  Object to the form.  You
```

1    can answer, Cesar.

2              MR. MAGRUDER:  Join.

3              THE DEPONENT:  Yes, it can, provided

4    that it's a computer-based voicemail box.  If

5    it's one of those external voicemail boxes like

6    they had near the end of the '90s the answer

7    would be no.

8              BY MR. M. HIRALDO:

9              Q.   Alright.  Let's take a look at,

10   if you could, the composite Exhibit 1, which

11   consists of Voicelogic production Bates labeled

12   1, 4 and 5, 7, 8, 9, 10, 11, 12 and 13, and then

13   16 through 19.

14             EXHIBIT NO. 1:  Bundle of documents

15             containing e-mails and invoice

16             agreements between Voicelogic and BDC

17             Promotions.  Bates labeled

18             VOICELOGIC000001 to VOICELOGIC000021.

19             BY MR. M. HIRALDO:

20             Q.   So before you -- the numbers I

21   was referring to are what are called "Bates

22   labels" so those are the -- you see at the

23   bottom, right-hand corner you see where it says.

24   VOICELOGIC000001?

25             A.   Yeah.

-Page 14

1      Q.   So just so we're all looking at

2   the same thing on the phone as you are I'm going

3   to refer to the Bates label, is that understood?

4      A.   Yes.

5      Q.   The first document, or actually

6   Voicelogic Bates 1 is an e-mail from Derek

7   Watt -- excuse me, it's an e-mail from William

8   Specht to Derek Watt, Voicelogic Newsroom, dated

9   February 20, 2018, at 7:56 p.m.  Do you see

10  that?

11     A.   Yes.

12     Q.   And who is Derek Watt?

13     A.   One of my employees.

14     Q.   And then you see there's an

15  attachment, it's titled "BDC Promotions-Greenway

16  Dodge NCOA-Dedupe-Radius Append.zip"?

17     A.   Yes.

18     Q.   Do you know what that is?

19     A.   It's probably a file containing

20  either a pre-recorded voice file, or a list of

21  numbers to call, or both.

22     Q.   Would BDC transmit recordings to

23  Voicelogic in an e-mail or in some other way?

24     A.   They have an option of recording

25  it themselves on their own devices, computer,

Page 15

1   for example, and then sending it to us as a

2   voice file; or they can call in to our, what we

3   call a "recording studio" where they can just

4   simply call in with a phone, on a phone number,

5   and record their voice via their telephone into

6   our computer system and -- for which we would

7   have given them a phone number to call in on, a

8   voice box number, I believe it's a 6-digit

9   voicebox number and a 5-digit password so that

10  they can get into the particular voice file.

11          And they can record a message, usually

12  duration of 60 seconds.  That's how they

13  would -- they can record the voice file.  But in

14  terms of the list they would have to send it to

15  us by e-mail.

16          Q.   If you would turn over to the

17  next page, it's Bates number 4.  And I'm looking

18  at the second half of that page, it's an e-mail

19  from William Specht dated February 20, 2018, at

20  10:55 a.m. to Derek Watt.  The subject line is:

21              "Here is what I'd like you to

22          do".

23          And then he says:

24              "20,000 RVM's for Greenway."

25              "RVM's", what does that stand for?  Do

1   you know?

2           A.    Yeah, it's an industry standard

3   for ringless voice mail.

4           Q.    And then it says:

5           "Deploy voice file 106401 ASAP."

6           A.    Right.

7           Q.    What is that referring to?

8           A.    The voice file number is what I

9   was just describing.  It's a voice -- it's a

10  number.  It's how we identify different voice

11  files for different transmissions for different

12  clients.

13          So it's a 6-digit number, and then

14  there's also a password, I guess it's not here

15  but that's irrelevant, but that's the number for

16  that particular message.

17          And, therefore, we're able to assign

18  that particular 6-digit number inside of the --

19  inside of the system that broadcasts the voice

20  message out.  So the system needs to have a

21  reference, it needs to know what file to send

22  out.

23          Q.    Do you see on the computer in

24  front of you the -- there are two voice files

25  that were produced along with several Excel

1    spreadsheets?

2              A.    Yes.

3              Q.    Can you -- is there any way for

4    you to tell me what the voice file numbers are

5    for those two documents that were produced?

6              A.    No, I'm not able to.  I'm not

7    able to.

8              Q.    If you click on the voice file

9    there's no identifier within that file, is that

10   correct?

11             A.    Yeah.  The reason is because

12   if -- because it seems like it was -- the format

13   was changed when it was given to you so that it

14   can be played on your computer.

15             The format that we use for our servers

16   is -- it's a rare format and it doesn't play

17   easily on any computer.  So we have to -- if

18   somebody wants that file, which I think I

19   believe I was the one that was -- I chased down

20   this file and submitted it to you people.

21             It had to be -- the format had to be

22   changed into the proper format to play on this

23   Windows system.  So as the format changed it

24   probably changed the number as well.  And here

25   it says one of them is number 14 and the other

```
1    one is number 15, I think that's just an
2    arbitrary number.
3              Q.   Do you -- when you did that --
4    when you tracked down these voice files did you
5    listen to them?
6              A.   I didn't, no.  I got my staff to
7    listen to it and it -- it matched some of the
8    scripting that we received from you people.
9              Q.   Right.  And I'll represent to you
10   that' I've listened to both files and they are
11   the consistent with the two descriptions we have
12   in our operative complaint in the case.
13             Are there any other voice files that
14   Voicelogic is aware of that it was sent by BDC
15   pertaining to the Greenway Dodge entity?
16             A.    No, this is all that we found.
17             So when I was looking for all this
18   information I got my staff to verify that this
19   is the right information and this is what we
20   got.
21             Q.   So is it accurate then that, as
22   far as Voicelogic is concerned, the two voice
23   files that were produced and labelled
24   "Voicelogic 14" and "Voicelogic 15" are the only
25   voice files that were transmitted by Voicelogic
```

1   on behalf of BDC for the Greenway entity?

2             MR. MAGRUDER:  Object to form.

3             THE DEPONENT:  The answer is I'm not

4   100 percent certain.  I think that there is

5   maybe one more but it might have been

6   overwritten simply because, as you see here in

7   the prior reference where you were -- here we

8   go:

9                  "Deploy voice file 106401 ASAP."

10            The client can, at any time, call into

11  our system and overwrite that existing message

12  with a new message.

13            So, I understand -- I think that there

14  was one that was overwritten that we were not

15  able to get.  And so, therefore, if the customer

16  uses the same 6-digit voice file number and

17  calls in to our system and overwrites it it gets

18  overwritten.  So I think there was one more but

19  we were not able to get it.

20            BY MR. M. HIRALDO:

21            Q.   Let's look, please, at Voicelogic

22  Bates 7.  And just let me know when you're

23  there?

24            A.   I'm here.

25            Q.   Okay.  So I'm looking at the

```
1    e-mail that's at the top from Derek Watt to

2    William Specht dated February 5th, 2018, at 4:19

3    p.m.  Do you see that?

4              A.   Yes.

5              Q.   And in it Mr. Watt says in part:

6                   "Here are the new voicemail

7              boxes."

8              Do you see that?

9              A.   Yeah.

10             Q.   And then under "Greenway DCJR

11   Orlando" it says, "voicebox:  10641,

12   Password:  47128."  Can you tell me what that is

13   please?

14             A.   Yeah, the voicebox number is the

15   number of the file that holds the particular

16   recording.  The password is the password that

17   allows you to access that voicemail box to

18   record your message into it.

19             Q.   I see.  And then where it says,

20   "Deployment to home or cells."  What does that

21   mean?

22             A.   It means to send a message out to

23   home phone numbers or cell phone numbers, but we

24   usually don't distinguish so it's kind of

25   redundant.
```

1            Q.   So your testimony is that
2    ringless voicemail can be sent to home phone
3    numbers that don't have the traditional
4    recording voicemail system, is that correct?
5            A.   Yes.
6            MR. MAGRUDER:  Object to form.
7            BY MR. M. HIRALDO:
8            Q.   Okay.  Let's look, please at
9    Bates 16.
10           A.   Okay.
11           Q.   And this is a document titled
12   "Voice Broadcast Job Details", job number 86008.
13   Do you see that?
14           A.   Yes.
15           Q.   Okay.  And you see where it says
16   "Date to Transmit" February 26, 2018?
17           A.   Yes.
18           Q.   My question is obvious but what
19   does that mean?
20           A.   It means that is the requested
21   date for this particular campaign to be
22   transmitted.
23           Q.   And where it says, "Approximate #
24   of Recipients 20,000", what does that mean?
25           A.   It means that the file with the

1   list of phone numbers contained inside this

2   particular campaign, or job, contains

3   approximately 20,000 records.

4          The reason we ask our customers to

5   include the approximate number of records or

6   recipients is because there's been errors in the

7   past; where a customer submits a list of

8   records, we open up the file and we only see

9   2,000 but in the meantime they intended to send

10  out say, 10,0000, for example.  So we ask them

11  to give us an approximation as to what we should

12  be seeing inside the file when we open it, so

13  it's just for accuracy purposes.

14          Q.   Okay.

15          A.   At the end of the day when we

16  open up that file and we remove the duplicates,

17  the blanks and bad numbers it may reduce down to

18  19,000, for example.

19          Q.   Do you see further down under the

20  section where it says, "Special instructions and

21  additional comments", where it says, "Dead Call

22  Display with area code 407"?

23          A.   Yes.

24          Q.   What does that mean?

25          A.   It's requesting that we put in a

1   call display with area code 407, and the dead

2   call display I'm going to assume that it's --

3   they want a number that is, say, not working as

4   the call display.

5          Q.   And -- I see.  And so that's

6   the -- is that the number that the ringless

7   voicemail recipient would see on his or her

8   phone?

9          A.   Yes.

10          Q.   Meaning the number that's

11   associated with when the ringless voicemail is

12   incoming into the phone, correct?

13          A.    Right.

14          MR. MAGRUDER:  Object to form.

15          THE DEPONENT:  It will usually say

16   "missed call", or something like that.

17          BY MR. M. HIRALDO:

18          Q.   So the -- I didn't hear the full

19   answer.  Is your testimony then -- your answer

20   is that this is the number that they see -- the

21   recipient to the ringless voicemail sees this as

22   a missed call?

23          MR. MAGRUDER:  Same objection.

24          THE DEPONENT:  Right.  So some clients

25   want the -- the proper call display to show up.

1   Some clients do not want the proper call display

2   to show up because sometimes it will show a

3   "missed call", and if that's the case the call

4   recipient will simply not check the voicemail

5   message and just press "redial", and that can be

6   annoying for some customers.

7           So, therefore, they -- some clients

8   request a dead number that does not exist so

9   that their phones don't get inundated with a

10  bunch of calls, and whereas they require or

11  prefer that the call recipient will check the

12  voicemail message first before calling anybody.

13          BY MR. M. HIRALDO:

14          Q.   Okay.   Thank you for that

15  explanation.

16          Let's move on to the next page,

17  Voicelogic 17.   I'll just try to move through

18  this quickly.   Date to transmit February 28,

19  2018, do you see that?

20          A.   Yes.

21          Q.   That's when this ringless

22  voicemail drop occurred, correct?

23          A.   That's correct.

24          Q.   Approximate number of recipients,

25  20,000, that's the approximate number of people

1    that were sent the ringless voicemail on this

2    date?

3              A.   Yes.

4              Q.   Dead call display with area code,

5    that's the same thing we were just discussing.

6    regarding the prior job details, correct?

7              A.   Yes.

8              Q.   Following page please, Bates 18,

9    the same question.  This reflects a voicemail

10   drop on February 21st, 2018, correct?

11             A.   This is another campaign request,

12   yes.

13             Q.   And then the approximate number

14   of recipients for this campaign is 40,000?

15             A.   Yeah, that's the list that we

16   receive and then once it's processed inside the

17   newsroom it may drop.

18             Q.   Do you need a break before we

19   continue?

20             A.   Can I get a five minute washroom

21   break?

22             Q.   Yes, of course.

23             --  RECESSED AT 2:33 P.M.  --

24             --  RESUMED AT 2:38 P.M.  --

25

1           BY MR. M. HIRALDO:

2           Q.   I'd like for you next, if you

3    would please, we're going to look at the Excel

4    spreadsheets on the computer, the first one

5    being Voicelogic 3?

6           A.   Yes.

7           Q.   It's a -- so it's an Excel

8    spreadsheet, it contains the call-ons name,

9    address, city, street, zip, CRRT, home number,

10   work number, cell number, main e-mail address,

11   sale date, year, make, model, VIN number and

12   then distance, and it has 35,760 entries, do you

13   see that?

14          A.   One second.

15          (Witness reading the document.)

16          Number of entries 35,000 --

17          Q.   Yeah -- go ahead?

18          A.   35,760, yeah.

19          Q.   Can Voicelogic tell me what this

20   document is?

21          A.   Um, this looks like a client

22   file.  It's not set up in any particular format

23   that I'm familiar with.  It's not a Voicelogic

24   report.

25          Q.   Yeah, sorry, didn't mean to cut

```
 1   you off.  This isn't a document that was created

 2   by Voicelogic, correct?

 3               A.   No.

 4               Q.   Alright, so you can close that.

 5               Let's look next, please, at Voicelogic

 6   Bates 6, which is another Excel document.

 7               A.   Okay.

 8               Q.   Let me know when you're there

 9   please.

10               A.   I'm there.

11               Q.   Is this a document that was

12   created by Voicelogic?

13               A.   Yes.

14               Q.   How long after -- well, we'll

15   start from the beginning.

16               This is a document titled "Voicelogic

17   Ringless Report" with a job date of February

18   21st, 2018, correct?

19               A.   Yes.

20               Q.   And the company name, BDC

21   Promotions Inc., would that be Voicelogic's

22   client?

23               A.   Yes.

24               Q.   And then you see there where it

25   says, "Name: BDC-Greenway DCJ-Feb. 21"?
```

Page 28

```
 1              A.   Yes.
 2              Q.   What is that?  What does this
 3    mean?
 4              A.   That's just a reference field.
 5    When you enter a campaign or you have a campaign
 6    request you enter certain references that the
 7    client wants to use so that it's easy for them
 8    to refer to a particular campaign.
 9              And that information is entered -- if
10    you go back to your prior exhibit, page number
11    16, you'll see where that goes; because that
12    page 16 is a campaign entry form on-line for the
13    clients to enter their and submit their
14    campaigns.
15              So on page 16 you'll see, at the very
16    one-third down the page, "Job, Name/PO number".
17    So it's just a reference.  It's 15 or 20 -- it's
18    a field of 15 or 20 characters for the customer
19    to enter a job reference name, that's what that
20    is.
21              Q.   I understand.  And since you're
22    there, the document Voicelogic Bates 6, that
23    actually correspond with the voice broadcast job
24    detail that is at Voicelogic 18, correct?
25              A.   Yeah, some of the information is
```

Page 29

1   matching up.  Yes.

2              Q.   Both reflect a ringless voicemail

3   drop that occurred on February 21st, 2018,

4   correct?

5              A.   Yeah, it would have started, you

6   know, February 21st, 2018.  It might have

7   finished February 22nd, for example.  It's

8   totally possible.

9              Q.   Going back to the Excel document,

10  Voicelogic 6, how long after the drop occurred

11  was this Voicelogic ringless report created by

12  Voicelogic?

13             A.   Well, usual it's created probably

14  by the end of the day if it completed.

15             Sometimes a customer might want a

16  retry to submit phone numbers that failed, for

17  example, so it might be carried on the next day,

18  and then the report will be created at the end

19  of that day.  But usually at the end of -- at

20  the end of the day is when the reports get

21  created.

22             Q.   Does a person create the

23  Voicelogic ringless report?

24             A.   It is initiated by a person and

25  it's completed by a computer.

1          Q.   Do you see there were it says

2     "Total Records:  29908"?

3          A.   (Witness reading the document.)

4     Yeah.

5          Q.   And actually before I ask you a

6     question about this, the person that initiates

7     the computer creation of this document is a

8     Voicelogic employee, correct?

9          A.   Yes.

10         Q.   Does Voicelogic maintain these

11    reports in its systems?

12         A.   The reports, once completed, are

13    uploaded back on to the submission form, as per

14    page 18 of your example.  And so the client

15    would be able to access that report by going

16    back to the on-line account.

17         Q.   So in this instance BDC would

18    have been able to access this report through

19    Voicelogic's website?

20         A.    It only stays there for about six

21    months and after that we get rid of these

22    things, because it's not our data and it's just

23    taking up space.

24         Q.   I see.  Alright.  So moving on

25    now to the total records, 29,908, what does that

1   mean?

2           A.   It's the total number of records

3   that this campaign started off with.

4           Q.   And these were records that were

5   provided to Voicelogic by BDC, correct?

6           A.   Yes.

7           Q.   In the section where it says

8   "SUCCESSFUL", "Successful Total:  21611", what

9   does that mean?

10          A.   It means the number of phone

11  numbers that we successfully reached and

12  delivered a voicemail to.

13          And then under the "UNSUCCESSFUL"

14  section, 8,297, these are -- that reflects what?

15          A.   Unsuccessful records.

16          Q.   Meaning a ringless voicemail was

17  not delivered to the intended recipient,

18  correct?

19          A.   Yes.

20          Q.   Whereas the "SUCCESSFUL" column

21  reflects the successful delivery of ringless

22  voicemail to the intended recipients, correct?

23          A.   Yes.

24          MR. MAGRUDER:  Object to form.

25

1          BY MR. M. HIRALDO:

2          Q.   If you click, if you would

3    please, at the bottom where it says "Report

4    Chart"?

5          A.   Yes.

6          Q.   Is this simply a graphic summary

7    of the report that we were just looking at?

8          A.   Yes.  We take these campaigns,

9    and we take the data, and we try to give as much

10   feedback to the customer as possible, including

11   these types of charts, just to give as much

12   interpretation at a quick glance for the

13   customer.

14         Q.   Okay.  And then if you click on

15   the "Log 1" tab, what does this reflect?

16         A.   This is the transmission detail

17   of exactly what happened to each number.

18         Q.   How many entries are in this Log

19   1 of Voicelogic 6 that we're looking at?

20         A.   Looks like 29,909.

21         Q.   And under column "B" where it

22   says "response", what does that mean?

23         A.   It's the outcome of the

24   occurrence, of delivery or not delivery, outcome

25   of the call.

1          Q.   So the -- for the telephone

2    numbers where it says "Voicemail" what does that

3    reflect?

4          A.   It's -- you're talking about the

5    very first?  Record number 2?  "Voicemail N/A".

6          Q.   No, no.  For -- you see under

7    column "B" various entries have the word

8    "voicemail" in them, do you see that?

9          A.   Oh yeah, I see.

10         Q.   As you move down.  Does that

11   reflect the successful delivery of a ringless

12   voicemail to the associated telephone number for

13   that entry?

14         MR. MAGRUDER:  Object to form.

15         THE DEPONENT:  Yes, it is.  Yeah.

16         BY MR. M. HIRALDO:

17         Q.   And then column "A", "Telephone

18   Number", is that the number, the telephone

19   number that the system attempted to deliver the

20   ringless voicemail to?

21         A.   Yes.

22         Q.   Alright.  Let's look at the last

23   tab, which is the legend, and can you just tell

24   me what this is?

25         A.   It's just a legend indicating the

1    outcome of much -- it's a legend of the column

2    we were just looking at.  I think it was column

3    B, was it?  Yeah, column B.  It's a legend of

4    column B.

5              Q.   Okay.  I didn't see -- if you

6    look at Log 1 I didn't see any column B

7    designations -- or rather with the designation

8    "Live Answer", is there any reason for that that

9    you know?

10             A.   Yeah.  That's because we use the

11   same kind of legend and the same style of report

12   for a campaign that is not a ringless voice

13   broadcast, which would be a voice broadcast

14   where the phone does ring.

15             So we use the same -- in other words

16   it doesn't apply to this particular ringless

17   campaign.

18             Q.   I see.  So then in looking at

19   this legend the top three that are designated

20   with the colour green represent a successful

21   transmission of some various type of service

22   that Voicelogic provides, correct?

23             A.   Right.  So in a ringless

24   broadcast there would be no live answer or a

25   transfer outcome.

1           But there would be -- there could be
2    that type of an outcome if it was a voice
3    broadcast where the phone does ring.  So we use
4    the same --
5           Q.   So the -- I'm sorry, finish your
6    answer?
7           A.   We use the same reporting system
8    for -- whether it's a ringless voice broadcast
9    or a voice broadcast that does ring the phone;
10   we use the same software, the same reporting
11   system.
12          So in this particular case the live
13   transfer, for example, doesn't apply to the
14   ringless broadcast.
15          Q.   Can you tell me, looking at this
16   legend, which of these designations apply to
17   ringless voicemails?
18          A.   Yeah, that can be determined.
19          MR. MAGRUDER:  Object to form.
20          THE DEPONENT:  That can be determined
21   by going back and looking at the column "B" of
22   Log 1; and you can see anything that's in there
23   applies to the ringless broadcast.
24          So I can tell you off the bat that
25   "Live Answer" and "Transferred" is a outcome

1   that does not apply to the ringless broadcast.

2           BY MR. M. HIRALDO:

3           Q.   Okay.  So, as far as ringless

4   voicemails then are concerned, the only

5   designation that reflects a successful ringless

6   voicemail transfer is the "Voicemail" outcome,

7   correct?

8           A.   No, there's more.  There's some

9   in purple, which is the auto operator, there's

10  that.  "Fax" probably would not apply, "Line

11  Noise" might apply.  There's a few others.

12          Q.   And I understand that.  But the

13  ones that you're describing now reflect an

14  unsuccessful transmission, correct?

15          A.   Yeah.

16          Q.   And so my question was, the only

17  designation that reflects a successful ringless

18  voicemail transmission is the voicemail

19  designation, correct?

20          MR. MAGRUDER:  Object to form.

21          THE DEPONENT:  Yeah, that is true.

22  However, because this particular ringless

23  technology, sometimes it's not 100 percent

24  accurate, it's possible that one of the other

25  designations, such as "Not Compatible", may have

```
1    delivered a voice message.  We've caught that

2    before.  The technology is not 100 percent

3    accurate.  I'd say it's about 95 percent

4    accurate.

5              BY MR. M. HIRALDO:

6         Q.   Is there -- are there ever

7    instances where a successful transmission is

8    reflected and that's not accurate?

9         A.   Yeah.  We have seen instances

10   where we get a "Not Compatible" outcome response

11   and the message was delivered.  So, as I say,

12   the technology is not 100 percent accurate so

13   that can happen, but the majority -- I mean,

14   it's 95 percent accurate.  You're going to get a

15   few odd responses.

16        Q.   Right.  So my question was the

17   converse of that.  Do you have -- have you ever

18   seen an instance where the system is telling you

19   that a transmission successfully occurred but in

20   fact it had not occurred?

21        A.   We have seen that as well, yes.

22   It's rare but we've seen it.

23        Q.   How rare is it?

24        A.   Like I said, it's about 95

25   percent accurate.
```

1           Q.   So it's 95 percent accurate for

2    both successful and unsuccessful transmission

3    designations?

4           MR. MAGRUDER:  Object to form.

5           THE DEPONENT:  Yeah, I just know that

6    from the studies we've done we have seen some

7    errors occur sometimes, but it's -- it's only 5

8    percent error so, therefore, we still designate

9    it as a valuable service.

10          BY MR. M. HIRALDO:

11          Q.   I understand.

12          A.   But we warn our clients sometimes

13   you're going to get the odd one, but we let them

14   know that.

15          Q.   Alright.  Let's take a look next

16   at -- we're going to look at Voicelogic 20,

17   that's another Excel document.

18          A.   Okay.

19          Q.   And so the first tab that we're

20   looking at here, the "Voicelogic Ringless

21   Report", is the same thing as the prior document

22   we looked at, correct?

23          A.   Same format, yes.

24          Q.   It's a report that was initiated

25   by an employee of Voicelogic shortly after the

```
1    completion of this ringless voicemail campaign

2    on February 26, 2018, correct?

3               A.   Yes.

4               Q.   And "Total Records", it reflects

5    that 15,399 records were provided to Voicelogic

6    by BDC, correct?

7               A.   Yes.

8               Q.   Successful voicemail

9    transmissions for this campaign were 14,182,

10   correct?

11              A.   Yes.

12              Q.   If we look at Log 1, again we

13   have a column "A" with a telephone number, that

14   was the target telephone number for the ringless

15   voicemail?

16              A.   Yes.

17              Q.   And then the response where it

18   says under column "B", where it says "Voicemail"

19   that reflects the successful transmission of the

20   ringless voicemail?

21              A.   Yes.

22              Q.   With the other different

23   designations reflecting an unsuccessful

24   transmission, correct?

25              A.   Yes.
```

1          Q.   Column "C" where it says "Date"

2     is the -- I'm sorry, did someone say something?

3          Column "C" is the campaign date,

4     correct?

5          A.   Column "C" is the date that --

6     and time specifically that that particular

7     number was dealt with.

8          Q.   What is column "E" where it says

9     "Seconds"?

10         A.   That's how much time was spent

11    delivering the message.

12         Q.   The remainder of this information

13    on this chart was provided to Voicelogic by BDC,

14    correct?

15         A.   Yes.  Correct.

16         Q.   And so Voicelogic simply inserted

17    these first few columns into the chart that was

18    provided to it by BDC, is that correct?

19         A.   We only need the phone number and

20    then the computer gives back the response, the

21    date, the time, the seconds; and then sometimes

22    the customers want the phone number, the

23    response, the date, and the time, and the

24    seconds associated with the remainder of the

25    record which contains the name, the address the

Page 41

1   city, and so forth.

2          So we do that -- we match that back up

3   as a courtesy to the customer so that they can

4   better identify their data.

5          Q.   I understand.  How many, how many

6   telephone numbers are reflected in this

7   document, Voicelogic 20, that we're looking at?

8          A.   Looks like 15,400.

9          Q.   Okay, you can close that

10  document.

11         The last one we're going to look at is

12  the Excel file titled Voicelogic 21.  And if you

13  would just let me know when you're there?

14         A.   I'm there.

15         Q.   So like the prior two Voicelogic

16  ringless reports that we looked at, this is

17  another computer-generated document created

18  shortly after this job date of February 28,

19  2018, correct?

20         A.   Right.

21         Q.   Total records 16,212, that

22  reflects how many records were provided, or how

23  many telephone numbers were provided to

24  Voicelogic by BDC, correct?

25         A.   Yes.

1          Q.   Successful total 14,659; that

2     means the total number of successful voicemail

3     that were delivered for this campaign, correct?

4          A.   Yes.

5          MR. MAGRUDER:  Object to form.

6          BY MR. M. HIRALDO:

7          Q.   And unsuccessful total, 1,553,

8     are the total unsuccessful transmissions for

9     this campaign, correct?

10         A.   Yes.

11         Q.   At the tab Log 1 is, like the

12    other logs that we've looked at for the prior

13    two campaigns, with column "A" being the target

14    telephone number, correct?

15         A.   Yes, same style format.

16         Q.   Okay.  Column "B", the "Response"

17    is the outcome of the transmission, correct?

18         A.   Yes.

19         Q.   "Date" being the date of

20    transmission and "Time" being the time of the

21    transmission, correct?

22         A.   Yes.

23         Q.   I think I'm done with my

24    questions, I just need to consult with my

25    co-counsel so if you would just bear with me for

Page 43

1    two minutes?

2              A.    Okay.

3              --  DISCUSSION OFF THE RECORD --

4              BY MR. M. HIRALDO:

5              Q.    Just one last question, does --

6    when Voicelogic receives these telephone numbers

7    from BDC does it do anything to manipulate the

8    data?  Does it dedupe it?  Does it do any kind

9    of telephone number validation or anything else?

10             A.    We only do what the client

11   requests, and usually that consists of removing

12   duplicates, because you don't want to be calling

13   the same -- leaving a duplicate message in the

14   same phone number.  We remove blanks.  We remove

15   invalid phone numbers that are missing digits.

16   We might run it against a DNC list if we are

17   requested, but that's it.  We don't -- it's not

18   our data, it's not our campaign.  We follow the

19   client instruction.

20             Q.    Alright.  Well, thank you for

21   your time today.  I have no further questions.

22             A.    Thank you.

23             MR. MAGRUDER:  I have a few questions.

24   Yeah, I don't think it'll be very long if you

25   just want to keep going, or if you need another

1    break that's fine.  Whatever you guys want.

2            MR. JUDGE:  Cesar, do you want to keep

3    going or do you need another break?

4            MR. MAGRUDER:  I think I probably have

5    less than 20 minutes of questions.

6            THE DEPONENT:  Okay, let's go.

7            CROSS-EXAMINATION BY MR. MAGRUDER:

8            Q.   So, as I said at the beginning

9    before we were on the record, I'm Brock

10   Magruder.  I represent one of the defendants

11   that's being sued in this case by the plaintiff,

12   Mr. Picton.

13           I appreciate you being here and I'll

14   try and make this as brief as possible.

15           If I can have you refer back to the

16   Bates number 01, which is one of the PDFs that

17   you have as a printout?

18           A.   Yeah.

19           Q.   It's that first e-mail.  And you

20   were asked some questions about the attachment?

21           A.   Yes.

22           Q.   Which looks like it was a "BDC

23   Promotions-Greenway Dodge NCOA-Dedupe-Radius

24   Apppend.zip"?

25           A.   Yes.

1          Q.   Do you know if that -- is that

2    attachment the attachment that you -- your

3    lawyers produced as Voicelogic Bates number 003,

4    the Excel spreadsheet?

5          A.   I don't know.  If you open up

6    that zip file you'll see what's in there, right?

7          Q.   I don't think what I received is

8    linkable.  You don't know?

9          A.   That's something from the client.

10   That's something we received from the client.

11         Q.   Okay.  And you couldn't tell me

12   which of the spreadsheets that were produced, or

13   if any of the spreadsheets that were produced

14   were contained in that zip file?

15         A.   That is an e-mail from the --

16   from BDC to my employee, Derek.  So, therefore,

17   that would not be reports that we would have

18   produced, it had to be some kind of a client

19   list.

20         Q.   Got it.  And actually, so if you

21   can actually look at the spreadsheet that's

22   labelled "003" on your computer?

23         A.   Yes.

24         Is this -- could this be the client

25   list that Voicelogic received from BDC perhaps

Page 46

1   in this zip file transmitted on the e-mail we

2   were just discussing?

3           MR. JUDGE:  Object to the form.

4           THE DEPONENT:  Chances are it would be

5   something like this and certainly not a report

6   from our systems.  They wouldn't -- clients

7   don't normally send us --

8           BY MR. MAGRUDER:

9           Q.   But as far -- I apologize for

10  interrupting.  Please continue.

11          A.   Yeah, this clients don't send us

12  the computer-generated report, we send that to

13  them.

14          Q.   Got it.  And you've already

15  testified that what -- 003 is not a document

16  that Voicelogic created?

17          A.   No, it's not.

18          Q.   Did you receive any other client

19  lists from BDC over the course of, call it

20  mid-2000 -- well, the beginning of 2018 through

21  to mid-2018?

22          A.   We've been receiving lists from

23  them as long as they've been a client, and I

24  believe they've been a client since 2018.

25          Q.   Do you know if you received any

1    other client lists from BDC specifically for

2    this Greenway entity?

3              A.   We already checked and we've

4    produced what we found.

5              Q.   Okay, that's fine.  And that's a

6    good distinction, and we can talk about that in

7    a second in terms of what was actually produced.

8              But do you, as you sit here today, not

9    looking  at the documents, recall receiving

10   other lists from BDC other than the list that

11   you produced that is 003?

12             A.   Yeah, we've searched and this is

13   what we found.  We don't have any other.

14             Q.   So did you remember -- you

15   don't -- you didn't get any other list beside

16   this one?

17             A.   Oh --

18             MR. JUDGE:  Object to form.

19             THE DEPONENT:  I believe that -- I

20   believe that is correct.  We specifically looked

21   for lists containing the plaintiff's phone

22   number and that's what we found.

23             BY MR. MAGRUDER:

24             Q.   Okay.  Would you have ever

25   received any client lists in relation to this

Page 48

1    particular marketing campaign from any entity

2    other than BDC?

3              A.   Like, BDC is not our only client,

4    is that what you mean?

5              Q.   No, I'm sorry I'll be more

6    specific.

7              Sometimes, and it looks like in this

8    case, potentially, BDC purchased some -- what

9    we've been calling "conquest lists" from other

10   companies that sell customer data, specifically

11   phone numbers.  And I'm really just trying to

12   understand whether it's possible that you were

13   sent any lists from one of BDC's data vendors,

14   as opposed to BDC themselves, in relation to

15   this particular marketing campaign?

16             A.   I'm not 100 percent certain.

17   When we searched the e-mail we searched for

18   e-mails from BDC relating to this Greenway

19   entity; that's what we searched for.

20             The clients usually if they procure a

21   list they go do that on their own and when they

22   get it they send it to us normally.

23             Q.   Got it.  So you -- I mean, I

24   guess, have you ever been asked by a client to

25   procure phone numbers, for example, for purposes

Page 49

1    of sending ringless voicemail?

2              A.    Yeah, we get asked that sometimes

3    but that's not a service that we provide.

4              Q.    Is that a service that you

5    provided either BDC or Greenway in this

6    particular instance.

7              A.    No, it's a service we do not

8    provide period.  Clients have to bring, procure,

9    purchase their own list and they bring it to us.

10             Q.    Okay.  So speaking generally

11   about the log sheets, on the other three Excel

12   spreadsheets that are the reports that you did

13   create and produce?

14             A.    Yes.

15             Q.    Are there any names on those logs

16   that aren't on this customer list that Greenway

17   sent you, or that BDC sent you?

18             A.    Well, we would not be entering

19   names.  We would not be entering any names.  The

20   computer is fed the telephone number, that's all

21   we really need is the phone number.

22             If the client sends us a list of phone

23   numbers with a bunch of other name and address

24   information we don't need that other

25   information, other than the phone number.

1    Once we're finished dialing and we get

2  the report from the computer, and we create a

3  report with the computer, sometimes clients want

4  us to match back up the phone number with the

5  trailing information, which would be the name,

6  and the address, and whatever else they got,

7  simply so that they can better use the report to

8  see what the outcome was, and they can at least

9  relate to see which person got delivered a

10  message and who did not.

11    So we don't put anything else in the

12  report other than the date, and the time, and

13  the response outcome, and the number of seconds,

14  that's it.

15    Q.   Understood.  And I may be asking

16  this kind of backwards, what I'm trying to

17  understand is whether on behalf of BDC, in

18  relation to this particular marketing campaign,

19  your company initiated any attempts to leave

20  ringless voicemails with a phone number that

21  wasn't provided to you on that Greenway BDC

22  Promotion Dodge NCOA dedupe list?

23    A.   I was going to say, I didn't get

24  a chance to -- I didn't understand.  Attempts to

25  what?

1              Q.    Whether Voicelogic made any

2    attempts to deliver a ringless voicemail, on

3    behalf of BDC in relation to this marketing

4    campaign, to any phone number that was not on

5    the customer list that it received from BDC,

6    that we've just been discussing?

7              A.    No.   We receive instruction from

8    the customer as to what numbers to deal with and

9    that's it.   We don't throw in any other numbers.

10   to dial.

11             Q.    Got it.   And so actually if I can

12   have you refer to the hard -- the printout

13   documents that start at 016 through 018?   I

14   think you said there are printouts of sort of

15   the application for the job?

16             A.    You mean 0-6?

17             Q.    0-1-6, 016, it's the hard copies.

18             A.    What about it?

19             Q.    If you look at, "Upload your list

20   of recipients", about half-way down the page, it

21   says, that there's -- it looks like this a file

22   name and it's that same .zip file that was

23   attached to 001, correct?

24             A.    Well, this would be the file name

25   that we would receive from the customer.

1         Q.   Right.  And so for this

2  particular campaign that Bates number, 016, is

3  describing all of the calls or the ringless

4  voicemail that you initiated came from the data

5  contained in this .zip file, correct?

6         A.   Yes, we only dial what the

7  clients give us.

8         Q.   And without going into that much

9  detail, that would be true for the other two

10  printouts here for 17 and 18?  The same file is

11  listed for both of those other two campaigns,

12  correct?

13         A.   Yes.  We would never dial

14  something the client doesn't want us to dial and

15  we would not throw in extra phone numbers to

16  dial either because it's the client's campaign,

17  and, you know, they're paying for that.  So

18  we're not going to be dialing any other records

19  that they don't send us.

20         Q.   Understood.  And, actually that's

21  a great segue into my next series of questions

22  which is about how the payments work here.

23  You've testified earlier when Mr. Hiraldo was

24  asking you questions that these are all paid by

25  the minute and in advance?

1          A.   Yes.

2          Q.   Can you just tell me a little bit

3    more about how that works?

4          A.   Yes.  The customers would

5    discover our services or company; they would

6    speak to a sales rep, in this particular case

7    Derek Watt; and they would -- Derek Watt would

8    be the sales representative for BDC and he would

9    handle the requests and the campaigns for BDC.

10         So they would negotiate a rate,

11   depending on frequency and volume.  And once

12   they are ready to proceed with a campaign they

13   send the -- in this case they send the

14   information, e-mails, they e-mail the list to

15   Derek; and they record their voice message

16   inside our system; and then it is uploaded, as

17   per page number 16, hard copy; and that's what a

18   campaign looks like.

19         So they prepay for the service.

20         Q.   And so -- I didn't mean to

21   interrupt you, please continue.

22         A.   They might purchase X-number of

23   thousand minutes in advance.  And as they submit

24   records for their campaign the minutes are

25   deducted until they run out, and then when they

1    run out they have to purchase again.

2              Q.   And is that rate per your client?

3    For example, does BDC have a rate that is

4    applied to all of BDC's various clients?  Or is

5    it more that BDC has different rates that it

6    negotiated with you for different clients that

7    BDC has?

8              A.   No, BDC is our client, they have

9    one rate; and whatever BDC decides to resell to

10   their customers is not our business.

11             Q.   So when -- so BDC has one account

12   with Voicelogic?

13             A.   Yes.

14             Q.   So when BDC prepurchases minutes

15   for Voicelogic you have no idea whether those

16   minutes are ultimately spent and charged, for

17   example, to Greenway or any of the other

18   companies that BDC might work with, correct?

19             A.   Yeah, they can spend their

20   minutes the way they want.

21             Q.   If you look at 07, which is one

22   of the printout documents?

23             A.   Yes.

24             Q.   This is another e-mail from

25   BDC -- no, sorry, this is an e-mail from -- oh

Page 55

1  yeah, if you look down at the bottom of 07

2  William Specht is e-mailing Derek Watt and says:

3              "I have 10,000 left over from

4        last month.  I need another 50,000."

5        I guess that he is basically

6  purchasing some of the prebought minute,

7  correct?

8        A.   He's realizing that he doesn't

9  have enough credits or time and he needs to buy

10  more for upcoming campaigns.

11        Q.   Can you tell me why -- why this

12  document is partially redacted?

13        A.   Yes, that was by me.  And it's

14  partially redacted simply removing client names

15  that are not part of this case.  As you can see

16  only --

17        Q.   So these people that you've --

18  these companies that you removed are not

19  Greenway entities related to this lawsuit or the

20  particular campaign that we're discussing,

21  correct?

22        A.   That's right.

23        Q.   So when William Specht said to

24  you, "I need another 50,000."  You have no way

25  of knowing, of the minutes that BDC has

```
 1    purchased, which minutes were for Greenway and

 2    which minutes were for other entities in terms

 3    of the ringless voicemail delivery, correct?

 4            A.   Yes.   The minutes are purchases

 5    in advance and BDC can spend their -- his

 6    purchased minutes any way he wants.

 7            Q.   Okay.   If we can look at one of

 8    the ringless voicemail reports, it doesn't

 9    matter which one so if there's one that's

10    already open up on your laptop just let me know

11    which one and I can ask you about that.

12            A.   I'll open up number 20.

13            Q.   Okay.

14            A.   I'm there.

15            Q.   Alright.   And so I just want to

16    try to understand -- I'll tell you right now

17    that I'm sure your expertise in terms of the

18    computer engineering and specific digital

19    aspects of how this technology works far

20    surpasses mine.

21            And, like Mr. Hiraldo, I'm not trying

22    to pry into of your company's proprietary

23    information.

24            But you said that these are reports

25    that are generated by a computer after
```

Page 57

```
 1    initiation by a human being.  And I was hoping
 2    that you could just tell us a little bit more
 3    about what that means and how that actually
 4    works?
 5            A.   Yes.  When the campaign is
 6    launched the computer proceeds to speak -- to
 7    start and complete the campaign; and then it
 8    kicks out what's called a "raw" log; and then at
 9    the end of the day there's a bunch of raw logs
10    from various campaigns.
11            We have an individual proceed to
12    access those raw logs and format them, reformat
13    them into what you see here; a little bit more
14    readable, a little bit more human friendly is
15    the word.  And so that's how we get this report.
16            Q.   So this is converted into Excel
17    spreadsheet from data that's exported from your
18    proprietary software that you use to actually
19    track and deliver these messages?
20            A.   Right.  So the raw log would be a
21    comma delimited file.  So on one record if you
22    look at it it would be very, very -- it would be
23    kind of messy and hard to read.  So we take a
24    comma-delimited file and putt it into the
25    spreadsheet format, which is more universally
```

1   accepted.

2           Q.   So if you go to the log for --

3   and we're looking at 20, right?

4           A.   Yes.

5           Q.   When you look at the "Response"

6   column, column "B" that you were speaking about

7   before, how does the system know, for example,

8   just because it's the first one, that for this

9   particular -- this particular number was not

10  compatible for the attempted voicemail?

11          A.   It listens to certain responses,

12  tones that it recognizes.  And if it doesn't

13  recognize certain tones within a period of time

14  it comes out "Not Compatible".

15          It also can distinguish if there's

16  actually a voicemail attached to the number or

17  not.  Some numbers don't have voicemail.

18          So there's various ways that it makes

19  that determination.

20          And, like I said before, whether it's

21  a ringless voice broadcast campaign or one that

22  does ring the phone, a traditional voice

23  broadcast campaign, there's a 95 percent

24  accuracy.

25          Q.   And so, just as another example,

1   because you mentioned the tones, I'm looking at

2   your legends now for voicemail and it says that

3   the:

4               "System detected a voicemail

5           tone.  Message was delivered

6           successfully."

7           So if you look at one of these logs,

8   for example row 4, where "Voicemail" is listed

9   in the response, that's because the system

10  detected a voicemail tone on the other end of

11  this phone number when it attempts this call?

12          A.   You're looking at row 4?

13          Q.   Yes, sir.

14          A.    And is say "Voicemail" so it

15  sounds like it was detected and it delivered the

16  message that lasted 30 seconds.

17          Q.   Right.  And so what I'm asking

18  is, what it detected was the voicemail tone,

19  correct?

20          A.   Yes.

21          Q.   Alright.  Why would -- why would

22  there be a 30-second voicemail delivered to this

23  number as opposed to a 75-second voicemail, for

24  example, that was delivered to the recipient of

25  row 6?

```
 1              A.    Yeah.   There's certain variations
 2      in the column "E", which is labelled "Seconds",
 3      and that is because the system starts charging
 4      time as soon as the -- as soon as it hears a
 5      greeting.  So as soon as it hears a greeting it
 6      starts charging time.  As you know everybody has
 7      a different greeting.  Some people have a 5,
 8      10-second greeting, some people have a 20-second
 9      greeting so it starts charging for that.
10              So while it's listening to the
11      greeting it tries to determine at which point it
12      hears the beep in order to begin delivering a
13      message.  So that's why the "Seconds" column
14      varies in different lengths.
15              Q.   Got it.  And it looks like your
16      system charges in 15-second intervals, does that
17      explain the --
18              A.   Yeah, there is an interval --
19              Q.   -- uniformity of the --
20              A.   Yeah, there is an interval
21      setting.
22              Q.   Okay.  So is there any other
23      reason why -- let me ask it this way.  Would
24      "Voicemail" be listed in the response on any of
25      these reports for any other reason that your
```

1    system detected the voicemail tone?

2              A.    If it puts in "Voicemail" it's

3    because it detected -- it had a positive

4    detection and it started playing back the

5    message, yeah.

6              Q.    And so what I'm trying to figure

7    out is, what the system determines as positive

8    detection is simply that it heard the voice -- a

9    voicemail tone, is that right?  Or are there

10   other indicators of a possible detection?

11             A.    No, it heard a voicemail tone and

12   it tried to determine the optimum time to

13   deliver the voice message.

14             You have to understand that it has to

15   listen to the greeting.  It's a machine trying

16   to determine when the greeting is over.  And, as

17   you know, there's a lot of different greetings

18   with people pausing several seconds to then

19   continue speaking their greeting.

20             So there's all kinds of different

21   noises it's going to hear and it's trying to --

22   that's why it's not 100 percent accurate; it's

23   because there's tones, there's people --

24   sometimes people are singing or they have music

25   in the background.  There's all kinds of -- so

1  many different greetings, coupled with system

2  greetings as well.

3          So, yeah, it's very -- it's not -- one

4  voicemail greeting is not the same as the next.

5          Q.   Right.  Yeah, no, it sounds

6  pretty incredible.  I couldn't even begin to

7  think about the sort of algorithms and stuff

8  that go into that.

9          But it sounds like from what you're

10  saying, I just want to make sure I understand,

11  how your particular system determines whether or

12  not a voicemail was successfully delivered is

13  that it's listening for a tone; that tone that

14  we -- I'm sure it's different now, but when you

15  say, "Please leave a message after the beep."

16  Beep.  It's that beep it's listening for?

17          A.   Yeah.  It's a series of beeps and

18  silence intervals.  We've been perfecting this

19  since 1997.  So, you know, when we learn certain

20  other things or things change over time we kind

21  of try to adjust.

22          So, again it's not 100 percent

23  accurate.  We try to aim for the -- for the more

24  common type of noises that we hear on the

25  greeting.

1          Q.   Got it.  And so we've already

2    established that all of these -- these phone

3    numbers came from the list that you received

4    from BDC.

5               And I'll represent to you I did the

6    math and there were more attempted calls than

7    numbers on that list.  So, would you agree with

8    me that it looks like, from your reports, that

9    some of these phone numbers were called more

10   than one time?

11          A.   It's totally possible.  If the

12   client requests to give it another try, or he

13   might say, you know, the list I sent you last

14   week can you send another campaign or another

15   voice -- a different voicemail message to it?

16   So that's totally possible.

17          Q.   Actually so this will be easier

18   to track if you look back at Bates 16 through 18

19   again.  If you look at Bates 18 it looks like

20   this campaign -- well, the approximate number of

21   recipients that BDC requested for this campaign

22   for February 21 was 40,000.  Do you see that?

23          A.   Yes.

24          Q.   On page 18?

25          A.   Yes.

1              Q.    When he orders another one,

2    because it looks like, based on your previous

3    testimony where this message came from, it's

4    106401, which is the same message referenced on

5    18 -- 17, but if you look at 17 he says, This

6    time I only want 20,000.  Correct?

7              A.    Yes.

8              Q.    Who determined which 20,000

9    people on the customer list would receive these

10   REMs?

11             A.    We take our instructions from the

12   customer.  He might say, Send to the same

13   20,000, or send to a different 20,000.

14             Q.    Is that recorded in any document

15   that you're aware of, that specific direction?

16             A.    It could be by way of --

17             Q.    Oh, actually I see -- let me

18   point you down to your, "Special instructions

19   and additional comments." on this same page, 17.

20   It looks like -- and this looks like it's a

21   field that was filled out by BDC, is that

22   correct?  That's how this form works?

23             A.    Normally our customers fill out

24   this form themselves, however, we have some

25   customers that want us to do it.  So the sales

1    rep might take a verbal instruction and then

2    fill it out on behalf of the client.

3            Q.   And looking at document 17 here

4    does it look like you were provided any specific

5    instructions regarding which people to try first

6    for this second round we've been discussing?

7            A.   Are you referring to where it

8    say:

9                 "Send these SUCCESSFUL voicecasts

10               first and if needed Voicemail [...]"

11               Is that what you're talking about?

12           Q.   Yes, sir.  So what does that

13   mean?

14           A.   It seems to me to -- it looks

15   like a resend.  They want to rebroadcast to the

16   successful ones and then send again to the

17   noncompatible ones, try it again.  That's what

18   that means.

19           Q.   So is it fair to assume that what

20   you would have done here is try all of the

21   numbers associated with a successfully-delivered

22   report on the previous 40,000, and then if you

23   have any more minutes before getting to this

24   20,000 cutoff you'd start to try the "Voicemail

25   N/A" and then "Noncompatible", correct?

1          A.   Seems that way, yes.  As I said,

2     we follow the client's instructions, it's not

3     our campaign.  We just do what they want.

4          Q.   Got it.  And I don't want to

5     belabour this point and get you out of here, but

6     if you look at 16 will you agree that it looks

7     like the special client instructions under 16

8     were also a resend of the same numbers?

9          A.   Yeah.  It seems to say here,

10    "Resend", and then it has a job reference

11    number; and that job reference number would be

12    similar to the job reference number at the top

13    of the page, or one third down it says, "Job #,

14    Web Reference".

15          So inside the special instructions

16    they're requesting to resend the report from the

17    prior transmission, and send to the successful

18    calls, start at 6:45 p.m., 407 area code call

19    display.  And, yeah, so that's just instructions

20    from the client.

21          Q.   Which Voicelogic followed,

22    correct?

23          A.   Yes.

24          Q.   If I can have you look one more

25    brief time back at page 17 here?

1          A.   Yes.

2          Q.   You mentioned that you do

3    sometimes call these lists.  You don't ever add

4    numbers to the list but sometimes you remove

5    numbers from the list, for example, to

6    deduplicate it or something like that.

7          You mentioned sometimes you'll scrub

8    it against do-not-call list.  Can you tell by

9    looking at this document, Voicelogic 017,

10   whether or not you scrubbed these calls against

11   the do-not-call list?

12         A.   There was an instruction here it

13   says, "Scrub against BDC's DNC list."

14         So they have some kind of a list that

15   they would have provided that -- and then we

16   would have scrubbed this list against it before

17   dialing.

18         Q.   Alright.

19         So based on -- and I'm not asking you

20   at all, and I don't want to hear about any

21   discussions that you had with your counsel, but

22   based on your understanding as you sit here

23   today, and the searches that you or your staff

24   have done in response to the discovery request

25   issued to you in this case, you don't have any

```
 1   other disposition reports for any campaigns made
 2   on behalf of BDC in relation to this lawsuit,
 3   other than the three that you've produced to us
 4   and that we've talked about today, is that
 5   correct?
 6            A.    That is my understanding.  I've
 7   asked my staff to search for Greenway e-mails
 8   with the word "Greenway" in it, and also lists
 9   that contain the plaintiff's phone number, and
10   this is what we came up with.
11            Q.    Alright.  I don't have any
12   further questions.
13            MR. M. HIRALDO:  Bill, do you want
14   to -- do you want to have the witness read or
15   wave.
16            MR. JUDGE:  We'll read please.  Manny
17   I'm going to -- if you could explain to the
18   court reporter off-line what that means in
19   Florida that would be helpful so that we get a
20   copy.
21            ---  Whereupon the examination was
22   completed at 3:39 p.m.
23
24
25
```

Page 69

1              REPORTER'S CERTIFICATE

2

3          I, HELEN MARTINEAU, CSR, Certified

4    Shorthand Reporter, certify;

5          That the foregoing proceedings were

6    taken before me at the time and place therein

7    set forth at which time the witness was put

8    under oath by me;

9          That the testimony of the witness and

10   all objections made at the time of the

11   examination were recorded stenographically by me

12   and were thereafter transcribed;

13         That the foregoing is a true and

14   accurate transcript of my shorthand notes so

15   taken.  Dated this 20th, day of September 2019.

16

17

18   _____

19        PER:  HELEN MARTINEAU

20        CERTIFIED SHORTHAND REPORTER

21

22

23

24

25

Page 70

```
 1              *** ERRATA SHEET  ***
 2   NAME OF CASE:
 3   CLIFTON PICTON, Individually and on behalf of
     all Others similarly situated
 4   v.
     GREENWAY CHRYSLER-JEEP-DODGE,INC., d/b/a
 5   GREENWAY DODGE CHRYSLER JEEP, BDC PROMOTIONS)
     INC. and VOICELOGIC d/b/a VOICELOGIC.COM
 6   DATE OF DEPOSITION:  September 10, 2019
 7   NAME OF WITNESS:  Cesar Correia
 8
 9   PAGE  LINE   FROM                    TO
10   ____|_____|_____|_____
11   ____|_____|_____|_____
12   ____|_____|_____|_____
13   ____|_____|_____|_____
14   ____|_____|_____|_____
15   ____|_____|_____|_____
16   ____|_____|_____|_____
17   ____|_____|_____|_____
18   ____|_____|_____|_____
19   ____|_____|_____|_____
20   ____|_____|_____|_____
21   ____|_____|_____|_____
22
23                    _____
24                    CESAR CORREIA
25
```

Page 71

1    PROVINCE OF ONTARIO  )

2    TORONTO REGION  )

3

4          I, the undersigned, declare under

5    penalty of perjury that I have read the

6    foregoing transcript, and I have made any

7    corrections, additions or deletions that I was

8    desirous of making;

9          That the foregoing is a true and

10   correct transcript of my testimony contained

11   therein.

12

13                _____

14                     CESAR CORREIA

15

16   Subscribed and sworn to before me this _____ day

17   of _____, 2019, at

18   _____, _____.

19   (City                (Province)

20

21   _____

22   (Notary Public)

23   My Commission Expires: _____

24

25

**[& - action]**  <span style="float:right">Page 72</span>

**&**

**&**   2:5

**0**

**0-1-6**   51:17
**0-6**   51:16
**001**   51:23
**003**   45:3,22 46:15
47:11
**01**   44:16
**016**   51:13,17 52:2
**017**   67:9
**018**   51:13
**07**   54:21 55:1

**1**

**1**   4:3 13:10,12,14
14:6 32:15,19 34:6
35:22 39:12 42:11
**1,553**   42:7
**10**   13:12 60:8 70:6
**10,000**   55:3
**10,0000**   22:10
**100**   19:4 36:23 37:2
37:12 48:16 61:22
62:22
**101**   2:14
**106401**   16:5 19:9
64:4
**10641**   20:11
**10:55**   15:20
**10th**   1:22
**11**   13:12
**12**   13:12
**13**   4:3 13:12
**14**   17:25 18:24
**14,182**   39:9
**14,659**   42:1
**1400**   2:6,22
**15**   18:1,24 28:17,18
60:16

**15,399**   39:5
**15,400**   41:8
**16**   13:13 21:9 28:11
28:12,15 53:17
63:18 66:6,7
**16,212**   41:21
**17**   24:17 52:10 64:5
64:5,19 65:3 66:25
**18**   25:8 28:24 30:14
52:10 63:18,19,24
64:5
**19**   13:13
**19,000**   22:18
**196**   1:3
**1995**   7:5
**1997**   62:19

**2**

**2**   33:5
**2,000**   22:9
**20**   14:9 15:19 28:17
28:18 38:16 41:7
44:5 56:12 58:3
60:8
**20,000**   15:24 21:24
22:3 24:25 64:6,8
64:13,13 65:24
**2000**   46:20
**2018**   14:9 15:19
20:2 21:16 24:19
25:10 27:18 29:3,6
39:2 41:19 46:20
46:21,24
**2019**   1:22 69:15
70:6 71:17
**2020**   1:21
**20th**   69:15
**21**   27:25 41:12
63:22
**21611**   31:8
**21st**   25:10 27:18
29:3,6

**22nd**   29:7
**26**   21:16 39:2
**28**   24:18 41:18
**29,908**   30:25
**29,909**   32:20
**29908**   30:2
**2:03**   5:1
**2:33**   25:23
**2:38**   25:24

**3**

**3**   26:5
**30**   59:16,22
**301**   2:6,22
**31**   1:3
**33301**   2:7
**334**   7:8
**33602**   2:15
**35,000**   26:16
**35,760**   26:12,18
**3:39**   68:22

**4**

**4**   13:12 15:17 59:8
59:12
**40,000**   25:14 63:22
65:22
**407**   22:22 23:1
66:18
**407.843.8880**   2:24
**44**   3:5
**47128**   20:12

**5**

**5**   3:4 13:12 15:9
38:7 60:7
**50,000**   55:4,24
**5755**   69:18
**5th**   20:2

**6**

**6**   15:8 16:13,18
19:16 27:6 28:22

**29:10 32:19 59:25**
**60**   15:12
**6:19**   1:3
**6:45**   66:18

**7**

**7**   13:12 19:22
**75**   59:23
**77**   1:20
**7:56**   14:9

**8**

**8**   13:12
**8,297**   31:14
**813.221.3900**   2:16
**86008**   21:12

**9**

**9**   13:12
**90s**   13:6
**95**   37:3,14,24 38:1
58:23
**954.400.4713**   2:8

**a**

**a.m.**   15:20
**able**   12:23 16:17
17:6,7 19:15,19
30:15,18
**accepted**   58:1
**access**   20:17 30:15
30:18 57:12
**account**   30:16
54:11
**accuracy**   22:13
58:24
**accurate**   18:21
36:24 37:3,4,8,12
37:14,25 38:1
61:22 62:23 69:14
**act**   7:12
**action**   5:11

add  67:3
additional  22:21
  64:19
additions  71:7
address  7:7 26:9,10
  40:25 49:23 50:6
adjust  62:21
advance  11:4 52:25
  53:23 56:5
afternoon  5:4
agree  63:7 66:6
agreements  4:4
  13:16
ahead  11:20 26:17
aim  62:23
algorithms  62:7
allows  20:17
alright  13:9 27:4
  30:24 33:22 38:15
  43:20 56:15 59:21
  67:18 68:11
analyzed  12:18
annoying  24:6
answer  6:2,5 8:23
  11:20,22 13:1,6
  19:3 23:19,19 34:8
  34:24 35:6,25
anybody  24:12
apologize  46:9
append.zip  14:16
application  51:15
applied  54:4
applies  35:23
apply  34:16 35:13
  35:16 36:1,10,11
apppend.zip  44:24
appreciate  44:13
approximate  21:23
  22:5 24:24,25
  25:13 63:20

approximately
  22:3
approximation
  22:11
arbitrary  18:2
area  22:22 23:1
  25:4 66:18
asap  16:5 19:9
asked  44:20 48:24
  49:2 68:7
asking  5:18 12:4
  50:15 52:24 59:17
  67:19
aspects  56:19
assign  16:17
associated  23:11
  33:12 40:24 65:21
assume  23:2 65:19
attached  51:23
  58:16
attachment  14:15
  44:20 45:2,2
attempted  33:19
  58:10 63:6
attempts  50:19,24
  51:2 59:11
attending  5:23
attorney  5:24 6:3,3
auto  36:9
avenue  7:8
aware  18:14 64:15

**b**

b  1:11,13 8:1 32:21
  33:7 34:3,3,4,6
  35:21 39:18 42:16
  58:6 70:4,5
back  11:5 28:10
  29:9 30:13,16
  35:21 40:20 41:2
  44:15 50:4 61:4
  63:18 66:25

background  61:25
backwards  50:16
bad  22:17
based  13:4 64:2
  67:19,22
basically  55:5
basics  11:25
bat  35:24
bates  4:6 13:11,17
  13:21 14:3,6 15:17
  19:22 21:9 25:8
  27:6 28:22 44:16
  45:3 52:2 63:18,19
bdc  1:12 4:5 8:3,6,9
  8:17,24 9:1,4,12,14
  9:18 10:2,3,7,10,15
  10:16 13:16 14:15
  14:22 18:14 19:1
  27:20,25 30:17
  31:5 39:6 40:13,18
  41:24 43:7 44:22
  45:16,25 46:19
  47:1,10 48:2,3,8,14
  48:18 49:5,17
  50:17,21 51:3,5
  53:8,9 54:3,5,7,8,9
  54:11,14,18,25
  55:25 56:5 63:4,21
  64:21 68:2 70:5
bdc's  9:6 48:13
  54:4 67:13
bear  42:25
beep  60:12 62:15
  62:16,16
beeps  62:17
beginning  27:15
  44:8 46:20
behalf  1:6 6:15
  8:19 19:1 50:17
  51:3 65:2 68:2 70:3

belabour  66:5
believe  15:8 17:19
  46:24 47:19,20
better  41:4 50:7
bill  11:18 68:13
bit  53:2 57:2,13,14
blanks  22:17 43:14
blvd  2:14
bottom  13:23 32:3
  55:1
boulevard  2:6
box  7:21 13:4 15:8
  20:17
boxes  13:5 20:7
boy  8:1
break  6:10 25:18
  25:21 44:1,3
breaks  6:6
brief  44:14 66:25
bring  49:8,9
broad  11:7,12
  12:21
broadcast  21:12
  28:23 34:13,13,24
  35:3,8,9,14,23 36:1
  58:21,23
broadcasting  10:23
broadcasts  16:19
brock  2:21 44:9
brock.magruder
  2:25
bunch  24:10 49:23
  57:9
bundle  4:3 13:14
business  6:20 7:4,7
  7:7 8:13 9:12 54:10
buy  55:9

**c**

c  2:1 5:5,6 8:2 40:1
  40:3,5

call  14:21 15:2,3,4
  15:7 19:10 22:21
  23:1,2,4,16,22,25
  24:1,3,3,11 25:4
  26:8 32:25 46:19
  59:11 66:18 67:3,8
  67:11
called  13:21 57:8
  63:9
calling  24:12 43:12
  48:9
calls  19:17 24:10
  52:3 63:6 66:18
  67:10
campaign  21:21
  22:2 25:11,14 28:5
  28:5,8,12 31:3
  34:12,17 39:1,9
  40:3 42:3,9 43:18
  48:1,15 50:18 51:4
  52:2,16 53:12,18
  53:24 55:20 57:5,7
  58:21,23 63:14,20
  63:21 66:3
campaigns  28:14
  32:8 42:13 52:11
  53:9 55:10 57:10
  68:1
canada  1:21 5:17
carried  29:17
carrier  11:11
case  1:3 5:11 6:2
  7:10 8:25 18:12
  24:3 35:12 44:11
  48:8 53:6,13 55:15
  67:25 70:2
caught  37:1
cell  20:23 26:10
cells  20:20
ceo  7:2

certain  11:1 19:4
  28:6 48:16 58:11
  58:13 60:1 62:19
certainly  46:5
certificate  69:1
certified  69:3,20
certify  69:4
cesar  1:19 3:3 5:2,5
  13:1 44:2 70:7,24
  71:14
chance  50:24
chances  46:4
change  62:20
changed  17:13,22
  17:23,24
characters  28:18
charged  54:16
charges  60:16
charging  60:3,6,9
charlie  8:2
chart  32:4 40:13,17
charts  32:11
chased  17:19
check  24:4,11
checked  47:3
choice  11:4
chrysler  1:10,12
  8:13,14,19 70:4,5
city  26:9 41:1 71:19
claim  7:10
class  5:11
clear  9:25
click  17:8 32:2,14
client  9:11 10:6,22
  19:10 26:21 27:22
  28:7 30:14 43:10
  43:19 45:9,10,18
  45:24 46:18,23,24
  47:1,25 48:3,24
  49:22 52:14 54:2,8
  55:14 63:12 65:2

66:7,20
client's  52:16 66:2
clients  9:1 11:1,2
  16:12 23:24 24:1,7
  28:13 38:12 46:6
  46:11 48:20 49:8
  50:3 52:7 54:4,6
clifton  1:5 70:3
close  27:4 41:9
code  22:22 23:1
  25:4 66:18
colour  34:20
column  31:20
  32:21 33:7,17 34:1
  34:2,3,4,6 35:21
  39:13,18 40:1,3,5,8
  42:13,16 58:6,6
  60:2,13
columns  40:17
comes  9:5 58:14
comfortable  11:25
comma  57:21,24
commencing  5:1
comments  22:21
  64:19
commission  71:23
common  62:24
communicate  8:6
communication
  11:8 12:2
communications
  6:19
companies  48:10
  54:18 55:18
company  1:20
  27:20 50:19 53:5
company's  56:22
compatible  36:25
  37:10 58:10,14
compensates  10:16

competitor  12:10
  12:11
complaint  18:12
complete  57:7
completed  29:14,25
  30:12 68:22
completion  39:1
composite  13:10
computer  11:9 12:1
  12:1 13:4 14:25
  15:6 16:23 17:14
  17:17 26:4 29:25
  30:7 40:20 41:17
  45:22 46:12 49:20
  50:2,3 56:18,25
  57:6
concerned  18:22
  36:4
conquest  48:9
consider  12:9
consistent  18:11
consists  13:11
  43:11
consult  42:24
consumer  7:11
contain  68:9
contained  22:1
  45:14 52:5 71:10
containing  4:3
  13:15 14:19 47:21
contains  22:2 26:8
  40:25
continue  25:19
  46:10 53:21 61:19
converse  37:17
converted  57:16
copies  51:17
copy  53:17 68:20
corner  13:23
corporate  6:14,18

corporation 6:23
correct 6:24 10:4
  10:12 17:10 21:4
  23:12 24:22,23
  25:6,10 27:2,18
  28:24 29:4 30:8
  31:5,18,22 34:22
  36:7,14,19 38:22
  39:2,6,10,24 40:4
  40:14,15,18 41:19
  41:24 42:3,9,14,17
  42:21 47:20 51:23
  52:5,12 54:18 55:7
  55:21 56:3 59:19
  64:6,22 65:25
  66:22 68:5 71:10
corrections 71:7
correia 1:19 3:3 5:2
  5:6,7,9 70:7,24
  71:14
correspond 28:23
counsel 42:25
  67:21
couple 5:20
coupled 62:1
course 25:22 46:19
court 1:1 5:12
  68:18
courtesy 41:3
create 29:22 49:13
  50:2
created 27:1,12
  29:11,13,18,21
  41:17 46:16
creation 30:7
credits 55:9
cross 3:4,5 5:3 44:7
crrt 26:9
csr 1:25 69:3
customer 19:15
  22:7 28:18 29:15

32:10,13 41:3
  48:10 49:16 51:5,8
  51:25 64:9,12
customers 7:23 9:1
  22:4 24:6 40:22
  53:4 54:10 64:23
  64:25
cut 26:25
cutoff 65:24
cv 1:3

d

d 1:11,13 3:1 8:1
  70:4,5
data 30:22 32:9
  41:4 43:8,18 48:10
  48:13 52:4 57:17
date 7:14 10:14
  21:16,21 24:18
  25:2 26:11 27:17
  40:1,3,5,21,23
  41:18 42:19,19
  50:12 70:6
dated 14:8 15:19
  20:2 69:15
david 8:2
day 1:22 22:15
  29:14,17,19,20
  57:9 69:15 71:16
dci 1:3
dcj 27:25
dcjr 20:10
dead 22:21 23:1
  24:8 25:4
deal 8:24,25 51:8
dealt 40:7
decides 54:9
declare 71:4
deducted 53:25
dedupe 14:16 43:8
  44:23 50:22

deduplicate 67:6
defendant 2:11,19
  6:3
defendants 1:15
  44:10
deletions 71:7
delimited 57:21,24
deliver 12:23 33:19
  51:2 57:19 61:13
delivered 31:12,17
  37:1,11 42:3 50:9
  59:5,15,22,24
  62:12 65:21
delivering 7:19
  40:11 60:12
delivery 31:21
  32:24,24 33:11
  56:3
depending 53:11
deploy 16:5 19:9
deployment 20:20
deponent 11:15,21
  11:23 12:17 13:3
  19:3 23:15,24
  33:15 35:20 36:21
  38:5 44:6 46:4
  47:19
deposition 1:18
  5:14,22 70:6
derek 14:6,8,12
  15:20 20:1 45:16
  53:7,7,15 55:2
describing 16:9
  36:13 52:3
description 4:2
  7:18
descriptions 18:11
designate 38:8
designated 34:19
designation 34:7
  36:5,17,19

designations 34:7
  35:16 36:25 38:3
  39:23
designee 6:14
desirous 71:8
detail 28:24 32:16
  52:9
details 21:12 25:6
detected 59:4,10,15
  59:18 61:1,3
detection 61:4,8,10
determination
  58:19
determine 60:11
  61:12,16
determined 35:18
  35:20 64:8
determines 61:7
  62:11
devices 14:25
dial 51:10 52:6,13
  52:14,16
dialing 50:1 52:18
  67:17
difference 12:13
different 16:10,11
  16:11 39:22 54:5,6
  60:7,14 61:17,20
  62:1,14 63:15
  64:13
digit 15:8,9 16:13
  16:18 19:16
digital 56:18
digits 43:15
direction 64:15
directly 8:7,24,25
discover 67:24
discovery 67:24
discussing 25:5
  46:2 51:6 55:20
  65:6

**discussion** 43:3
**discussions** 67:21
**display** 22:22 23:1
 23:2,4,25 24:1 25:4
 66:19
**disposition** 68:1
**distance** 26:12
**distinction** 47:6
**distinguish** 9:11
 20:24 58:15
**district** 1:1,2
**divulge** 12:5
**dnc** 43:16 67:13
**document** 14:5
 21:11 26:15,20
 27:1,6,11,16 28:22
 29:9 30:3,7 38:17
 38:21 41:7,10,17
 46:15 55:12 64:14
 65:3 67:9
**documents** 4:3
 13:14 17:5 47:9
 51:13 54:22
**dodge** 1:10,11 8:13
 8:14,19 14:16
 18:15 44:23 50:22
 70:4,5
**doing** 5:22 6:20
 8:13
**drop** 24:22 25:10
 25:17 29:3,10
**duplicate** 43:13
**duplicates** 22:16
 43:12
**duration** 15:12

**e**

**e** 2:1,1,6,14 3:1 4:4
 5:5,6 13:15 14:6,7
 14:23 15:15,18
 20:1 26:10 40:8
 44:19 45:15 46:1

**48:17,18 53:14,14**
 54:24,25 55:2 60:2
 68:7
**earlier** 52:23
**easier** 63:17
**easily** 17:17
**east** 2:22
**easy** 28:7
**either** 14:20 49:5
 52:16
**email** 2:9,17,25
**employee** 30:8
 38:25 45:16
**employees** 14:13
**engineering** 56:18
**enter** 28:5,6,13,19
**entered** 28:9
**entering** 49:18,19
**entities** 55:19 56:2
**entity** 6:18 8:1,12
 8:20 12:6 18:15
 19:1 47:2 48:1,19
**entries** 26:12,16
 32:18 33:7
**entry** 28:12 33:13
**errata** 70:1
**error** 38:8
**errors** 22:6 38:7
**esq** 2:4,5,13,21
**established** 11:8
 63:2
**everybody** 60:6
**exactly** 32:17
**examination** 3:4
 5:3 44:7 68:21
 69:11
**examinaton** 3:5
**example** 15:1 22:10
 22:18 29:7,17
 30:14 35:13 48:25
 54:3,17 58:7,25

**59:8,24 67:5**
**excel** 16:25 26:3,7
 27:6 29:9 38:17
 41:12 45:4 49:11
 57:16
**excuse** 14:7
**exhibit** 4:3 13:10
 13:14 28:10
**exhibits** 4:1
**exist** 24:8
**existing** 19:11
**expertise** 56:17
**expires** 71:23
**explain** 60:17
 68:17
**explanation** 24:15
**exported** 57:17
**external** 13:5
**extra** 52:15

**f**

**fact** 37:20
**failed** 29:16
**fair** 6:8 12:4 65:19
**familiar** 7:25 8:11
 12:6 26:23
**far** 12:12 18:22
 36:3 46:9 56:19
**fax** 36:10
**feb** 27:25
**february** 14:9
 15:19 20:2 21:16
 24:18 25:10 27:17
 29:3,6,7 39:2 41:18
 63:22
**fed** 49:20
**federal** 5:11
**fee** 10:20
**feedback** 32:10
**feel** 11:25
**field** 28:4,18 64:21

**figure** 61:6
**file** 14:19,20 15:2
 15:10,13 16:5,8,21
 17:4,8,9,18,20 19:9
 19:16 20:15 21:25
 22:8,12,16 26:22
 41:12 45:6,14 46:1
 51:21,22,24 52:5
 52:10 57:21,24
**files** 16:11,24 18:4
 18:10,13,23,25
**fill** 64:23 65:2
**filled** 64:21
**fine** 44:1 47:5
**finish** 35:5
**finished** 29:7 50:1
**first** 14:5 24:12
 26:4 33:5 38:19
 40:17 44:19 58:8
 65:5,10
**five** 25:20
**fl** 2:7,15,23
**flat** 10:20
**florida** 1:2 5:12
 68:19
**follow** 43:18 66:2
**followed** 66:21
**following** 25:8
**foregoing** 69:5,13
 71:6,9
**form** 8:21 11:13
 12:16,25 19:2 21:6
 23:14 28:12 30:13
 31:24 33:14 35:19
 36:20 38:4 42:5
 46:3 47:18 64:22
 64:24
**format** 17:12,15,16
 17:21,22,23 26:22
 38:23 42:15 57:12
 57:25

**forth** 41:1 69:7
**forward** 9:5
**found** 18:16 47:4
  47:13,22
**frequency** 53:11
**friendly** 57:14
**front** 16:24
**ft** 2:7
**full** 6:17 23:18
**further** 22:19
  43:21 68:12

**g**

**general** 7:17
**generally** 49:10
**generated** 41:17
  46:12 56:25
**getting** 10:1 65:23
**give** 5:20 6:1,17 9:7
  9:8,20 11:3 22:11
  32:9,11 52:7 63:12
**given** 15:7 17:13
**gives** 40:20
**giving** 6:5
**glance** 32:12
**go** 9:23 11:19 19:8
  26:17 28:10 44:6
  48:21 58:2 62:8
**goes** 28:11
**going** 5:25 9:4 11:5
  11:24 14:2 23:2
  26:3 29:9 30:15
  35:21 37:14 38:13
  38:16 41:11 43:25
  44:3 50:23 52:8,18
  61:21 68:17
**good** 5:4 47:6
**graphic** 32:6
**gray** 2:20,25
**great** 52:21
**green** 34:20

**greenway** 1:10,11
  2:19 8:12,14,19
  14:15 15:24 18:15
  19:1 20:10 27:25
  44:23 47:2 48:18
  49:5,16 50:21
  54:17 55:19 56:1
  68:7,8 70:4,5
**greeting** 60:5,5,7,8
  60:9,11 61:15,16
  61:19 62:4,25
**greetings** 61:17
  62:1,2
**ground** 5:21
**guess** 16:14 48:24
  55:5
**guys** 44:1

**h**

**half** 15:18 51:20
**hand** 13:23
**handle** 53:9
**happen** 37:13
**happened** 32:17
**hard** 51:12,17
  53:17 57:23
**hear** 6:7 11:17,19
  23:18 61:21 62:24
  67:20
**heard** 61:8,11
**hears** 60:4,5,12
**helen** 1:25 69:3,19
**helpful** 68:19
**henderson** 2:12
**hill** 2:12
**hiraldo** 2:3,4,5 3:4
  5:3,10 8:22 12:3,20
  13:8,19 19:20 21:7
  23:17 24:13 26:1
  32:1 33:16 36:2
  37:5 38:10 42:6
  43:4 52:23 56:21

  68:13
**hiraldolaw.com**
  2:9
**hold** 11:23
**holds** 20:15
**home** 20:20,23 21:2
  26:9
**hoping** 57:1
**human** 57:1,14
**hwhlaw.com** 2:17

**i**

**idea** 54:15
**identifier** 17:9
**identify** 16:10 41:4
**ignacio** 2:5
**include** 22:5
**including** 5:23
  32:10
**incoming** 23:12
**incredible** 62:6
**index** 4:1
**indicating** 33:25
**indicators** 61:10
**individual** 57:11
**individually** 1:5
  70:3
**industry** 16:2
**infolink** 6:19,22 7:1
**information** 18:18
  18:19 28:9,25
  40:12 49:24,25
  50:5 53:14 56:23
**initiated** 29:24
  38:24 50:19 52:4
**initiates** 30:6
**initiation** 57:1
**inserted** 40:16
**inside** 16:18,19
  22:1,12 25:16
  53:16 66:15

**instance** 30:17
  37:18 49:6
**instances** 37:7,9
**instruction** 43:19
  51:7 65:1 67:12
**instructions** 22:20
  64:11,18 65:5 66:2
  66:7,15,19
**intended** 22:9
  31:17,22
**interpretation**
  32:12
**interrupt** 53:21
**interrupting** 46:10
**interval** 60:18,20
**intervals** 60:16
  62:18
**inundated** 24:9
**invalid** 43:15
**invoice** 4:4 13:15
**involves** 7:12
**irrelevant** 16:15
**issue** 7:10
**issued** 67:25
**it'll** 43:24

**j**

**j** 2:13
**jeep** 1:10,12 8:13
  8:14,19 70:4,5
**job** 21:12,12 22:2
  25:6 27:17 28:16
  28:19,23 41:18
  51:15 66:10,11,12
  66:13
**join** 11:14 13:2
**jr** 2:13
**judge** 2:13 11:14
  11:17,22 12:16,25
  44:2 46:3 47:18
  68:16

| k | | | |

**keep** 43:25 44:2
**kennedy** 2:14
**kicks** 57:8
**kind** 20:24 34:11
  43:8 45:18 50:16
  57:23 62:20 67:14
**kinds** 61:20,25
**king** 1:20
**know** 6:7,11 7:14
  8:5 9:10 12:17,19
  12:19 14:18 16:1
  16:21 19:22 27:8
  29:6 34:9 38:5,14
  41:13 45:1,5,8
  46:25 52:17 56:10
  58:7 60:6 61:17
  62:19 63:13
**knowing** 55:25
**knows** 12:12

| l |

**label** 14:3
**labeled** 4:6 13:11
  13:17
**labelled** 18:23
  45:22 60:2
**labels** 13:22
**land** 12:23
**laptop** 56:10
**las** 2:6
**lasted** 59:16
**lauderdale** 2:7
**launched** 57:6
**lawsuit** 55:19 68:2
**lawyers** 45:3
**learn** 62:19
**leave** 50:19 62:15
**leaving** 43:13
**left** 55:3

**legend** 33:23,25
  34:1,3,11,19 35:16
**legends** 59:2
**lengths** 60:14
**line** 12:24 15:20
  28:12 30:16 36:10
  68:18 70:9
**linkable** 45:8
**list** 9:7,9,14 10:3,11
  14:20 15:14 22:1,7
  25:15 43:16 45:19
  45:25 47:10,15
  48:21 49:9,16,22
  50:22 51:5,19
  53:14 63:3,7,13
  64:9 67:4,5,8,11,13
  67:14,16
**listed** 52:11 59:8
  60:24
**listen** 18:5,7 61:15
**listened** 18:10
**listening** 60:10
  62:13,16
**listens** 58:11
**lists** 46:19,22 47:1
  47:10,21,25 48:9
  48:13 67:3 68:8
**little** 53:2 57:2,13
  57:14
**live** 34:8,24 35:12
  35:25
**log** 32:15,18 34:6
  35:22 39:12 42:11
  49:11 57:8,20 58:2
**logs** 42:12 49:15
  57:9,12 59:7
**long** 5:19 7:3 11:19
  27:14 29:10 43:24
  46:23
**look** 13:9 19:21
  21:8 26:3 27:5

33:22 34:6 38:15
  38:16 39:12 41:11
  45:21 51:19 54:21
  55:1 56:7 57:22
  58:5 59:7 63:18,19
  64:5 65:4 66:6,24
**looked** 38:22 41:16
  42:12 47:20
**looking** 14:1 15:17
  18:17 19:25 32:7
  32:19 34:2,18
  35:15,21 38:20
  41:7 47:9 58:3 59:1
  59:12 65:3 67:9
**looks** 26:21 32:20
  41:8 44:22 48:7
  51:21 53:18 60:15
  63:8,19 64:2,20,20
  65:14 66:6
**lot** 61:17

| m |

**m** 3:4 5:3 8:22 12:3
  12:20 13:8,19
  19:20 21:7 23:17
  24:13 26:1 32:1
  33:16 36:2 37:5
  38:10 42:6 43:4
  68:13
**machine** 61:15
**magruder** 2:21 3:5
  8:21 11:13 13:2
  19:2 21:6 23:14,23
  31:24 33:14 35:19
  36:20 38:4 42:5
  43:23 44:4,7,10
  46:8 47:23
**mail** 14:6,7,23
  15:15,18 16:3 20:1
  26:10 44:19 45:15
  46:1 48:17 53:14
  54:24,25

**mailing** 55:2
**mails** 4:4 8:18
  13:15 48:18 53:14
  68:7
**main** 26:10
**maintain** 30:10
**majority** 37:13
**making** 71:8
**manipulate** 43:7
**manny** 68:16
**manuel** 2:4 5:10
**marketing** 48:1,15
  50:18 51:3
**martineau** 1:25
  69:3,19
**match** 41:2 50:4
**matched** 18:7
**matching** 29:1
**math** 63:6
**matter** 56:9
**mean** 20:21 21:19
  21:24 22:24 26:25
  28:3 31:1,9 32:22
  37:13 48:4,23
  51:16 53:20 65:13
**meaning** 23:10
  31:16
**means** 20:22 21:20
  21:25 31:10 42:2
  57:3 65:18 68:18
**mentioned** 59:1
  67:2,7
**message** 7:20 9:8
  15:11 16:16,20
  19:11,12 20:18,22
  24:5,12 37:1,11
  40:11 43:13 50:10
  53:15 59:5,16
  60:13 61:5,13
  62:15 63:15 64:3,4

**[messages - page]**

**messages** 57:19
**messy** 57:23
**method** 7:19
**mhiraldo** 2:9
**mid** 46:20,21
**middle** 1:2
**mine** 56:20
**minute** 10:19 11:2
  25:20 52:25 55:6
**minutes** 10:24,24
  43:1 44:5 53:23,24
  54:14,16,20 55:25
  56:1,2,4,6 65:23
**missed** 23:16,22
  24:3
**missing** 43:15
**model** 26:11
**moment** 5:24
**month** 55:4
**months** 30:21
**move** 24:16,17
  33:10
**moving** 30:24
**munster** 7:8
**music** 61:24

**n**

**n** 2:1 3:1 33:5
  65:25
**name** 5:5,9 6:18 8:1
  8:12 12:7 26:8
  27:20,25 28:16,19
  40:25 49:23 50:5
  51:22,24 70:2,7
**names** 49:15,19,19
  55:14
**ncoa** 14:16 44:23
  50:22
**near** 13:6
**need** 6:10 25:18
  40:19 42:24 43:25
  44:3 49:21,24 55:4

55:24
**needed** 65:10
**needs** 16:20,21
  55:9
**neesons** 1:19
**negotiate** 53:10
**negotiated** 10:21
  54:6
**network** 12:7
**network's** 12:14
**never** 52:13
**new** 19:12 20:6
**newsroom** 14:8
  25:17
**noise** 36:11
**noises** 61:21 62:24
**noncompatible**
  65:17,25
**normally** 46:7
  48:22 64:23
**notary** 71:22
**notes** 69:14
**number** 10:25 15:4
  15:7,8,9,17 16:8,10
  16:13,15,18 17:24
  17:25 18:1,2 19:16
  20:14,15 21:12
  22:5 23:3,6,10,20
  24:8,24,25 25:13
  26:9,10,10,11,16
  28:10,16 31:2,10
  32:17 33:5,12,18
  33:18,19 39:13,14
  40:7,19,22 42:2,14
  43:9,14 44:16 45:3
  47:22 49:20,21,25
  50:4,13,20 51:4
  52:2 53:17,22
  56:12 58:9,16
  59:11,23 63:20
  66:11,11,12 68:9

**numbers** 9:17 10:4
  10:11 13:20 14:21
  17:4 20:23,23 21:3
  22:1,17 29:16
  31:11 33:2 41:6,23
  43:6,15 48:11,25
  49:23 51:8,9 52:15
  58:17 63:3,7,9
  65:21 66:8 67:4,5

**o**

**o** 5:6
**oath** 69:8
**object** 8:21 11:13
  11:16,19 12:16,25
  19:2 21:6 23:14
  31:24 33:14 35:19
  36:20 38:4 42:5
  46:3 47:18
**objection** 23:23
**objections** 6:2
  11:17 69:10
**obtain** 9:14,19
**obvious** 21:18
**occur** 38:7
**occurred** 24:22
  29:3,10 37:19,20
**occurrence** 32:24
**odd** 37:15 38:13
**offices** 1:19
**oh** 33:9 47:17 54:25
  64:17
**okay** 5:9 6:12 10:7
  11:21 19:25 21:8
  21:10,15 22:14
  24:14 27:7 32:14
  34:5 36:3 38:18
  41:9 42:16 43:2
  44:6 45:11 47:5,24
  49:10 56:7,13
  60:22

**olas** 2:6
**once** 25:16 30:12
  50:1 53:11
**ones** 36:13 65:16
  65:17
**ons** 26:8
**ontario** 1:21 71:1
**open** 22:8,12,16
  45:5 56:10,12
**operative** 18:12
**operator** 36:9
**opposed** 48:14
  59:23
**optimum** 61:12
**option** 14:24
**order** 60:12
**orders** 64:1
**orl** 1:3
**orlando** 2:23 20:11
**outcome** 32:23,24
  34:1,25 35:2,25
  36:6 37:10 42:17
  50:8,13
**overwrite** 19:11
**overwrites** 19:17
**overwritten** 19:6
  19:14,18

**p**

**p** 2:1,1
**p.a.** 2:20
**p.m.** 5:1 14:9 20:3
  25:23,24 66:18
  68:22
**pa** 2:3
**page** 3:2 4:2 15:17
  15:18 24:16 25:8
  28:10,12,15,16
  30:14 51:20 53:17
  63:24 64:19 66:13
  66:25 70:9

**paid** 52:24
**part** 20:5 55:15
**partially** 55:12,14
**particular** 9:11
  15:10 16:16,18
  20:15 21:21 22:2
  26:22 28:8 34:16
  35:12 36:22 40:6
  48:1,15 49:6 50:18
  52:2 53:6 55:20
  58:9,9 62:11
**password** 15:9
  16:14 20:12,16,16
**pause** 6:1
**pausing** 61:18
**pay** 9:23 10:17,17
  10:19,20
**paying** 52:17
**payments** 52:22
**pays** 10:15
**pdfs** 44:16
**penalty** 71:5
**pending** 5:11
**people** 17:20 18:8
  24:25 55:17 60:7,8
  61:18,23,24 64:9
  65:5
**percent** 19:4 36:23
  37:2,3,12,14,25
  38:1,8 48:16 58:23
  61:22 62:22
**perfecting** 62:18
**period** 49:8 58:13
**perjury** 71:5
**person** 29:22,24
  30:6 50:9
**perspective** 11:7,12
**pertaining** 18:15
**phone** 7:21 9:17
  14:2 15:4,4,7 20:23
  20:23 21:2 22:1

23:8,12 29:16
  31:10 34:14 35:3,9
  40:19,22 43:14,15
  47:21 48:11,25
  49:21,22,25 50:4
  50:20 51:4 52:15
  58:22 59:11 63:2,9
  68:9
**phones** 24:9
**picton** 1:5 44:12
  70:3
**pine** 2:22
**place** 7:7 69:6
**plaintiff** 1:8 2:2
  5:10 7:14 44:11
**plaintiff's** 47:21
  68:9
**platform** 12:19
**play** 17:16,22
**played** 17:14
**playing** 61:4
**please** 5:4 6:4,7
  19:21 20:13 21:8
  25:8 26:3 27:5,9
  32:3 46:10 53:21
  62:15 68:16
**po** 28:16
**point** 6:6 60:11
  64:18 66:5
**position** 6:25
**positive** 61:3,7
**possible** 29:8 32:10
  36:24 44:14 48:12
  61:10 63:11,16
**potentially** 48:8
**practice** 9:14 10:2
**pre** 7:20 9:8 14:20
**prebought** 55:6
**prefer** 24:11
**prepaid** 10:22 11:4

**prepay** 53:19
**prepurchases**
  54:14
**press** 24:5
**pretty** 62:6
**previous** 64:2
  65:22
**primary** 7:6
**printout** 44:17
  51:12 54:22
**printouts** 51:14
  52:10
**prior** 5:14 19:7
  25:6 28:10 38:21
  41:15 42:12 66:17
**probably** 14:19
  17:24 29:13 36:10
  44:4
**proceed** 53:12
  57:11
**proceedings** 69:5
**proceeds** 57:6
**process** 5:20 9:19
  10:5
**processed** 25:16
**procure** 48:20,25
  49:8
**produce** 49:13
**produced** 16:25
  17:5 18:23 45:3,12
  45:13,18 47:4,7,11
  68:3
**production** 13:11
**promotion** 50:22
**promotions** 1:12
  4:6 8:2 13:17 14:15
  27:21 44:23 70:5
**proper** 17:22 23:25
  24:1
**proprietary** 11:24
  12:5 56:22 57:18

**protection** 7:11
**provide** 7:22 9:6
  49:3,8
**provided** 8:8 9:18
  13:3 31:5 39:5
  40:13,18 41:22,23
  49:5 50:21 65:4
  67:15
**provides** 10:3,7
  34:22
**province** 71:1,19
**pry** 56:22
**public** 71:22
**punitive** 5:11
**purchase** 10:24,24
  10:25 11:2,3 49:9
  53:22 54:1
**purchased** 48:8
  56:1,6
**purchases** 56:4
**purchasing** 55:6
**purple** 36:9
**purposes** 22:13
  48:25
**put** 22:25 50:11
  69:7
**puts** 61:2
**putt** 57:24

**q**

**question** 6:5 12:21
  21:18 25:9 30:6
  36:16 37:16 43:5
**questions** 42:24
  43:21,23 44:5,20
  52:21,24 68:12
**quick** 32:12
**quickly** 24:18

**r**

**r** 2:1 5:5,6,6

**radius** 14:16 44:23
**rare** 17:16 37:22,23
**rate** 10:21 11:1
53:10 54:2,3,9
**rates** 54:5
**raw** 57:8,9,12,20
**reached** 31:11
**read** 57:23 68:14
68:16 71:5
**readable** 57:14
**reading** 26:15 30:3
**ready** 9:22 53:12
**realizing** 55:8
**really** 8:6 9:10
48:11 49:21
**reason** 5:18,24 6:11
17:11 22:4 34:8
60:23,25
**rebroadcast** 65:15
**recall** 47:9
**receive** 9:21 25:16
46:18 51:7,25 64:9
**received** 18:8 45:7
45:10,25 46:25
47:25 51:5 63:3
**receives** 43:6
**receiving** 46:22
47:9
**reception** 6:6
**recessed** 25:23
**recipient** 23:7,21
24:4,11 31:17
59:24
**recipients** 21:24
22:6 24:24 25:14
31:22 51:20 63:21
**recognize** 58:13
**recognizes** 58:12
**record** 11:3 15:5,11
15:13 20:18 33:5
40:25 43:3 44:9

53:15 57:21
**recorded** 7:20 9:8
14:20 64:14 69:11
**recording** 9:15,16
10:8,11 14:24 15:3
20:16 21:4
**recordings** 14:22
**records** 10:25 22:3
22:5,8 30:2,25 31:2
31:4,15 39:4,5
41:21,22 52:18
53:24
**redacted** 55:12,14
**redial** 24:5
**reduce** 22:17
**redundant** 20:25
**refer** 14:3 28:8
44:15 51:12
**reference** 16:21
19:7 28:4,17,19
66:10,11,12,14
**referenced** 64:4
**references** 28:6
**referring** 6:22 8:3
13:21 16:7 65:7
**reflect** 29:2 32:15
33:3,11 36:13
**reflected** 37:8 41:6
**reflecting** 39:23
**reflects** 25:9 31:14
31:21 36:5,17 39:4
39:19 41:22
**reformat** 57:12
**regarding** 12:22
25:6 65:5
**region** 71:2
**relate** 50:9
**related** 55:19
**relating** 48:18
**relation** 47:25
48:14 50:18 51:3

68:2
**remainder** 40:12
40:24
**remember** 5:19
47:14
**remove** 22:16
43:14,14 67:4
**removed** 55:18
**removing** 43:11
55:14
**rems** 64:10
**rep** 53:6 65:1
**report** 26:24 27:17
29:11,18,23 30:15
30:18 32:3,7 34:11
38:21,24 46:5,12
50:2,3,7,12 57:15
65:22 66:16
**reported** 1:25
**reporter** 68:18
69:4,20
**reporter's** 69:1
**reporting** 1:20 35:7
35:10
**reports** 29:20
30:11,12 41:16
45:17 49:12 56:8
56:24 60:25 63:8
68:1
**represent** 5:10 7:9
18:9 34:20 44:10
63:5
**representative** 53:8
**request** 9:5,7 24:8
25:11 28:6 67:24
**requested** 8:17
21:20 43:17 63:21
**requesting** 22:25
66:16
**requests** 43:11 53:9
63:12

**require** 24:10
**resell** 54:9
**resend** 65:15 66:8
66:10,16
**response** 32:22
37:10 39:17 40:20
40:23 42:16 50:13
58:5 59:9 60:24
67:24
**responses** 37:15
58:11
**resumed** 25:24
**retry** 29:16
**rid** 30:21
**right** 13:23 16:6
18:9,19 23:13,24
34:23 37:16 41:20
45:6 52:1 55:22
56:16 57:20 58:3
59:17 61:9 62:5
**ring** 34:14 35:3,9
58:22
**ringing** 7:21
**ringless** 7:13,15,18
7:22 8:9,18 9:16
11:6,9 12:14,22
16:3 21:2 23:6,11
23:21 24:21 25:1
27:17 29:2,11,23
31:16,21 33:11,20
34:12,16,23 35:8
35:14,17,23 36:1,3
36:5,17,22 38:20
39:1,14,20 41:16
49:1 50:20 51:2
52:3 56:3,8 58:21
**robinson** 2:20
**robinson.com** 2:25
**round** 65:6
**row** 59:8,12,25

**[rules - successful]**

**rules** 5:21
**run** 43:16 53:25
  54:1
**rvm's** 15:24,25

**s**

**s** 2:1 5:5
**sale** 26:11
**sales** 53:6,8 64:25
**saying** 62:10
**says** 10:10 13:23
  15:23 16:4 17:25
  20:5,11,19 21:15
  21:23 22:20,21
  27:25 30:1 31:7
  32:3,22 33:2 39:18
  39:18 40:1,8 51:21
  55:2 59:2 64:5
  66:13 67:13
**scripting** 18:8
**scrub** 67:7,13
**scrubbed** 67:10,16
**search** 68:7
**searched** 47:12
  48:17,17,19
**searches** 67:23
**second** 15:18 26:14
  47:7 59:22,23 60:8
  60:8,16 65:6
**seconds** 15:12 40:9
  40:21,24 50:13
  59:16 60:2,13
  61:18
**section** 22:20 31:7
  31:14
**see** 5:19 9:13 13:22
  13:23 14:9,14
  16:23 19:6 20:3,8
  20:19 21:13,15
  22:8,19 23:5,7,20
  24:19 26:13 27:24
  28:11,15 30:1,24

33:6,8,9 34:5,6,18
  35:22 45:6 50:8,9
  55:15 57:13 63:22
  64:17
**seeing** 22:12
**seen** 37:9,18,21,22
  38:6
**sees** 23:21
**segue** 52:21
**sell** 48:10
**send** 10:11 15:14
  16:21 20:22 22:9
  46:7,11,12 48:22
  52:19 53:13,13
  63:14 64:12,13
  65:9,16 66:17
**sending** 15:1 49:1
**sends** 49:22
**sent** 18:14 21:2
  25:1 48:13 49:17
  49:17 63:13
**separate** 7:14
**september** 1:22
  69:15 70:6
**series** 52:21 62:17
**server** 11:10
**servers** 17:15
**service** 9:22,23
  10:18,22,23 11:10
  34:21 38:9 49:3,4,7
  53:19
**services** 8:9 9:6,6
  53:5
**set** 26:22 69:7
**setting** 60:21
**sheet** 70:1
**sheets** 49:11
**shorthand** 69:4,14
  69:20
**shortly** 38:25 41:18

**show** 23:25 24:2,2
**signature** 69:18
**silence** 62:18
**similar** 66:12
**similarly** 1:7 70:3
**simply** 15:4 19:6
  24:4 32:6 40:16
  50:7 55:14 61:8
**singing** 61:24
**sir** 59:13 65:12
**sit** 47:8 67:22
**situated** 1:7 70:3
**six** 30:20
**slowly** 5:25
**software** 35:10
  57:18
**somebody** 11:15,18
  17:18
**somebody's** 7:20
**soon** 60:4,4,5
**sorry** 26:25 35:5
  40:2 48:5 54:25
**sort** 11:7 51:14
  62:7
**sounds** 59:15 62:5
  62:9
**space** 30:23
**speak** 5:25 53:6
  57:6
**speaking** 49:10
  58:6 61:19
**specht** 14:8 15:19
  20:2 55:2,23
**special** 22:20 64:18
  66:7,15
**specific** 48:6 56:18
  64:15 65:4
**specifically** 7:12
  40:6 47:1,20 48:10
**spell** 5:5

**spend** 54:19 56:5
**spent** 40:10 54:16
**spreadsheet** 26:8
  45:4,21 57:17,25
**spreadsheets** 17:1
  26:4 45:12,13
  49:12
**staff** 18:6,18 67:23
  68:7
**stand** 15:25
**standard** 16:2
**start** 27:15 51:13
  57:7 65:24 66:18
**started** 29:5 31:3
  61:4
**starts** 60:3,6,9
**state** 5:5
**states** 1:1
**stays** 30:20
**stenographically**
  69:11
**stratux** 12:7,9,14
**street** 1:20 2:22
  26:9
**studies** 38:6
**studio** 15:3
**stuff** 62:7
**style** 34:11 42:15
**subject** 15:20
**submission** 30:13
**submit** 28:13 29:16
  53:23
**submits** 22:7
**submitted** 17:20
**subscribed** 71:16
**successful** 31:8,8
  31:20,21 33:11
  34:20 36:5,17 37:7
  38:2 39:8,19 42:1,2
  65:9,16 66:17

**successfully** 31:11 37:19 59:6 62:12 65:21
**sued** 44:11
**suite** 1:21 2:6,22
**summary** 32:6
**sure** 6:4 56:17 62:10,14
**surpasses** 56:20
**sworn** 5:2 71:16
**system** 15:6 16:19 16:20 17:23 19:11 19:17 21:4 33:19 35:7,11 37:18 53:16 58:7 59:4,9 60:3,16 61:1,7 62:1 62:11
**systems** 30:11 46:6

**t**

**tab** 32:15 33:23 38:19 42:11
**take** 5:24 6:1 13:9 32:8,9 38:15 57:23 64:11 65:1
**taken** 1:19 69:6,15
**talk** 47:6
**talked** 68:4
**talking** 33:4 65:11
**tampa** 2:15
**target** 39:14 42:13
**technology** 7:23 9:17 11:6,12,23 12:13,14,15,18,22 12:23 36:23 37:2 37:12 56:19
**tel** 2:8,16,24
**telephone** 7:11 10:3 11:10 15:5 33:1,12,17,18 39:13,14 41:6,23 42:14 43:6,9 49:20

**tell** 7:17 11:20 17:4 20:12 26:19 33:23 35:15,24 45:11 53:2 55:11 56:16 57:2 67:8
**telling** 37:18
**terms** 15:14 47:7 56:2,17
**testified** 5:13 46:15 52:23
**testimony** 21:1 23:19 64:3 69:9 71:10
**thank** 24:14 43:20 43:22
**thing** 14:2 25:5 38:21
**things** 30:22 62:20 62:20
**think** 17:18 18:1 19:4,13,18 34:2 42:23 43:24 44:4 45:7 51:14 62:7
**third** 28:16 66:13
**thousand** 53:23
**three** 34:19 49:11 68:3
**throw** 51:9 52:15
**time** 10:13 19:10 40:6,10,21,23 42:20,20 43:21 50:12 55:9 58:13 60:4,6 61:12 62:20 63:10 64:6 66:25 69:6,7,10
**titled** 14:15 21:11 27:16 41:12
**today** 5:14 6:14 43:21 47:8 67:23 68:4

**tone** 59:5,10,18 61:1,9,11 62:13,13
**tones** 58:12,13 59:1 61:23
**top** 20:1 34:19 66:12
**toronto** 1:21 7:8 71:2
**total** 30:2,25 31:2,8 39:4 41:21 42:1,2,7 42:8
**totally** 29:8 63:11 63:16
**track** 57:19 63:18
**tracked** 18:4
**traditional** 21:3 58:22
**trailing** 50:5
**transcribed** 69:12
**transcript** 69:14 71:6,10
**transfer** 34:25 35:13 36:6
**transferred** 35:25
**transmission** 7:13 32:16 34:21 36:14 36:18 37:7,19 38:2 39:19,24 42:17,20 42:21 66:17
**transmissions** 16:11 39:9 42:8
**transmit** 8:18 9:9 9:21,24,24 14:22 21:16 24:18
**transmitted** 18:25 21:22 46:1
**transmitting** 9:16
**tried** 61:12
**tries** 60:11
**true** 36:21 52:9 69:13 71:9

**try** 5:25 9:10 24:17 32:9 44:14 56:16 62:21,23 63:12 65:5,17,20,24
**trying** 48:11 50:16 56:21 61:6,15,21
**turn** 15:16
**two** 7:13 16:24 17:5 18:11,22 41:15 42:13 43:1 52:9,11
**type** 34:21 35:2 62:24
**types** 32:11

**u**

**ultimately** 54:16
**um** 26:21
**unable** 6:7
**undersigned** 71:4
**understand** 6:4,13 6:21 11:5 19:13 28:21 36:12 38:11 41:5 48:12 50:17 50:24 56:16 61:14 62:10
**understanding** 8:17 11:6 67:22 68:6
**understood** 9:3 14:3 50:15 52:20
**uniformity** 60:19
**united** 1:1
**universally** 57:25
**unsuccessful** 31:13 31:15 36:14 38:2 39:23 42:7,8
**upcoming** 55:10
**upload** 51:19
**uploaded** 30:13 53:16
**use** 9:5,22 17:15 28:7 34:10,15 35:3

35:7,10 50:7 57:18
**uses** 19:16
**usual** 29:13
**usually** 10:22 15:11
  20:24 23:15 29:19
  43:11 48:20

**v**

**v** 1:9 70:4
**validation** 43:9
**valuable** 38:9
**variations** 60:1
**varies** 60:14
**various** 33:7 34:21
  54:4 57:10 58:18
**vendors** 48:13
**verbal** 65:1
**verified** 12:18
**verify** 18:18
**veritext** 1:20
**video** 5:22,23
**videotaped** 1:18
**vin** 26:11
**violation** 7:11
**voice** 7:20 8:18 9:8
  9:15 10:23 14:20
  15:2,5,8,10,13 16:3
  16:5,8,9,10,19,24
  17:4,8 18:4,13,22
  18:25 19:9,16
  21:12 28:23 34:12
  34:13 35:2,8,9 37:1
  53:15 58:21,22
  61:8,13 63:15
**voicebox** 15:9
  20:11,14
**voicecasts** 65:9
**voicelogic** 1:13 4:5
  6:15,18,20,22 7:1,3
  7:22,25 8:8,11,16
  8:18 10:2,4,8,10,16
  12:9,12 13:11,16

14:6,8,23 18:14,22
18:24,24,25 19:21
24:17 26:5,19,23
27:2,5,12,16 28:22
28:24 29:10,11,12
29:23 30:8,10 31:5
32:19 34:22 38:16
38:20,25 39:5
40:13,16 41:7,12
41:15,24 43:6 45:3
45:25 46:16 51:1
54:12,15 66:21
67:9 70:5
**voicelogic's** 7:6
  9:14 11:11 27:21
  30:19
**voicelogic.com**
  1:14 70:5
**voicelogic000001**
  4:7 13:18,24
**voicelogic000021**
  4:8 13:18
**voicemail** 7:15,18
  7:21,23 8:9 9:17
  11:6,9 12:15,22,23
  13:4,5 20:6,17 21:2
  21:4 23:7,11,21
  24:4,12,22 25:1,9
  29:2 31:12,16,22
  33:2,5,8,12,20 36:6
  36:6,18,18 39:1,8
  39:15,18,20 42:2
  49:1 51:2 52:4 56:3
  56:8 58:10,16,17
  59:2,4,8,10,14,18
  59:22,23 60:24
  61:1,2,9,11 62:4,12
  63:15 65:10,24
**voicemails** 7:13
  35:17 36:4 50:20

**volume** 53:11

**w**

**want** 9:20,24 23:3
  23:25 24:1 29:15
  40:22 43:12,25
  44:1,2 50:3 52:14
  54:20 56:15 62:10
  64:6,25 65:15 66:3
  66:4 67:20 68:13
  68:14
**wants** 17:18 28:7
  56:6
**ward** 2:12
**warn** 38:12
**washroom** 25:20
**watt** 14:7,8,12
  15:20 20:1,5 53:7,7
  55:2
**wave** 68:15
**way** 10:20 14:23
  17:3 51:20 54:20
  55:24 56:6 60:23
  64:16 66:1
**ways** 58:18
**we've** 37:1,22 38:6
  42:12 46:22 47:3
  47:12 48:9 51:6
  62:18 63:1 65:6
  68:4
**web** 66:14
**website** 30:19
**week** 63:14
**west** 1:21
**william** 2:13 14:7
  15:19 20:2 55:2,23
**william.judge** 2:17
**windows** 17:23
**witness** 3:3 6:14
  26:15 30:3 68:14
  69:7,9 70:7

**word** 11:19 33:7
  57:15 68:8
**words** 34:15
**work** 26:10 52:22
  54:18
**working** 23:3
**works** 11:12 53:3
  56:19 57:4 64:22

**x**

**x** 3:1 10:25 53:22

**y**

**yeah** 10:9,13,14
  12:11 13:25 16:2
  17:11 20:9,14
  25:15 26:17,18,25
  28:25 29:5 30:4
  33:9,15 34:3,10
  35:18 36:15,21
  37:9 38:5 43:24
  44:18 46:11 47:12
  49:2 54:19 55:1
  60:1,18,20 61:5
  62:3,5,17 66:9,19
**year** 26:11

**z**

**zip** 26:9 45:6,14
  46:1 51:22 52:5

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.