Page 1

1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                    ORLANDO DIVISION
3                   CASE NO.:  6:19-cv-00196-GAP-DCI
4    CLIFTON PICTON,
     individually and on behalf
5    of all others similarly
     situated,,
6
          Plaintiff,
7
     vs.
8
     GREENWAY
9    CHRYSLER-JEEP-DODGE, INC.,
     d/b/a GREENWAY DODGE
10   CHRYSLER JEEP,
11        Defendant.
12   _____/
13   DEPOSITION OF:      JEAN DEMERS
14   DATE:               FRIDAY, AUGUST 16, 2019
15   TIME:               9:58 A.M. - 10:37 A.M.
16   PLACE:              GRAY ROBINSON
                         301 EAST PINE STREET, 14TH FLOOR
17                       ORLANDO, FLORIDA 32801
18
     STENOGRAPHICALLY
19   REPORTED BY:        JAZZMIN A. MUSRATI, RPR, CRR
                         Registered Professional Reporter
20                       Certified Realtime Reporter
21
22
23
24
25

Page 2

```
 1   A P P E A R A N C E S:
 2   MANUEL S. HIRALDO, ESQUIRE - via videoconference
     OF: Hiraldo, P.A.
 3       401 East Las Olas Boulevard
         Suite 1400
 4       Fort Lauderdale, Florida 33301
         954.400.4713
 5       mhiraldo@hiraldolaw.com
         APPEARING ON BEHALF OF THE PLAINTIFF
 6
     IGNACIO J. HIRALDO, ESQUIRE - via videoconference
 7   OF: IJH Law
         1200 Brickell Avenue
 8       Suite 1950
         Miami, Florida 33131
 9       786.496.4469
         ijhiraldo@ijhlaw.com
10       APPEARING ON BEHALF OF THE PLAINTIFF
11   G. BROCK MAGRUDER, III, ESQUIRE
     OF: Gray Robinson
12       301 East Pine Street
         14th Floor
13       Orlando, Florida 32801
         407.204.3100
14       brock.magruder@gray-robinson.com
         APPEARING ON BEHALF OF GREENWAY
15
     RACHEL M. ORTIZ, ESQUIRE
16   OF: Shepard Smith Kohlmyer & Hand, P.A.
         2300 Maitland Center Parkway
17       Suite 100
         Maitland, Florida 32751
18       407.622.1772
         rortiz@shepardfirm.com
19       APPEARING ON BEHALF OF BDC PROMOTIONS
20
21
22
23
24
25
```

1                    C O N T E N T S
2    TESTIMONY OF JEAN DEMERS

3         DIRECT EXAMINATION                        4
     BY MR. M. HIRALDO
4         CROSS-EXAMINATION                        30
     BY MR. MAGRUDER
5         CERTIFICATE OF OATH                      33
          CERTIFICATE OF REPORTER                  34
6         ERRATA SHEET                             35
          READ AND SIGN LETTER                     36

7

8                    E X H I B I T S
9              (None marked.)
10

11

12

13

14

15

16              S T I P U L A T I O N S
17       It is hereby stipulated and agreed by and between
18   the counsel for the respective parties and the deponent
19   that the reading and signing of the deposition
20   transcript be reserved.
21                    ------
22

23

24

25

Page 4

1                      P R O C E E D I N G S

2                          *********

3          (Whereupon, the proceedings began at 9:58 a.m.)

4          THE STENOGRAPHER:  Raise your right hand,

5      please.

6          Do you swear or affirm that the testimony you

7      are about to give will be the truth, the whole truth

8      and nothing but the truth?

9          THE WITNESS: Yes, I do.

10   Thereupon,

11                        JEAN DEMERS,

12   having been first duly sworn or affirmed, was examined

13   and testified as follows:

14                     DIRECT EXAMINATION

15   BY MR. M. HIRALDO:

16     Q.  Good morning.  Would you please state and spell

17   your name.

18     A.  Jean Demers; J-E-A-N, D-E-M-E-R-S.

19     Q.  Good morning.  My name is Manny Hiraldo. I

20   represent the plaintiffs in a lawsuit that has been

21   filed against Greenway.

22         Have you ever testified at a deposition prior to

23   today?

24     A.  No.

25     Q.  So we're doing this deposition via

1  video conference.  Are you able to see and hear me okay?

2     A.  Yes.

3     Q.  If that changes at any point along the way, let

4  me know.  Okay?

5     A.  Yes.

6     Q.  So as you're doing now, I'm going to ask you some

7  questions.  If you would, please give me a verbal

8  response so the court reporter can take it down.

9        If you understand my question, please give me a

10  response.  If you do not understand my question, let me

11  know so I can rephrase it for you; is that fair?

12     A.  Yes.

13     Q.  Great.

14        And if you want a bathroom break or to stop for

15  any reason, just let me know.  Understood?

16     A.  Understood.

17     Q.  Do you have an understanding at all, aside from

18  what was told to you from your attorneys, about what

19  this lawsuit is about?

20     A.  Yes.

21     Q.  And what is your understanding?

22     A.  That we provided a list.  And the list was used

23  to call customers who didn't want to be called.

24     Q.  Have you discussed this lawsuit with anyone that

25  works for Greenway?

1          MR. MAGRUDER:  Objection, to the extent that

2      the question calls for attorney-client privileged

3      information.

4          You can answer that question, without

5      disclosing any conversations you've had with me or

6      Greenway's internal, general counsel.

7      A.  Okay.  Yes.

8  BY MR. M. HIRALDO:

9      Q.  That was one of the instructions I didn't give

10  you early on.  If you've had any conversations with your

11  counsel that's sitting next to you, or any attorneys

12  that are employed inhouse by Greenway, those are

13  attorney-client privileged communications.  I'm not

14  asking you to give me that information, or the substance

15  of those communications.

16          Is that understood?

17      A.  Yes.

18      Q.  Have you spoken with any non-attorneys about this

19  lawsuit?

20      A.  Yes.

21      Q.  With who have you spoken?

22      A.  Just Shaun Allen.

23      Q.  And what -- and what is Shaun Allen's position?

24      A.  He's the general sales manager of Greenway Dodge.

25      Q.  And how many times have you spoken with Mr. Allen

Page 7

1    about this lawsuit?

2        A.  Once.

3        Q.  And when did that occur?

4        A.  A month ago.  He just told me that Brock would be

5    calling me and asking me some questions.

6        Q.  Did Mr. Allen tell you that he testified in a

7    deposition in this case?

8        A.  No.

9        Q.  Did he ever discuss with you his testimony that

10   he gave in this case?

11       A.  No.

12       Q.  Besides telling you that you were going to get a

13   call from your outside attorney, did Mr. Allen tell you

14   anything else about this lawsuit?

15       A.  No.

16       Q.  Have you ever spoken with anyone employed by BDC

17   Promotions?

18           B, as in Bravo; D, as in David; C, as in Charley.

19       A.  No, I have not.

20       Q.  Have you ever spoken with anyone at VoiceLogic

21   about this lawsuit?

22       A.  No.

23       Q.  Have you reviewed any documents in preparation

24   for today's deposition?

25       A.  Yes.

1    Q.   Can you tell me what it is that you reviewed.

2    A.   The layout for the report that was generated, and

3    the report itself.

4    Q.   Anything else?

5    A.   No.

6    Q.   What -- what is your position at Greenway?

7    A.   I'm the systems administrator.

8    Q.   And how long have you held that position?

9    A.   13 years.

10   Q.   And what is your business address?

11   A.   9051 East Colonial Drive, Orlando, 32817.

12   Q.   And what are your job responsibilities as system

13   administrator?

14   A.   I'm in charge of -- the liaison between the

15   dealership and our computer vendor for our software that

16   runs the dealership.

17   Q.   And what is the name of the software that

18   Greenway uses to, as you say, run the dealership?

19   A.   Reynolds Power.

20   Q.   Which -- can you spell that, please?

21   A.   R-E-Y-N-O-L-D-S, and "power" application.  They

22   have Reynolds Ignite and Reynolds Power.  We're a

23   Reynolds Power customer.

24   Q.   And what type of software does Greenway use

25   that's provided by Reynolds Power?

1    A.  We use -- it's software to run all departments.

2   There's service, parts, accounting, finance, sales,

3   applications, payroll, time clock.

4    Q.  Are you familiar with the platform by the name of

5   DMS; D, as in David; M, as in Mike; S, as in Sam?

6    A.  Yeah.  That's dealer management systems.  Our DMS

7   is Reynolds Power.

8    Q.  So DMS is just -- DMS is your dealer management

9   system?

10    A.  Yes.

11    Q.  That's just a generic name, correct?

12    A.  Correct.

13    Q.  Okay.  And the DMS that Greenway uses is named

14   Reynolds Power, correct?

15    A.  Correct.

16    Q.  In your job as the system -- systems manager, do

17   you regularly interact with the Reynolds Power DMS?

18    A.  Yes, I do.

19    Q.  Okay.  Can you give me some examples of when it

20   is you use the Reynolds Power DMS?

21    A.  I use it to run reports.  I use it to help

22   customize the software for all our dealerships.  I help

23   dealership personnel, if they have questions and get

24   stuck on it.  I manage it, putting people into the

25   system, giving them access, taking them out of the

1   system when they're terminated.

2      Q.  And the Reynolds Power DMS, is this software that

3   you access on a desktop computer?

4      A.  Yes.

5      Q.  And you have a desktop computer on your desk

6   at --

7      A.  Yes, I do.

8      Q.  For how long has Greenway used the Reynolds Power

9   DMS platform?

10     A.  I'm not sure exactly.  They were on it before I

11  started with them.

12     Q.  So at least 13 years, correct?

13     A.  Yes.

14         THE WITNESS:  He just froze.

15         Now he's fine.

16  BY MR. M. HIRALDO:

17     Q.  I'm sorry.  Did you have a question?

18     A.  Oh, no.  Your picture froze.  But you're good

19  now.

20     Q.  Yeah.  Sorry.  My computer went to sleep.

21         The Reynolds Power DMS, does it contain

22  information about Greenway's customers?

23     A.  Yes, it does.

24     Q.  Does that -- do those customers consist of

25  service customers?

1    A.  Yes.

2    Q.  What is a service customer?  What do you consider

3  to be a service customer?

4    A.  Someone who comes into the service department to

5  have repair work done.

6    Q.  And does the DMS -- does the Reynolds Power

7  platform also contain information regarding sales

8  customers?

9    A.  Yes, it does.

10    Q.  And what do you consider to be a sales customer?

11    A.  Someone who comes in and actually purchases a

12  vehicle from us.

13    Q.  Besides service customers and sales customers,

14  are there any other categories of customers that are

15  contained within the Reynolds Power DMS platform?

16    A.  No.

17    Q.  Do you know how far back the customer information

18  goes for a service and sales customer?

19    A.  We keep them for four years in sales.  And we

20  keep them for four years in service, after their last

21  date of service.

22    Q.  And what happens after those four years?

23    A.  Then their information is dropped from the

24  system.

25    Q.  Does it remain anywhere in a backup server?

1    A.  Not a backup server, no.

2    Q.  Is it maintained anywhere?

3    A.  We have backup tapes that we could reload to get

4  that information.

5    Q.  So it's not permanently destroyed, it's just

6  moved into another system?

7    A.  No.  It's permanently destroyed from the main

8  system.

9    Q.  Okay.  It's -- it's permanently removed from the

10  main system, but it is housed in a different system; is

11  that correct?

12    A.  It's just part of a backup of the system.

13    Q.  And where is backup housed?

14    A.  We keep them stored onsite for seven years.

15    Q.  So the customer information for service and sales

16  customers is maintained in the backup system for at

17  least seven years; is that correct?

18    A.  Yes.

19    Q.  And it's maintained in the primary system for at

20  least four years, correct?

21    A.  Yes.

22    Q.  What type of information does Greenway maintain

23  for a typical service customer?

24    A.  It just -- we maintain the name, address, phone

25  numbers, repair order work that has been done, the

1  detail information on that repair order of what type of

2  repairs were completed.  The vehicle that they have.

3  How many different vehicles they may have in their

4  household record.

5      Q.  What about email addresses?

6      A.  Yes.  I'm sorry, also email addresses.

7      Q.  Now, you mentioned phone numbers.  Are the phone

8  numbers designated as, for example, cellular number,

9  residential, office, anything of that sort?

10     A.  Yes.  There are designations for those specific

11 numbers.

12     Q.  And does Greenway rely on the information that's

13 provided by the customer, with respect to those

14 designations?

15     A.  Yes.

16         MR. MAGRUDER:  Object to the form of the

17     question.

18 BY MR. M. HIRALDO:

19     Q.  The answer was yes?

20         MR. MAGRUDER:  You can answer.

21     A.  Yes, they do.

22 BY MR. M. HIRALDO:

23     Q.  Are you able to run a report on the Reynolds

24 Power DMS for, say, all of the service customers that

25 have come in for the past four years?

1      A.  Yes.

2      Q.  Walk me through the steps of how you would run

3   that report, please.

4      A.  Sorry.  You broke up a little.

5      Q.  Oh, sure.

6          If you would, please walk me through the steps of

7   how you would run that report on the Reynolds Power DMS.

8      A.  We -- there's a specific program for running

9   reports from the customer records.  So you assign a

10  report number, enter in how you want it to be sorted,

11  and then you can put in selection criteria.  Mostly what

12  I put in is records I do not want to select.  So I don't

13  select wholesale customers or dealer trades.  I don't

14  select people who we have marked as deceased.  And we

15  don't select people that have opted out of contact from

16  us.

17         Then the next step would be to enter in the

18  information I want the report to pull:  The name, the

19  address, sales date, phone numbers, emails, last service

20  date, mileage.  And that's it.  And then we would run

21  the report.

22     Q.  The process that you just described, does that

23  apply to running reports for service customers and sales

24  customers?

25     A.  Yes.

1     Q.  And can you run a report just for service

2   customers?

3     A.  Yes, you could.

4     Q.  Can you run a report just for sales customers?

5     A.  Yes.

6     Q.  Can you run a report just for cellular telephone

7   numbers for service customers?

8     A.  Yes, you could.

9     Q.  Could you run a report just for cellular

10   telephone numbers of just sales customers?

11     A.  Yes.

12     Q.  Do you recall, at some point, Shaun Allen

13   forward -- excuse me -- sending you an email from an

14   individual by the name of Justin Specht?

15     A.  Yes.

16     Q.  Do you recall when that occurred?

17     A.  No.  I believe in February of 2018.

18     Q.  Do you recall what that -- well, the email that

19   Mr. Allen forwarded, do you recall what that email said?

20     A.  Not specifically.  In general, it was just --

21     Q.  Do you recall anything that was --

22     A.  Just to request a report for him, for this

23   person.

24     Q.  Do you recall what the parameters were for the

25   requested report?

1       A.  I believe it was the entire database.

2       Q.  Did he ask you to run the entire database for

3   what -- for what type of customers?

4       A.  Sales and service customers.

5       Q.  Do you recall what steps you took in order to run

6   that report?

7       A.  The same ones I just told you that I would do for

8   any report.  Add the report, add the selection, add the

9   data fields and generate the report.

10      Q.  And that report then generates a list of

11  everybody who has purchased a vehicle or serviced a

12  vehicle at Greenway; is that correct?

13      A.  Yes.

14      Q.  Okay.  And -- but that was limited to the prior

15  four years, correct?

16      A.  Correct.

17      Q.  So was a report of everybody who had purchased or

18  serviced a vehicle at Greenway from roughly

19  February 2014 through February 2018, correct?

20      A.  Correct.

21      Q.  Did you, in fact, run that report?

22      A.  Yes, I did.

23      Q.  And do you recall how many service and sales

24  customers -- I'll restate it.

25          Do you recall how many service and sales

Page 17

1    customers the report generated?

2        A.  No, I do not.

3        Q.  When the report is generated, what type of format

4    was it in?

5        A.  It's run in a format that allows you to take it

6    from the DMS and download it directly into an Excel

7    spreadsheet.

8        Q.  And did you do that?

9        A.  Yes, I did.

10       Q.  Once you downloaded the information into an Excel

11   spreadsheet -- well, do you recall how many lines that

12   Excel spreadsheet consisted of?

13       A.  No.

14       Q.  Once you inputted the information into an Excel

15   spreadsheet, did you do anything to manipulate that

16   data?

17       A.  No.

18       Q.  What did you do next?

19       A.  Then I sent the data to the Dropbox that I was

20   asked to.

21       Q.  Okay.  Do you know who provided the Dropbox for

22   that upload?

23       A.  It came in the email from Shaun.

24       Q.  Was that a Dropbox that Mr. Specht provided to

25   you?

1    A.  Yes.  I believe so.

2    Q.  Do you know what was going to be done with those,

3   that customer information that you uploaded?

4    A.  No, I do not.

5    Q.  Do you know anything that happened to that

6   information after you uploaded it?

7    A.  No.

8    Q.  Let's take a look at -- you should have in front

9   of you a computer with several files that we're going to

10   review.

11        Is the first one that I would like to open, is a

12   documented titled BDC Promotions-Greenway Dodge

13   NCOA-dedupe, D-E-D-U-P-E, dash, radius append.

14        Do you see that file on the computer in front of

15   you?

16    A.  Yes, it is.

17    Q.  Would you please open it.

18    A.  It's open.

19    Q.  Do you recognize this Excel spreadsheet?

20    A.  Yes.

21    Q.  Is this the spreadsheet you generated on or about

22   February of 2018 using the Reynolds Power DMS platform?

23    A.  No.

24    Q.  Do you know who created this Excel spreadsheet?

25    A.  No.

1    Q.  And you -- and when you say it's not the one you

2    generated, what leads you to believe that?

3    A.  Because there's columns that I do not have in the

4    system.

5    Q.  Which columns would those be?

6    A.  The CRRT column and the distance column.

7    Q.  So besides those two columns, are the remaining

8    columns information that your report generated?

9    A.  Yes.

10   Q.  Okay.  Can you walk me through each one of those

11   columns, please?

12   A.  First is the name column.  The name of the

13   customer, address.

14   Q.  Okay.

15   A.  City, state, ZIP Code.  Then the -- the CRRT

16   column, which isn't mine.  And then we have home number,

17   work number, cell phone number.  Then we have email

18   address, sale date, year, make, model, and VIN of the

19   vehicle that they recently purchased.

20   Q.  Okay.  Some of my next questions are going to be

21   obvious; just bear with me.

22        The name column, that is the name of the

23   customer, correct?

24   A.  Yes.

25   Q.  The address column, the address of the customer,

Page 20

1   correct?

2     A.  Correct.

3     Q.  The city column is the city in which the customer

4   resides, correct?

5     A.  Yes.

6     Q.  The ST column, is that the state where the

7   individual resides?

8     A.  Yes.

9     Q.  The ZIP column is the ZIP Code for the customer,

10  correct?

11    A.  Correct.

12    Q.  Home number column is the home number for the

13  customer?

14    A.  Yes.

15    Q.  Work number is the work number for the customer?

16    A.  Yes.

17    Q.  Cell number is the mobile telephone number for

18  the customer?

19    A.  Yes.

20    Q.  Main email address is the customer's email

21  address?

22    A.  Correct.

23    Q.  What is the sale date?

24    A.  Sales date is the date of the -- that they

25  purchased the vehicle from our dealership.

1    Q.  Okay.  And in the next column, year, make, model,

2    and VIN, what are those?

3    A.  That is for the customer's current vehicle that

4    they either purchased from us or had service work done.

5    Q.  All right.  Thank you.

6         Can you tell me, if you scroll all the way to the

7    bottom of the document, how many lines there are.

8    A.  35,760.

9    Q.  Is that accurate with the total number of

10   customers that were generated back in February of 2018?

11   A.  I would have to look at that report.  I don't

12   know.

13   Q.  Okay.  Let's -- we'll look at some of these other

14   documents and see if maybe they refresh your memory.

15        The next document I would like you to look at --

16   you can close that Excel spreadsheet that we just

17   reviewed -- if you would open the Excel spreadsheet

18   titled M1044691A.

19         MR. MAGRUDER:  It's open, Manny.

20   BY MR. M. HIRALDO:

21   Q.  Do you recognize this document, Ms. Demers?

22   A.  No.

23   Q.  Is this something that you would have generated

24   using the DMS platform?

25   A.  No.

Page 22

1    Q.  And what leads you to believe that?

2    A.  The ZIP Code column, the ZIP 5 and 4.  I probably

3  just provided the five-digit ZIP Code.  I did not

4  provide the title of the customer, nor did I provide

5  income and the home -- columns M, N, and O, were not

6  from me.

7    Q.  So you can conclusively state that this is not a

8  document that would have been generated by Greenway; is

9  that correct?

10    A.  Correct.

11    Q.  Thank you.  You can close that one out.

12        The next document I would like for you to open,

13  please, is the document titled Greenway 0013 through

14  Greenway 0743.

15    A.  Okay.

16    Q.  Are you -- do you have the document open?

17    A.  Yes.

18    Q.  Okay.  If you look at the bottom right-hand

19  corner of each page, there's what's called a Bates

20  label.  It starts with the word "Greenway" and then is

21  followed by some numbers.

22        Do you see that?

23    A.  Yes.

24    Q.  Okay.  Great.

25        If you would, turn to Greenway 0038.  So that's

1  Bates Greenway 0038.  It's Page 26 of the document.

2      A.  Okay.

3      Q.  Is this a document -- is this a list of customers

4  that Greenway would have generated using the DMS

5  platform?

6      A.  No.  This is the spreadsheet we just looked at.

7      Q.  Okay.  And your testimony is for the same reasons

8  that you just stated, which is -- for example, ZIP 5 and

9  ZIP 4 columns, the radius, and the -- the income and

10  home market values, correct?

11      A.  Yes.

12      Q.  All right.  Just bear with me.  I need to -- it's

13  a lengthy list, so I will just scroll down for a second.

14          Okay.  Now, turn over, please, to Greenway 0271,

15  which is Page 459.  If you really want to -- the pages

16  are at the top, 259, and then it will take you right to

17  it.

18      A.  Okay.

19      Q.  And just let me know when you're there, please.

20      A.  We're there.

21      Q.  Okay.  Is this a document that you would have

22  generated using the DMS Platform?

23          MR. MAGRUDER:  Want me to zoom in?

24          THE WITNESS:  No.

25

1   BY MR. M. HIRALDO:

2      Q.  For the same reasons that you testified earlier,

3   that it has the CRRT column and the ZIP column, correct?

4      A.  Correct.

5      Q.  Aside from those two columns, is all of the other

6   information that would have been generated by the DMS

7   Platform?

8      A.  Yes.

9      Q.  Okay.  You can close the document.

10         MR. M. HIRALDO:  Do you guys have the password

11      for the nonparty BDC response to CL

12      subpoena_001-2122.

13         MS. ORTIZ:  Yeah.  That should be Picton.  I

14      don't know if that's case sensitive.  But let's try

15      Capital P, lowercase I-C-T-O-N and, I believe,

16      uppercase EHK and then 2019.  Or that might be

17      inverted.  It might be Picton2019EHK.

18         MR. MAGRUDER:  It was the second thing she

19      said.

20         MS. ORTIZ:  Picton2019EHK.

21         MR. MAGRUDER:  It was case sensitive.  And it

22      responded to the capital P and EHK.

23   BY MR. M. HIRALDO:

24      Q.  Do you have that document open?

25      A.  Yes.

1    Q.  I will represent to you that these were documents

2   that were produced to us BDC Promotions.  It includes --

3   who is now a party to the case.

4        If you would flip to -- it's Bates labeled BDC

5   Subpoena, REFP followed by an underscore and some

6   numbers.

7    A.  Yes.

8    Q.  Okay.  So I'm on Bates 0041, which is Page 41 of

9   the document.

10   A.  Okay.

11   Q.  So the same question as before, this document

12  that we're looking at here on Bates 41 is not something

13  that would have been generated by Greenway, because of

14  the income column, the ZIP 4, ZIP 5 column, and the

15  prefix column?

16   A.  Correct.

17   Q.  Okay.  Next document I would like you to pull up,

18  please, is the Excel spreadsheet titled March 2018

19  Invoice Number 78583.

20       Just let me know when you're there, please.

21   A.  We're there.

22   Q.  Is this a spreadsheet -- is this the spreadsheet

23  that you generated using the DMS Platform?

24   A.  No.

25   Q.  Same for the -- for the same reasons as before,

Page 26

1    the ZIP 4, ZIP 5 column, the prefix column, the income

2    column, et cetera; correct?

3        A.   Correct.

4        Q.   You can close that out.

5             Just bear with me for one second, please.

6             Next document I would like for you to open is the

7    one titled Greenway 29280-33171.

8        A.   Okay.   We have it open.

9        Q.   Okay.   And so these are documents produced to us

10   by Greenway.   And they're also Bates labeled, so I would

11   like for you to turn to the -- it's the fifth page of

12   the document; it's Bates labeled Greenway 029284.

13       A.   Okay.

14       Q.   Do you recognize this document?

15       A.   Yes.

16       Q.   Okay.   What is this?

17       A.   This is a layout of the fields that were

18   requested to print on the report.

19       Q.   Is this -- if you follow through with it, it's --

20   I think it's a few thousand pages -- is this the report

21   that you generated using the DMS platform?

22            Understanding that it's not an Excel format,

23   we're looking at a PDF document.

24            Besides that, do you recognize this to be the

25   report that you generated in February 2018?

Page 27

1      A.  Yes.

2      Q.  Do you know the name of the plaintiff in this

3  case?

4      A.  No.

5      Q.  Do you know how many -- looking at the document,

6  can you tell me how many customer names the report that

7  you ran generated?

8      A.  No.

9      Q.  But if you flip through -- all the way to the end

10  of the document, does this appear to be the report that

11  you created on or about February of 2018?

12      A.  Yes.

13      Q.  Okay.  And the last document for us to look at

14  will be Greenway Dodge BDC February 2018.

15      A.  Yes.  We have it up.

16      Q.  Okay.  Is this the same document that we were

17  just looking at, as part of Greenway 29280 through

18  33171?

19      A.  Yes.

20      Q.  Is this the report that you generated on or about

21  February of 2018 in an Excel format?

22      A.  Yes.

23      Q.  Can you tell me how many customer entries appear

24  in this report?

25      A.  39,370.

1    Q.  And, if you would -- I know we previously covered

2   this, and I apologize for the obvious questions -- but

3   can you just walk me through each column and tell me

4   what each column stands for?

5    A.  Column A is the name of the customer.  Then you

6   have the address, city, state, ZIP Code, home phone

7   number, work phone number, cell phone number, email,

8   sold date, year, make, model, and VIN of the vehicle.

9    Q.  All right.  I think we're -- I think we're just

10  about done.

11       I just need a second to consult with my

12  co-counsel, and I will wrap up.

13          (Whereupon, a discussion was held off the

14     record.)

15          MR. M. HIRALDO:  Ms. Demers, can you hear me?

16          THE WITNESS:  Yes.

17  BY MR. M. HIRALDO:

18    Q.  A couple of questions.

19       On this Greenway Dodge BDC February 28 Excel

20  spreadsheet, if I wanted to figure out who in the

21  sales -- who is a sales customer and who was a service

22  customer, how would I do that?

23    A.  A sales customer would have a date in the sold

24  column, in the sales date column.  And a service

25  customer would not have a date.

Page 29

1    Q.  Okay.  So let's just look at a couple of examples

2    of that.

3         So go down to Line 254, please.

4    A.  Okay.

5    Q.  So Line 254 is for a customer Amanda Adams,

6    correct?

7    A.  Correct.

8    Q.  And then under Column J, which is the sales date,

9    it's blank.  So does that mean that Ms. Adams is a

10   service customer?

11   A.  Yes.

12   Q.  Same thing, for example, the individual

13   underneath that, Ann Adams, Line 255, where Column J is

14   blank, there's no sale date, meaning that Ann Adams is

15   also a service customer?

16   A.  Yes.

17   Q.  And then if we look at Line 256, Bobby G. Adams,

18   under Column J, there's a sale date of June 15th, 2015,

19   correct?

20   A.  Correct.

21   Q.  That signifies that Mr. Adams, Bobby G. Adams

22   purchased a vehicle from Greenway on June 15th, 2015,

23   correct?

24   A.  Correct.

25         MR. M. HIRALDO:  Ms. Demers, thank you for your

1     time.  I have no further questions at this time.

2          I might have some followups if there's any

3     questions from the other attorneys.

4          MS. ORTIZ:  I have no questions.  Thank you.

5          MR. MAGRUDER:  I have just very few questions.

6                    CROSS-EXAMINATION

7     BY MR. MAGRUDER:

8     Q.  We're looking at the Excel spreadsheet, still, of

9     the -- the version that you actually pulled from DMS

10    according to your testimony, correct?

11    A.  Yes.

12    Q.  The phone numbers, the various phone numbers

13    listed here, there's different categories, correct?

14    A.  Correct.

15    Q.  How do you decide -- are you actually the one who

16    inputs this data into DMS?

17    A.  No, I'm not.

18    Q.  How does this data get inputted into DMS?

19    A.  For a sales customer, it would come from the

20    salesman in the F&I department.  For a service customer,

21    it would come from someone making the reservation, or

22    the service advisor himself.

23    Q.  Okay.  And where do they get the customer

24    information?

25    A.  From the customer.

1    Q.   Okay.   Are there any phone numbers on this list

2    that you did not receive from the customer themselves?

3    A.   No.

4    Q.   You mentioned earlier that customers', I guess,

5    sales of older than four years or four years from the

6    service date were pulled from the system?

7    A.   No.

8    Q.   Is there any other reasons why you would pull a

9    customer from the system?

10   A.   No.

11   Q.   Do you track -- does DMS -- does your system have

12   a way to track whether a customer has elected not to

13   receive marketing calls?

14   A.   Yes.   Yes.

15   Q.   Do you have that designation listed in the system

16   somewhere?

17   A.   Yes.

18   Q.   That designation is not listed on the

19   spreadsheet; why?

20   A.   Because I specifically excluded those customers

21   before I created the spreadsheet.

22   Q.   So every customer on this spreadsheet that we're

23   looking at right now would not have had a designation in

24   your system as being a customer that opted out of

25   marketing communications, right?

Page 32

1      A.   Correct.

2           MR. MAGRUDER:   I don't have any other

3      questions.

4           MR. M. HIRALDO:   I have no further questions.

5           Thank you all.   We'll take an e-transcript,

6      please.   No paper.

7           MR. MAGRUDER:   She'll read and I will

8      coordinate with her.

9           I'll take a copy, no paper, please.

10          (Thereupon, the proceedings concluded at

11     10:37 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               CERTIFICATE OF OATH

2

3    STATE OF FLORIDA:

4    COUNTY OF ORANGE:

5

6       I, Jazzmin A. Musrati, RPR, CRR, Notary Public, State

7    of Florida, do hereby certify that JEAN DEMERS

8    personally appeared before me on August 16, 2019, and

9    was duly sworn and produced driver's license/I.D. as

10   identification.

11

12                  Signed on September 3, 2019.

13

14

15   _____

     Jazzmin A. Musrati, RPR, CRR

16   Notary Public - State of Florida

     My Commission No. FF984627

17   My Commission Expires:  April 21, 2020

18

19

20

21

22

23

24

25

Page 34

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA:

3    COUNTY OF ORANGE:

4

5       I, Jazzmin A. Musrati, RPR, CRR, Notary Public, State

6    of Florida, certify that I was authorized to and did

7    stenographically report the deposition of JEAN DEMERS;

8    that a review of the transcript was requested; and that

9    the foregoing transcript, Page 1 through 36, is a true

10   and accurate record of my stenographic notes.

11      I further certify that I am not a relative, employee,

12   or attorney, or counsel of any of the parties, nor am I

13   a relative or employee of any of the parties' attorneys

14   or counsel connected with the action, nor am I

15   financially interested in the action.

16

17                    DATED:  September 3, 2019.

18

19

20   _____

             Jazzmin A. Musrati, RPR, CRR

21           Registered Professional Reporter

             Certified Realtime Reporter

22

23

24

25

Page 35

1                           ERRATA SHEET
2              DO NOT WRITE ON TRANSCRIPT-ENTER CHANGES HERE
3                    IN RE:    PICTON V. GREENWAY
                     CASE NO:  6:19-CV-00196-GAP-DCI
4                    DATE:     AUGUST 16, 2019
                     DEPONENT: JEAN DEMERS
5
6      PAGE NO.    LINE NO.   CORRECTION & REASON
7      _____    _____   _____
8      _____    _____   _____
9      _____    _____   _____
10     _____    _____   _____
11     _____    _____   _____
12     _____    _____   _____
13     _____    _____   _____
14     _____    _____   _____
15     _____    _____   _____
16     _____    _____   _____
17     _____    _____   _____
18     _____    _____   _____
19     _____    _____   _____
20     _____    _____   _____
21     _____    _____   _____
22     Under penalties of perjury, I declare that I have read
       the foregoing document and that the facts stated in it
23     are true."
24
       _____
25     DATE                                JEAN DEMERS

Page 36

```
 1   09/05/2019
 2   JEAN DEMERS
     c/o G. BROCK MAGRUDER, III, Esq.
 3   Gray Robinson
     301 East Pine Street
 4   14th Floor
     Orlando, Florida 32801
 5   brock.magruder@gray-robinson.com
 6   In Re:  August 16, 2019, Deposition of JEAN DEMERS
 7   Dear JEAN DEMERS:
         This letter is to advise that the transcript for the
 8   above-referenced deposition has been completed and is
     available for review.  Please contact Veritext at
 9   305.376.8800 to make arrangements for read and sign or
     sign below to waive review of this transcript.
10
         It is suggested that the review of this transcript be
11   completed within 30 days of your receipt of this letter,
     as considered reasonable under Federal Rules*; however,
12   there is no Florida Statute to this regard.
13       The original of this transcript has been forwarded to
     the ordering party and your errata, once received, will
14   be forwarded to all ordering parties for inclusion in
     the transcript.
15                               Sincerely,
16
                                 Jazzmin A. Musrati, RPR, CRR
17                               Registered Professional Reporter
                                 Certified Realtime Reporter
18
     cc:  MANUEL S. HIRALDO, Esquire
19        G. BROCK MAGRUDER, III, Esquire
20   Waiver:
21   I,_____, hereby waive the reading and signing
     of my deposition transcript.
22
23
     _____     _____
24   Deponent Signature                Date
25   *Federal Civil Procedure Rule 30(e)/Florida Civil
     Procedure Rule 1.310(e)
```

**&**

& 2:16 35:6

**0**

001-2122 24:12
0013 22:13
00196 1:3 35:3
0038 22:25 23:1
0041 25:8
0271 23:14
029284 26:12
0743 22:14
09/05/2019 36:1

**1**

1 34:9
1.310 36:25
100 2:17
10:37 1:15 32:11
1200 2:7
13 8:9 10:12
1400 2:3
14th 1:16 2:12 36:4
15th 29:18,22
16 1:14 33:8 35:4
  36:6
1950 2:8

**2**

2014 16:19
2015 29:18,22
2018 15:17 16:19
  18:22 21:10 25:18
  26:25 27:11,14,21
2019 1:14 24:16
  33:8,12 34:17 35:4
  36:6
2020 33:17
20816 33:14 34:19
21 33:17
2300 2:16
254 29:3,5

**255** 29:13
**256** 29:17
**259** 23:16
**26** 23:1
**28** 28:19
**29280** 27:17
**29280-33171** 26:7

**3**

3 33:12 34:17
30 3:4 36:11,25
301 1:16 2:12 36:3
305.376.8800 36:9
32751 2:17
32801 1:17 2:13
  36:4
32817 8:11
33 3:5
33131 2:8
33171 27:18
33301 2:4
34 3:5
35 3:6
35,760 21:8
36 3:6 34:9
39,370 27:25

**4**

4 3:3 22:2 23:9
  25:14 26:1
401 2:3
407.204.3100 2:13
407.622.1772 2:18
41 25:8,12
459 23:15

**5**

5 22:2 23:8 25:14
  26:1

**6**

6:19 1:3 35:3

**7**

78583 25:19
786.496.4469 2:9

**9**

9051 8:11
954.400.4713 2:4
9:58 1:15 4:3

**a**

a.m. 1:15,15 4:3
  32:11
able 5:1 13:23
access 9:25 10:3
accounting 9:2
accurate 21:9
  34:10
action 34:14,15
adams 29:5,9,13,14
  29:17,21,21
add 16:8,8,8
address 8:10 12:24
  14:19 19:13,18,25
  19:25 20:20,21
  28:6
addresses 13:5,6
administrator 8:7
  8:13
advise 36:7
advisor 30:22
affirm 4:6
affirmed 4:12
ago 7:4
agreed 3:17
allen 6:22,25 7:6,13
  15:12,19
allen's 6:23
allows 17:5
amanda 29:5
ann 29:13,14
answer 6:4 13:19
  13:20

**apologize** 28:2
**appear** 27:10,23
**appeared** 33:8
**appearing** 2:5,10
  2:14,19
**append** 18:13
**application** 8:21
**applications** 9:3
**apply** 14:23
**april** 33:17
**arrangements** 36:9
**aside** 5:17 24:5
**asked** 17:20
**asking** 6:14 7:5
**assign** 14:9
**attorney** 6:2,13
  7:13 34:12
**attorneys** 5:18 6:11
  6:18 30:3 34:13
**august** 1:14 33:8
  35:4 36:6
**authorized** 34:6
**available** 36:8
**avenue** 2:7

**b**

b 1:9 3:8 7:18
back 11:17 21:10
backup 11:25 12:1
  12:3,12,13,16
bates 22:19 23:1
  25:4,8,12 26:10,12
bathroom 5:14
bdc 2:19 7:16 18:12
  24:11 25:2,4 27:14
  28:19
bear 19:21 23:12
  26:5
began 4:3
behalf 1:4 2:5,10
  2:14,19

**believe** 15:17 16:1 18:1 19:2 22:1 24:15
**blank** 29:9,14
**bobby** 29:17,21
**bottom** 21:7 22:18
**boulevard** 2:3
**bravo** 7:18
**break** 5:14
**brickell** 2:7
**brock** 2:11 7:4 36:2 36:19
**brock.magruder** 2:14 36:5
**broke** 14:4
**business** 8:10

**c**

**c** 2:1 3:1 4:1 7:18 24:15 36:2
**call** 5:23 7:13
**called** 5:23 22:19
**calling** 7:5
**calls** 6:2 31:13
**capital** 24:15,22
**case** 1:3 7:7,10 24:14,21 25:3 27:3 35:3
**categories** 11:14 30:13
**cc** 36:18
**cell** 19:17 20:17 28:7
**cellular** 13:8 15:6,9
**center** 2:16
**certificate** 3:5,5 33:1 34:1
**certified** 1:20 34:21 36:17
**certify** 33:7 34:6,11
**cetera** 26:2

**changes** 5:3 35:2
**charge** 8:14
**charley** 7:18
**chrysler** 1:9,10
**city** 19:15 20:3,3 28:6
**civil** 36:25,25
**cl** 24:11
**client** 6:2,13
**clifton** 1:4
**clock** 9:3
**close** 21:16 22:11 24:9 26:4
**code** 19:15 20:9 22:2,3 28:6
**colonial** 8:11
**column** 19:6,6,12 19:16,22,25 20:3,6 20:9,12 21:1 22:2 24:3,3 25:14,14,15 26:1,1,2 28:3,4,5 28:24,24 29:8,13 29:18
**columns** 19:3,5,7,8 19:11 22:5 23:9 24:5
**come** 13:25 30:19 30:21
**comes** 11:4,11
**commission** 33:16 33:17
**communications** 6:13,15 31:25
**completed** 13:2 36:8,11
**computer** 8:15 10:3 10:5,20 18:9,14
**concluded** 32:10
**conclusively** 22:7
**conference** 5:1

**connected** 34:14
**consider** 11:2,10
**considered** 36:11
**consist** 10:24
**consisted** 17:12
**consult** 28:11
**contact** 14:15 36:8
**contain** 10:21 11:7
**contained** 11:15
**conversations** 6:5 6:10
**coordinate** 32:8
**copy** 32:9
**corner** 22:19
**correct** 9:11,12,14 9:15 10:12 12:11 12:17,20 16:12,15 16:16,19,20 19:23 20:1,2,4,10,11,22 22:9,10 23:10 24:3 24:4 25:16 26:2,3 29:6,7,19,20,23,24 30:10,13,14 32:1
**correction** 35:6
**counsel** 3:18 6:6,11 28:12 34:12,14
**county** 33:4 34:3
**couple** 28:18 29:1
**court** 1:1 5:8
**covered** 28:1
**created** 18:24 27:11 31:21
**criteria** 14:11
**cross** 3:4 30:6
**crr** 1:19 33:6,15 34:5,20 36:16
**crrt** 19:6,15 24:3
**current** 21:3
**customer** 8:23 11:2 11:3,10,17,18 12:15,23 13:13

14:9 18:3 19:13,23 19:25 20:3,9,13,15 20:18 22:4 27:6,23 28:5,21,22,23,25 29:5,10,15 30:19 30:20,23,25 31:2,9 31:12,22,24
**customer's** 20:20 21:3
**customers** 5:23 10:22,24,25 11:8 11:13,13,14 12:16 13:24 14:13,23,24 15:2,4,7,10 16:3,4 16:24 17:1 21:10 23:3 31:4,20
**customize** 9:22
**cv** 1:3 35:3

**d**

**d** 1:9 4:1,18 7:18 8:21 9:5 18:13,13
**dash** 18:13
**data** 16:9 17:16,19 30:16,18
**database** 16:1,2
**date** 1:14 11:21 14:19,20 19:18 20:23,24,24 28:8 28:23,24,25 29:8 29:14,18 31:6 35:4 35:25 36:24
**dated** 34:17
**david** 7:18 9:5
**days** 36:11
**dci** 1:3 35:3
**dealer** 9:6,8 14:13
**dealership** 8:15,16 8:18 9:23 20:25
**dealerships** 9:22
**dear** 36:7

deceased  14:14
decide  30:15
declare  35:22
dedupe  18:13
defendant  1:11
demers  1:13 3:2
  4:11,18 21:21
  28:15 29:25 33:7
  34:7 35:4,25 36:2,6
  36:7
department  11:4
  30:20
departments  9:1
deponent  3:18 35:4
  36:24
deposition  1:13
  3:19 4:22,25 7:7,24
  34:7 36:6,8,21
described  14:22
designated  13:8
designation  31:15
  31:18,23
designations  13:10
  13:14
desk  10:5
desktop  10:3,5
destroyed  12:5,7
detail  13:1
different  12:10
  13:3 30:13
digit  22:3
direct  3:3 4:14
directly  17:6
disclosing  6:5
discuss  7:9
discussed  5:24
discussion  28:13
distance  19:6
district  1:1,1
division  1:2

dms  9:5,6,8,8,13,17
  9:20 10:2,9,21 11:6
  11:15 13:24 14:7
  17:6 18:22 21:24
  23:4,22 24:6 25:23
  26:21 30:9,16,18
  31:11
document  21:7,15
  21:21 22:8,12,13
  22:16 23:1,3,21
  24:9,24 25:9,11,17
  26:6,12,14,23 27:5
  27:10,13,16 35:22
documented  18:12
documents  7:23
  21:14 25:1 26:9
dodge  1:9,9 6:24
  18:12 27:14 28:19
doing  4:25 5:6
download  17:6
downloaded  17:10
drive  8:11
driver's  33:9
dropbox  17:19,21
  17:24
dropped  11:23
duly  4:12 33:9

e

e  2:1,1 3:1,8 4:1,1
  4:18,18,18 8:21
  18:13,13 32:5
  36:25,25
earlier  24:2 31:4
early  6:10
east  1:16 2:3,12
  8:11 36:3
ehk  24:16,22
either  21:4
elected  31:12
email  13:5,6 15:13
  15:18,19 17:23

19:17 20:20,20
  28:7
emails  14:19
employed  6:12
  7:16
employee  34:11,13
enter  14:10,17 35:2
entire  16:1,2
entries  27:23
errata  3:6 35:1
  36:13
esq  36:2
esquire  2:2,6,11,15
  36:18,19
et  26:2
everybody  16:11
  16:17
exactly  10:10
examination  3:3,4
  4:14 30:6
examined  4:12
example  13:8 23:8
  29:12
examples  9:19 29:1
excel  17:6,10,12,14
  18:19,24 21:16,17
  25:18 26:22 27:21
  28:19 30:8
excluded  31:20
excuse  15:13
expires  33:17
extent  6:1

f

f&i  30:20
fact  16:21
facts  35:22
fair  5:11
familiar  9:4
far  11:17
february  15:17
  16:19,19 18:22

21:10 26:25 27:11
  27:14,21 28:19
federal  36:11,25
ff984627  33:16
fields  16:9 26:17
fifth  26:11
figure  28:20
file  18:14
filed  4:21
files  18:9
finance  9:2
financially  34:15
fine  10:15
first  4:12 18:11
  19:12
five  22:3
flip  25:4 27:9
floor  1:16 2:12 36:4
florida  1:1,17 2:4,8
  2:13,17 33:3,7,16
  34:2,6 36:4,12,25
follow  26:19
followed  22:21
  25:5
follows  4:13
followups  30:2
foregoing  34:9
  35:22
form  13:16
format  17:3,5
  26:22 27:21
fort  2:4
forward  15:13
forwarded  15:19
  36:13,14
four  11:19,20,22
  12:20 13:25 16:15
  31:5,5
friday  1:14
front  18:8,14

**froze**  10:14,18
**further**  30:1 32:4
  34:11

**g**

**g**  2:11 4:1 29:17,21
  36:2,19
**gap**  1:3 35:3
**general**  6:6,24
  15:20
**generate**  16:9
**generated**  8:2 17:1
  17:3 18:21 19:2,8
  21:10,23 22:8 23:4
  23:22 24:6 25:13
  25:23 26:21,25
  27:7,20
**generates**  16:10
**generic**  9:11
**give**  4:7 5:7,9 6:9
  6:14 9:19
**giving**  9:25
**go**  29:3
**goes**  11:18
**going**  5:6 7:12 18:2
  18:9 19:20
**good**  4:16,19 10:18
**gray**  1:16 2:11,14
  36:3,5
**great**  5:13 22:24
**greenway**  1:8,9
  2:14 4:21 5:25 6:12
  6:24 8:6,18,24 9:13
  10:8 12:22 13:12
  16:12,18 18:12
  22:8,13,14,20,25
  23:1,4,14 25:13
  26:7,10,12 27:14
  27:17 28:19 29:22
  35:3
**greenway's**  6:6
  10:22

**guess**  31:4
**guys**  24:10

**h**

**h**  3:8
**hand**  2:16 4:4
  22:18
**happened**  18:5
**happens**  11:22
**hear**  5:1 28:15
**held**  8:8 28:13
**help**  9:21,22
**hiraldo**  2:2,2,6 3:3
  4:15,19 6:8 10:16
  13:18,22 21:20
  24:1,10,23 28:15
  28:17 29:25 32:4
  36:18
**hiraldolaw.com**
  2:5
**home**  19:16 20:12
  20:12 22:5 23:10
  28:6
**housed**  12:10,13
**household**  13:4

**i**

**i.d.**  33:9
**identification**
  33:10
**ignacio**  2:6
**ignite**  8:22
**iii**  2:11 36:2,19
**ijh**  2:7
**ijhiraldo**  2:9
**ijhlaw.com**  2:9
**includes**  25:2
**inclusion**  36:14
**income**  22:5 23:9
  25:14 26:1
**individual**  15:14
  20:7 29:12

**individually**  1:4
**information**  6:3,14
  10:22 11:7,17,23
  12:4,15,22 13:1,12
  14:18 17:10,14
  18:3,6 19:8 24:6
  30:24
**inhouse**  6:12
**inputs**  30:16
**inputted**  17:14
  30:18
**instructions**  6:9
**interact**  9:17
**interested**  34:15
**internal**  6:6
**inverted**  24:17
**invoice**  25:19

**j**

**j**  2:6 4:18 29:8,13
  29:18
**jazzmin**  1:19 33:6
  33:15 34:5,20
  36:16
**jean**  1:13 3:2 4:11
  4:18 33:7 34:7 35:4
  35:25 36:2,6,7
**jeep**  1:9,10
**job**  8:12 9:16
**june**  29:18,22
**justin**  15:14

**k**

**keep**  11:19,20
  12:14
**know**  5:4,11,15
  11:17 17:21 18:2,5
  18:24 21:12 23:19
  24:14 25:20 27:2,5
  28:1
**kohlmyer**  2:16

**l**

**l**  3:16 8:21
**label**  22:20
**labeled**  25:4 26:10
  26:12
**las**  2:3
**lauderdale**  2:4
**law**  2:7
**lawsuit**  4:20 5:19
  5:24 6:19 7:1,14,21
**layout**  8:2 26:17
**leads**  19:2 22:1
**lengthy**  23:13
**letter**  3:6 36:7,11
**liaison**  8:14
**license**  33:9
**limited**  16:14
**line**  29:3,5,13,17
  35:6
**lines**  17:11 21:7
**list**  5:22,22 16:10
  23:3,13 31:1
**listed**  30:13 31:15
  31:18
**little**  14:4
**long**  8:8 10:8
**look**  18:8 21:11,13
  21:15 22:18 27:13
  29:1,17
**looked**  23:6
**looking**  25:12
  26:23 27:5,17 30:8
  31:23
**lowercase**  24:15

**m**

**m**  2:15 3:3 4:15,18
  6:8 9:5 10:16 13:18
  13:22 21:20 22:5
  24:1,10,23 28:15
  28:17 29:25 32:4

**m1044691a** 21:18
**magruder** 2:11 3:4
6:1 13:16,20 21:19
23:23 24:18,21
30:5,7 32:2,7 36:2
36:19
**main** 12:7,10 20:20
**maintain** 12:22,24
**maintained** 12:2,16
12:19
**maitland** 2:16,17
**making** 30:21
**manage** 9:24
**management** 9:6,8
**manager** 6:24 9:16
**manipulate** 17:15
**manny** 4:19 21:19
**manuel** 2:2 36:18
**march** 25:18
**marked** 3:9 14:14
**market** 23:10
**marketing** 31:13
31:25
**mean** 29:9
**meaning** 29:14
**memory** 21:14
**mentioned** 13:7
31:4
**mhiraldo** 2:5
**miami** 2:8
**middle** 1:1
**mike** 9:5
**mileage** 14:20
**mine** 19:16
**mobile** 20:17
**model** 19:18 21:1
28:8
**month** 7:4
**morning** 4:16,19
**moved** 12:6

**musrati** 1:19 33:6
33:15 34:5,20
36:16

**n**

**n** 2:1 3:1,1,16 4:1
4:18 8:21 22:5
24:15
**name** 4:17,19 8:17
9:4,11 12:24 14:18
15:14 19:12,12,22
19:22 27:2 28:5
**named** 9:13
**names** 27:6
**ncoa** 18:13
**need** 23:12 28:11
**non** 6:18
**nonparty** 24:11
**notary** 33:6,16 34:5
**notes** 34:10
**number** 13:8 14:10
19:16,17,17 20:12
20:12,15,15,17,17
21:9 25:19 28:7,7,7
**numbers** 12:25
13:7,8,11 14:19
15:7,10 22:21 25:6
30:12,12 31:1

**o**

**o** 3:1,16 4:1 8:21
22:5 24:15 36:2
**oath** 3:5 33:1
**object** 13:16
**objection** 6:1
**obvious** 19:21 28:2
**occur** 7:3
**occurred** 15:16
**office** 13:9
**oh** 10:18 14:5
**okay** 5:1,4 6:7 9:13
9:19 12:9 16:14

17:21 19:10,14,20
21:1,13 22:15,18
22:24 23:2,7,14,18
23:21 24:9 25:8,10
25:17 26:8,9,13,16
27:13,16 29:1,4
30:23 31:1
**olas** 2:3
**older** 31:5
**once** 7:2 17:10,14
36:13
**ones** 16:7
**onsite** 12:14
**open** 18:11,17,18
21:17,19 22:12,16
24:24 26:6,8
**opted** 14:15 31:24
**orange** 33:4 34:3
**order** 12:25 13:1
16:5
**ordering** 36:13,14
**original** 36:13
**orlando** 1:2,17 2:13
8:11 36:4
**ortiz** 2:15 24:13,20
30:4
**outside** 7:13

**p**

**p** 2:1,1 3:16 4:1
18:13 24:15,22
**p.a.** 2:2,16
**page** 22:19 23:1,15
25:8 26:11 34:9
35:6
**pages** 23:15 26:20
**paper** 32:6,9
**parameters** 15:24
**parkway** 2:16
**part** 12:12 27:17
**parties** 3:18 34:12
34:13 36:14

**parts** 9:2
**party** 25:3 36:13
**password** 24:10
**payroll** 9:3
**pdf** 26:23
**penalties** 35:22
**people** 9:24 14:14
14:15
**perjury** 35:22
**permanently** 12:5
12:7,9
**person** 15:23
**personally** 33:8
**personnel** 9:23
**phone** 12:24 13:7,7
14:19 19:17 28:6,7
28:7 30:12,12 31:1
**picton** 1:4 24:13
35:3
**picton2019ehk**
24:17,20
**picture** 10:18
**pine** 1:16 2:12 36:3
**place** 1:16
**plaintiff** 1:6 2:5,10
27:2
**plaintiffs** 4:20
**platform** 9:4 10:9
11:7,15 18:22
21:24 23:5,22 24:7
25:23 26:21
**please** 4:5,16 5:7,9
8:20 14:3,6 18:17
19:11 22:13 23:14
23:19 25:18,20
26:5 29:3 32:6,9
36:8
**point** 5:3 15:12
**position** 6:23 8:6,8
**power** 8:19,21,22
8:23,25 9:7,14,17

9:20 10:2,8,21 11:6
  11:15 13:24 14:7
  18:22
**prefix** 25:15 26:1
**preparation** 7:23
**previously** 28:1
**primary** 12:19
**print** 26:18
**prior** 4:22 16:14
**privileged** 6:2,13
**probably** 22:2
**procedure** 36:25
  36:25
**proceedings** 4:3
  32:10
**process** 14:22
**produced** 25:2 26:9
  33:9
**professional** 1:19
  34:21 36:17
**program** 14:8
**promotions** 2:19
  7:17 18:12 25:2
**provide** 22:4,4
**provided** 5:22 8:25
  13:13 17:21,24
  22:3
**public** 33:6,16 34:5
**pull** 14:18 25:17
  31:8
**pulled** 30:9 31:6
**purchased** 16:11
  16:17 19:19 20:25
  21:4 29:22
**purchases** 11:11
**put** 14:11,12
**putting** 9:24

**q**

**question** 5:9,10 6:2
  6:4 10:17 13:17
  25:11

**questions** 5:7 7:5
  9:23 19:20 28:2,18
  30:1,3,4,5 32:3,4

**r**

**r** 2:1 4:1,18 8:21
**rachel** 2:15
**radius** 18:13 23:9
**raise** 4:4
**ran** 27:7
**read** 3:6 32:7 35:22
  36:9
**reading** 3:19 36:21
**really** 23:15
**realtime** 1:20 34:21
  36:17
**reason** 5:15 35:6
**reasonable** 36:11
**reasons** 23:7 24:2
  25:25 31:8
**recall** 15:12,16,18
  15:19,21,24 16:5
  16:23,25 17:11
**receipt** 36:11
**receive** 31:2,13
**received** 36:13
**recognize** 18:19
  21:21 26:14,24
**record** 13:4 28:14
  34:10
**records** 14:9,12
**referenced** 36:8
**refp** 25:5
**refresh** 21:14
**regard** 36:12
**regarding** 11:7
**registered** 1:19
  34:21 36:17
**regularly** 9:17
**relative** 34:11,13
**reload** 12:3

**rely** 13:12
**remain** 11:25
**remaining** 19:7
**removed** 12:9
**repair** 11:5 12:25
  13:1
**repairs** 13:2
**rephrase** 5:11
**report** 8:2,3 13:23
  14:3,7,10,18,21
  15:1,4,6,9,22,25
  16:6,8,8,9,10,17,21
  17:1,3 19:8 21:11
  26:18,20,25 27:6
  27:10,20,24 34:7
**reported** 1:19
**reporter** 1:19,20
  3:5 5:8 34:1,21,21
  36:17,17
**reports** 9:21 14:9
  14:23
**represent** 4:20 25:1
**request** 15:22
**requested** 15:25
  26:18 34:8
**reservation** 30:21
**reserved** 3:20
**residential** 13:9
**resides** 20:4,7
**respect** 13:13
**respective** 3:18
**responded** 24:22
**response** 5:8,10
  24:11
**responsibilities**
  8:12
**restate** 16:24
**review** 18:10 34:8
  36:8,9,10
**reviewed** 7:23 8:1
  21:17

**reynolds** 8:19,22
  8:22,23,25 9:7,14
  9:17,20 10:2,8,21
  11:6,15 13:23 14:7
  18:22
**right** 4:4 21:5
  22:18 23:12,16
  28:9 31:23,25
**robinson** 1:16 2:11
  36:3
**robinson.com** 2:14
  36:5
**rortiz** 2:18
**roughly** 16:18
**rpr** 1:19 33:6,15
  34:5,20 36:16
**rule** 36:25,25
**rules** 36:11
**run** 8:18 9:1,21
  13:23 14:2,7,20
  15:1,4,6,9 16:2,5
  16:21 17:5
**running** 14:8,23
**runs** 8:16

**s**

**s** 2:1,2 3:1,8,16,16
  4:1,18 8:21 9:5
  36:18
**sale** 19:18 20:23
  29:14,18
**sales** 6:24 9:2 11:7
  11:10,13,18,19
  12:15 14:19,23
  15:4,10 16:4,23,25
  20:24 28:21,21,23
  28:24 29:8 30:19
  31:5
**salesman** 30:20
**sam** 9:5
**scroll** 21:6 23:13

**second** 23:13 24:18 26:5 28:11
**see** 5:1 18:14 21:14 22:22
**select** 14:12,13,14 14:15
**selection** 14:11 16:8
**sending** 15:13
**sensitive** 24:14,21
**sent** 17:19
**september** 33:12 34:17
**server** 11:25 12:1
**service** 9:2 10:25 11:2,3,4,13,18,20 11:21 12:15,23 13:24 14:19,23 15:1,7 16:4,23,25 21:4 28:21,24 29:10,15 30:20,22 31:6
**serviced** 16:11,18
**seven** 12:14,17
**shaun** 6:22,23 15:12 17:23
**she'll** 32:7
**sheet** 3:6 35:1
**shepard** 2:16
**shepardfirm.com** 2:18
**sign** 3:6 36:9,9
**signature** 33:14 34:19 36:24
**signed** 33:12
**signifies** 29:21
**signing** 3:19 36:21
**similarly** 1:5
**sincerely** 36:15
**sitting** 6:11

**situated** 1:5
**sleep** 10:20
**smith** 2:16
**software** 8:15,17 8:24 9:1,22 10:2
**sold** 28:8,23
**sorry** 10:17,20 13:6 14:4
**sort** 13:9
**sorted** 14:10
**specht** 15:14 17:24
**specific** 13:10 14:8
**specifically** 15:20 31:20
**spell** 4:16 8:20
**spoken** 6:18,21,25 7:16,20
**spreadsheet** 17:7 17:11,12,15 18:19 18:21,24 21:16,17 23:6 25:18,22,22 28:20 30:8 31:19 31:21,22
**st** 20:6
**stands** 28:4
**started** 10:11
**starts** 22:20
**state** 4:16 19:15 20:6 22:7 28:6 33:3 33:6,16 34:2,5
**stated** 23:8 35:22
**states** 1:1
**statute** 36:12
**stenographer** 4:4
**stenographic** 34:10
**stenographically** 1:18 34:7
**step** 14:17
**steps** 14:2,6 16:5
**stipulated** 3:17

**stop** 5:14
**stored** 12:14
**street** 1:16 2:12 36:3
**stuck** 9:24
**subpoena** 24:12 25:5
**substance** 6:14
**suggested** 36:10
**suite** 2:3,8,17
**sure** 10:10 14:5
**swear** 4:6
**sworn** 4:12 33:9
**system** 8:12 9:9,16 9:25 10:1 11:24 12:6,8,10,10,12,16 12:19 19:4 31:6,9 31:11,15,24
**systems** 8:7 9:6,16

**t**

**t** 3:1,1,8,16,16 24:15
**take** 5:8 17:5 18:8 23:16 32:5,9
**tapes** 12:3
**telephone** 15:6,10 20:17
**tell** 7:6,13 8:1 21:6 27:6,23 28:3
**telling** 7:12
**terminated** 10:1
**testified** 4:13,22 7:6 24:2
**testimony** 3:2 4:6 7:9 23:7 30:10
**thank** 21:5 22:11 29:25 30:4 32:5
**thing** 24:18 29:12
**think** 26:20 28:9,9
**thousand** 26:20

**time** 1:15 9:3 30:1 30:1
**times** 6:25
**title** 22:4
**titled** 18:12 21:18 22:13 25:18 26:7
**today** 4:23
**today's** 7:24
**told** 5:18 7:4 16:7
**top** 23:16
**total** 21:9
**track** 31:11,12
**trades** 14:13
**transcript** 3:20 32:5 34:8,9 35:2 36:7,9,10,13,14,21
**true** 34:9 35:23
**truth** 4:7,7,8
**try** 24:14
**turn** 22:25 23:14 26:11
**two** 19:7 24:5
**type** 8:24 12:22 13:1 16:3 17:3
**typical** 12:23

**u**

**u** 3:16 18:13
**underneath** 29:13
**underscore** 25:5
**understand** 5:9,10
**understanding** 5:17,21 26:22
**understood** 5:15,16 6:16
**united** 1:1
**upload** 17:22
**uploaded** 18:3,6
**uppercase** 24:16
**use** 8:24 9:1,20,21 9:21

| uses   8:18 9:13 |
|---|
| **v** |
| **v**   35:3 |
| **values**   23:10 |
| **various**   30:12 |
| **vehicle**   11:12 13:2 |
|    16:11,12,18 19:19 |
|    20:25 21:3 28:8 |
|    29:22 |
| **vehicles**   13:3 |
| **vendor**   8:15 |
| **verbal**   5:7 |
| **veritext**   36:8 |
| **version**   30:9 |
| **video**   5:1 |
| **videoconference** |
|    2:2,6 |
| **vin**   19:18 21:2 28:8 |
| **voicelogic**   7:20 |
| **vs**   1:7 |
| **w** |
| **waive**   36:9,21 |
| **waiver**   36:20 |
| **walk**   14:2,6 19:10 |
|    28:3 |
| **want**   5:14,23 14:10 |
|    14:12,18 23:15,23 |
| **wanted**   28:20 |
| **way**   5:3 21:6 27:9 |
|    31:12 |
| **went**   10:20 |
| **wholesale**   14:13 |
| **witness**   4:9 10:14 |
|    23:24 28:16 |
| **word**   22:20 |
| **work**   11:5 12:25 |
|    19:17 20:15,15 |
|    21:4 28:7 |
| **works**   5:25 |

| **wrap**   28:12 |
|---|
| **write**   35:2 |
| **x** |
| **x**   3:8 |
| **y** |
| **y**   8:21 |
| **yeah**   9:6 10:20 |
|    24:13 |
| **year**   19:18 21:1 |
|    28:8 |
| **years**   8:9 10:12 |
|    11:19,20,22 12:14 |
|    12:17,20 13:25 |
|    16:15 31:5,5 |
| **z** |
| **zip**   19:15 20:9,9 |
|    22:2,2,3 23:8,9 |
|    24:3 25:14,14 26:1 |
|    26:1 28:6 |
| **zoom**   23:23 |

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under

rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.