

# Manuel S. Hiraldo

Mr. Hiraldo has extensive experience in all aspects of litigation in state and federal courts, including motion practice, oral argument, discovery, mediation, trial, and appellate practice.

Prior to opening Hiraldo P.A., Mr. Hiraldo was Of Counsel at Blank Rome LLP.  His practice focused on defending loan originators and servicers in consumer claims under the Telephone Consumer Protection Act, the Real Estate Settlement Procedures Act, the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and state collection and deceptive trade practices statutes.

Mr. Hiraldo is fluent in Spanish.

**Practice Areas**
Commercial Litigation
Financial Services Litigation
Class Actions
Appellate Litigation
Real Estate Litigation
Construction Defect
Wrongful Death
Catastrophic Injury

**Education**
J.D., Emory University School of Law – 2006
BBA, Emory University, Goizueta Business School – 2003

**Experience**
Hiraldo P.A.: 2016 – present
Blank Rome LLP: 2011 – 2016
Rumberger, Kirk & Caldwell, P.A.: 2008 – 2011
Wicker, Smith, O'Hara, McCoy & Ford, P.A.: 2006 – 2008

**Recognitions**
2012 – 2016, "Florida Rising Star" by Super Lawyers

**Court Admissions**
Florida
U.S. District Court - Middle District of Florida
U.S. District Court - Northern District of Florida
U.S. District Court - Southern District of Florida
United States Court of Appeals for the Eleventh Circuit

**Notable Cases**

- *Horn v. iCan Ben. Grp., Ltd. Liab. Co.,* 2018 U.S. Dist. LEXIS 98777 (S.D. Fla. 2018) ($60,413,112 Consent Judgment)

- *Eisenband v. Schumacher Automotive, Inc.*, 9:18-cv-80911-BB (S.D. Fla. 2018) ($5,000,000 Class Settlement) (pending final approval)

- *Papa v. Grieco Ford Fort Lauderdale, LLC*, 1:18-cv-21897-JEM (S.D. Fla. 2018) ($4,800,000 Class Settlement) (pending final approval)

- *Bloom v. Jenny Craig, Inc.,* Case No. 1:18-cv-21820-KMM (S.D. Fla. 2018) ($3,000,000 Class Settlement)

- *Dipuglia v. US Coachways, Inc.*, 2018 U.S. Dist. LEXIS 72551 (S.D. Fla. 2018) ($2,600,000 Class Settlement)

- *Mohamed v. Off Lease Only, Inc.*, Case No. 1:15-cv-23352-MGC ($1,450,750 Class Settlement) (pending final approval)

- *Marengo v. Miami Resch. Assocs., LLC*, No. 1:17-cv-20459-KMW, 2018 U.S. Dist. LEXIS 122098 (S.D. Fla. 2018) ($1,236,300 Class Settlement)

- *Wijesinha v. Susan B. Anthony List, Inc.*, 1:18-cv-22880-JEM (S.D. Fla. 2018) ($1,017,430 Class Settlement) (pending final approval)

- *Masson v. Tallahassee Dodge Chrysler Jeep, LLC*, No. 17-22967-CIV-M ORE, 2018 U.S. Dist. LEXIS 77916 (S.D. Fla. 2017) ($850,000 Class Settlement)

- *Poirier v. Cubamax Travel, Inc.*, No. 1:18-cv-23240-CMA (S.D. Fla. 2018) ($808,000 Class Settlement) (pending final approval)

- *Whitworth v. HH Entm't, Inc.*, No. 9:17-cv-80487-KAM, 2018 U.S. Dist. LEXIS 112223 (S.D. Fla. 2017) ($750,000 Class Settlement)

- *Gerstenhaber v. Galleria Fitness Club, LLC*, No. 1:18-cv-62108-CMA (S.D. Fla. 2018) ($600,000 Class Settlement) (pending final approval)

# EDELSBERG
LAW PA.
## A PLAINTIFF'S FIRM

SCOTT@EDELSBERGLAW.COM | 19495 BISCAYNE BLVD #607, AVENTURA, FL 33180 | 305 975 3320 | EDELSBERGLAW.COM

Scott Edelsberg's broad-based litigation experience representing both plaintiffs and defendants provides him with an invaluable perspective when prosecuting claims on behalf of consumers who have been harmed by corporate wrongdoing.

Scott Edelsberg is the founding partner of Edelsberg Law, PA and focuses his practice in the areas of class actions, consumer fraud and personal injury.

In connection with his representation in class action matters, Edelsberg has litigated cases in multiple state and federal jurisdictions throughout the country, including two multi-district litigation proceedings. In those cases, Edelsberg has won contested class certification motions, defended dispositive motions, engaged in data-intensive discovery and worked extensively with economics and information technology experts to build damages models. His efforts have lead to numerous class settlements, resulting in millions of dollars in relief for millions of class members. Despite his young career, Edelsberg has been appointed class counsel in numerous national class action lawsuits and has been featured in The Daily Business Review twice.

Edelsberg is a native of South Florida and earned a Bachelor of Arts degree in Political Science from the University of Michigan. While at Michigan, he was awarded the Michigan Merit Scholar award and served as an intern for the Washtenaw County Public Defender's office. Edelsberg went on to receive a Juris Doctor degree, Cum Laude, from the University of Miami School of Law. While attending law school, he was on the Dean's List, a member of the International and Comparative Law Review, a Merit Scholarship recipient and served as an Equal Justice for America Fellow.

## Notable Class Action Settlements:

- *Gattinella v. Michael Kors*, Case No. 1:14-cv-05731 (S.D. New York 2016) (Class settlement for $4.875 million) (named class counsel);
- *Wildstein v. Seventh Generation, Inc.,* Case No. 3:15-cv-00205 (N.D. California 2016) (Class settlement for $4.75 million) (named class counsel);
- *Gottlieb v. CITGO Petroleum Corporation*, Case No. 9:16-cv-81911 (S.D. Fla. 2017) (Class settlement for $8.3 million) (named class counsel);
- *Seth F. Masson v. Tallahasse Dodge Jeep Chrysler, LLC*, Case No. 1:17-cv-22967 (S.D. Fla. 2017) (Class settlement for $850,000) (named class counsel);
- *Jeanne and Nicolas Stathakos v. Columbia Sportswear Company*, Case No. 4:15-cv-04543 (N.D. California 2017) (Obtained classwide injunctive relief) (named class counsel);
- *Jessica Dipuglia v. US Coachways, Inc.,* Case No. 17-23006-Civ (S.D. Fla. 2018) (Class settlement for $2.6 million) (named class counsel);
- *Zoey Bloom v. Jenny Craig Inc.*, Case No. 1:18-cv-21820 (S.D. Fla. 2018) (Class settlement for $3 million) (named class counsel).



## Our Firm

Shamis & Gentile, P.A. has and continues to provide outstanding legal services in the Florida, New York and Texas communities. Shamis & Gentile, P.A. distinguishes itself because of our experience and legal resources to handle virtually any case involving personal injury, personal injury protection, class actions/mass tort and contract disputes. Specifically, as it relates to class actions, Shamis & Gentile, P.A. has filed and litigated many TCPA, FACTA, and insurance breach of contract lawsuits. At Shamis & Gentile, P.A. our seasoned attorneys are some of the most innovative and progressive attorneys in the profession. Often, Shamis & Gentile, P.A. is called upon to litigate and settle cases that other law firms may not be able to handle on their own.

Shamis & Gentile, P.A is committed to practicing law with the highest level of integrity in an ethical and professional manner. We are a diverse firm with lawyers and staff from all walks of life. Our lawyers and other employees are hired and promoted based on the quality of their work and their ability to treat others with respect and dignity.

## Who We Are

Andrew Shamis is the managing partner at Shamis & Gentile P.A. Mr. Shamis has extensive experience in civil ligation (count, circuit and federal) where he has gained a reputation as an aggressive attorney who advocates for his clients in the strongest way possible. Mr. Shamis has successfully litigated cases (including positive trial verdicts) throughout the state of Florida and New York. Mr. Shamis has been personally responsible for recovering tens of millions of dollars owed to his clients over the course of his legal career. Mr. Shamis is admitted to practice law in both the state of Florida and New York, as well as the U.S. District courts for the Southern, Middle, and Northern Districts of Florida.

Mr. Shamis specializes in Class Action Litigation (TCPA, FACTA, and insurance breach of contract), Personal Injury, Personal Injury Protection, Wrongful Death, as well as General Civil Litigation.

Angelica Gentile is a named partner at Shamis & Gentile, P.A. Ms. Gentile heads the catastrophic injury and personal injury protection departments of Shamis & Gentile, P.A. Ms. Gentile is a consistent favorite among clients as her ability to successfully protect their interests and advocate on their behalf through successful litigation (which has resulted in the recovery of millions of dollars owed) throughout the state of Florida. Ms. Gentile is admitted to practice law

in Florida and Texas, as well as the U.S. District Courts for the Southern and Middle Districts of Florida.

Ms. Gentile specializes in Personal Injury, Personal Injury Protection, Class Action Litigation (TCPA, FACTA, and insurance breach of contract), Wrongful Death, Wrongful Termination, as well as General Civil Litigation.

Our staff sets the standard on being innovative and technologically savvy. This innovation and use of fully customized cutting-edge case management software allows us to create an unparalleled level of customer service and attention to detail with our clients, which has led to an exceptional growth rate rarely seen in law firms.

Shamis & Gentile, P.A. has the resources, infrastructure and staff to successfully represent large putative classes. The attorneys and staff are not simply litigators, but directors of creating successful results with the ultimate level of satisfaction by the clients.

## Class Actions

Shamis & Gentile has initiated and served as both lead counsel and co-lead counsel in hundreds of class actions, many of which have generated internet articles. Currently, the firm serves as lead counsel of co-counsel on fifty-five class action lawsuits. The lawsuits range from all Districts of Florida to the Central District of California. Shamis & Gentile, P.A. has also successfully settled many Class Action cases prior to verdict. It is for these reasons both partners actively litigate and are admitted to the Southern, Middle, and Northern District of Florida.

## Prominent Class Action Settlements

Over the years, Shamis & Gentile attorneys have obtained outstanding results in some of the most well-known cases.

- *Bloom v. Jenny Craig, Inc*., No. 1:18-cv-21820-KMM, 2018 U.S. Dist. LEXIS 151686 (S.D. Fla. Sep. 6, 2018) ($3,000,000.00 Class Settlement)

- *Papa v. Greico Ford Fort Lauderdale, LLC*, No. 1:18-cv-21897 (S.D. Fla. 2018) ($4,800,000.00 Class Settlement)

- *Poierier v. Cubamax Travel Inc*., No. 1:18-cv-231240 (S.D. Fla. 2018) ($808,734.00 Class Settlement)

- *Marengo v. Miami Resch. Assocs., LLC*, No. 1:17-cv-20459-KMW, 2018 U.S. Dist. LEXIS 122098 (S.D. Fla. July 20, 2018) ($1,236,300.00 Class Settlement)

- *Whitworth v. HH Entm't, Inc*., No. 9:17-cv-80487-KAM, 2018 U.S. Dist. LEXIS 112223 (S.D. Fla. July 6, 2018) ($750,000.00 Class Settlement)

- *Dipuglia v. US Coachways, Inc*., No. 17-23006-Civ, 2018 U.S. Dist. LEXIS 72551 (S.D. Fla. Apr. 30, 2018) ($2,600,000.00 Class Settlement)

- *Rattner v. Tribe App. Inc*., No. 17-cv-21344, 2017 U.S. Dist. LEXIS 198517 (S.D. Fla. Nov. 30, 2017) ($200,000.00 Class Settlement)

- *Gottlieb v. Citgo Corporation*, No. 16-cv-81911 (S.D. Fla. 2016) ($8,300,000.00 Class Settlement)

- *Eisenband v. Schumacher Automotive, Inc.*, No. 18-cv-01061 (S.D. Fla 2018) ($5,000,000.00 Class Settlement)

- *Wijesinha v. Susan B. Anthony List, Inc*. No. 18-cv-22880 (S.D. Fla. 2018) ($1,017,430.00 Class Settlement)

## Other Areas of Practice

Shamis & Gentile, P.A. also litigates a variety of other types of litigation, including personal injury protection (of which they are considered the industry standard of excellence), personal injury, employment law, mass tort, breach of contract and health law.

## More About Shamis & Gentile, P.A.

To learn more about our firm, please visit www.shamisgentile.com, or view links to our blogs at https://www.instagram.com/sfiattorneys/?hl=en.



## Michael Eisenband

Mr. Eisenband has represented both plaintiffs and defendants in both state and federal courts. He has significant experience with motion practice, oral argument, discovery, mediation, and appellate practice. Prior to opening Eisenband Law, P.A., Mr. Eisenband was an associate at Blank Rome LLP and before that Greenspoon Marder LLP. Prior to opening Eisenband Law, P.A., Mr. Eisenband's practice focused on representing national lenders and mortgage servicers in contractual disputes and consumer protection lawsuits under the Real Estate Settlement Procedures Act, the Fair Credit Reporting Act and the Fair Debt Collection Practices Act.

**Education:**

J.D., University of Miami School of Law – 2010
BBA, University of Miami, Miami Business School – 2006

**Experience:**

Eisenband Law, P.A.: 2018- Present
Blank Rome LLP: 2014-2018
Greenspoon Marder LLP: 2013-2014
Smith Hiatt & Diaz, P.A.: 2011-2013

**Practice Areas:**

Commercial Litigation
Appellate Litigation
Real Estate Litigation
Financial Services Litigation
Class Actions

**Court Admissions:**

Florida
U.S. District Court - Southern District of Florida
U.S. District Court - Northern District of Florida
U.S. District Court - Middle District of Florida

**<u>Recognitions:</u>**

2016-2018, "Florida Rising Star" by Super Lawyers

**<u>Notable Class Cases:</u>**

- *Gerstenhaber v. Galleria Fitness Club, LLC*, No. 1:18-cv-62108-CMA (S.D. Fla. 2018) ($600,000 Class Settlement) (pending final approval)

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 6:19-cv-196-Orl-31-DCI**

CLIFTON PICTON,
individually and on behalf of all
others similarly situated,                                        **CLASS ACTION**

      Plaintiff,                                               **JURY TRIAL DEMANDED**

v.

GREENWAY CHRYSLER-JEEP-DODGE,
INC D/B/A GREENWAY DODGE CHRYSLER
JEEP,

      Defendant.
_____/

## DECLARATION OF IGNACIO J. HIRALDO

I, Ignacio J. Hiraldo, under penalty of perjury, state as follows:

1.      I am co-lead counsel representing Plaintiff and the Class Members in this case.

2.      I was admitted to the Florida Bar in 2008 and have been a member in good standing since my admission.

3.      I am admitted to practice law in the United States District Courts for the Southern District of Florida and Middle District of Florida, and the Court of Appeals for the Eleventh Circuit.

4.      I received a Bachelor of Arts in Economics from the University of Chicago in 2005 and a Juris Doctor from Harvard Law School in 2008.

5.      After graduating from Harvard Law School, I was an associate at the law firm of Hogan Lovells, LLP from 2008 to 2011.  From 2011 to the end of 2017, I was an associate with the law firm of Buckley Sandler, LLP.

6.      During my time at Hogan Lovells, I represented pharmaceutical companies and medical device manufacturers in defending False Claims Act lawsuits and performed internal investigations for various clients.

7.      At Buckley Sandler I represented a wide range of financial services companies in defending Federal and State government enforcement, examination, and supervision actions, primarily regarding consumer protection statutes such as the Real Estate Settlement Procedures Act, the Truth in Lending Act, the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and state collection and deceptive trade practices statutes.

8.      I established the law firm of IJH Law in February 2018.

9.      I have acted or am presently acting as co-counsel in approximately forty (40) TCPA cases, including:

- *Horn v. iCan Benefit Group*, Case No. 9:17-cv-81027 (S.D. Fla. 2017)

- *McCown v. Capital Pawn II,* 2:17-cv-00665 (M.D. Fla. 2017)

- *Pagano v. Quicken Loans*, 3:18-cv-00115 (M.D. Fla 2018)

- *Rowe v. Loandepot.com*, 8:18-cv-00147 (M.D. Fla 2018)

- *Powell v. Youfit Health Clubs*, 0:17-cv-62328 (S.D. Fla. 2017)

10.     I have been approved as class counsel in the following:

- *Gerstenhaber v. Galleria Fitness Club, LLC*, Case No. 0:18-cv-62108-CMA (S.D. Fla. 2018)

- *Wijesinha v. Susan B. Anthony List, Inc.*, Case No.  1:18-cv-22880-JEM (S.D. Fla. 2018)

11.     My law firm is fully prepared to commit all necessary resources, financial, professional, and otherwise, to oversee the adequate administration of the instant case, as well as to protect the best interests of the class.

I declare under penalty of perjury that the facts stated herein are true and correct.

Executed on: September 30, 2019


*/s/ Ignacio J. Hiraldo*
Ignacio J. Hiraldo