UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLIFTON PICTON, Individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                CASE NO.: 6:19-cv-196-Orl-31-DCI

GREENWAY CHRYSLER-JEEP-DODGE, INC
D/B/A GREENWAY DODGE CHRYSLER JEEP,

    Defendant.
_____/

**DEFENDANT'S AMENDED ANSWERS TO PLAINTIFF'S**
**FIRST SET OF INTERROGATORIES**

Defendant, Greenway Chrysler-Jeep-Dodge, Inc., d/b/a Greenway Dodge Chrysler Jeep ("Defendant"), pursuant to Rule 33, Federal Rules of Civil Procedure and the agreements reached by the Parties via conferral on May 7, 2019, hereby amends its responses to Plaintiff's First Set of Interrogatories to Defendant, and states:

**OBJECTIONS TO DEFINITIONS**

Withdrawn based on agreed narrowed definition of Prerecorded Messages and the Parties' agreement that the full lead lists will be produced, and a protocol negotiated to produce sample documents from each category of potential class member and memorialized in email correspondence between counsel dated May 7 through 16. Plaintiffs also agreed to accept the lead lists as confidential, not to be shared with third parties, only to be used reasonably for purposed of this litigation, and to be returned or destroyed at the conclusion of this case.

## ANSWERS TO INTERROGATORIES

1. Identify every insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment against You in this action or to indemnify or reimburse for payments made to satisfy the judgment irrespective of whether You have, or intend to, make such a claim.

**ANSWER**: None at this time.

2. Identify the total number of Prerecorded Messages that have been sent. For each Prerecorded Message, please identify the date, content, and telephone number of the recipient of the Prerecorded Message, and describe how the Prerecorded Messages were sent, including a description of the equipment used to obtain, store, and send messages to each telephone number.

**AMENDED ANSWER**: Unknown at this time. Defendant hired a third-party marketing company via contract produced as Bates Number GREENWAY 0001, to, among other things, send prerecorded voice messages to certain customers' voicemail inboxes without making a call to the individual's telephone.

3. Describe in detail the method or process by which Prerecorded Messages were sent. Your response should include, but not be limited to, a description of each stage of the transmission process for the Prerecorded Messages.

**ANSWER**: Defendant hired a third-party marketing company via contract produced as Bates Number GREENWAY 0001, to, among other things, send prerecorded voice messages to certain customers' voicemail inboxes without making a call to the individual's telephone. Defendant is without knowledge as to the detailed method or process by which the third-party vendor sent the Prerecorded Messages.

4. Describe in detail the method or process by which You or anyone on Your behalf collected or obtained Plaintiff's telephone number.

**ANSWER**: Plaintiff engaged in business activities with Defendant during which Plaintiff provided his phone number to Defendant on various forms that Plaintiff filled out without any indication he was providing Defendant his phone number with any conditions, including but not limited to, an objection to receiving marketing communications. All of the documents associated with the service of Plaintiff's vehicle were produced as Bates Numbers GREENWAY 0002 – GREENWAY 0012.

Moreover, Plaintiff's business interactions with Defendant were and are subject to Defendant's privacy policy, which is publicly available at the following URL: https://www.greenwaychryslerjeepdodge.com/privacy-policy, and contains an express consent to receive marketing communications, expressly including automated calls.

5. Describe in detail the method or process by which the Subject Prerecorded Messages were sent. Your response should include, but not be limited to, a description of each stage of the transmission process for the Subject Prerecorded Messages.

**ANSWER**: Defendant hired a third-party marketing company via contract produced as Bates Numbers GREENWAY 0001, to, among other things, send prerecorded voice messages to certain customers' voicemail inboxes without making a call to the individual's telephone. Defendant is without knowledge as to the detailed method or process by which the third-party vendor sent the Subject Prerecorded Messages.

6. Identify the name(s) of the individual(s) who prepared and/or approved the content of the Subject Prerecorded Messages.

**ANSWER**: Shaun Allen, and BDC Promotions.

7. Identify every communication between You and Plaintiff.

**ANSWER**: Defendant has no record of any communications to Plaintiff other than the messages sent by the third-party vendor.

8. Identify who sent the Subject Prerecorded Messages to Plaintiff.

**ANSWER**: BDC Promotions.

9. Describe the equipment used to send (1) the Subject Prerecorded Messages, and (2) if different equipment was used, the Prerecorded Messages.

**ANSWER**: Defendant is without knowledge as to the equipment used to send the Subject Prerecorded Messages or the Prerecorded Messages, which the third-party vendor sent.

10. Describe any equipment used by You or anyone on Your behalf to store telephone numbers belonging to recipients of Prerecorded Messages. Your answer should include a description of how that equipment interacts with any equipment used to send the Prerecorded Messages.

**AMENDED ANSWER**: Defendant employs industry leading customer relationship software, eLead, to store, sequester, and protect all customer information in a legally compliant manner. Each store is a unique information silo and users are denied access to personal and private information they are not authorized to access.

11. Have You ever received formal or informal complaints regarding Prerecorded Messages? If so, identify the complaint, including the date and name(s) of the individual(s) making the complaint.

**AMENDED ANSWER**: Defendant objects to this interrogatory as it is overbroad, is not proportional to the needs of this case, seeks information that is not likely to lead to the discovery of admissible evidence, and is unduly burdensome. This interrogatory is not narrowly tailored to the claims and defenses in this litigation, and would require the search of hundreds of email accounts, inboxes, and records to identify any complaint regarding Prerecorded Messages and that term is broadly defined.

Subject to Plaintiff's agreement to limit this interrogatory, for the time being, to seek only complaints received by Defendant's general counsel's office, please see Bates Numbers GREENWAY 0013 – GREENWAY 0037.

12. Describe what type of consent or permission, if any, You obtained from Plaintiffs to send the Subject Prerecorded Messages prior to sending the messages.

**ANSWER**: Express, written consent. Plaintiff provided his phone number to Defendant without any restriction or objection to receiving marketing communications. Moreover, Plaintiff's business interactions with Defendant were and are subject to Defendant's privacy policy, which is publicly available at the following URL: https://www.greenwaychryslerjeepdodge.com/privacy-policy, and contains an express consent to receive marketing communications, expressly including automated calls.

13. Describe what type of consent or permission, if any, You obtained from recipients of the Prerecorded Messages prior to sending the Prerecorded Messages.

**ANSWER**: Express, written consent. All of the individuals that were contacted by the third-party vendor provided phone numbers to Defendant without any restriction or objection to receiving marketing communications. Moreover, their business interactions with Defendant were and are subject to Defendant's privacy policy, which is publicly available at the following URL: https://www.greenwaychryslerjeepdodge.com/privacy-policy, and contains an express consent to receive marketing communications, expressly including automated calls.

14. Describe the manner in which the list(s) of telephone numbers to which Prerecorded Messages were sent was compiled or acquired, and identify the source(s) of the telephone numbers and the persons who complied them.

**AMENDED ANSWER**: The telephone numbers were collected in a variety of ways, including through requests for information submitted by the providers online, in written contracts for the purchase and lease of vehicles, and in written contracts for service of vehicles. All of the individuals that were contacted by the third-party vendor provided based on information received from Defendant, provided their phone numbers to Defendant without any restriction or objection to receiving marketing communications. Moreover, their business interactions with Defendant were and are subject to Defendant's privacy policy, which is publicly available at the following URL:

https://www.greenwaychryslerjeepdodge.com/privacy-policy, and contains an express consent to receive marketing communications, expressly including automated calls.

15. Identify (a) each telephone number for the telephone line(s) from which You, or anyone on your behalf, sent the Subject Prerecorded Messages, (b) the telephone service provider(s) for each such telephone number, and (c) the account number, name and address for the account holder of each such telephone number.

**ANSWER**: Defendant is without knowledge as the third-party vendor sent the Subject Prerecorded Messages. Defendant has no information to believe any number other than the 407-211-6060 number was used.

16. Identify (a) each telephone number for the telephone line(s) from which You, or anyone on Your behalf, sent Prerecorded Messages, (b) the telephone service provider(s) for each such telephone number, and (c) the account number, name and address for the account holder of each such telephone number.

**ANSWER**: Defendant is without knowledge as the third-party vendor sent the Subject Prerecorded Messages. Defendant has no information to believe any number other than the 407-211-6060 number was used. Without waiving this objection, the following telephone numbers were used:

17. Describe the reason(s) why the Subject Prerecorded Messages were sent to Plaintiff.

**ANSWER**: The messages were sent for marketing purposes with express consent of Plaintiff, specifically to invite Plaintiff to an event at Defendant's place of business.

18. Describe the reason(s) why Prerecorded Messages were sent to recipients of the Prerecorded Messages.

**ANSWER**: The messages were sent for marketing purposes with express consent of the recipients, specifically to invite recipients to an event at Defendant's place of business.

19. Were You aware of the restrictions imposed by the Telephone Consumer Protection Act prior to the time the Subject Prerecorded Messages were sent?

**ANSWER**: Defendant was aware of the Telephone Consumer Protection Act ("TCPA") before the Subject Prerecorded Messages were sent. Defendant takes great effort to ensure that only customers that consent to receive marketing communications receive them and use systems and software that prevent initial contact to customers without express consent, and provide the ability for customers to opt out of marketing communications. This includes the use of industry leading customer relationship software to store, sequester, and protect all customer information in a legally compliant manner. Each store is a unique

information silo and users are denied access to personal and private information they are not authorized to access.

  20. The identity of all persons or entities who participated in transmitting Prerecorded Messages.

  **ANSWER**: Shaun Allen, and BDC Promotions.

  21. The identity of all persons or entities who participated in transmitting the Subject Prerecorded Messages.

  **ANSWER**: Shaun Allen, and BDC Promotions.

  22. Describe the relationship between You and Greenway Automotive Group.

  **ANSWER**: Defendant is part of the Greenway Automotive Group – a trade name of a family of new and used car dealerships based in Florida.

## VERIFICATION

Under penalty of perjury, I swear or affirm that the foregoing Answers to Interrogatories are true and correct.

By: _Charles Aymer_ (signature)

Print Name: _Charles A___

As: _Chief Marketing Officer_

for Greenway Chrysler-Jeep-Dodge, Inc., d/b/a Dodge Chrysler Jeep

STATE OF _FL_ )
COUNTY OF _PALM BEACH_ )

SWORN TO AND SUBSCRIBED before me this _17_ day of May, 2019, by _Charles Aymer_, as _Chief Marketing Officer_, on behalf of Greenway Chrysler-Jeep-Dodge, Inc., d/b/a Dodge Chrysler Jeep, who is personally known to me or who produced _Drivers License_ as identification.

_(signature)_

Notary Public, State of _FL_
My Commission Expires:

LINDA L SCOTT
Notary Public - State of Florida
Commission # FF 907494
My Comm. Expires Nov 29, 2019
Bonded through National Notary Assn.

Respectfully submitted this 17th day of May, 2019,

/s/ Brock Magruder
Jason A. Zimmerman
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Addresses:
cindi.garner@gray-robinson.com
kathy.savage@gray-robinson.com
Brock Magruder
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
shawna.tucker@gray-robinson.com
Jeffrey M. Aaron
Florida Bar No. 123473
Primary Email Address:
jeff.aaron@gray-robinson.com
Secondary Email Address:
donna.flynn@gray-robinson.com
**GrayRobinson, P.A.**
P.O. Box 3068
301 East Pine Street, Suite 1400 (32801)
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Defendant*
*Greenway Chrysler-Jeep-Dodge, Inc.*
*d/b/a Greenway Dodge Chrysler Jeep*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 17, 2019, I forwarded a true and correct copy of the foregoing via email to: MANUEL S. HIRALDO [mhiraldo@hiraldolaw.com], Hiraldo, P.A., 401 E. Las Olas Boulevard, Suite 1400, Ft. Lauderdale, FL 33301; MICHAEL EISENBAND [Meisenband@Eisenbandlaw.com], Eisenband Law, P.A., 515 E. las Olas Boulevard, Suite 120, Fort Lauderdale, FL 33301; SCOTT A. EDELSBERG [scott@edelsberglaw.com], Edelsberg Law, P.A., 2875 N.E. 191st Street, Suite 703, Aventura, FL 33180; IGNACIO J. HIRALDO [ijhiraldo@ijhlaw.com], IJH Law, 14 NE First Avenue, 10th Floor, Miami, FL 33131 and to ANDREW J. SHAMIS [ashamis@shamisgentile.com], Shamis & Gentile, P.A., 14 NE First Avenue, #1205, Miami, FL 33132.

/s/ Brock Magruder
Brock Magruder
Florida Bar No. 112614