Home (https://www.greenwaychryslerjeepdodge.net/) » Privacy Policy

# Privacy Policy

Use of this web site signifies your acknowledgment and consent to this privacy policy. Please read this privacy policy carefully before using this web site.

Our dealership takes your privacy seriously and is committed to safeguarding your privacy online. Because we gather certain types of personal information from visitors to this web site (e.g. name, e-mail address, etc.), we have developed this privacy policy (the "Privacy Policy") to help you understand the terms and conditions surrounding the collection and use of your personal information. This Privacy Policy discloses the types of personal information we gather, how it is used, and how you can gain access to and edit any data that we've collected about you at any time.

## Guiding Principles:

**Our Privacy Policy has been developed using the following guiding principles:**

Our dealership collects personal information online primarily to provide our visitors with a more relevant experience on this web site. When doing so, we will make every reasonable effort to avoid excessive or irrelevant collection of data. Our dealership will take reasonable physical, electronic and managerial measures to safeguard and secure any personal information you provide to us (e.g. data will be stored in protected databases on secured servers with restricted access). However, given that electronically submitted data is not 100% secure, we make no representations or warranties as to the security of any personal information you submit online, which you do at your own risk.

## Disclosure of Personal Information

We do not sell, rent, or trade consumer personal information to third parties other than as described in this Privacy Policy. Our dealership may disclose certain personal information as follows:

– to business partners, such as third party service providers, agents and affiliated entities in connection with the services that they perform for our dealership, such as providing certain services necessary for the administration of this web site and the provision of certain interactive functionalities. Please note that some of our agents and contractors are located outside of the country and, as such, are subject to foreign laws, including laws that may require disclosure of personal information to government agencies in those countries;

– to law enforcement agencies for the purposes of investigating fraud or other offences; or

– to legal, financial, and other professional advisors or in connection with the sale or reorganization of all or part of its business or operations.

Except as provided above, our dealership will not use or disclose personal information for purposes other than those for which was collected, except with your consent, as required or permitted by law, and to provide the features and service(s) you've requested. At the time you register for any such feature or service, you will be notified of, and asked to consent to, the sharing your personal information necessary for the provision of these requested features or services.

## Non-Personally Identifiable Data:

Anytime you visit this web site, we may gather certain non-personally identifiable information regarding the means you use to access our site. This information may include the type and version of your browser, your service provider, your IP address and any search engine you may have used to locate the site. We use this information to help diagnose problems with our server, administer the Web site, and compile broad statistical data. In addition, we gather certain navigational information about where you go on this web site. This information enables us to determine which areas of the Web sites are most frequently visited and helps us to tailor the sites to the needs and interests of our online visitors. Such information is gathered by us in the aggregate and will not be associated with a specific individual without that individual's consent.

## Use of Cookies:

Our dealership may use a browser feature known as a "cookie." Cookies are small files placed on your hard drive that assist us in providing you with a customized browsing experience. Our dealership uses cookies to provide you with the convenience of not having to reenter information, such as user IDs and passwords, multiple times during your visits to this web site. Cookies can also be utilized to help us provide you with information targeted to your interests, based upon your prior browsing on this web site. The "help" section of the toolbar on most browsers will inform you on how to prevent your browser from accepting new cookies, how to have the browser notify you upon the receipt of a new cookie, or how to disable the use of cookies completely. As this web site has been designed to take advantage of the use of cookies, should you configure your browser to decline their use, certain features of this web site may not function correctly and you may be required to renter any user IDs and passwords more frequently.

## Personal Information Voluntarily Provided:

Any personal information you provide to us (i.e. name, e-mail address, etc.) when you enroll in one of our E-Mail Reminder Services, request information, or use any of the other interactive portions of this web site may be used to provide you with information you've requested about our company, our products and our services, or to provide you with special notices. You m opt out of receiving future communications at any time (see opt-out Procedures below). This data may also be used to tailor your experience on this web site by providing content that is relevant to your interests and geographic region.

## Accessing this Web Site:

This web site is hosted on servers located in the United States. As such, your connection will be through and to servers located in the U.S. Any personal information you provide during your visit will be processed and maintained on our Web server and other internal systems located within the U.S.

## External Links:

This web site contains links to other sites. Our dealership is not responsible for the privacy practices or the content of such web sites. To help ensure the protection of your privacy, we recommend that you review the privacy policy of any site you visit via a link from this web site.

# Passwords:

The personal data record created through your registration with this web site can only be accessed with the unique password associated with that record. To protect the integrity of the personal information contained in this record, you should not disclose or otherwise reveal your password to third parties.

# Public Forums:

This web site may make chat rooms, forums, message boards, and/or news groups available to its users at various times. Please remember that, unless otherwise stated, any information that is disclosed in these areas becomes public information and you should exercise caution when deciding to disclose your personal information in these areas.

# Opt-out Procedures:

Other than as set forth in this Privacy Policy, you will be notified when any personally-identifiable information about you may be shared with third parties, and you will be given the opportunity to decline to share that information.

You may always opt-out of receiving future communications from our dealership. This web site allows users to opt-out of receiving such communications at the point where personal information is requested, or through other means as identified.

# Changes to this Privacy Policy

We reserve the right to change and update this Privacy Policy. These changes will be made when appropriate, in a timely manner. We encourage you to examine our Policy from time to time to ensure you are aware of any changes we may have made.

# Contacting the Web Sites:

If you have questions concerning this Privacy Policy or the practices of this web site, please contact us.

WHAT'S YOUR CAR WORTH?

## Dealership Info

**Phone Numbers:**

Main:

(407) 917-5349 (tel:4079175349)

Commercial:

(877) 433-5368 (tel:8774335368)

Sales:

(407) 917-9251 (tel:4079179251)

Service:

(866) 618-4905 (tel:8666184905)

Parts:

(407) 501-6837 (tel:4075016837)

**Sales Hours:**

Mon - Sat

9:00 AM - 9:00 PM

Sun

11:00 AM - 7:00 PM

**Service Hours:**

Mon - Fri

7:00 AM - 7:00 PM

Sat

7:30 AM - 5:00 PM

Sun

8:00 AM - 5:00 PM

**Parts Hours:**

WHAT'S YOUR CAR WORTH?

...

Mon - Fri

8:00 AM - 5:30 PM

Sat

8:00 AM - 5:00 PM

Sun

Closed



View larger map

WHAT'S YOUR CAR WORTH?

Inventory →

Service →

Finance →

Specials →

Extra →

WHAT'S YOUR CAR WORTH?

[Twitter] (https://twitter.com/greenway_cjdr?lang=en) [Facebook] (https://www.facebook.com/GreenwayDodgeChryslerJeep/) [Instagram] (https://www.instagram.com/greenway_dodge_chrysler_jeep/)

Advanced Automotive Dealer Websites by Dealer Inspire (https://www.dealerinspire.com)

Privacy Policy (https://www.greenwaychryslerjeepdodge.net/privacy-policy-2/)  |
Contact Us (https://www.greenwaychryslerjeepdodge.net/contact-us/)  |  Sitemap (/sitemap/)  |

Copyright © 2019 Greenway Dodge

Ask a question?

Text   Chat



Have you already test driven our latest models? You absolutely should!

Enter your message

Ignore Send

–

WHAT'S YOUR CAR WORTH?