

**GREENWAY Jeep**

9051 EAST COLONIAL DRIVE
ORLANDO, FL 32817
407-275-3200
www.greenwaydodge.com

## GUARANTEED SATISFACTION!

| SERVICE HOURS | |
|---|---|
| Mon - Fri | 7:00 am - 7:00 pm |
| Sat | 7:30 am - 5:00 pm |

STATE OF FLORIDA
REGISTRATION # MV-48166

I acknowledge receipt of the parts and labor operations as listed below. Warranty information entitled "Disclaimer Of Warranty And Limitation Of Remedies" along with other information required by F.S. Sections 559.901-559.923 is listed on the back of this document. I have read the material printed on the back and agree to it as part of this contract the same as if it were printed above my signature.

Customer Signature _____

Adv: BZG DAVID PITTMAN    Tag:    License:    Page: 1    Invoice:

**Invoice to**
PICTON, CLIFTON PAUL

**Driver/Owner Information**
PICTON, CLIFTON PAUL

**For Office Use**
Odometer in: 293066  Out: 293066   Dist: CMC CUS C    Prelim

**Vehicle Information**
05 DODGE SPRINTER 2500 CGO VAN WHITE

Begin: 10/02/14   Done: 10/03/14   Invoiced: 10/03/14 09:47 DP   Inservice: 04/17/06   Production: 06/24/05

**Customer Concern**

| | | | Operation | Tech | Amount |
|---|---|---|---|---|---|
| Concern 01 | MULTI POINT VEHICLE INSPECTION | | 27PT | 520 | |
| Cause | COMPLETE | | | | |
| Correction | PERFORM MULTI POINT VEHICLE INSPECTION | | | | |
| | Tech  520  MACE, MARSHALL | | | | |
| Type: SPC | Line Flags:  NOS | | TOTAL CHARGE FOR CONCERN | | 0.00 |

| | | | Operation | Tech | Amount |
|---|---|---|---|---|---|
| Concern 51 | CUSTOMER STATES ABS/ESP LIGHTS ARE ON, SEE ATTACHED RECEIPT FROM ORLANDO DODGE WITH WORK THAT HAS BEEN DONE REGARDING THIS ISSUE | | | | |
| Cause | VERIFY CUSTOMER CONCERN, NO BRAKE LAMPS, WONT SHIFT OUT OF PARK | | DIAG | 520 * | 90.00 |
| Correction | VERIFY NO POWER TO STOP LAMP SWITCH, FOUND BLOWN FUSE. REPLACED BLOWN #5 FUSE, TEST DRIVE APPROX 5 MILES, FUSE DIDNT BLOW, OK AT THIS TIME | | | | |
| | Tech  520  MACE, MARSHALL | | | | |
| | | | Subtotal | | |
| | | | LAB-MECHANICAL | | 90.00 |
| Type: C | Line Flags:  NOS | | TOTAL CHARGE FOR CONCERN | | 90.00 |

| Summary of Charges for Invoice C 62648 | | Payment Distribution for Invoice C 62648 | |
|---|---|---|---|
| LAB-MECHANICAL | 90.00 | TOTAL CHARGE | 95.85 |
| SUB-TOTAL | 90.00 | | |
| STATE SALES TAX | 5.85 | CASH DUE | 95.85 |
| TOTAL CHARGE | 95.85 | | |

PAID
RECEIVED

YOU MAY RECEIVE A SURVEY FROM CHRYSLER MOTOR COMPANY ABOUT YOUR VISIT TO GREENWAY CHRYSLER JEEP DODGE. IF YOU ARE NOT "COMPLETELY SATISFIED" PLEASE SEE A MANAGER IMMEDIATELY OR CALL (407) 275-3200. THANK YOU.

Last Page

X _____

UCS©2004

FILE

GREENWAY 0002

**GREENWAY Jeep**
9001 EAST COLONIAL DRIVE
ORLANDO, FL 32817
(407) 275-3200
www.greenwaydodge.com
MV # 48166

SIGNED: X

REPLACED PARTS REQUESTED BY CUSTOMER ☐ YES ☐ NO
ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

PLEASE READ CAREFULLY, INITIAL ONE OF THE STATEMENTS BELOW, AND SIGN: I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE, IF MY FINAL BILL WILL EXCEED $100.00.    LABOR CHARGES
____ I REQUEST A WRITTEN ESTIMATE.    ☐ FLAT RATE ☐ HOURLY ☐ BOTH
____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ _____.
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.   ESTIMATE/DIAGNOSIS FEE $ ____ FOR HOURLY AT $ ____ PER HOUR
____ I DO NOT REQUEST A WRITTEN ESTIMATE.
SIGNED: X _____  DATE: _____

ADD'L PERSON WHO MAY AUTHORIZE REPAIR WORK
NAME
PERSON CALLED | TIME | DATE | BY AUTH. | ADD'L AUTHORIZED AMT. $
PERSON CALLED
PERSON CALLED
TOTAL JOB PRICE  $

INSTRUCTIONS ON WORK TO BE DONE                         PG 1 OF 1

| | RT | OPER. CODE | TIME | TOTAL |
|---|---|---|---|---|
| 01 PAY TYPE: SPC   FLG: NOS<br>MULTI POINT VEHICLE INSPECTION | | | | |
| 51* PAY TYPE: C<br>CUSTOMER STATES ABS/ESP LIGHTS ARE ON,<br>SEE ATTACHED RECEIPT FROM ORLANDO DODGE<br>WITH WORK THAT HAS BEEN DONE REGARDING<br>THIS ISSUE | | | | |
| | RT | OPER. CODE | TIME | TOTAL |
| | RT | OPER. CODE | TIME | TOTAL |

**RO ****  *TAG ****  LIC: FL FL   SVC ADV: BZG DAVID PITTMAN
PICTON, CLIFTON PAUL                05 **VIN: ****

Call By 12:30

LICENSE:                 WHITE         TRUCK
SVC DLR:

ODOMETER:                    CURRENT: 293066
AVG PER DAY:      PER MONTH:

CELL:

DIST CODE: CMC

NAME VER: Y

10/02/14 09:24:43
RO NOTE: FIRST VISIT
****PROMISED DATE: 10/02/14 TIME: 1900 ****

*TAG ****  **RO ****  SVC ADV: BZG           VIN:

LAST SERVICE PERFORMED                      RECOMMENDED SERVICE FOR YOUR CAR

| RO# | DATE | MILEAGE | ADV | PARTS | LABOR | OPER | EST LABOR | EST PARTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EXLO | 3.90 | 16.55 | EXPRESS LANE |
| | | | | | | EX27 | 0.00 | 0.00 | VEHICLE INSP |
| | | | | | | GLT | 0.00 | 0.00 | VEHICLE INSP |
| | | | | | | LOFC | 9.95 | 82.50 | LUBE OIL AND |
| | | | | | | LOFE | 9.00 | 21.00 | ES LOF / ROT |
| | | | | | | LOFE | 3.90 | 17.10 | ESSENTIAL CA |
| | | | | | | LOFE | 3.90 | 16.10 | ESSENTIAL CA |
| | | | | | | LOFE | 9.00 | 21.00 | ESSENTIAL CA |
| | | | | | | LOFE | 10.00 | 40.00 | ESSENTIAL CA |
| | | | | | | LOFS | 10.40 | 52.05 | SYNTHETIC LO |
| | | | | | | LOF1 | 19.60 | 72.85 | LUBE OIL AND |
| | | | | | | 10K | 9.10 | 22.35 | LOF |

MANUFACTURER RECALL CAMPAIGNS APPLICABLE TO YOUR VEHICLE

CUSTOMER

GREENWAY 0003

| TECHNICIANS COMMENTS |
|---|
| 52/ Verified No brake lamps, wont shift out of Park<br>verified No power to stop lamp switch<br>Found Blown Fuse<br>52/ Replaced blown #5 fuse Test drove<br>verified Fuse didnt blow |

## ADDITIONAL WORK

| PARTS | PRICE | LABOR | HRS | PRICE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | LABOR TOTAL |  |  |

### ADDITIONAL TERMS

FADA

IN THESE ADDITIONAL TERMS:
- "I" AND "MY" REFERS TO THE CUSTOMER.
- "YOU" MEANS THE REPAIR SHOP WHICH COULD BE A VEHICLE DEALER OR AN INDEPENDENT REPAIR SHOP.
- "SELLER" MEANS THE REPAIR SHOP WHICH COULD BE A VEHICLE DEALER OR AN INDEPENDENT REPAIR SHOP.

AUTHORIZATION: I, THE CUSTOMER, HEREBY AUTHORIZE THE REPAIR WORK TO BE DONE, ALONG WITH THE USE AND APPLICATION OF ANY NECESSARY MATERIALS, AND AGREE THAT YOU, THE REPAIR SHOP, ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO ANY OTHER CAUSE BEYOND YOUR CONTROL OR FOR ANY DELAYS CAUSED BY UNAVAILABILITY OF PARTS OR DELAYS IN PARTS SHIPMENTS BY THE SUPPLIER OR TRANSPORTER. THIS REPAIR SHOP IS ALSO NOT RESPONSIBLE FOR THEFT OF THE VEHICLE OR THEFT OF ANY ARTICLES STOLEN FROM INSIDE OR ON THE VEHICLE OR ANY DAMAGE CAUSED BY FIRE OR ANY ACTS OF NATURE. I HEREBY GRANT YOU AND/OR YOUR EMPLOYEES PERMISSION TO OPERATE THE VEHICLE ON STREETS, HIGHWAYS, OR ELSEWHERE, FOR THE PURPOSE OF TESTING AND/OR INSPECTION. AN EXPRESS MECHANIC'S LIEN IS ACKNOWLEDGED ON THIS VEHICLE TO SECURE THE AMOUNT OF THESE REPAIRS. ALL PARTS ARE NEW OR REMANUFACTURED UNLESS OTHERWISE INDICATED. ESTIMATES ARE GOOD FOR 30 DAYS. I ALSO AUTHORIZE ALL THE LISTED WORK TO BE PERFORMED ON MY VEHICLE FROM THE FRONT OF THIS DOCUMENT, INCLUDING THE NECESSARY MATERIALS, AND ANY SUBLET WORK NEEDED.

NOTIFICATION: I WILL BE NOTIFIED UPON COMPLETION OF ANY DIAGNOSTIC WORK NECESSARY TO ESTIMATE THE COST OF THE REPAIRS, OR IF THE ACTUAL CHARGES WILL EXCEED THE WRITTEN ESTIMATE, INCLUDING ANY ADDITIONAL UNAUTHORIZED CHARGES, BY $10.00 OR 10% WHICHEVER IS GREATER, NOT TO EXCEED $50.00. IF I AM NOTIFIED, I MAY, ORALLY OR IN WRITING, AUTHORIZE, MODIFY, OR CANCEL THIS ORDER FOR REPAIR.

SERVICING AND COLLECTION CONTACTS: YOU AGREE THAT WE MAY TRY TO CONTACT YOU IN WRITING, BY EMAIL, OR USING PRERECORDED/ARTIFICIAL VOICE MESSAGES, TEXT MESSAGES, AND AUTOMATIC TELEPHONE DIALING SYSTEMS, AS THE LAW ALLOWS. YOU ALSO AGREE THAT WE MAY TRY TO CONTACT YOU IN THESE AND OTHER WAYS AT ANY ADDRESS OR TELEPHONE NUMBER YOU PROVIDE US, EVEN IF THE TELEPHONE NUMBER IS A CELL PHONE NUMBER OR THE CONTACT RESULTS IN A CHARGE TO YOU.

STORAGE CHARGES: NO STORAGE CHARGES SHALL ACCRUE OR BE DUE AND PAYABLE FOR A PERIOD OF 3 WORKING DAYS FROM THE DATE I AM NOTIFIED THAT THE WORK ON MY VEHICLE HAS BEEN COMPLETED. AFTER THAT DATE THE DAILY CHARGE FOR STORAGE OF MY VEHICLE WILL BE $50.00. ALL VEHICLES MUST BE PICKED UP FROM THE SERVICE DEPARTMENT DURING SERVICE HOURS.

CANCELLATION OF REPAIR: IN THE EVENT THAT I CANCEL THE REPAIR WORK, MY VEHICLE SHALL BE ASSEMBLED TO A CONDITION REASONABLY SIMILAR AS WHEN RECEIVED UNLESS I WAIVE REASSEMBLY OR THE REASSEMBLED VEHICLE WOULD BE UNSAFE. THE REPAIR SHOP MAY CHARGE FOR THE COSTS OF TEARDOWN, THE COST OF PARTS AND LABOR TO REPLACE ITEMS DESTROYED BY TEARDOWN, AND THE COST TO REASSEMBLE THE VEHICLE.

DISCLAIMER OF WARRANTIES: THE FACTORY WARRANTY CONSTITUTES ALL OF THE WARRANTIES WITH RESPECT TO THE SALE OF THESE ITEMS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS ITEM. ITEMS, PARTS AND LABOR ARE GUARANTEED FOR EITHER 12 MONTHS OR 12,000 MILES, WHICHEVER OCCURS FIRST UNLESS OTHERWISE SPECIFIED. OTHER STANDARD MANUFACTURER WARRANTIES MAY APPLY. ASK YOUR SERVICE ADVISOR FOR DETAILS.

MISCELLANEOUS SHOP SUPPLIES AND WASTE DISPOSAL CHARGES: THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL. THE STATE OF FLORIDA REQUIRES A $1.00 FEE TO BE COLLECTED FOR EACH NEW TIRE SOLD IN THE STATE [S.403.718], AND A $1.50 FEE TO BE COLLECTED FOR EACH NEW OR REMANUFACTURED BATTERY SOLD IN THE STATE [S.403.7185].

RETRIEVAL OF ON-BOARD DATA: I AUTHORIZE THE RETRIEVAL OF ON-BOARD DATA AS NEEDED TO FACILITATE VEHICLE REPAIR, AS WELL AS SHARING OF THAT DATA WITH THE MANUFACTURER FOR DIAGNOSTIC AND RESEARCH PURPOSES.

IF PAYMENT IS MADE BY CHECK: WHEN YOU PROVIDE A CHECK AS PAYMENT, YOU AUTHORIZE US TO EITHER USE INFORMATION FROM YOUR CHECK TO MAKE A ONE-TIME ELECTRONIC FUND TRANSFER FROM YOUR ACCOUNT OR TO PROCESS THE PAYMENT AS A CHECK TRANSACTION. IF PROCESSED AS AN ELECTRONIC FUNDS TRANSFER, FUNDS MAY BE WITHDRAWN FROM YOUR ACCOUNT AS SOON AS TODAY. YOU AGREE THAT YOU WILL NOT DISPUTE US ELECTRONICALLY DEBITING YOUR ACCOUNT, SO LONG AS THE AMOUNT CORRESPONDS TO THE AMOUNT ON THIS INVOICE. IN THE EVENT YOUR CHECK OR ELECTRONIC FUNDS TRANSFER IS RETURNED UNPAID FOR ANY REASON, YOU AUTHORIZE US OR OUR AGENT TO CHARGE A SERVICE FEE UP TO THE MAXIMUM AMOUNT PERMITTED BY LAW.

TO OUR VALUED CUSTOMERS: DUE TO THE OLDER AGE OF HIGHER MILEAGE VEHICLES WE MUST INFORM YOU THAT ONLY THE WORK LISTED ON THIS WORK ORDER/INVOICE AND APPROVED BY YOU IS GUARANTEED. QUITE OFTEN OLDER VEHICLES AND HIGHER MILEAGE VEHICLES WILL DEVELOP OTHER MECHANICAL PROBLEMS ONCE AN UNRELATED REPAIR IS MADE.

*SECTION 501.98, FLORIDA STATUTES, REQUIRES THAT, AT LEAST 30 DAYS BEFORE BRINGING ANY CLAIM AGAINST A MOTOR VEHICLE DEALER FOR AN UNFAIR OR DECEPTIVE TRADE PRACTICE, A CONSUMER MUST PROVIDE THE DEALER WITH A WRITTEN DEMAND LETTER STATING THE NAME, ADDRESS, AND TELEPHONE NUMBER OF THE CONSUMER; THE NAME AND ADDRESS OF THE DEALER; A DESCRIPTION OF THE FACTS THAT SERVE AS THE BASIS FOR THE CLAIM; THE AMOUNT OF DAMAGES; AND COPIES OF ANY DOCUMENTS IN THE POSSESSION OF THE CONSUMER WHICH RELATE TO THE CLAIM. SUCH NOTICE MUST BE DELIVERED BY THE UNITED STATES POSTAL SERVICE OR BY A NATIONALLY RECOGNIZED CARRIER, RETURN RECEIPT REQUESTED, TO THE ADDRESS WHERE THE SUBJECT VEHICLE WAS PURCHASED OR LEASED OR WHERE THE SUBJECT TRANSACTION OCCURRED, OR AN ADDRESS AT WHICH THE DEALER REGULARLY CONDUCTS BUSINESS.*

FOR COLLISION REPAIR: THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THE AFTERMARKET CRASH PARTS USED IN THE PREPARATION OF THIS ESTIMATE ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTOR OF SUCH PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

The Reynolds and Reynolds Company   CC715054 Q (01/14)

GREENWAY 0004

# VIP Summary Report

**Dealer:** 45091 - GREENWAY CHRYSLER-JEEP-DODGE, INC.  
**VIN:** [redacted]  
**Dealer Entered Name:** PICT  
**Date:** October 2, 2014   **Time:** 09:26:23  
**Dealer Entered Odometer:** 293,066 miles

STRICTLY CONFIDENTIAL: This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with Chrysler Group LLC. All information provided is based on entries provided by DEALER.

## Warning Messages

**Warning Messages** - No Warning Messages Available

**Vehicle Restrictions** - No Vehicle Restriction

## Vehicle Service Information

| Field | Value | Field | Value |
|---|---|---|---|
| Year/Model: | [redacted] | Last Odometer: | 11,238 miles on August 8, 2006 |
| Body Style: | VA2L15 | In-Service Date: | April 17, 2006 |
| Engine: | EX8-2.7L I5 Turbo Diesel Engine | In-Service Odometer: | 10 miles |
| Transmission: | DGJ-5-Speed Auto W5A380 Transmission | Odometer Type: | miles |
| Color 1: | P01-Arctic White | Car Line: | R |
| Color 2: | Q01-Arctic White | Build Date: | June 24, 2005 |
| Current Market Register: | U | Hour: | 01 |
| Book: | R | | |

## Vehicle Owner Information

| Field | Value | Field | Value |
|---|---|---|---|
| Name: | CLIFTON PICTON | Preferred Name: | CLIFTON |
| Address: | [redacted] | City: | [redacted] |
| State/Province: | FL | Postal Code: | [redacted] |
| Country: | USA | Language Preference: | |
| Telephone-Home: | [redacted] | Telephone-Business: | |
| Fax: | | Original Owner: | INSIDEOUT EQPT INC |

**Recall Information** - No Recall Information Available

## Warranty Information

REFER TO SPECIFIC LOPS FOR ADDITIONAL COVERAGE AND LIMITS

\* 7/100 ON DIESEL ENGINE ONLY ** $100 DEDUCTIBLE BEYOND 3/36 BASIC ** $100 DEDUCTIBLE ON DIESEL ENGINE BEYOND 5 YEARS TRANSFERABLE TO 2ND OWNER - $150 FEE

BASED ON TIME AND MILEAGE ENTERED - NO WARRANTY TOWING COVERAGE IS AVAILABLE.

| Type of Warranty | Original | Deductible | Expiration | Remaining |
|---|---|---|---|---|
| BASIC | 36 Months or 36,000 miles | 0 | April 17, 2009 | Expired (Time) |
| POWERTRAIN | 84 Months or 70,000 miles | 100 | April 17, 2013 | Expired (Time) |
| DIESEL ENGINE | 84 Months or 100,000 miles | 100 | April 17, 2013 | Expired (Time) |
| PERFORATION | 60 Months or 100,000 miles | 0 | April 17, 2011 | Expired (Time) |
| EMISSIONS | 60 Months or 100,000 miles | 0 | April 17, 2011 | Expired (Time) |
| ADJUSTMENT | 36 Months or 36,000 miles | 0 | April 17, 2009 | Expired (Time) |

GREENWAY 0007

# VIP Summary Report

**Dealer:** 45091 - GREENWAY CHRYSLER-JEEP-DODGE, INC.  **Date:** October 2, 2014  **Time:** 09:26:23
**VIN:**  **Dealer Entered Name:** PICT  **Dealer Entered Odometer:** 293,066 miles

**STRICTLY CONFIDENTIAL:** This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with Chrysler Group LLC. All information provided is based on entries provided by DEALER.

| | | | | |
|---|---|---|---|---|
| AIR CONDITIONING | 36 Months or 36,000 miles | 0 | April 17, 2009 | Expired (Time) |
| EXTENDED FEDERAL EMISSIONS | 60 Months or 100,000 miles | 0 | April 17, 2011 | Expired (Time) |

| WCC | Roadside Assistance | Towing Assistance | Master Shield | Transferable-Powertrain Warranty |
|---|---|---|---|---|
| 740 | No | No | N/A | Yes |

### Service Contract - No Service Contracts Available

### Service History (24 Month)
No Service History Information Available

### Vehicle Sale Information

| | | | |
|---|---|---|---|
| Selling Dealer: | 60009 - CENTRAL FLORIDA CHRY JEEP DODG | Sales Type: | 1 - DIRECT RETAIL |
| City: | ORLANDO | State/Province: | FL |
| Country: | USA | Telephone: | (407)351-9940 |

### CAIR - No Open CAIR Information Available

 **GREENWAY CHRYSLER-JEEP-DODGE,**
9051 EAST COLONIAL DRIVE
ORLANDO, FL 328174176
Phone : 407 306-9400   

## Mopar Vehicle Protection Eligibility Report

**Customer Name :** CLIFTON PICTON

**Telephone :**

**VIN :**

**Vehicle :**

**Mileage :** 293066 miles

**Warranty Code :** 740

**Sales Type :** 1 - DIRECT RETAIL

### Eligible Plans

| Option | Description | Deduct [USD] | Months | Miles | Services | MSRP [USD] | Price [USD] | Payment* [USD] |
|---|---|---|---|---|---|---|---|---|
| ECDS24N | ESSENTIAL CARE DIESEL - 2 YEARS / 4 OIL CHANGES ($90 CAP) | 0.00 | 24 | 0 | 4 | 320.00 | 340.80 | N/A |
| ECD24N | ESSENTIAL CARE DIESEL - 2 YEARS / 4 OIL CHANGES ($60 CAP) | 0.00 | 24 | 0 | 4 | 210.00 | 223.65 | N/A |
| ECUS24N | ESSENTIAL CARE ULTRA - 2 YEARS / 4 OIL CHANGES ($65 CAP) | 0.00 | 24 | 0 | 4 | 235.00 | 250.27 | N/A |

1. Eligibility is determined by selling dealer state, ownership, sale date, vehicle make and model, odometer mileage, vehicle equipment, warranty coverage, existing Mopar Vehicle Protection Plans and other factors. Change in vehicle, ownership or warranty status may change eligibility. Eligibility is subject to change without notice.

2. * = Payment is based on a 12 month payment plan with a USD100.00 down payment.

# GREENWAY
## DODGE CHRYSLER Jeep

## SERVICE REPAIR ORDER REQUEST
9051 E. COLONIAL DR., ORLANDO, FL 32817 • 407.275.3200

YEAR _____ MAKE _____ MODEL _____

VIN ████████████████

| DATE/TIME | MILES 293,066 | TAG # | APPOINTMENT | |
|---|---|---|---|---|

**SHOP SUPPLY / DISPOSAL CHARGES:**
"THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISC SHOP SUPPLIES OR WASTE DISPOSAL." IT EQUATES TO 10% OF THE PARTS AND LABOR CHARGE WITH A MINIMUM CHARGE OF $2.67 AND MAXIMUM CHARGE OF $21.89 (E.G., THE STATE OF FLORIDA REQUIRES A $1.00 FEE TO BE COLLECTED FOR EACH NEW TIRE SOLD IN THE STATE [s.403.718], AND A $1.50 FEE TO BE COLLECTED FOR EACH NEW OR REMANUFACTURED BATTERY SOLD IN THE STATE [s.403.7185]).

NAME: Clifton Paul Pictur
ADDRESS: ████████

WAIT ☐
SHUTTLE ☐

**STORAGE CHARGES:**
A DAILY STORAGE FEE WILL BE CHARGED THREE (3) WORKING DAYS AFTER YOU HAVE BEEN NOTIFIED WORK ON YOUR VEHICLE HAS BEEN COMPLETED. THE DAILY STORAGE FEE IS $30.00.

PREFERRED METHOD OF CONTACT: TEXT ☐ PHONE ☐ EMAIL ☐
PHONE CARRIER:
EMAIL:
TELEPHONE: ( )
CELL: ████████

RENTAL ☐
READY BY 1843

**LIMITED WARRANTY:**
ORIGINAL EQUIPMENT PARTS INSTALLED ARE GUARANTEED FOR 12 MONTHS OR 12,000 MILES, WHICHEVER OCCURS FIRST.

**LABOR CHARGES:**
SERVICES WILL BE BILLED ON A FLAT RATE HOURLY BASIS UNLESS OTHERWISE NOTED

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

I AUTHORIZE GREENWAY TO PERFORM AT NO CHARGE ANY OPEN RECALLS .......... INITIALS
I AUTHORIZE GREENWAY TO PERFORM AT NO CHARGE ANY SOFTWARE UPDATES ..........
I AUTHORIZE GREENWAY TO PERFORM AT NO CHARGE ANY MULTI POINT INSPECTIONS ..........
I AUTHORIZE GREENWAY TO PERFORM AT NO CHARGE ANY RAPID RESPONSE TRANSMITTALS ..........

REPLACED PARTS REQUESTED ☐ YES ☐ NO

PAYMENT TERMS ARE CASH ON DELIVERY
PLEASE SELECT YOUR INTENDED METHOD OF PAYMENT
CHECK/CASH ____
CREDIT CARD/DEBIT ____
CHARGE ACCOUNT NUMBER: ____

CONCERN: - ABS / ESP LIGHTS
CONCERN: - MUL PT
CONCERN:
CONCERN:
CONCERN:
CONCERN:

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN.

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

____ I REQUEST A WRITTEN ESTIMATE. ESTIMATE / DIAGNOSIS FEE $____ / OR HOURLY AT $____ PER HOUR.

____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

____ I DO NOT REQUEST A WRITTEN ESTIMATE.

We are not responsible for personal items left in your vehicle i.e. Sunglasses, Cellphones, CD & Tapes, Camera, Stereo Equipment, Sporting Good, Money, etc. All Valuables have been removed.
INITIAL HERE ____

DO YOU HAVE A VALID SERVICE CONTRACT? YES / NO

**DISPUTE RESOLUTION:**
THE PARTIES AGREE THAT ANY CLAIM OR DISPUTE BASED UPON, RELATED TO, OR ARISING DIRECTLY OR INDIRECTLY FROM THIS TRANSACTION, ANY COURSE OR CONDUCT, COURSE OF DEALING, RELATIONSHIP, STATEMENTS (WHETHER VERBAL OR WRITTEN), ACTIONS OR OMISSIONS OF ANY PARTY, ANY TORT, PUNITIVE DAMAGES, ATTORNEYS' FEES AND COSTS, THE ARBITRABILITY OF CLAIMS OR DISPUTES, OR ANY OTHER CLAIM OR DISPUTE THE PARTIES MAY HAVE, WHETHER BASED IN LAW OR EQUITY, SHALL BE SUBMITTED TO JUDICIAL ALTERNATIVES, INC. FOR DETERMINATION BY BINDING ARBITRATION PURSUANT TO RULES OF JUDICIAL ALTERNATIVES, INC. EFFECTIVE ON THE DATE THAT THE DISPUTE IS SUBMITTED. THIS PROCEDURE SHALL BE IN CONFORMANCE WITH FLORIDA STATUTES, CHAPTER 682. THE AWARD RENDERED BY THE ARBITRATOR SHALL BE FINAL AND BINDING AND JUDGEMENT MAY BE ENTERED UPON IT.
AGREE TO THE REPAIR WORK AND THE NECESSARY MATERIALS. I AGREE TO ARBITRATION AND DISCLAIMERS OF WARRANTIES AND TO THE OTHER TERMS AND CONDITIONS ON THIS PAGE. I HEREBY GRANT YOU AND/OR YOUR EMPLOYEES PERMISSION TO OPERATE THE VEHICLE HEREIN DESCRIBED ON STREETS, HIGHWAYS OR ELSEWHERE FOR THE PURPOSE OF TESTING AND/OR INSPECTION. AN EXPRESS MECHANIC'S LIEN IS HEREBY ACKNOWLEDGED ON ABOVE VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO.

SIGNED: X _____ DATE: _____ GREENWAY DODGE: X _____

GREENWAY 0010



Service & Parts
STICK WITH THE SPECIALISTS
Dodge Chrysler Jeep SRT

GREENWAY DODGE CHRYSLER JEEP
(407) 275-3200
9051 EAST COLONIAL DRIVE
ORLANDO, FL 32817

# VEHICLE CHECKU

Customer Name ____________ R.O. Number ____________ Phone ____________ Vehicle Year/Model ____________

VIN Number ____________ Mileage ____________ Date ____________

- Checked and OK
- Will need future attention
- Requires immediate attention
- Not applicable

VEHICLE CHECKUP    VEHICLE CHECKUP PLUS

Notes: ____________

ORIGINAL – CUSTOMER COPY, CANARY – DEALER FILE, PINK – FOLLOW-UP FILE

| Repair Description | Labor Time | Qty. | Part Desc. | Part # | Part $ | Part Avail. | Repair Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

GREENWAY 0012