# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLIFTON PICTON,**

       **Plaintiff,**

**v.**                                                             Case No:   6:19-cv-196-Orl-31DCI

**GREENWAY CHRYSLER-JEEP-DODGE, INC.,**

       **Defendant.**

## ORDER

Upon consideration of Plaintiff's Notice of Settlement (Doc. 58), it is

**ORDERED** that this case is stayed as to all pending deadlines, except as herein provided, until further order of the Court.   The motion for preliminary approval of settlement is due December 20, 2019.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 3, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party