**<< Mail ID>>**

# CLAIM FORM

### *Picton v. Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep Settlement*

### Case No. 6:19-cv-196-GAP-DCI

Return this Claim Form to: Claim Administrator, PO Box xxxx, Portland, OR xxxxx- xxxx. To submit an online form, visit **www.GreenwayTCPAsettlement.com** or call **1-xxx-xxx-xxxx**.

**DEADLINE: THIS CLAIM FORM MUST BE POSTMARKED BY [MONTH DAY, YEAR], BE FULLY COMPLETED, BE SIGNED UNDER OATH, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.**

**YOU MUST SUBMIT THIS CLAIM FORM TO RECEIVE A SETTLEMENT PAYMENT.**

Please note that if you are a Class Member, the Class Member Verification section below requires you to state, under penalty of perjury, that all information contained therein is true and correct. This Claim Form may be researched and verified by the Claim Administrator.

---

### YOUR CONTACT INFORMATION

**Name**: _____   _____   _____
                     (First)                    (Middle)                    (Last)

**Current Address**: _____

(City)                                                    (State)                  (ZIP Code)

**Telephone Number on the Date you Received a Prerecorded Message:** (_____) _____ – _____
**Email address:**

**Current Phone Number:** (_____) _____ – _____   or ☐ check if same as above
(Please provide a phone number where you can be reached if further information is required.)

**Claim ID**:

### Class Member Verification

By submitting this claim form, I declare under penalty of perjury that I am a member of either the **"Service Class"** (defined as "All persons within the United States who (1) were successfully transmitted a prerecorded message; (2) promoting Defendant's goods and/or services; (3) on their mobile telephone; (4) on February 21st, 26th, and/or 28th, 2018; (5) that was sent using the "ringless" voicemail platform hosted by Infolink Communications, Ltd., d/b/a Voicelogic; (6) after having provided their telephone number to Defendant for purposes of obtaining vehicle service from Defendant; (7) and have not purchased a vehicle from Defendant; **OR** a member of the **"Catch-All Class"** (defined as "All persons within the United States who (1) were successfully transmitted a prerecorded message; (2) promoting Defendant's goods and/or services; (3) on their mobile telephone;(4) that was sent using the "ringless" voicemail platform hosted by Infolink Communications, Ltd., d/b/a Voicelogic." I further declare under penalty of perjury that I am the current subscriber of the cellular telephone mentioned in subsection (ii) above, and that the information provided herein is true and correct.

*************************************************************************

Additional information regarding the Settlement can be found at www.GreenwayTCPAsettlement.com

**I declare under penalty of perjury that the foregoing is true and correct.**

Signature: _____        Date: _____

Print Name: _____

**If you have questions, you may call the Claim Administrator at 1-xxx-xxx-xxxx.**