UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

# If You Received a Prerecorded Message from Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep You May Be Entitled to a Payment from a Class Action Settlement

*A federal court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer.*

- A Settlement[1] has been reached in a class action lawsuit about whether Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep, ("Defendant" or "Greenway") sent prerecorded messages to mobile telephone numbers using "ringless" voicemail technology in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Greenway denies the allegations and any wrongdoing, and opposes class action certification of this lawsuit except for purposes of this Settlement. The Court has not decided who is right.
- The Settlement offers payments to Settlement Class Members who file valid Claims.
- Your legal rights are affected whether you act or do not act. Read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by check. |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. |
| **OBJECT** | Write to the Court if you do not like the Settlement. |
| **GO TO A HEARING** | Ask to speak in court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Greenway about the Claims in this case. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying Claim Forms. Please be patient.

---

[1] Capitalized terms herein have the same meanings as those defined in the Settlement Agreement, a copy of which may be found online at the Settlement Website below.

QUESTIONS? CALL 1-xxx-xxx-xxxx OR VISIT
www.GreenwayGreenwayTCPAsettlement.com

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**................................................................................................................**PAGE 3**
   1. Why is there a Notice?
   2. What is this litigation about?
   3. What is the Telephone Consumer Protection Act?
   4. Why is this a class action?
   5. Why is there a settlement?

**WHO IS PART OF THE SETTLEMENT**........................................................................................**PAGE 4**
   6. Who is included in the Settlement?
   7. What if I am not sure whether I am included in the Settlement?

**THE SETTLEMENT BENEFITS**....................................................................................................**PAGE 4**
   8. What does the Settlement provide?
   9. How do I file a Claim?
   10. When will I receive my payment?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**....................................................................**PAGE 5**
   11. How do I get out of the Settlement?
   12. If I do not exclude myself, can I sue Greenway for the same thing later?
   13. What am I giving up to stay in the Settlement Class?
   14. If I exclude myself, can I still get a payment?

**THE LAWYERS REPRESENTING YOU**........................................................................................**PAGE 6**
   15. Do I have a lawyer in the case?
   16. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT**...........................................................................................**PAGE 7**
   17. How do I tell the Court I do not like the Settlement?
   18. What is the difference between objecting and asking to be excluded?

**THE FINAL APPROVAL HEARING**.............................................................................................**PAGE 8**
   19. When and where will the Court decide whether to approve the Settlement?
   20. Do I have to attend the hearing?
   21. May I speak at the hearing?

**IF YOU DO NOTHING**...............................................................................................................**PAGE 9**
   22. What happens if I do nothing at all?

**GETTING MORE INFORMATION**..............................................................................................**PAGE 9**
   23. How do I get more information?

# BASIC INFORMATION

### 1. Why is there a Notice?

A court authorized this Notice because you have a right to know about a proposed Settlement of a class action lawsuit known as *Picton v. Greenway Chrysler-Jeep-Dodge, Inc., d/b/a Greenway Dodge Chrysler Jeep,* Case No. 6:19-cv-00196-GAP-DCI and about all of your options before the Court decides whether to give Final Approval to the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights.

Judge Gregory A. Presnell of the United States District Court for the Middle District of Florida is overseeing this case. The person who sued, Clifton Picton is called the "Plaintiff." Greenway is called the "Defendant."

### 2. What is this litigation about?

The lawsuit alleges that Greenway sent prerecorded messages to Plaintiff's wireless telephone number using "ringless" voicemail technology in violation of the TCPA and seeks actual and statutory damages under the TCPA on behalf of the named Plaintiff and a class of all individuals in the United States.

Greenway denies each and every allegation of wrongdoing, liability, and damages that were or could have been asserted in the litigation and that the claims in the litigation would be appropriate for class treatment if the litigation were to proceed through trial.

The Plaintiff's Complaint, Settlement Agreement, and other case-related documents are posted on the Settlement Website, www.GreenwayTCPAsettlement.com. The Settlement resolves the lawsuit. The Court has not decided who is right.

### 3. What is the Telephone Consumer Protection Act?

The Telephone Consumer Protection Act (commonly referred to as the "TCPA") is a federal law that restricts telephone solicitations and the use of automated telephone equipment.

### 4. Why is this a class action?

In a class action, one person called the "Class Representative" (in this case, Plaintiff Clifton Picton) sues on behalf of himself and other people with similar claims.

All of the people who have claims similar to the Plaintiff's are Settlement Class Members, except for those who exclude themselves from the class.

### 5. Why is there a settlement?

The Court has not found in favor of either Plaintiff or Greenway. Instead, both sides have agreed to a settlement. By agreeing to the Settlement, the parties avoid the costs and uncertainty of a trial, and if the Settlement is approved by the Court, Settlement Class Claimants will receive the benefits described in this Notice. Greenway denies all legal claims in this case. Plaintiff and his lawyers think the proposed Settlement is best for everyone who is affected.

QUESTIONS? CALL 1-xxx-xxx-xxxx OR VISIT
www.GreenwayTCPAsettlement.com

## WHO IS PART OF THE SETTLEMENT

### 6. Who is included in the Settlement?

The Settlement includes all persons who received a prerecorded message on their cell phone from Greenway. Specifically, the Settlement Class includes both a Service Class and a Catch-All Class which are defined as:

> **"Service Class"** means All persons within the United States who (1) were successfully transmitted a prerecorded message; (2) promoting Defendant's goods and/or services; (3) on their mobile telephone; (4) on February 21st, 26th, and/or 28th,2018; (5) that was sent using the "ringless" voicemail platform hosted by Infolink Communications, Ltd., d/b/a Voicelogic; (6) after having provided their telephone number to Defendant for purposes of obtaining vehicle service from Defendant; (7) and have not purchased a vehicle from Defendant.

> **"Catch-All Class"** means All persons within the United States who (1) were successfully transmitted a prerecorded message; (2) promoting Defendant's goods and/or services; (3) on their mobile telephone;(4) that was sent using the "ringless" voicemail platform hosted by Infolink Communications, Ltd., d/b/a Voicelogic.

Persons meeting these definitions are referred to collectively as the "Settlement Class" and, individually, as "Settlement Class Members."

Excluded from the Settlement Class are: (1) Defendant; (2) its parents, subsidiaries, affiliates, officers and directors, any entity in which Defendant has a controlling interest; (3) all customers who make timely election to be excluded; and (4) all judges assigned to this litigation and their immediate family members.

### 7. What if I am not sure whether I am included in the Settlement?

If you are not sure whether you are in the Settlement Class or have any other questions about the Settlement, visit the Settlement Website at www.GreenwayTCPAsettlement.com or call the toll-free number, 1-xxx-xxx-xxxx. You also may send questions to the Settlement Administrator at Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep, TCPA Settlement Administrator, P.O. Box XXXX, XXXX, XX XXXX.

## THE SETTLEMENT BENEFITS

### 8. What does the Settlement provide?

To fully settle and release claims of the Settlement Class Members, Greenway has agreed to make payments to the Settlement Class Members and pay for notice and administration costs of the Settlement, attorneys' fees and expenses incurred by counsel for the Settlement Class, and an Incentive Award for Plaintiff. Defendant will make available up to $2,745,000 (the "Settlement Fund"). Settlement Class Members who submit Approved Claims shall be entitled to $200 per call if they are a member of the Service Class and $25 per claim if they are a member of the Catch-All Class. Notice and

Administration costs, Attorney's Fees and Costs, and any Incentive Award will be paid by Greenway separate and apart from the Settlement Fund. Settlement Class Claimants will be sent their Claim Settlement Payments to the address they submitted on their Claim Form within 60 days following the Effective Date.

### 9. How do I file a Claim?

If you qualify for a payment, you must complete and submit a valid Claim Form. You may download a Claim Form at the Settlement Website, www.GreenwayTCPAsettlement.com, or request a Claim Form by calling the Settlement Administrator at the toll-free number below. To be valid, a Claim Form must be completed fully and accurately, signed under penalty of perjury, and submitted timely.

You must submit a Claim Form by U.S. mail or through the Settlement Website, and it must be postmarked by [DATE].

Please read the Claim Form carefully and provide all the information required. Only one Claim Form may be submitted per Settlement Class Member.

### 10. When will I receive my payment?

Payments to Settlement Class Members will be made only after the Court grants Final Approval to the Settlement and after any appeals are resolved (*see* "Final Approval Hearing" below). If there are appeals, resolving them can take time. Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want benefits from the Settlement, and you want to keep the right to sue or continue to sue Greenway on your own about the legal issues in this case, then you must take steps to get out of the Settlement. This is called excluding yourself—or it is sometimes referred to as "opting out" of the Settlement Class.

### 11. How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a timely letter by mail to:

> Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep
> Settlement Administrator
> P.O. Box XXXX
> XXXX, XX XXXX

Your request to be excluded from the Settlement must be personally signed by you under penalty of perjury and contain a statement that indicates your desire to be "excluded from the Settlement Class" and that, absent of excluding yourself or "opting out," you are "otherwise a member of the Settlement Class."

Your exclusion request must be postmarked no later than **xxxxxxxxx**. You cannot ask to be excluded on the phone, by email, or at the Settlement Website.

You may opt out of the Settlement Class only for yourself.

### 12. If I do not exclude myself, can I sue Greenway for the same thing later?

No. Unless you exclude yourself, you give up the right to sue Greenway for the claims that the Settlement resolves. You must exclude yourself from this Settlement Class in order to pursue your own lawsuit.

### 13. What am I giving up to stay in the Settlement Class?

Unless you opt out of the Settlement, you cannot sue or be part of any other lawsuit against Greenway about the issues in this case, including any existing litigation, arbitration, or proceeding. Unless you exclude yourself, all of the decisions and judgments by the Court will bind you.

The Settlement Agreement is available at www.GreenwayTCPAsettlement.com. The Settlement Agreement provides more detail regarding the Releases and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Settlement Class listed in Question 15 for free, or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Claims or what they mean.

### 14. If I exclude myself, can I still get a payment?

No.  You will not get a payment from the Settlement Fund if you exclude yourself from the Settlement.

## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer in the case?

The Court has appointed the following lawyers as "Class Counsel" to represent all members of the Settlement Class.

Scott Edelsberg, Esq.
Edelsberg Law, PA
2900 NE 30th Ave, Suite 417
Aventura, Florida 33180

Andrew Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1st Ave, Suite 1205
Miami, Florida 33132

Manuel S. Hiraldo, Esq.
Hiraldo, P.A.
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301

Michael Eisenband, Esq.
Eisenband Law, P.A.
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301

Ignacio J. Hiraldo, Esq.<br>
IJH Law<br>
14 NE First Ave. 10th Floor<br>
Miami, Florida 33132

You will not be charged for these lawyers. If you want to be represented by another lawyer, you may hire one to appear in Court for you at your own expense.

### 16. How will the lawyers be paid?

Class Counsel intend to request up to 23.67% of the Settlement Fund for attorneys' fees and costs, including reasonable, actual out-of-pocket expenses incurred in the litigation. The fees and expenses awarded by the Court will NOT be paid out of the Settlement Fund. Instead fees and expenses will be paid directly by Greenway to Class Counsel. The Court will decide the amount of fees and expenses to award.

Class Counsel will also request an Incentive Award of $5,000.00 to the Class Representative for his service as representative on behalf of the whole Settlement Class. Any Incentive Award will NOT be paid out of the Settlement Fund and will instead be paid directly by Greenway to the Class Representative.

## OBJECTING TO THE SETTLEMENT

### 17. How do I tell the Court if I do not like the Settlement?

If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class), you can object to any part of the Settlement. To object, you must timely submit a letter that includes the following:

1) the name of the Action and case number;

2) Your full name, address, and telephone number and cell phone number at which You received prerecorded messages from Greenway and, if represented by counsel, the name, bar number, address and telephone number of Your counsel;

3) a signed statement stating, under penalty of perjury, that You received one or more prerecorded messages from Greenway and are a member of the Settlement Class;

4) an explanation of the basis upon which You claim to be a Settlement Class Member;

5) all grounds for the objection, accompanied by any legal support for the objection known to the You or Your counsel;

6) the number of times in which You have objected to a class action settlement within the five years preceding the date that the objector files the objection, the caption of each case in which You have made such an objection, and a copy of any orders related to or ruling upon Your prior such objections that were issued by the trial and appellate courts in each listed case;

7) the identity of all counsel who represent You, including any former or current counsel who

    may be entitled to compensation for any reason related to the objection to the Settlement or Fee Application;

8) a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections made by individuals or organizations represented by that were issued by the trial and appellate courts in each listed case in which Your counsel and/or counsel's law firm have objected to a class action settlement within the preceding 5 years;

9) any and all agreements that relate to the objection or the process of objecting— whether written or oral—between You or Your counsel and any other person or entity;

10) the identity of all counsel (if any) representing You who will appear at the Final Approval Hearing;

11) a statement confirming whether You intends to personally appear and/or testify at the Final Approval Hearing;

12) a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection; and

13) Your signature (an attorney's signature is not sufficient).

If you wish to object, you must file your objection with the Court (using the Court's electronic filing system or in any manner in which the Court accepts filings) and mail your objection to each of the following three (3) addresses, and your objection must be postmarked by **XXXXXXXXXX**.

| Clerk of the Court | Class Counsel | Defendant's Counsel |
|---|---|---|
| United States District Court for the Middle District of Florida<br>401 West Central Boulevard<br>Orlando, FL 32801 | Scott Edelsberg, Esq.<br>Edelsberg Law, PA<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180 | Jason A. Zimmerman, Esq.<br>Gray Robinson, P.A.<br>301 East Pine Street<br>Suite 1400<br>Orlando, FL 32801 |

### 18. What is the difference between objecting and asking to be excluded?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself. Excluding yourself is telling the Court that you do not want to be part of the Settlement. If you exclude yourself, you have no basis to object to the Settlement because it no longer affects you.

## THE FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement and any requests for fees and expenses ("Final Approval Hearing").

### 19. When and where will the Court decide whether to approve the Settlement?

The Court has scheduled a Final Approval Hearing on **xxxxxxx at xxx a.m.** at the **xxxxxxxxxxxxxx**. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.GreenwayTCPAsettlement.com for updates. At this hearing, the Court will consider

whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees and expenses and for an Incentive Award to the Class Representative. If there are objections, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlement. It is unknown how long these decisions will take.

### 20. Do I have to attend the hearing?

No. Class Counsel will answer any questions the Court may have. But you are welcome to attend the hearing at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you submitted your written objection on time to the proper addresses and it complies with all the other requirements set forth above, the Court will consider it. You may also pay your own lawyer to attend the hearing, but it is not necessary.

### 21. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, your timely filed objection must include a statement of whether you intend to appear at the Final Approval Hearing (*see* Question 17 above).

You cannot speak at the hearing if you exclude yourself from the Settlement.

## IF YOU DO NOTHING

### 22. What happens if I do nothing at all?

If you are a Settlement Class member and do nothing, meaning you do not file a timely Claim, you will not get benefits from the Settlement. Further, unless you exclude yourself, you will be bound by the judgment entered by the Court.

## GETTING MORE INFORMATION

### 23. How do I get more information?

This Notice summarizes the proposed Settlement. You are urged to review more details in the Settlement Agreement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.GreenwayTCPAsettlement.com. You also may write with questions to the Settlement Administrator at Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep, Settlement Administrator, P.O. Box XXXX, XXXX, XX XXXXX or call the toll-free number, 1-xxx-xxx-xxxx.