GREENWAY TCPA Settlement
Administrator PO Box 6006
Portland, OR 97208-6006

```
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882
```

# Legal Notice about a Class Action Settlement

<<BARCODE>>

<<NAME1>>
<<NAME2>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY, ST, ZIP>>
<<COUNTRY>>

To submit a Claim for a payment from the Settlement Fund, please fill out the Claim Form below and submit it via email to www.GreenwayTCPAsettlement.com or by U.S. mail. You may also fill out a Claim Form online at www.GreenwayTCPAsettlement.com. The deadline to file a claim online or via email is **11:59 p.m. EST on XXXXXXXXXX**. If you send in a Claim Form by regular mail, it must be postmarked on or before **XXXXXXXXXX**.

*First Name:           *MI:     *Last Name:

*Address:

*City:                                               *State:    *ZIP Code:

*Cellular Telephone Number that received one or more prerecorded messages from Greenway

Telephone Number where you can be reached if different from above:

Your email address:

*I declare under penalty and perjury that to the best of my knowledge I received one or more prerecorded messages as prescribed in the notice

Signature                                                                                          Date

***Denotes Information You Must Provide To Have A Valid Claim**
Questions? Visit www.GreenwayTCPAsettlement.com or call XXXXXXXX

### If You Received a Prerecorded Message from Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep You May Be Entitled to a Payment from a Class Action Settlement.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A class action settlement has been reached, making a $2,745,000 settlement fund available to class members (including both the Service Class and the Catch-All Class) who submit timely valid claims. The lawsuit claims Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep sent prerecorded messages to wireless telephone numbers using "ringless" voicemail technology in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep denies the allegations in the lawsuit, and the Court has not decided who is right.

**Who's Included?** You received this email because Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep records show that you may be a Settlement Class Member. The Settlement includes all persons in the United States who received one or more prerecorded messages sent by or on behalf of Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep.

**What Are the Settlement Terms?** Greenway Chrysler-Jeep-Dodge, Inc. d/b/a Greenway Dodge Chrysler Jeep has agreed to make available $2,745,000 to create a fund that will be used to pay individuals who submit valid Claims. Attorneys' fees, an Incentive Award to the Class Representative, and costs and expenses of the litigation will be paid separate and apart from the fund. Settlement Class Members who submit Approved Claims shall be entitled to receive $200 per call for members of the Service Class and $25 per claim for members of the Catch-All Class. Only one Claim is allowed per Settlement Class Member.

**How Can I Get a Payment?** To get a payment, you must submit a Claim Form by U.S. mail or via email to info@GreenwayTCPAsettlement.com. A Claim Form is attached to this notice. You may also download or file a Claim Form online at www.GreenwayTCPAsettlement.com or call the Settlement Administrator at the toll-free number below to request a Claim Form. If you send in a Claim Form by regular mail, it must be postmarked on or before **xxxxxxxxxx**. The deadline to file a Claim online or via email is **11:59 p.m. EST on xxxxxxxxxx**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **xxxxxxxxxx**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at the Settlement Website. You may object to the Settlement by **xxxxxxxxxx**. The Long Form Notice available on the Settlement Website listed below explains how to exclude yourself or object. The Court will hold a Final Approval Hearing on **xxxxxxxxxx** to consider whether to approve the Settlement, a request for attorneys' fees of up to 23.67% of the Settlement Fund, and an Incentive Award of $5,000 to the Class Representative. You may appear at the hearing, either yourself or through an attorney you hire, but you don't have to. For more information, call or visit the Settlement Website.

www.GreenwayTCPAsettlement.com             1-888-551-1722

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO 581     PORTLAND OR

POSTAGE WILL BE PAID BY ADDRESSEE



GREENWAY TCPA SETTLEMENT
ADMINISTRATOR PO BOX 6006
PORTLAND OR 97208-6006